# EXHIBIT A

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Date: 03/26/08

Printed Name: HITUL GANDHI