JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.)

## I. (a) PLAINTIFFS
Hitul Gandhi, Individually and on Behalf of a Class of Others Similarly Situated

**DEFENDANTS**
Dell Inc., and Dell Marketing USA, L.P.

County of Residence of First Listed Defendant _____Round Rock_____
(IN U.S. PLAINTIFF CASES ONLY)

(b) County of Residence of First Listed Plaintiff ___Hutto___
(EXCEPT IN U.S. PLAINTIFF CASE)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

J. Derek Braziel
LEE & BRAZIEL, LLP
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202

PHONE
214-749-1400

Attorneys (If Known)

**A08CA 248LY**

## II. BASIS OF JURISDICTION (Place and "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ■ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated or Principal Place of Business In Another State | ☐ 2 | ☐ 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety / Health | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayments of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 830 Patent | ☐ 850 Securities/ Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 894 Energy Allocation Act |
| | | | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ■ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | | |
| | | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | |
| | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | | ☐ 871 IRS – Third Party 26 USC 7609 | |

## V. ORIGIN (Place an "X" in One Box Only)

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes under diversity.)
Fair Labor Standards Act, 29 U.S.C. Section 201, et seq.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION     DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ■ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE_____     DOCKET NUMBER_____

Date
March 27, 2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

ORIGINAL                              416065

AO82
(Rev. 4/90)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**WESTERN DISTRICT OF TEXAS**
at _Austin_

RECEIVED FROM _Braziel Law Offices_
_1801 N. Lamar St, #325_
_Dallas Tx 75202_

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 086800 | 60.00 |
| 604700 | Registry Funds | 510000 | 190.00 |
| | General and Special Funds | 086900 | 100.00 |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | TOTAL | 350.00 |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Case Number or Other Reference: 1:08-cv-248

New case
Gandhi v. Dell

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 4-1-08    Cash ___  Check X  M.O. ___  Credit ___    DEPUTY CLERK: [signature]

3401

## LEE & BRAZIEL, LLP

LANDMARK CENTER
1801 N. LAMAR ST., SUITE 325
DALLAS, TEXAS 75202
TELEPHONE 214-749-1400
FACSIMILE 214-749-1010

E-mail: jdbraziel@l-b-law.com

March 27, 2008

VIA FIRST CLASS MAIL

DISTRICT CLERK
USDC WD TEXAS - AUSTIN DIVISION
200 West 8th Street, Room 130
Austin, Texas 78701

**A08CA 248LY**

Re:   Civil Action No. _____; Hitul Gandhi, Individually and on Behalf of a Class of Others Similarly Situated *v. Dell Inc. and Dell Marketing USA, L.P.*; USDC; Western District of Texas; Austin Division

Dear District Clerk:

Enclosed for filing in the above-referenced case, please find the following documents:

1.  **Plaintiff's Original Complaint**
    (original + 4)

2.  **Civil Cover Sheet**
    (original)

3.  **Summons – Dell Inc.**
    (original + 4)

4.  **Summons – Dell Marketing USA, L.P.**
    (original + 4)

5.  **Certificate of Interested Parties**
    (original + 4)

6.  **Check for $350.00**

LEE & BRAZIEL, LLP

DISTRICT CLERK
USDC WD TEXAS – AUSTIN DIVISION
March 27, 2008
Page 2

      Please file the originals plus one copy of each document, execute the Summons, and return the file-marked copies to our office in the self-addressed stamped envelope.

                                      Sincerely,

                                      Josey N. Gonzales
                                      Senior Paralegal to J. Derek Braziel

/jng
Enclosures