IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 1 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC.,<br>and<br>DELL MARKETING USA, L.P.,<br><br>Defendants. | Case No.<br><br>**A08CA 248LY** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff discloses the following parties who have an interest in the outcome of this litigation:

**PLAINTIFFS**

1. Hitul Gandhi

2. *Plaintiff's Counsel*
   J. Derek Braziel; Lee & Braziel, LLP, including its partner

3. *Plaintiff's Counsel*
   George A. Hanson; Stueve Siegel Hanson, LLP, including its partner

4. *Plaintiff's Counsel*
   Matthew L. Dameron; Stueve Siegel Hanson, LLP, including its partner

**DEFENDANTS**

1. Dell Inc.

2. Dell Marketing USA, L.P.

3. Defendants' Counsel

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES                                    Page - 1

4. All persons and entities listed on Defendants' Certificate of Interested Parties

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*[signature: George Hanson]*

George A. Hanson    (*pro hac vice* forthcoming)
Email: hanson@stuevesiegel.com
Matthew L. Dameron (*pro hac vice* forthcoming)
Email: dameron@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

*[signature: J. Derek Braziel]*

**J. Derek Braziel**
Texas Bar No. 00793380
**Meredith Mathews**
Texas Bar No. 24055180
LEE & BRAZIEL, L.L.P.
1801 N. Lamar St. Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelayer.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document will be served on Defendant with Plaintiff's Original Complaint and Summons.

*[signature]*

J. Derek Braziel