GAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| HITUL GANDHI, Individually and on Behalf of a Class of Others Similarly Situated, <br><br> Plaintiffs, <br><br> -vs- <br><br> DELL INC. and DELL MARKETING USA, L.P. <br><br> Defendants. | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: **A08CA 248LY** |

**To:**  DELL, INC.
Corporation Service Company, Registered Agent
701 Brazos Street, Suite 1050
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon:

J. Derek Braziel
LEE & BRAZIEL, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
214-749-1400 (phone)
214-749-1010 (fax)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM G. PUTNICKI                                       APR 1   2008
CLERK                                                                DATE

*(signature)*
(By) DEPUTY CLERK

GAO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

A O 8CA 248LY

| Service of the Summons and complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                         Date                                       Signature of Server

                                          _____
                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| HITUL GANDHI, Individually and on Behalf of a Class of Others Similarly Situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>DELL INC. and DELL MARKETING USA, L.P.<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER **A08CA 248LY** |

**To:** DELL MARKETING USA, L.P.
Corporation Service Company, Registered Agent
701 Brazos Street, Suite 1050
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon:

J. Derek Braziel
LEE & BRAZIEL, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
214-749-1400 (phone)
214-749-1010 (fax)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM G. PUTNICKI                                    APR 1  2008

CLERK                                                              DATE

(By) DEPUTY CLERK

GAO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                                      Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.