

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

April 2, 2008

Meredith Mathews
Lee & Braziel
1801 N. Lamar St., Suite 325
Dallas, TX 75202

    Re:   *Hitul Gandhi, individually and on behalf of a class of others similarly situated v. Dell Inc. and Dell Marketing USA, L.P.*
           1:08-cv-248 LY

Dear Ms. Mathews:

    The records of this office indicate that you have not been admitted to practice in this court.

    **Local District Court Rule AT-1(f)(1) states:** "An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding...."

    **If you intend to represent a party in this case, you must submit to this court a Motion to Appear pro hac vice within ten days of the date of this letter.** You can locate a copy of the motion on our website at http://www.txwd.uscourts.gov/rules/stdord/Austin/AustinProHacVice.pdf

The motion must contain an original signature by the attorney seeking to be admitted pro hac vice. Pro hac vice motions signed by one attorney for another attorney *will not* be granted. If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-2).

    Please be sure to review the Local Rules for the Western District of Texas before you submit your motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and AT-1(f)(1) and AT-(f)(2) (Pro hac vice requirements), and standing orders for the Austin Division. For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

    Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration. The *E-Filing and E-Noticing Registration Form* is available on our website and you can download a copy of the form directly to your computer. Please note that this is a rather large file, so it may take several minutes to download.

    For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website at *www.txwd.uscourts.gov.*

Page 2
*Pro Hac Vice*

      Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration. The ***E-Filing and E-Noticing Registration Form*** is available on our website and you can download a copy of the form directly to your computer. Please note that this is a rather large file, so it may take several minutes to download.

      If you have any questions regarding the above information, please do not hesitate to call.

                Sincerely,

                Tanya Katzenmeyer, Deputy Clerk



**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

April 2, 2008

George A. Hanson
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112

    Re:    *Hitul Gandhi, individually and on behalf of a class of others similarly situated v. Dell Inc. and Dell Marketing USA, L.P.*
           1:08-cv-248 LY

Dear Mr. Hanson:

    The records of this office indicate that you have not been admitted to practice in this court.

    **Local District Court Rule AT-1(f)(1) states:** "An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding...."

    **If you intend to represent a party in this case, you must submit to this court a Motion to Appear pro hac vice within ten days of the date of this letter.** You can locate a copy of the motion on our website at http://www.txwd.uscourts.gov/rules/stdord/Austin/AustinProHacVice.pdf

    The motion must contain an original signature by the attorney seeking to be admitted pro hac vice. Pro hac vice motions signed by one attorney for another attorney *will not* be granted. If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-2).

    Please be sure to review the Local Rules for the Western District of Texas before you submit your motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and AT-1(f)(1) and AT-(f)(2) (Pro hac vice requirements), and standing orders for the Austin Division. For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

    Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration. The *E-Filing and E-Noticing Registration Form* is available on our website and you can download a copy of the form directly to your computer. Please note that this is a rather large file, so it may take several minutes to download.

    For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website at *www.txwd.uscourts.gov*.

Page 2
*Pro Hac Vice*

      Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration. The ***E-Filing and E-Noticing Registration Form*** is available on our website and you can download a copy of the form directly to your computer. Please note that this is a rather large file, so it may take several minutes to download.

      If you have any questions regarding the above information, please do not hesitate to call.

                                  Sincerely,

                                  Tanya Katzenmeyer, Deputy Clerk



**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

April 2, 2008

Dameron L. Matthew
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112

    Re:   *Hitul Gandhi, individually and on behalf of a class of others similarly situated v. Dell Inc. and Dell Marketing USA, L.P.*
           1:08-cv-248 LY

Dear Mr. Matthew:

    The records of this office indicate that you have not been admitted to practice in this court.

    **Local District Court Rule AT-1(f)(1) states:** "An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding...."

    **If you intend to represent a party in this case, you must submit to this court a Motion to Appear pro hac vice within ten days of the date of this letter.** You can locate a copy of the motion on our website at http://www.txwd.uscourts.gov/rules/stdord/Austin/AustinProHacVice.pdf

The motion must contain an original signature by the attorney seeking to be admitted pro hac vice. Pro hac vice motions signed by one attorney for another attorney *will not* be granted. If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-2).

    Please be sure to review the Local Rules for the Western District of Texas before you submit your motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and AT-1(f)(1) and AT-(f)(2) (Pro hac vice requirements), and standing orders for the Austin Division. For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

    Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration. The *E-Filing and E-Noticing Registration Form* is available on our website and you can download a copy of the form directly to your computer. Please note that this is a rather large file, so it may take several minutes to download.

    For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website at *www.txwd.uscourts.gov*.

Page 2
*Pro Hac Vice*

    Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration. The ***E-Filing and E-Noticing Registration Form*** is available on our website and you can download a copy of the form directly to your computer. Please note that this is a rather large file, so it may take several minutes to download.

    If you have any questions regarding the above information, please do not hesitate to call.

                      Sincerely,

                        Tanya Katzenmeyer, Deputy Clerk