IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, Individually and On behalf of a class of others similarly situated, | § § § § | |
| v. | § § | Civil Action No. 1:08-CV-0248 LY |
| DELL, INC. and DELL MARKETING USA, L.P. | § § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HORNORABLE JUDGE OF SAID COURT:

COMES now Matthew L. Dameron, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to present Hitul Gandhi in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Stueve Siegel Hanson, LLP, with offices at

   | | |
   |---|---|
   | Mailing address: | 460 Nichols Road, Suite 200 |
   | City, State, Zip Code: | Kansas City, Missouri 64112 |
   | Telephone: | (816) 714-7100 |
   | Facsimile: | (816) 714-7101 |

2. Since 2002, Applicant has been and presently is a member of and in good standing with the Bar of the Sate of Missouri. Applicant's bar license number is 52093.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Missouri & U.S. District Court, WD of Missouri | 2002 |

Kansas & U.S. District Court, District of Kansas    2003

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

    ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.
    Co-counsel:            J. Derek Braziel
    Mailing address:       1801 N. Lamar Street, Suite 325
    City, State, Zip Code: Dallas, Texas 75202
    Telephone:             (214) 749-1400

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(1).

Wherefore, Applicant prays that this Court enter an order permitting the admission of Matthew L. Dameron, to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

Matthew L. Dameron
[Printed name of Applicant]

*[signature]*
[Signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ____ day of April, 2008.

Matthew L. Dameron
[Printed name of Applicant]

*[signature]*
[Signature of Applicant]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, Individually and On behalf of a class of others similarly situated, | § § § § | |
| v. | § § | Civil Action No. 1:08-CV-0248 LY |
| DELL, INC. and DELL MARKETING USA, L.P. | § § | |

**ORDER**

On this the _____ day of April 2008, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Matthew L. Dameron, counsel for Hitul Gandhi, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Matthew L. Dameron may appear on behalf of Hitul Gandhi in the above case.

IT IS FURTHER ORDERED that Matthew L. Dameron, if he has not already done so, shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE