IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, INDIVIDUALLY AND ON BEHALF OF A CLASS OF OTHERS SIMILARLY SITUATED, § § § § | | |
| PLAINTIFF, § § | | |
| V. § | CAUSE NO. A-08-CA-248-LY | |
| § § | | |
| DELL, INC. AND DELL MARKETING USA, L.P., § § § | | |
| DEFENDANTS. § | | |

## TRANSFER ORDER

It appears to the Court that the above-styled and numbered cause should be transferred from this Court's docket to the docket of the Honorable Sam Sparks, United States District Judge. Both judges have consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the Austin Docket of the Honorable Sam Sparks, United States District Judge, for all purposes. Pursuant to the Order Assigning the Business of the Court effective August 28, 2003, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this __11th__ day of April, 2008.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE