IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, Individually and On behalf of a class of others similarly situated, | § § § § | |
| v. | § § | Civil Action No. 1:08-CV-0248 LY |
| DELL, INC. and DELL MARKETING USA, L.P. | § § § | |

## ORDER

On this the 15th day of April 2008, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by George A. Hanson, counsel for Hitul Gandhi, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Georga A. Hanson may appear on behalf of Hitul Gandhi in the above case.

IT IS FURTHER ORDERED that George A. Hanson, if he has not already done so, shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this 15th day of April 2008.

_____
UNITED STATES DISTRICT JUDGE

ORDER                                                                                          SOLO PAGE