GAO 440  (Rev. 10/93) Summons in a Civil Action

**Came To Hand**

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

APR 1 1 2008

@ 7:00 AM

---

HITUL GANDHI, Individually and on Behalf of a Class of Others Similarly Situated,

     Plaintiffs,

-vs-

DELL INC. and DELL MARKETING USA, L.P.

     Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **A08CA 248LY**

**FILED**

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

---

**To:   DELL, INC.**
Corporation Service Company, Registered Agent
701 Brazos Street, Suite 1050
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon:

J. Derek Braziel
LEE & BRAZIEL, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
214-749-1400 (phone)
214-749-1010 (fax)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM G. PUTNICKI

CLERK

(By) DEPUTY CLERK

GAO 440  (Rev. 10/93) Summons in a Civil Action

DATE

APR 1   2008

**Affidavit Attached**

**RETURN OF SERVICE**

A08CA 248LY

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *April 11, 2008 @ 11:30 AM* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *Jefferson Keyton* | *Process Server  SCH-0735* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served:  _____

_____

☐ Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  _____

☐ Returned unexecuted:  _____

_____

_____

☑ Other (specify):  _____

**Affidavit Attached**

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *April 11, 2008*          X  _____
                     Date                                Signature of Server

*809 Rio Grande, Ste. 103, Austin, TX.*
                     Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

Came to hand on the **11th** day of **April** , **2008**, at **7:00 o'clock am.**
Cause No. **A08CA 248LY**

Executed at            **701 Brazos Street, Suite 1050**         **Austin, Texas  78701**
within the County of       **Travis**      at **11:30 o'clock am** on the **11th** day
of **April**     , **2008**, by delivering to the within named:

**DELL, INC.,**
**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY,**
**by delivering to its designated agent, SUSAN A. VERTREES, in person, a true**
**copy of this Summons in a Civil Case with Plaintiff's Original Complaint and**
**Certificate of Interested Parties attached, having first endorsed upon such**
**copy of such Summons the date of delivery.**

I am not a party to or interested in the outcome of the suit referenced above.
I am authorized by written order to serve citation and other notices. I am not
less than eighteen (18) years of age.

Service Fee $60.00

```
| HITUL GANDHI, Individually and on     |      By: _____
| Behalf of a Class of Others           |           Jefferson R. Keyton   ID# SCH-735
| Similarly Situated,                   |          (Authorized Person)
|                          Plaintiff    |
|                                       |             THOMAS PROCESS
| V.                                    |           809 Rio Grande Street
| DELL INC. AND DELL MARKETING USA,     |               Suite 103
| L.P.,                                 |            Austin, Texas  78701
|                                       |              (512) 320-8330
|                          Defendant    |
```

## VERIFICATION

STATE OF TEXAS              §
COUNTY OF TRAVIS            §

        BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Jefferson R. Keyton**                , known to me to be the person whose name
is subscribed to the foregoing document and, being by me first duly sworn,
declared that the statements therein contained are true and correct.
        Given under my hand and seal of office this 16th day of
**April**     , A.D., 2008.



_____
NOTARY PUBLIC, STATE OF TEXAS

37773/Gandhi