GAO 440 (Rev. 10/93) Summons in a Civil Action

Came To Hand

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

APR 1 1 2008

@ 7:00 AM

| | |
|---|---|
| HITUL GANDHI, Individually and on Behalf of a Class of Others Similarly Situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>DELL INC. and DELL MARKETING USA, L.P.<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: **A08CA 248LY** |

FILED

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

**To:** DELL MARKETING USA, L.P.
Corporation Service Company, Registered Agent
701 Brazos Street, Suite 1050
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon:

J. Derek Braziel
LEE & BRAZIEL, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
214-749-1400 (phone)
214-749-1010 (fax)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM G. PUTNICKI

CLERK

_Tanya Katzmeyer_
(By) DEPUTY CLERK

APR 1  2008
DATE

Affidavit Attached

GAO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

A08CA 248 LY

| Service of the Summons and complaint was made by me[(1)] | DATE April 11, 2008 @ 11:30 AM |
|---|---|
| NAME OF SERVER *(PRINT)* JEFFERSON KEYTON | TITLE Process Server SCH-0735 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____

**Affidavit Attached**

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 11, 2008        X _[signature]_
              Date                    Signature of Server

809 Rio Grande, Ste 103, Austin, TX
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

Came to hand on the **11th** day of **April**, 2008, at **7:00** o'clock **am**.
Cause No. **A08CA 248LY**

Executed at **701 Brazos Street, Suite 1050**   **Austin, Texas   78701** within the County of **Travis** at **11:30** o'clock **am** on the **11th** day of **April**, 2008, by delivering to the within named:

**DELL MARKETING USA, L.P.,**
by delivering to its Registered Agent, **CORPORATION SERVICE COMPANY,**
by delivering to its designated agent, **SUSAN A. VERTREES**, in person, a true copy of this Summons in a Civil Case together with Plaintiff's Original Complaint and Certificate of Interested Parties attached, having first endorsed upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $60.00

| HITUL GANDHI, Individually and on Behalf of a Class of Others Similarly Situated, | By: _____ |
|---|---|
| Plaintiff | Jefferson R. Keyton   ID# SCH-735 (Authorized Person) |
| V. | THOMAS PROCESS |
| DELL INC. AND DELL MARKETING USA, L.P., | 809 Rio Grande Street Suite 103 |
| Defendant | Austin, Texas   78701 (512) 320-8330 |

## VERIFICATION

STATE OF TEXAS       §
COUNTY OF TRAVIS     §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Jefferson R. Keyton**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
Given under my hand and seal of office this 16th day of **April**, A.D., 2008.

_____
NOTARY PUBLIC, STATE OF TEXAS

37774/Gandhi