# LEE & BRAZIEL, LLP

LANDMARK CENTER
1801 N. LAMAR ST., SUITE 325
DALLAS, TEXAS 75202
TELEPHONE 214-749-1400
FACSIMILE 214-749-1010

E-mail: jdbraziel@l-b-law.com

*RECEIVED MAY 28 2008 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK*

May 27, 2008

DISTRICT CLERK
USDC WD TEXAS - AUSTIN DIVISION
200 West 8th Street, Room 130
Austin, Texas 78701

Re:  Civil Action No. 1:08-cv-0248-LY; Hitul Gandhi, Individually and on Behalf of a Class of Others Similarly Situated *v. Dell Inc. and Dell Marketing USA, L.P.*; USDC; Western District of Texas; Austin Division

Dear Clerk,

This letter will serve as notice that I will be unavailable from **June 19, 2008** through **June 27, 2008**. Please do not set the above-referenced case for hearing during this time or schedule other matters requiring my presence.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

J. Derek Braziel

JDB/jng

cc:  George A. Hanson
     Matthew L. Dameron
     STUEVE SIEGEL HANSON, LLP