IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 1:08cv-00248-SS |
| DELL INC., and DELL MARKETING USA L.P., | § § § § § | |
| Defendants. | § | |

### JOINT MOTION FOR APPROVAL OF
### STIPULATED PROTECTIVE ORDER

Plaintiffs and Defendants have agreed to the entry of a Stipulated Protective Order, a copy of which is attached hereto as Exhibit A. The parties respectfully ask for the Court's approval of the attached Stipulated Protective Order.

Respectfully submitted,

/s/   George A. Hanson
George A. Hanson (Pro Hac Vice)
Email: hanson@stuevesiegel.com
Matthew L. Dameron (Pro Hac Vice)
Email: dameron@stuevesiegel.com

STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri  64112
(816) 714-7100
(816) 714-7101 (fax)

J. Derek Braziel
Texas Bar No. 00793380
Meredith Mathews
Texas Bar No. 24055180
Lee & Braziel, LLP
1801 N. Lamar St., Suite 325
Dallas, Texas 75202
(214) 749-1400
(214) 749-1010 (fax)

**ATTORNEYS FOR PLAINTIFF**

/s/   Jeffrey C. Londa
Jeffrey C. Londa, TX #12512400
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
jeffrey.londa@ogletreedeakins.com
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
(713) 655-5750
(713) 655-0020 (Fax)

Michael W. Fox, TX #07335500
Ogletree, Deakins, Nash, Smoak
 & STEWART, P.C.
michael.fox@ogletreedeakins.com
301 Congress Avenue, Suite 1250
Austin, TX 78701
(512) 344-4700
(512) 344-4701 (Fax)

**ATTORNEYS FOR DEFENDANTS
DELL INC. AND DELL MARKETING USA
L.P.**

## CERTIFICATE OF CONFERENCE

As indicated above, this is a Joint Motion. Accordingly, counsel for the parties have conferred and the parties are in agreement with respect to the entry of the attached Stipulated Protective Order.

/s/   Jeffrey C. Londa
Jeffrey C. Londa

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

| | |
|---|---|
| George A. Hanson<br>Matthew L. Dameron<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112 | Meredith Black-Matthews<br>J. Derek Braziel<br>Lee & Braziel, L.L.P.<br>1801 N. Lamar Street, Suite 324<br>Dallas, TX 75202 |

/s/ Jeffrey C. Londa
Jeffrey C. Londa