# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Case No.: 08-CV-0248 LY |
| **DELL, INC. and DELL MARKETING USA, L.P.** | ) ) ) ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Tracie Webb

**DATED:** August 28, 2008            Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

　　/s/ Matthew L. Dameron
George A. Hanson (admitted *pro hac vice*)
Matthew L. Dameron (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:     816-714-7100
Fax:    816-714-7101

                                     J. Derek Braziel
                                     Texas Bar No. 00793380
                                     Meredith Black-Matthews
                                     Texas Bar No. 24055180
                                     **LEE & BRAZIEL, LLP**
                                     1801 North Lamar Street, Suite 324
                                     Dallas, Texas 75202
                                     Tel:    (214) 749-1400
                                     Fax:   (214) 749-1010

                                     **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies on August 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:   (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:   (512) 344-4701

**ATTORNEYS FOR DELL INC.
and DELL MARKETING USA, L.P.**

                                                 /s/ Matthew L. Dameron
                                                 Attorney for Plaintiffs