IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 SEP -2  AM 9: 59
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY

HITUL GANDHI, individually and on behalf of a
class of others similarly situated,
                Plaintiff,

-vs-                                                      Case No. A-08-CA-248-SS

DELL INC. and DEL MARKETING USA L.P.,
                Defendants.

## ORDER

BE IT REMEMBERED on this the 29th day of August 2008, the Court enters the following order:

      IT IS ORDERED that any documents the parties wish to file under seal must be accompanied by a motion to seal.

      IT IS ORDERED that the motions to file under seal must specifically and clearly identify the document the party wishes to file under seal so the document can be easily identified by reviewing the docket sheet. For example, motions entitled simply "Motion to File Under Seal" or "Declaration of John Doe" cause great confusion in the record because it is impossible to tell from the title of the motion what is being filed under seal.

      Motions to file under seal whose titles do not specifically and particularly identify the motion to be filed under seal will not be permitted. This order supplements the protective order in this case.

SIGNED this the 29th day of August 2008.

_____
UNITED STATES DISTRICT JUDGE