### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **DELL, INC. and DELL MARKETING USA, L.P.** | ) ) ) ) |
| **Defendants.** | ) |

Case No.: 08-CV-0248 LY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the September 10, 2008, Plaintiff Hitul Gandhi Objections to Defendant Dell Marketing U.S.A., L.P.'s First Set of Interrogatories to Plaintiff, and Plaintiff Hitul Gandhi Answers and Objections to Defendant Dell Marketing U.S.A., L.P.'s First Request for Production of Documents to Plaintiff were served via U.S. Mail, postage prepaid, addressed to:

Jeffrey C. Londa
E-mail: jeffrey.londa@ogletreedeakins.com
Ogletree Deakins Nash Smoak & Stewart, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:   (713) 655-0855
Fax:   (713) 655-0020

Michael W. Fox
E-mail: michael.fox@ogletreedeakins.com
Ogletree Deakins Nash Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:   (512) 344-4711
Fax:   (512) 344-4701

Dated: September 19, 2008     **STUEVE SIEGEL HANSON LLP**

      /s/ Matthew L. Dameron
George A. Hanson (admitted *pro hac vice*)
Matthew L. Dameron (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

**LEE & BRAZIEL, LLP**
J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel: (214) 749-1400
Fax: (214) 749-1010

ATTORNEYS FOR PLAINTIFFS