IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, </br></br>                Plaintiffs, </br></br> v. </br></br> DELL, INC. and </br> DELL MARKETING USA, L.P. </br></br>                Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )   Case No.: 08-CV-0248 LY </br> ) </br> ) </br> ) </br> ) </br> ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2008, the following was served, via U.S. Mail, postage prepaid, on counsel for defendants:

1. Plaintiff David Haley's Objections to Defendant Dell Marketing USA L.P.'s First Interrogatories to Plaintiff;

2. Plaintiff Jamey Mendenhall's Objections to Defendant Dell Marketing USA L.P.'s First Interrogatories to Plaintiff;

3. Plaintiff Nicholas Stewart's Objections to Defendant Dell Marketing USA L.P.'s First Interrogatories to Plaintiff;

4. Plaintiff David Haley's Responses and Objections to Defendant Dell Marketing USA L.P.'s First Request for Production of Documents to Plaintiff;

5. Plaintiff Jamey Mendenhall's Responses and Objections to Defendant Dell Marketing USA L.P.'s First Request for Production of Documents to Plaintiff; and

6. Plaintiff Nicholas Stewart's Responses and Objections to Defendant Dell Marketing USA L.P.'s First Request for Production of Documents to Plaintiff.

Dated: September 22, 2008        **STUEVE SIEGEL HANSON LLP**

            /s/ Matthew L. Dameron
George A. Hanson (admitted *pro hac vice*)
Matthew L. Dameron (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:   816-714-7101

and

**LEE & BRAZIEL, LLP**
J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:   (214) 749-1400
Fax:   (214) 749-1010

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies on September 22, 2008, I caused the foregoing to be deposited in the United States mail, postage prepaid, and sent to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH
 SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:   (713) 655-0855
Fax:   (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH
 SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:   (512) 344-4711
Fax:   (512) 344-4701

**ATTORNEYS FOR DELL INC.
and DELL MARKETING USA, L.P.**

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Matthew L. Dameron　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs