IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) )   Case No.: 08-CV-0248 LY ) |
| **DELL, INC. and DELL MARKETING USA, L.P.** | ) ) ) |
| **Defendants.** | ) |

**NOTICE OF DUPLICATE FILING OF NICHOLAS STEWART'S
CONSENT TO BECOME PARTY PLAINTIFF**

For their Notice of Duplicate Filing, Plaintiffs hereby submit the following:

1. On August 18, 2008, Plaintiffs filed a Consent to Become a Party Plaintiff on behalf of Nicholas Stewart. [Doc. # 18]. Mr. Stewart's executed consent form was attached thereto as Exhibit A and dated August 6, 2008.

2. On September 26, 2008, Plaintiffs inadvertently filed a second Consent to Become a Party Plaintiff on behalf of Nicholas Stewart. [Doc. # 26]. The latter filing attached a copy of Mr. Stewart's executed consent form as Exhibit A, which was a duplicate copy of Mr. Stewart's previously-filed consent.

3. Plaintiffs' filing of Mr. Stewart's consent on September 26 [Doc. # 26] was erroneous and Plaintiffs respectfully submit that the Court should disregard it. Mr. Stewart's first-filed consent [Doc. # 18] is the operative consent form.

| | |
|---|---|
| **DATED:** September 29, 2008 | Respectfully submitted, |

                                              **STUEVE SIEGEL HANSON LLP**

                                                /s/ Matthew L. Dameron  
                                              George A. Hanson (admitted *pro hac vice*)  
                                              Matthew L. Dameron (admitted *pro hac vice*)  
                                              460 Nichols Rd, Suite 200  
                                              Kansas City, Missouri 64112  
                                              Tel:    816-714-7100  
                                              Fax:   816-714-7101

                                              J. Derek Braziel  
                                              Texas Bar No. 00793380  
                                              Meredith Black-Matthews  
                                              Texas Bar No. 24055180  
                                              **LEE & BRAZIEL, LLP**  
                                              1801 North Lamar Street, Suite 324  
                                              Dallas, Texas 75202  
                                              Tel:    (214) 749-1400  
                                              Fax:   (214) 749-1010

                                              **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on September 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:   (713) 655-0855
Fax:   (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:   (512) 344-4711
Fax:   (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

                                                       /s/ Matthew L. Dameron
                                                       Attorney for Plaintiffs