FILED
2008 OCT -1  AM 10: 00
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf  )
of a class of others similarly situated,   )
              Plaintiffs,                )
                                           )   Case No. 1:08cv-00248-SS
-vs-                                       )
DELL INC.,                                 )
and                                        )
DELL MARKETING USA L.P.,                   )
              Defendants.                )

## ORDER

BE IT REMEMBERED on this the 30th day of Sept. 2008, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Patrick F. Hulla, counsel for Dell, Inc. and Dell Marketing USA, LP, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Patrick F. Hulla may appear on behalf of _____ in the above case.

IT IS FURTHER ORDERED that Patrick F. Hulla, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this the 30th day of Sept 2008.

_____
UNITED STATES DISTRICT JUDGE