**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 08-CV-0248 LY ) |
| DELL, INC. and DELL MARKETING USA, L.P. | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2008, the following was served, via U.S. Mail, postage prepaid, on counsel for defendants:

1. Plaintiff David Haley's Supplemental Answers and Objections to Defendant Dell Marketing USA L.P.'s First Interrogatories to Plaintiff;

2. Plaintiff Jamey Mendenhall's Supplemental Answers and Objections to Defendant Dell Marketing USA L.P.'s First Interrogatories to Plaintiff;

3. Plaintiff Nicholas Stewart's Supplemental Answers and Objections to Defendant Dell Marketing USA L.P.'s First Interrogatories to Plaintiff;

4. Plaintiff Hitul Gandhi's Supplemental Answers and Objections to Defendant Dell Marketing USA L.P.'s First Interrogatories to Plaintiff.

Dated: October 10, 2008          **STUEVE SIEGEL HANSON LLP**

　　　　　　　　　　　　　　　　　　 /s/ Matthew L. Dameron
　　　　　　　　　　　　　　　　　George A. Hanson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Matthew L. Dameron (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　460 Nichols Rd, Suite 200
　　　　　　　　　　　　　　　　　Kansas City, Missouri 64112
　　　　　　　　　　　　　　　　　Tel:    816-714-7100
　　　　　　　　　　　　　　　　　Fax:   816-714-7101

　　　　　　　　　　　　　　　　　and

                    LEE & BRAZIEL, LLP
                    J. Derek Braziel
                    Texas Bar No. 00793380
                    Meredith Black-Matthews
                    Texas Bar No. 24055180
                    1801 North Lamar Street, Suite 324
                    Dallas, Texas 75202
                    Tel:    (214) 749-1400
                    Fax:   (214) 749-1010

                    **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on October 10, 2008, I caused the foregoing to be deposited in the United States mail, postage prepaid, and sent to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH
 SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH
 SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.
and DELL MARKETING USA, L.P.**

                                    /s/ Matthew L. Dameron
                                    Attorney for Plaintiffs