FILED
2008 OCT 20 PM 2:01
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC., and<br>DELL MARKETING USA L.P.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§  Case No. 1:08cv-00248-SS<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Court considered the Agreed/Unopposed Motion to Extend Discovery Deadline and Response and Reply Dates Related to Plaintiffs' Anticipated Motion for Certification filed by Defendants Dell Inc. and Dell Marketing USA L.P. The Court is of the opinion that this Motion should be granted. It is therefore ORDERED that:

The Scheduling Order is amended as follows:

A. All discovery related to Plaintiffs' Anticipated Motion for Certification shall be completed no later than November 6, 2008.

B. Defendants shall file their Response to Plaintiffs' Motion for Certification no later than December 11, 2008.

C. Plaintiffs shall file their Reply, if any, to Defendants' Response to Plaintiffs' Motion for Certification no later than December 29, 2008.

SIGNED this 20th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE