IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC.,<br>and<br>DELL MARKETING USA L.P.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Case No. 1:08-cv-00248-SS<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CATHERINE L. DAVIS and<br>TOMMY MOORE<br>Individually, and on behalf of others<br>similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DELL, INC. d/b/a DELL COMPUTER, INC.<br>a Delaware corporation;<br>  and,<br>DELL USA L.P.,<br>a Texas Limited Partnership;<br>  and,<br>DELL MARKETING L.P.,<br>a Texas Limited Partnership,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 1:08-cv-794-SS<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER CONSOLIDATING CASES

The Court has considered Defendants' Motion to Consolidate Cases. The Court believes that Defendants' Motion should be granted. Accordingly, it is ORDERED that the above two-referenced cases are consolidated under Case No. 1:08-cv-00248-SS.

_____
UNITED STATES DISTRICT JUDGE