IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 OCT 28  PM 2: 45
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

CATHERINE L. DAVIS and TOMMY MOORE,
Individually and On Behalf of Others Similarly
Situated,
     Plaintiffs,

-vs-               Case No. A-08-CA-794-SS

DELL, INC. d/b/a/ DELL COMPUTER, INC., a
Delaware corporation, DELL USA L.P., a Texas
Limited Partnership, and DELL MARKETING
L.P., a Texas Limited Partnership,
     Defendants.

---

HITUL GANDHI, individually and on behalf of a
class of others similarly situated,
     Plaintiff,

-vs-               Case No. A-08-CA-248-SS

DELL INC. and DEL MARKETING USA L.P.,
     Defendants.

---

## ORDER

BE IT REMEMBERED on the 28th day of October 2008 the Court reviewed the files in the above-styled causes. In the interest of expediting the trial of these cases, which share common issues of law and fact,

IT IS ORDERED that the above-styled cases shall be consolidated for all purposes under the case style *Gandhi v. Dell, Inc.*, Cause No. A-08-CA-248-SS.

IT IS FURTHER ORDERED that the above entitled and numbered case is set for a **STATUS CONFERENCE** and **ALL PENDING MATTERS** in Courtroom 2, on the First Floor of the United States Courthouse, 200 West Eighth Street, Austin, TX, on **Thursday, November 6, 2008 at 09:30 AM.** Counsel are required to be present.

SIGNED this the 28th day of October 2008

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE