**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **Case No.: 08-CV-0248 SS (Consolidated)** |
| **DELL, INC. and DELL MARKETING USA, L.P.** ) ) ) | |
| **Defendants.** ) | |

## [PROPOSED] ORDER

For the reasons set forth in Plaintiffs' unopposed motion, and for good cause shown, Plaintiffs' Unopposed Motion to Temporarily Suspend Deadline is hereby granted. The November 3, 2008 deadline for Plaintiffs to submit their Motion for Collective Action Certification Pursuant to Section 16(b) of the Fair Labor Standards Act is hereby suspended. On or before the status conference scheduled for November 6, 2008, Plaintiffs are directed to submit a new proposed deadline to submit their Motion for Collective Action Certification.

Signed this _____ day of November 2008.

_____
Sam Sparks
United States District Judge