UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Hitul Gandhi | § | |
| | § | CIVIL NO: |
| vs. | § | AU:08-CV-00248-SS |
| | § | |
| Dell Inc., Dell Marketing USA, L.P. | § | |

## ORDER CANCELLING SETTING

 IT IS HEREBY ORDERED that the hearing for **STATUS CONFERENCE AND ALL PENDING MATTERS** on **Thursday, November 06, 2008 at 09:30 AM is hereby CANCELLED until further order of the court**.

 IT IS SO ORDERED this 4th day of November, 2008.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE