IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually and on behalf of a
class of others similarly situated,
          Plaintiff,

-vs-                                                     Case No. A-08-CA-248-SS

DELL INC. and DEL MARKETING USA L.P.,
          Defendants.

## TRANSFER ORDER

It appears to the Court that the above-styled and numbered cause should be transferred from the docket of Judge Sam Sparks to the docket of the Honorable James R. Nowlin, Senior United States District Judge, both judges having consented to the transfer.

IT IS THEREFORE ORDERED that the above-styled and numbered cause is TRANSFERRED to the docket of the Honorable James R. Nowlin, Senior United States District Judge, for all purposes. Pursuant to the Order Assigning the Business of the Court effective October 28, 2008, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this the 5th day of November 2008.

*Sam Sparks*
UNITED STATES DISTRICT JUDGE