**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

NOV 5 - 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| **HITUL GANDHI, Individually and on behalf of a class of others similarly situated,**<br>**Plaintiff,** | |
| **-vs-** | **Case No. A-08-CA-248-SS** |
| **DELL INC., AND DELL MARKETING USA L.P.,**<br>**Defendants.** | |

---

| | |
|---|---|
| **CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated,**<br>**Plaintiffs,** | |
| **-vs-** | **Case No. A-08-CA-794-SS**<br>**(Consolidated)** |
| **DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership,**<br>**Defendants.** | |

---

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Allison B. Waters, applicant herein, and moves this Court to grant her admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Plaintiffs in the consolidated case styled *Davis et al v. Dell, Inc. et al.* In support, Applicant respectfully shows the Court as follows:

1.    Applicant is an attorney and an associate of the law firm, Federman & Sherwood, 10205 N. Pennsylvania, Oklahoma City, Oklahoma 73120, 405-235-1560 (telephone) and 405-239-2112 (facsimile).

2.      Applicant was admitted to practice law in Texas in 1996 (Texas Bar No. 00795994) and in Oklahoma in 2007 (Oklahoma Bar No. 21885).   Applicant is a member in good standing of both the bars of Texas and Oklahoma.

3.      Applicant is admitted to practice before the United States District Courts for the Southern District of Texas (2001) and Western District of Oklahoma (2007), and United States Court of Appeals for the Fifth Circuit (2006).

4.      Applicant has never been subject to any grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

5.      Applicant has not been charged, arrested, and convicted of any criminal offense(s), other than traffic offenses.

6.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set forth therein.

7.      Applicant has co counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas:

William B. Federman
10205 N. Pennsylvania
Oklahoma City, Oklahoma 73120
405-235-1560 (telephone)
405-239-2112 (facsimile)

8.      Applicant herewith tenders the appropriate *pro hac vice* fee in compliance with Local Rule AT-1(f)(1).

WHEREFORE, Applicant prays that this Court enter an order admitting Allison B. Waters to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

Allison B. Waters, TBN 00795994
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
abw@federmanlaw.com

– and –

2926 Maple Avenue, Suite 200
Dallas, TX  75201

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2008, a copy of the foregoing motion was served on counsel of record by facsimile and the original upon the Clerk of the Court.

Sam R. Fulkerson, OBA # 14370
**McAFEE & TAFT**
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Tel: (405) 235-9621 / Fax: (405) 235-0439
Sam.fulkerson@mcafeetaft.com


Michael W. Fox, TX #07337700
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
301 Congress Ave., Suite 1250
Austin, Texas 78701
Tel: (512) 344-4700/ Fax: (512) 344-4701
Michael.fox@odnss.com


Jeffrey C. Londa, TX #12512400
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Dallas St., Suite 3000
Houston, Texas 77002-4709
Austin, Texas 78701
Tel: (713) 655-5750 / Fax: (713) 655-0020
Jeffrey.londa@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANTS**

George A. Hanson
Matthew L. Dameron
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:  (816) 714-7100 / Fax:  (816) 714-7101
hanson@stuevesiegel.com
dameron@stuevesiegel.com

J. Derek Braziel, TX #00793380
Meredith Mathews, TX #24055180
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar St. Suite 325
Dallas, Texas 75202
Tel: (214) 749-1400 / Fax:  (214) 749-1010
www.overtimelayer.com

**ATTORNEYS FOR PLAINTIFFS**
**HITUL GANDHI, Individually and on behalf of**
**a class of other similarly situated**

Allison B. Waters

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, Individually and on behalf of a
class of others similarly situated,
                              Plaintiff,

-vs-                                                    Case No. A-08-CA-248-SS

DELL INC., AND DELL MARKETING USA L.P.,
                              Defendants.
_____

CATHERINE L. DAVIS and TOMMY MOORE,
Individually and on Behalf of Others similarly
situated,
                              Plaintiffs,

-vs-                                                    Case No. A-08-CA-794-SS
                                                        (Consolidated)

DELL, INC. d/b/a DELL COMPUTER, INC., a
Delaware corporation, DELL USA L.P., a Texas
Limited Partnership and DELL MARKETING
L.P., a Texas Limited Partnership,
                              Defendants.
_____

## PROPOSED ORDER OF ADMISSION *PRO HAC VICE*

BE IT REMEMBERED on this _____ day of November 2008, there was presented

to the Court the Motion for Admission *Pro Hac Vice* filed by Allison B. Waters, counsel

for Plaintiffs, and the Court, having reviewed the motion, entered the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and

Allison B. Waters may appear on behalf of Plaintiffs in the above case.

SIGNED this _____ day of November 2008.

_____
UNITED STATES DISTRICT JUDGE