IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 NOV -7 PM 12: 15

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated<br>        Plaintiff,<br><br>VS.<br><br>DELL, INC., and DELL MARKETING USA, L.P.<br>        Defendants | §§§§§§§§§§§ | CAUSE NO. A-08-CA-248 JRN |
| CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated<br>        Plaintiffs,<br><br>VS.<br><br>DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership<br>        Defendants | §§§§§§§§§§§§§§§ | CAUSE NO. A-08-CA- JRN (Consolidated) |

## ORDER

On this day, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Alison B. Waters, counsel for Plaintiffs, and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is **GRANTED**, and Alison B. Waters may appear on behalf of Plaintiffs in the above styled case.

**IT IS FURTHER ORDERED** that Alison B. Waters, if she has not already done so, shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this 7th day of November, 2008.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE