IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2008 NOV 10  PM 12: 49

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
               DEPUTY

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CAUSE NO. A-08-CA-248 JRN (Consolidated) |
| DELL, INC., and DELL MARKETING USA, L.P. | § § § | |
| Defendants | § | |

## ORDER

Before the Court in the above-entitled and styled cause of action is Plaintiffs' Unopposed Motion to Temporarily Suspend Deadline to file Motion for Collective Action Certificate. In its Motion, Plaintiffs requested that the Deadline be suspended pending a Status Conference originally scheduled for November 6, 2008. After this case was transferred to this Court's docket, and ordered was entered cancelling that status conference. In light of this situation, the Court finds the following:

**IT IS ORDERED** that Plaintiff's Unopposed Motion to Temporarily Suspend Deadline to file Motion for Collective Action Certificate is **GRANTED.** Plaintiffs are directed to submit a new proposed deadline to submit their Motion for Collective Action Certification by November 13, 2008.

SIGNED this ___10th___ day of November, 2008.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE