## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

CATHERINE L. DAVIS and )
TOMMY MOORE, individually, and )
on behalf of others similarly situated )
　 )
        Plaintiffs, )   Case No. 5L07-cv-01401-W
　 )
v. )
　 )
DELL, INC. d/b/a DELL COMPUTER, INC., )
DELL USA L.P., AND DELL )
MARKETING L.P., )   **CLASS ACTION COMPLAINT**
　 )
        Defendants. )   **DEMAND FOR JURY TRIAL**

### CONSENT TO SUE UNDER F.L.S.A.

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, to secure any unpaid minimum wages, overtime, liquidated damages, attorney's fees, costs and other relief arising out of my employment with Dell, Inc. d/b/a Dell Computer, Inc., and any other associated parties, including any subsidiaries or entities affiliated with Dell, Inc. d/b/a Dell Computer, Inc.

I authorize William B. Federman, Esq. of Federman & Sherwood, and any attorneys associated with Federman & Sherwood, as well as any successors or assigns, to represent me in such action.

Dated: _____9/30_____, 2008    _____
                            **Signature**

                          Kenneth Weir
                          **Print your name here**

**EXHIBIT**
"A"