UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
NOV 1 2 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Catherine L. Davis, et al.

-vs-

Dell, Inc., et al

Case No.: 1:08-cv-248 JRN

_____

# MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____ **Sam R. Fulkerson** _____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent _____ **Dell, Inc.** _____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

    _____ **McAfee & Taft A Professional Corporation** _____,

    with offices at

    Mailing address: **10th Fl., 2 Leadership Square, 211 N. Robinson**

    City, State, Zip Code: **Oklahoma City, OK 73102**

    Telephone: **405-235-9621**

    Facsimile: **405-235-0439**

2. Since **1991**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **Oklahoma**. Applicant's bar license number is **014370**.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| **S. Ct. of OK, U.S. Supreme Court** | 1991 |
| **W.D., E.D. & N.D. of Oklahoma** | 1991 |
| **10th Circuit Court of Appeals** | 1991 |
| **N.D. of Texas** | 1993 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   N/A

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

    ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    Co-counsel: **Jeff Londa**

    Mailing address: **500 Dallas Street, Suite 3000**

    City, State, Zip Code: **Houston, TX 77002**

    Telephone: **(713) 655-5750**

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(1) [checks made payable to: **Clerk, U.S. District Court**].

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Sam R. Fulkerson** to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

**Sam R. Fulkerson**
[printed name of Applicant]

*[signature]*
[signature of Applicant]

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **11th** day of **November**, **2008**.

 

**Sam R. Fulkerson**
[printed name of Applicant]

*/s/ Sam R. Fulkerson*
[signature of Applicant]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Catherine L. Davis, et al.**

-vs-    Case No. ~~1:08-cv-794-SS~~  1:08-CV-248-JRN

**Dell, Inc., et al**

_____

## ORDER

BE IT REMEMBERED on this the _____ day of _____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ____**Sam R. Fulkerson**____, counsel for ____**Dell, Inc.**____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and ____**Sam R. Fulkerson**____ may appear on behalf of ____**Dell, Inc.**____ in the above case.

IT IS FURTHER ORDERED that ____**Sam R. Fulkerson**____, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this the _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE