# EXHIBIT A

Case 1:08-cv-00248-JRN   Document 49-1   Filed 11/19/08   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, et al., individually and on behalf of a class of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>DELL, INC.,<br>and<br>DELL MARKETING USA, L.P.<br><br>        Defendants. | Case No. 08-CV-0248-LY |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

   **I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against Dell CS, L.P. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and other attorneys with whom they may associate.

Date: 11-14-08

*Daniel E. Wojciechowski*
**Printed Name: Daniel Wojciechowski**