IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated<br>  Plaintiff, | § § § § § | |
| VS. | § § | CAUSE NO. A-08-CA-248 JRN |
| DELL, INC., and DELL MARKETING USA, L.P.<br>  Defendants | § § § § | |
| CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated<br>  Plaintiffs, | § § § § | CAUSE NO. A-08-CA- JRN<br>(Consolidated) |
| VS. | § § | |
| DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership<br>  Defendants | § § § § § § § | |

## ORDER

On this day, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Sam R. Fulkerson, counsel for Dell, Inc., and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is **GRANTED**, and Sam R. Fulkerson may appear on behalf of Dell, Inc. in the above styled case.

**IT IS FURTHER ORDERED** that Sam R. Fulkerson, if he has not already done so, shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this \_\_19th\_\_ day of November, 2008.

_____
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE