### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 08-CV-0248 LY |
| DELL INC. and DELL MARKETING USA, L.P. | )<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION FOR LEAVE TO FILE ADDITIONAL PAGES

COME NOW Plaintiffs and Defendants, by and through their counsel, to request additional pages for Plaintiffs' Motion for Conditional Collective and Class Action Certification, Defendants' Response to Plaintiffs' Motion for Conditional Collective and Class Action Certification, and Plaintiffs' Reply in Support of Plaintiffs' Motion. In support of their Joint Motion, the parties state:

1. Plaintiffs' Motion for Condition Collective and Class Action Certification is due January 30, 2009. Defendants' Response to Plaintiffs' Motion is due March 2, 2009. Plaintiffs' Reply in Support of their Motion is due March 17, 2009.

2. Under Local Rule CV-7(c) and (d), Plaintiffs' Motion and Defendants' Response are limited to ten (10) double-spaced pages, inclusive of any factual assertions, record citations, and legal authorities. Under the same provision at subsection (e), Plaintiffs' Reply is limited to five (5) double-spaced pages.

3.     Because Plaintiffs intend to move for both collective action certification under section 216(b) of the Fair Labor Standards Act ("FLSA") and class action certification under Fed. R. Civ. P. 23, Plaintiffs and Defendants require additional pages.[1]

4.     Accordingly, Plaintiffs request an additional thirty (30) additional pages for their Motion for Conditional Collective and Class Action Certification.  Defendants request the same amount, an additional thirty (30) pages, for their Response to Plaintiffs' Motion.   Plaintiffs also request an additional fifteen (15) pages for their Reply in Support of Plaintiffs' Motion.

5.     The parties file this Motion for good cause.  They are mindful of the expectation that briefing be concise and that a party's primary authorities should be emphasized.  However, given the complexity and breadth of the issues to be addressed, the additional pages requested herein are necessary to adequately address issues implicated by the parties' filings.

WHEREFORE, the parties request the Court enter an Order granting their Motion for Leave to File Additional Pages and authorizing them to submit up to thirty (30) additional pages in support of (1) Plaintiffs' Motion for Conditional Collective and Class Action Certification, and (2) Defendants' Response to Plaintiffs' Motion.  Plaintiffs further request leave to submit up to fifteen (15) additional pages in support of their Reply in Support of Plaintiffs' Motion.

---

[1] Although they are moving for conditional certification under the FLSA and class certification under Rule 23, Plaintiffs intend to submit one Motion for Conditional Collective and Class Action Certification for the Court's consideration.  Similarly, Plaintiffs intend to submit one Reply for the Court's consideration.

Dated**:**  January 28, 2009

                                    Respectfully submitted,

| **STUEVE SIEGEL HANSON LLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| /s/ George A. Hanson | /s/ Jeffrey C. Londa |
| George A. Hanson (admitted *pro hac vice*) | Jeffrey C. Londa    Admitted *pro hac vice* |
| Matthew L. Dameron (admitted *pro hac vice*) | E-mail: jeffrey.londa@ogletreedeakins.com |
| Stueve Siegel Hanson LLP | 500 Dallas Street, Suite 3000 |
| 460 Nichols Road, Suite 200 | Houston, Texas 77002-4709 |
| Kansas City, Missouri 64112 | Tel:     (713) 655-0855 |
| Tel:     816-714-7100 | Fax:    (713) 655-0020 |
| Fax:    816-714-7101 | |

**LEE & BRAZIEL, LLP**
J. Derek Braziel  TBN 00793380
Meredith Mathews  TBN 24055180          /s/ Michael W. Fox
1801 N. Lamar Street, Suite 325             Michael W. Fox      Admitted *pro hac vice*
Dallas, Texas 75202                                    E-mail: michael.fox@ogletreedeakins.com
Tel:     214-749-1400                                 301 Congress Avenue, Suite 1250
Fax:    214-749-1010                                 Austin, Texas 78701
                                                                      Tel:     (512) 344-4711
**FEDERMAN & SHERWOOD**          Fax:    (512) 344-4701
William B. Federman, TBN 00794935
Email:  wfederman@aol.com                   **ATTORNEYS FOR DELL INC.**
Allison B. Waters, TBN 00795994         **and DELL MARKETING USA, L.P.**
Email: abw@federmanlaw.com
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel:     (405) 235-1560
Fax:    (405) 239-2112

**ATTORNEYS FOR PLAINTIFFS**