# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 08-CV-0248 LY |
| DELL INC. and DELL MARKETING USA, L.P. | ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Pending before the Court is the parties' Joint Motion for Leave to File Additional Pages. For the reasons set forth therein, the Court **GRANTS** the parties' Motion. Plaintiffs are granted leave to file their Motion for Conditional Collective and Class Action Certification with up to thirty additional pages. Defendants are granted leave to file their Response to Plaintiffs' Motion with up to thirty additional pages. Plaintiffs are further granted lave to file their Reply in support of their Motion with up to fifteen additional pages.

**IT IS SO ORDERED.**


DATE:   January _____, 2009        _____
                                    UNITED STATES DISTRICT JUDGE