IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No.: 08-CV-0248 LY |
| DELL INC. and DELL MARKETING USA, L.P. | ) ) ) ) | |
| Defendants. | ) | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION AND MEMORANDUM FOR CERTIFICATION UNDER 29 U.S.C. § 216(b) AND CLASS ACTION CERTIFICATION UNDER FED. R. CIV. PRO. 23**

Plaintiffs submit the following documents and exhibits in support of their Motion and Memorandum for Certification Under 29 U.S.C. § 216(b) and Class Action Certification Under Fed. R. Civ. Pro. 23.

**Declarations**

Declaration of Joshua Barker
Declaration of Shannon Brothers
Declaration of Izetta Marshaee Carson
Declaration of Catherine L. Davis
Declaration of Hitul Gandhi
Declaration of David Haley
Declaration of Jamey Mendenhall
Declaration of Tommy Moore
Declaration of Michelle Ricketts
Declaration of Myron H. Schrouf
Declaration of Nicholas Stewart
Declaration of Tracie Webb
Declaration of Parvin Greene
Declaration of Daniel Wojeichowski

**Deposition Testimony**

30(b)(6) Deposition Excerpts of Amy Mai Atsumi
30(b)(6) Deposition Excerpts of Adele Jene Machinski


**Exhibits**

| | |
|---|---|
| Exhibit A: | Business Sales Representative Job Description |
| Exhibit B: | Declaration of Patti Powers |
| Exhibit C: | Defendants Dell Inc. and Dell Marketing USA L.P.'s Objections and Answers to Plaintiffs' First Interrogatories |
| Exhibit D: | Dell Things You Should Know |
| Exhibit E: | Compensation Overview February 2008 |
| Exhibit F: | Salaried Non-Exempt Pay Calculation |
| Exhibit G: | Kronos: New Hire Training |
| Exhibit H: | Dell: Kronos SMB Training-Facilitator's Guide |
| Exhibit I: | Offer Letters of Employment for 1.) Hitul Gandhi   2.)Tracie Hurt   3.) Jamey Mendenhall   4.) David Haley   5.) Joshua Barker and   6.) Nicholas Stewart |
| Exhibit J: | Q2 FY09 SMB Sales Compensation Plan |
| Exhibit K: | SMB Sales Compensation Policies & Administration BSD & MMD (November 30, 2007) |
| Exhibit L: | SMB Sales Compensation Policies & Administration BSD & MMD (September 5, 2007) |
| Exhibit M: | Sales Compensation Policies HSB SMB & DCG |
| Exhibit N: | Order, *Scherrer v. S.J.G. Corp. d/b/a The Salt Lick*, No. 08-CA-190-SS |
| Exhibit O: | Order, *Oliver v. Aegis Communications Group, Inc.*, No. 08-CV-828-K |
| Exhibit P: | Order, *Viera, et al. v. First Union Corporation, et al.*, No. 01-CA-033 SS |
| Exhibit Q: | Memorandum and Order, *Coreas, et al. v. C& S Ranch*, No. L-97-30 |
| Exhibit R: | Memorandum and Order, *Schwartz et al. v. MCI Telecommunications Corporation*, No. 98-1574 |
| Exhibit S: | *Teletech Holdings, Inc.*, AAA Partial Final Class Certification Award of Arbitrator |
| Exhibit T: | Notice of Related and/or Companion Cases, *Davis v. Dell Inc.*, No. 07-CV-01401-W |
| Exhibit U: | Stueve Siegel Hanson LLP Firm Resume |
| Exhibit V: | Federman & Sherwood Firm Resume |

DATE:  January 30, 2009                    Respectfully submitted,

                                             **STUEVE SIEGEL HANSON LLP**

                                             /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Email:  hanson@stuevesiegel.com
Matthew L. Dameron (admitted *pro hac vice*)
Email:  dameron@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:     816-714-7100
Fax:    816-714-7101

**LEE & BRAZIEL LLP**
J. Derek Braziel
Texas Bar No. 00793380
Email: jdbraziel@l-b-law.com
Meredith Mathews
Texas Bar No. 24055180
Email:  mmathews@l-b-law.com
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
Tel:     214-749-1400
Fax:    214-749-1010

**FEDERMAN & SHERWOOD**
William B. Federman
Texas Bar No. 00794935
Email: wbf@federmanlaw.com
Allison B. Waters
Texas Bar No. 00795994
Email: abw@federmanlaw.com
Nicholas G. Farha (admitted *pro hac vice*)
Email:  ngf@federmanlaw.com
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel:     (405) 235-1560
Fax:    (405) 239-2112

**ATTORNEYS FOR PLAINTIFFS**

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on the Court's CM/ECF system on January 30, 2009, and delivered to the following individuals:

Jeffrey C. Londa
E-mail: jeffrey.londa@ogletreedeakins.com
Ogletree Deakins
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail: michael.fox@ogletreedeakins.com
Ogletree Deakins
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.
and DELL MARKETING USA, L.P.**

                                        /s/ Matthew L. Dameron
                                        Matthew L. Dameron
                                        **Attorney for Plaintiffs**

4