# EXHIBIT A

Job Description

| Function | Inside Sales |
|---|---|
| Job Family | Sales Representative |
| Job Family Summary | Individual contributors responsible for selling Dell's products and services (via telephone, web or e-mail) to specified customer segments. |
| Principal Accountabilities | <ul><li>Responsible for selling Dell's products and services.</li><li>Works effectively in a team environment.</li><li>Focuses on passionate delivery of a positive and rewarding customer experience according to Dell standards.</li><li>Increases line of business penetration.</li><li>Three types of Sales Representative:<br>— Retention/Development focuses on maintaining and expanding business relationships/market share with existing Dell customers.<br>— Acquisition focuses on identifying, targeting, qualifying, and closing new business opportunities.<br>— Queue/Transactional focuses on fielding in-bound sales calls and efficiently completing/closing the sale; all must effectively utilize Dell tools and work closely with the necessary resources and field to meet sales objectives.</li></ul> |

| | A4 | 71/A5 | 72/B1 | 73/B2 | 74/B3 | 75/C1 |
|---|---|---|---|---|---|---|
| Global Grade | A4 | 71/A5 | 72/B1 | 73/B2 | 74/B3 | 75/C1 |
| Global Job Code | SISR1030 | SISR2000/ SISR1040 | SISR2100/ SISR1100 | SISR2200/SISR1110 | SISR2300/SISR1120 | SISR2400/SISR1200 |
| Global Title | Inside Sales Representative IA | Inside Sales Representative IB | Inside Sales Representative I | Inside Sales Representative II | Inside Sales Representative III | Inside Sales Representative IV |
| Region Usage | Not intended for US | | | | | |
| Scope | <ul><li>Articulates how the Dell business model relates to selling Dell products and services.</li><li>Transactional focus.</li></ul> | <ul><li>Articulates how the Dell business model relates to selling Dell products and services.</li><li>Transactional focus.</li><li>Occasional involvement in outside sales lead with Sales Representative support.</li></ul> | <ul><li>Articulates how the Dell business model relates to selling Dell products and services.</li><li>Transactional focus.</li><li>Occasional involvement in outside sales lead with Sales Representative support.</li></ul> | <ul><li>Works persistently to gain new accounts and/or identify opportunities in account territory.</li><li>May have transactional or relationship focus.</li><li>May include out bounding to drive current penetration in retention and development accounts.</li><li>Occasional involvement in outside sales lead with Sales Representative support.</li><li>If account/</li></ul> | <ul><li>Works with customers in complex business environments to devise new and innovative solutions to business challenges.</li><li>Relationship focus.</li><li>May include out bounding to drive current penetration in retention and development accounts.</li><li>Some involvement in outside sales lead with Sales Representative</li></ul> | <ul><li>Devises new approaches/methods to selling Dell products and services.</li><li>Relationship focus.</li><li>May include out bounding to drive current penetration in retention and development accounts.</li><li>Some involvement in outside sales lead with Sales Representative support.</li><li>If account/ acquisition focused individual</li></ul> |

