# EXHIBIT D

DELL CONFIDENTIAL



# WELCOME

## Things You Should Know

CONFIDENTIAL INFORMATION



DELL 00522

# Your Pay - Classification

CONFIDENTIAL INFORMATION

- At Dell we have several different types of payroll (FLSA) classifications.
  - Hourly, Non-Exempt employees are employees who are paid based on the hours they work in a standard work week. Dell's standard pay week is Monday to Sunday.
  - Salaried, Non-Exempt employees are employees who are paid a base salary and are also overtime eligible. In order to receive the base salary payment, employees must record their worked hours, holiday pay, bereavement and FTO hours in Kronos
  - Salaried, Exempt employees are employees who are paid a salary. Salaried employees are not required to record the number of hours worked, but are required to record their holiday pay, bereavement and FTO hours in Kronos.
  - **Our Time & Attendance tool of record is Kronos**
    http://kronos.us.dell.com/wfc/logon

DELL CONFIDENTIAL

39

DELL 00560

# Your Pay – Salaried, non-exempt employees

- First pay date - Monday, December 3rd
- Are paid 1 week in arrears.
- Pay Week is defined as Monday to Sunday
- Bi-weekly rate - divide your annual rate of pay by 26 pay periods, this will be your bi-weekly salary amount.
- Overtime Eligible – Salaried Non-Exempt employees are paid overtime for all hours worked over 40 in a week, unless state regulations are more favorable for the employee.

CONFIDENTIAL INFORMATION

DELL CONFIDENTIAL

DELL 00562





**Note:** Kronos will automatically deduct an hour for lunch after the 6th worked hour.
* Kronos will default to the AM hour for all punches in the timesheet, so employees need to identify the PM hour by inputting a "p" or "pm" after inputting the hour of the punch.
* Do not insert periods between am or pm.

CONFIDENTIAL INFORMATION

DELL 00575