# EXHIBIT E

CONFIDENTIAL INFORMATION

DELL 00330




Dell reserves the right to amend, change, cancel or make exceptions to this policy at its discretion. Changes or modifications may be made before, during, or after a period for which incentive compensation is paid, except where prohibited by law. Dell also reserves the right to reduce, modify, or withhold incentive compensation based on an individual's performance or conduct, or because of management modification due to business circumstances. Such changes may result in an increase or decrease of incentive compensation for any period.

DELL

# Total Target Compensation (TTC)

DELL 00333

## Base Pay + Incentive Pay (Commissions & Stacks) = Total Target Compensation

CONFIDENTIAL INFORMATION

- **Base Pay** - The hourly rate or salary paid for a job performed (paid every two weeks). Base salary represents the fixed income portion of your Total Target Compensation.
- **Target Incentive Pay (TI)** - The variable portion of the Total Target Compensation, which includes Commission & Stacks pay.
- **Total Target Compensation (TTC)** - The expected pay for a position, including both base pay and incentive pay. The variable portion of target compensation is based on what the employee will earn at 100% attainment.





# Important Notes- Check with your manager for details

DELL 00345




- New reps to BSD are on a ramped quota for a period of time.
- Quota relief can be given for time "off the phones", w/ exception of PBA.
- BSD reps can earn up to 5k a quarter in SPIFs
- $CORE is the record of pay for BSD
- Reps are Stacked against "like groups" across all sites
- Base overtime is paid bi-weekly. Commission OT is paid quarterly.
- Your Compensation Resources can be found @ http://moss.dell.com/sites/SMBCompensation/default.aspx



