# EXHIBIT G

**Kronos**



New Hire Training

CONFIDENTIAL INFORMATION

DELL 00287

# KRONOS

## Use KRONOS to make sure you get PAID!



NT Americas Login and password required

- You must enter KRONOS times before your manager can approve your timecard.
- You will **NOT** receive a paycheck if you don't report your hours!

CONFIDENTIAL INFORMATION

DELL 00290