# EXHIBIT H

 **DELL**



CONFIDENTIAL
INFORMATION

DELL 00296

**DELL**                                                                                                  **Kronos**

| Introduction : 5 minutes | | |
|---|---|---|
| **FG Notes** | **FG Instructions** | **Facilitator Notes** |
| Slide 1 | *Reps should not have their desks open during this training. They will go back to their desks and log their hours after the training.* **SAY:** Welcome to your Kronos training. In this training we will discuss in great detail a program that we use here at Dell. **ASK:** Does anyone know what Kronos is used for? *Reps respond.* **SAY** Some of you have noticed that there are no punch clocks anywhere in the building. Kronos is the payroll tool we use to report the hours we work. Some of you may have used the tool at your previous job due to its increased popularity. Before we begin, let's take a look at the objectives. | |
| Slide 2 | **SAY:** By the end of this session you will be able to: <ul><li>Identify the importance of Kronos</li><li>Define the primary pay codes within Kronos</li><li>Complete your Kronos Timecard</li></ul> **SAY:** I want to give you a quick overview on how you are paid. You will get more detailed information on your compensation plan later in the training so, don't worry about all the details at this point! Your compensation questions will be answered at that time. For now, let's discuss the two different pay grades for sales reps which are called SR1 and SR1B. **ASK:** Does anyone know what pay grade you are? *Reps respond.* **SAY:** That's correct, you are SR1Bs. Can anyone tell me the breakdown of your pay? (80/20) You are on an 80/20 split, which means 80% of your paycheck is base salary and the rest is variable. Once you're promoted to SR1, you change to a 60/40 split. Your base pay reflects the hours that you input in Kronos. **ASK:** What does that mean for you? *Reps respond.* **SAY:** If you do not input your time in Kronos, the business is not aware of the hours you worked. In other words, you must complete your time card in Kronos in order to receive your base pay on your upcoming paychecks. | *Press "B" on keyboard* |

CONFIDENTIAL INFORMATION

DELL 00298





CONFIDENTIAL
INFORMATION

DELL 00311





CONFIDENTIAL
INFORMATION

DELL 00312

3. Once you enter a time, always hit "Save" to log your information permanently.

My Timecard
Last Saved: 11:12 AM

Name & ID:   Rep name    Rep Badge #
Time Period: Current Pay Period

Save | Actions   Punch   Amount   Approvels   Reports

| | | Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Shift | Daily |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mon 4/18 | | | 7:00AM | | 4:00PM | | | | 8:00 | 8:00 |
| | | Tue 4/19 | | | | | | | | | | |
| | | Wed 4/20 | | | | | | | | | | |
| | | Thu 4/21 | | | | | | | | | | |
| | | Fri 4/22 | | | | | | | | | | |
| | | Sat 4/23 | | | | | | | | | | |
| | | Sun 4/24 | | | | | | | | | | |
| | | Mon 4/25 | | | | | | | | | | |
| | | Tue 4/26 | | | | | | | | | | |
| | | Wed 4/27 | | | | | | | | | | |
| | | Thu 4/28 | | | | | | | | | | |

1. When beginning your shift you will enter the time you began work under the 1st "In" field.

2. Record the time your shift ends in the 2nd "Out" field.

Totals & Schedule | Accruals | Audits

All

Account    Pay Code | Amount
...J006246-24626505/27657/00/00/00/00   Salary Non...  8:00

Accrual Co... / Bal. on Sele...   Units

4. After saving your time, Kronos will calculate your hours for that day. Notice in this example that 8 hours is reflected. The system is going to automatically assume that you are taking a lunch, unless the CCO desk has entered it into your schedule that you are going to be working through your lunch.

---

Recording your time away

My Timecard
Last Saved: 11:15 AM

Name & ID:   Rep name    Rep Badge #
Time Period: Current Pay Period

Save | Actions   Punch   Amount   Approvels   Reports

| | | Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Shift | Daily |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mon 4/18 | | | 7:00AM | | 4:00PM | | | | 8:00 | 8:00 |
| | | Tue 4/19 | | | | | | | | | | |
| | | Wed 4/20 | PBA | | | | | | | | | |
| | | Thu 4/21 | Vacation F | | | | | | | | | |
| | | Fri 4/22 | Holiday P; | | | | | | | | | |
| | | | SN Holida | | | | | | | | | |
| | | Sat 4/23 | Bereavem | | | | | | | | | |
| | | Sun 4/24 | FMLA | | | | | | | | | |
| | | Mon 4/25 | Jury-Witne | | | | | | | | | |
| | | Tue 4/26 | Non FMLA | | | | | | | | | |
| | | Wed 4/27 | | | | | | | | | | |
| | | Thu 4/28 | | | | | | | | | | |

Totals & Schedule | Accruals | Audits

All

Account    Pay Code | Amount
...J006246-24626505/27657/00/00/00/00   Salary Non...  8:00

Accrual Co... / Bal. on Sele...   Units

CONFIDENTIAL
INFORMATION

DELL 00313