DELL 00275

Job Description

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | acquisition focused, individual responsible for:<br>— Low-to-average revenue spend and/or account complexity within assigned business.<br>— Limited strategic value within assigned business. | support.<br>• If account/ acquisition focused, individual responsible for:<br>— Average-to-high revenue spend and/or account complexity within assigned business.<br>— Higher strategic value within assigned business. | responsible for:<br>— Highest revenue spend in business and/or account complexity within assigned business.<br>— Greatest strategic value within assigned business. |
| **Complexity** | • Entry level sales representative, learning segment and product/service offerings.<br>• Regular coaching/ mentoring required.<br>• Frequent contact with manager. | • Entry level sales representative, learning segment and product/service offerings.<br>• Regular coaching/ mentoring required.<br>• Frequent contact with manager. | • Entry level sales representative, learning segment and product/service offerings.<br>• Regular coaching/ mentoring required.<br>• Frequent contact with manager. | • Intermediate level sales representative, complete understanding of segment, product/service offerings and client set.<br>— Some coaching/ mentoring required.<br>— Regular contact with manager. | • Advanced level sales representative, contributing beyond self, sought out by others.<br>— Limited coaching/ mentoring required.<br>— Regular updates with managers. | • Accomplished level sales representative, influencing how others engage/ interact with client set.<br>— Leveraged to serve as coach/ mentor.<br>— Status updates with manager. |
| **Knowledge and Skills** | • Learns the full range of Dell technology, products, and services and is able to identify how these products and services align to customer needs.<br>• Cooperates and collaborates with colleagues, cross-functionally, to | • Learns the full range of Dell technology, products, and services and is able to identify how these products and services align to customer needs.<br>• Explains technical, industry, and market facts to position Dell as a competitive solution. | • Learns the full range of Dell technology, products, and services and is able to identify how these products and services align to customer needs.<br>• Explains technical, industry, and market facts to position Dell as a competitive solution. | • Effectively articulates the value proposition associated with Dell's products and services.<br>• Recommends business solutions considering customer needs and Dell interests.<br>• Builds relationships with customers based on knowledge of Dell's technology, products, services.<br>• Stays abreast of current industry | • Viewed as a trusted business advisor to the customer and uses in-depth knowledge of Dell's technology, products and services to help customers formulate strategy and direction.<br>• Utilizes strategic probing to identify, evaluate, and recommend alternative business solutions. | • Uses thought leadership to build customer relationships and assist customers in developing business solutions using Dell products and services.<br>• Coaches others in closing complex deals and assists others in keeping up-to-date on Dell's technology, products, and services. |

DELL 00276

| | | | | | | |
|---|---|---|---|---|---|---|
| | support the sales process.<br>• Understands the administrative and operational requirements of the job.<br>• Demonstrates good judgment in analyzing information to make routine decisions. | • Cooperates and collaborates with colleagues, cross-functionally, to support the sales process.<br>• Understands the administrative and operational requirements of the job.<br>• Demonstrates good judgment in analyzing information to make routine decisions. | • Cooperates and collaborates with colleagues, cross-functionally, to support the sales process.<br>• Understands the administrative and operational requirements of the job.<br>• Demonstrates good judgment in analyzing information to make routine decisions. | trends and how Dell's customers are being impacted to help solve specific market challenges in targeted industries.<br>• Leverages cross-functional resources to achieve results/ meet customer needs.<br>• Effectively prioritizes multiple demands while ensuring customer needs are met.<br>• Makes decision based on an appropriate amount of information/data analysis. | • Analyzes multiple market factors to both anticipate/identify customer problems/needs and recommends appropriate solution.<br>• Engages cross functional resources, regardless of geographic location, in order to achieve goal/ meet customer needs.<br>• Effectively balances demands from multiple stakeholders.<br>• Effectively balances short term and long term priorities.<br>• Develops and implements account plans that drive the attainment of critical business objectives. | • Exhibits a broad base knowledge of multiple or related industries as well as an acute business understanding.<br>• Organizes internal/external resources in response to customer needs. |
| Management Responsibility | • No. | • No. | • No. | • No. | • No. | • No. |
| Experience | • 0–2 years of work/sales experience. | • 0–2 years of work/sales experience. | • 0–2 years of work/sales experience. | • 1–2 years of work/sales experience.<br>• 2–3 years of related, industry or segment experience. | • 2–3 years of sales experience.<br>• 3–5 years of related, industry or segment experience. | • 3–5 years of sales experience.<br>• 5+ years of related, industry or segment experience. |

DELL 00277

Job Description

All statements are intended to describe the general nature and level of work being performed by people assigned to this classification. They are not intended to be construed as an exhaustive list of all responsibilities, duties and skills required of personnel so classified.

Job Description

DELL 00278