# EXHIBIT I

368850

Dell Computer Corporation  Telephone 512.338.4400
One Dell B'lvp             Telefax 512.283.1111
Round Rock, TX 78682       www.dell.com



December 19, 2002

Hitul Gandhi
PO box 367
Sutherlin, OR 97479

Dear Hitul:

Congratulations, and welcome to the Dell Team! We are pleased to extend our offer of employment. Your title will be Sales Representative ID, reporting to Debra Koehn.

At 8:00 a.m. on your scheduled start date, please report to the Ford Family Center at Umpqua Community College. Please refer to the enclosed map for directions to New Hire Orientation. Attire is business casual. After your orientation, you will begin New Hire Sales Training.

Please be aware that you must take your pre-employment drug screen no later than 5 working days prior to your start date and no earlier than 30 days prior to your start date. Prior to your start date, the final results must be received before you may commence employment. We encourage you to complete the drug screen as soon as possible, so as not to delay your employment with Dell. To assist you, we have attached detailed scheduling information for the pre-employment drug screen. To comply with federal law, we must also ask you to gather whatever documentation you may need to prove your eligibility to work in the United States. The I-9 form included in the Records Envelope of your Offer Packet, to be signed and dated on your first day of work, lists the documents that may be used to establish employment eligibility. Please bring this documentation with you on your first day of work.

**Compensation** We are pleased to offer you a training and transition salary of $320.00 per week, to be paid bi-weekly via direct deposit to the bank of your choice. For more information, please refer to the detailed information in your Offer Packet.

Once the training period has ended your pay rate will be $282.69 per week, to be paid bi-weekly ($14,700.00 annualized). You are also eligible to receive additional incentive compensation in accordance with Dell's Incentive Pay Plans. Your incentive pay will be measured monthly and paid monthly, however, due to calculation time, it cannot be paid until the following month. Your target monthly incentive payment is $525.00 ($6,300.00 annualized). Your performance will determine the amount earned based on this formal plan. The terms of the Incentive Pay Plan are subject to monthly evaluation and modification.

Dell Confidential                                                        1

**CONFIDENTIAL
INFORMATION**

DELL 00002

368850

**Benefits** Dell offers a variety of benefits to assist you and your family, including time away from work, health care plans, and capital accumulation programs. For a summary description of your benefits and options, please see the benefits information included in this offer packet. You will receive additional information at New Hire Orientation.

**Additional Important Information** This conditional offer is contingent on the following:

- successful completion of all aspects of the candidate application process, which includes passing a pre-employment drug screen and background check and providing proof of your eligibility to work in the United States; and

- the return, prior to your start date, of signed copies of this letter and the Employment Agreement

- successful completion of the export licensing review process, including the return of a signed Export Licensing Information Form and, if necessary, Dell's receipt of a valid export license from the Department of Commerce.

**"At Will" Employment** For your benefit and Dell's, your employment with Dell will be "at will," meaning that it can be terminated by you or by Dell at any time, with or without cause or advance notice. By accepting this job offer, you agree that no contrary representation has been made to you. This "at will" employment relationship will remain in effect for the duration of your employment and can only be modified by an express written contract for a specified term, signed by you and the Chairman or Vice Chairman of Dell. It may not be modified or altered by any oral or implied agreement. This letter constitutes our entire agreement regarding the term of your employment.

Dell Confidential

**CONFIDENTIAL INFORMATION**

2

DELL 00003

368850

**Acceptance** To accept this offer, please sign and return this original offer letter and retain the attached copy for your records. We would like to request that you keep the information included in this offer letter confidential. We are pleased to welcome you to Dell. Should you have any questions, or would simply like further information, please do not hesitate to call me.

Sincerely,

Melissa Chase
Human Resources Representative

Enc.

Cc: Debra Koehn

I accept this offer of employment:

Signed: _M. Gandhi_

Date: 12-20-02          Tentative Start Date: ___1/20/2003___

Dell Confidential

**CONFIDENTIAL INFORMATION**

3

DELL 00004

From: IRON MOUNTAIN          15129122018          10/09/2008 09:27 #181 P.023/071

808479



September 17, 2004

Tracie Hurt
124-A Ballygar st.
Clarksville, TN 37042

Dear Tracie:

Congratulations, and welcome to the Dell Team! We are pleased to extend our offer of employment. Your title will be Sales Representative IB, reporting to Jean Chitwood. Your tentative start date is Monday, September 27, 2004.

At 8:00a.m. on your scheduled start date, please report to One Dell Parkway, Nashville, building A01-1 Cafeteria. Please refer to the enclosed map for directions to New Hire Orientation. Attire is business casual.

Please be aware that you must take your pre-employment drug screen no later than 5 working days prior to your start date and no earlier than 30 days prior to your start date. We encourage you to complete the drug screen as soon as possible, so as not to delay your employment with Dell. To assist you, we have attached detailed scheduling information for the pre-employment drug screen. To comply with federal law, we must also ask you to gather whatever documentation you may need to prove your eligibility to work in the United States. The I-9 form included in the Records Envelope of your Offer Packet, to be signed and dated on your first day of work, lists the documents that may be used to establish employment eligibility. Please bring this documentation with you on your first day of work.

**Compensation** We are pleased to offer you a starting salary with a pay rate of $860.77 biweekly ($22,380.00 annualized) to be paid via automatic direct deposit into an account with the bank of your choice, per Dell policy. Direct Deposit is optional for employees in Oregon and California. For more information on direct deposit, please refer to the detailed information in your Offer Packet.

You are also eligible to receive additional incentive compensation in accordance with Dell's Incentive Pay Plans. Your incentive pay will be measured monthly and paid one month in arrears. Your target monthly incentive payment is $483.33. Your performance will determine

*Dell Confidential*   Dell Inc. | One Dell Way | Round Rock, TX 78682 | Telephone 512.338.4400 | Telefax 512.283.6161
www.dell.com | 1-800 BUY DELL

CONFIDENTIAL
INFORMATION                DELL 00936

808479

Tracie Hurt	September 17, 2004

the amount earned based upon this formal plan. The terms of the Incentive Pay Plan are subject to monthly evaluation and modification.

**Benefits** Dell offers a variety of benefits to assist you and your family, including time away from work, health care plans, and capital accumulation programs. For a summary description of your benefits and options, please see the benefits information included in this offer packet. You will receive additional information at New Hire Orientation.

**Additional Important Information** This conditional offer will remain open until Friday, September 17, 2004 and is contingent on the following:

- successful completion of all aspects of the candidate application process, which includes passing a pre-employment drug screen and background check and providing proof of your eligibility to work in the United States; and

- the return, prior to your start date, of signed copies of this letter and the Employment Agreement

- successful completion of the export licensing review process, including the return of a signed Export Licensing Information Form and, if necessary, Dell's receipt of a valid export license from the Department of Commerce.

**"At Will" Employment** For your benefit and Dell's, your employment with Dell will be "at will," meaning that it can be terminated by you or by Dell at any time, with or without cause or advance notice. By accepting this job offer, you agree that no contrary representation has been made to you. This "at will" employment relationship will remain in effect for the duration of your employment and can only be modified by an express written contract for a specified term, signed by you and the Chairman, CEO or President of Dell. It may not be modified or altered by any oral or implied agreement. This letter constitutes our entire agreement regarding the term of your employment.

**Acceptance** To accept this offer, please sign and return this original offer letter and retain the attached copy for your records. We would like to request that you keep the information included in this offer letter confidential. We are pleased to welcome you to Dell. Should you have any questions, or would simply like further information, please do not hesitate to call me.

Sincerely,

*Cynthia Williams-Johnson*
Cynthia Williams-Johnson
Staffing Advisor

Enc.

Cc: Jean Chitwood

*Dell Confidential*

CONFIDENTIAL INFORMATION

2

DELL 00937

From: IRON MOUNTAIN          15129122018          10/09/2008 09:27 #181 P.025/071

**808479**

Tracie Hurt

September 17, 2004

I accept this offer of employment:

Signed: *Tracie W. Hurt*

Date: 9-17-04

Tentative Start Date: 9-27-04

*Dell Confidential*

CONFIDENTIAL INFORMATION

3

DELL 00938

From: IRON MOUNTAIN          15129122018          10/09/2008 09:32 #181 P.047/071

812305



August 2, 2004

Jamey Mendenhall
1624 Selborne Place
Yukon, OK 73099

Dear Jamey:

Congratulations, and welcome to the Dell Team! We are pleased to extend our offer of employment. Your title will be Sales Representative IB, reporting to David Miketinac. Your tentative start date is Monday, September 13, 2004.

At 8:00 a.m. on your scheduled start date, please report to Dell, Inc. 3817 NW Expressway Oklahoma City, OK 73102. Please refer to the enclosed map for directions to New Hire Orientation. Attire is business casual. After your orientation, you will follow the 'Report To' instructions that you will receive in New Hire Orientation.

Please be aware that you must take your pre-employment drug screen no later than 5 working days prior to your start date and no earlier than 30 days prior to your start date. We encourage you to complete the drug screen as soon as possible, so as not to delay your employment with Dell. To assist you, we have attached detailed scheduling information for the pre-employment drug screen. To comply with federal law, we must also ask you to gather whatever documentation you may need to prove your eligibility to work in the United States. The I-9 form included in the Records Envelope of your Offer Packet, to be signed and dated on your first day of work, lists the documents that may be used to establish employment eligibility. Please bring this documentation with you on your first day of work.

**Compensation** We are pleased to offer you a starting salary with a pay rate of $834.62 biweekly ($21,700.00 annualized) to be paid via automatic direct deposit into an account with the bank of your choice, per Dell policy. Direct Deposit is optional for employees in Oregon and California. For more information on direct deposit, please refer to the detailed information in your Offer Packet.

You are also eligible to receive additional incentive compensation in accordance with Dell's Incentive Pay Plans. Your incentive pay will be measured monthly and paid one month in arrears. Your target monthly incentive payment is $483.33. You will have the option to accept

Dell Inc. | One Dell Way | Round Rock, TX 78682 | Telephone 512.338.4400 | Telefax 512.283.6161
www.dell.com | 1-800 BUY DELL

CONFIDENTIAL
INFORMATION

DELL 00960

From: IRON MOUNTAIN      15129122018      10/09/2008 09:32 #181 P.048/071

812305

guaranteed incentive compensation for the first 90 days of your employment, contingent upon your continued employment. The guaranteed payment is equal to 100% of your target monthly incentive compensation or your actual achievement, whichever is higher. At the completion of this 90 day period, you will no longer be eligible for guaranteed incentive compensation and will be placed on a formal sales compensation plan. Your performance will determine the amount earned based upon this formal plan. The terms of the Incentive Pay Plan are subject to monthly evaluation and modification.

**Benefits** Dell offers a variety of benefits to assist you and your family, including time away from work, health care plans, and capital accumulation programs. For a summary description of your benefits and options, please see the benefits information included in this offer packet. You will receive additional information at New Hire Orientation.

**Additional Important Information** This conditional offer will remain open until Tuesday, August 10, 2004 and is contingent on the following:

- successful completion of all aspects of the candidate application process, which includes passing a pre-employment drug screen and background check and providing proof of your eligibility to work in the United States; and

- the return, prior to your start date, of signed copies of this letter and the Employment Agreement

- successful completion of the export licensing review process, including the return of a signed Export Licensing Information Form and, if necessary, Dell's receipt of a valid export license from the Department of Commerce.

**"At Will" Employment** For your benefit and Dell's, your employment with Dell will be "at will," meaning that it can be terminated by you or by Dell at any time, with or without cause or advance notice. By accepting this job offer, you agree that no contrary representation has been made to you. This "at will" employment relationship will remain in effect for the duration of your employment and can only be modified by an express written contract for a specified term, signed by you and the Chairman, CEO or President of Dell. It may not be modified or altered by any oral or implied agreement. This letter constitutes our entire agreement regarding the term of your employment.

**Acceptance** To accept this offer, please sign and return this original offer letter and retain the attached copy for your records. We would like to request that you keep the information included in this offer letter confidential. We are pleased to welcome you to Dell. Should you have any questions, or would simply like further information, please do not hesitate to call me.

Sincerely,

CONFIDENTIAL INFORMATION

DELL 00961

From: IRON MOUNTAIN          15129122018          10/09/2008 09:32 #181 P.049/071

*[signature: Jennifer Novit]*

Jennifer Novit
Human Resources Manager III

812305

Enc.

Cc: David Miketinac

I accept this offer of employment:

Signed: *[signature]*

Date: 8/9/04

Tentative Start Date: 9/13/04

CONFIDENTIAL INFORMATION

DELL 00962

81697

Dell Computer Corporation
One Dell Parkway
Nashville, TN 37217

**DELL**

January 20, 2005

David Haley
1906 Shelby Street
Nashville, TN 37206

Dear David:

Congratulations, and welcome to the Dell Team! We are pleased to extend our offer of employment. Your title will be Sales Representative IB, reporting to Josh McGinty. Your tentative start date is Monday, January 31, 2005.

At 8:00a.m. on your scheduled start date, please report to One Dell Parkway, Nashville, building AO1-1 Cafeteria. Please refer to the enclosed map for directions to New Hire Orientation. Attire is business casual.

Please be aware that you must take your pre-employment drug screen no later than 5 working days prior to your start date and no earlier than 30 days prior to your start date. We encourage you to complete the drug screen as soon as possible, so as not to delay your employment with Dell. To assist you, we have attached detailed scheduling information for the pre-employment drug screen. To comply with federal law, we must also ask you to gather whatever documentation you may need to prove your eligibility to work in the United States. The I-9 form included in the Records Envelope of your Offer Packet, to be signed and dated on your first day of work, lists the documents that may be used to establish employment eligibility. Please bring this documentation with you on your first day of work.

**Compensation** We are pleased to offer you a starting salary with a pay rate of $860.77 biweekly ($22,380.00 annualized) to be paid via automatic direct deposit into an account with the bank of your choice, per Dell policy. Direct Deposit is required, except where prohibited by state law. For more information on direct deposit, please refer to the detailed information in your Offer Packet.

You are also eligible to receive additional incentive compensation in accordance with Dell's Incentive Pay Plans. Your incentive pay will be measured monthly and paid one month in arrears. Your target monthly incentive payment is $483.33. Your performance will determine

**CONFIDENTIAL INFORMATION**

DELL 00985

816973

the amount earned based upon this formal plan. The terms of the Incentive Pay Plan are subject to monthly evaluation and modification.

**Benefits** Dell offers a variety of benefits to assist you and your family, including time away from work, health care plans, and capital accumulation programs. For a summary description of your benefits and options, please see the benefits information included in this offer packet. You will receive additional information at New Hire Orientation.

**Additional Important Information** This conditional offer will remain open until Friday, January 21, 2005 and is contingent on the following:

- successful completion of all aspects of the candidate application process, which includes passing a pre-employment drug screen and background check and providing proof of your eligibility to work in the United States; and

- the return, prior to your start date, of signed copies of this letter and the Employment Agreement

- successful completion of the export licensing review process, including the return of a signed Export Licensing Information Form and, if necessary, Dell's receipt of a valid export license from the Department of Commerce.

**"At Will" Employment** For your benefit and Dell's, your employment with Dell will be "at will," meaning that it can be terminated by you or by Dell at any time, with or without cause or advance notice. By accepting this job offer, you agree that no contrary representation has been made to you. This "at will" employment relationship will remain in effect for the duration of your employment and can only be modified by an express written contract for a specified term, signed by you and the Chairman, CEO or President of Dell. It may not be modified or altered by any oral or implied agreement. This letter constitutes our entire agreement regarding the term of your employment.

**Acceptance** To accept this offer, please sign and return this original offer letter and retain the attached copy for your records. We would like to request that you keep the information included in this offer letter confidential. We are pleased to welcome you to Dell. Should you have any questions, or would simply like further information, please do not hesitate to call me.

Sincerely,

Glenn Solana
Talent Acquisition Consultant

Enc.

Cc: Josh McGinty

CONFIDENTIAL INFORMATION

DELL 00986

816973

I accept this offer of employment:

Signed: _[signature]_

Date: 1-21-05

Tentative Start Date: 1/31/05

CONFIDENTIAL INFORMATION

DELL 00987

From: IRON MOUNTAIN          15129122018          10/09/2008 09:23 #181 P.003/071

808413



July 8, 2004

Joshua Barker
727 Bell Rd
#109
Antioch, TN 37013

Dear Joshua:

Congratulations, and welcome to the Dell Team! We are pleased to extend our offer of employment. Your title will be Sales Representative IB, reporting to Jean Chitwood. Your tentative start date is Monday, July 12, 2004.

At 8:00a.m. on your scheduled start date, please report to One Dell Parkway, Nashville, building AO1-1 Cafeteria. Please refer to the enclosed map for directions to New Hire Orientation. Attire is business casual.

Please be aware that you must take your pre-employment drug screen no later than 5 working days prior to your start date and no earlier than 30 days prior to your start date. We encourage you to complete the drug screen as soon as possible, so as not to delay your employment with Dell. To assist you, we have attached detailed scheduling information for the pre-employment drug screen. To comply with federal law, we must also ask you to gather whatever documentation you may need to prove your eligibility to work in the United States. The I-9 form included in the Records Envelope of your Offer Packet, to be signed and dated on your first day of work, lists the documents that may be used to establish employment eligibility. Please bring this documentation with you on your first day of work.

**Compensation** We are pleased to offer you a starting salary with a pay rate of $860.77 biweekly ($22,380.00 annualized) to be paid via automatic direct deposit into an account with the bank of your choice, per Dell policy. Direct Deposit is optional for employees in Oregon and California. For more information on direct deposit, please refer to the detailed information in your Offer Packet.

You are also eligible to receive additional incentive compensation in accordance with Dell's Incentive Pay Plans. Your incentive pay will be measured monthly and paid one month in arrears. Your target monthly incentive payment is $483.33. Your performance will determine the amount earned based upon this formal plan. The terms of the Incentive Pay Plan are subject to monthly evaluation and modification.

**Benefits** Dell offers a variety of benefits to assist you and your family, including time away from work, health care plans, and capital accumulation programs. For a summary description of your benefits and options, please see the benefits information included in this offer packet. You will receive additional information at New Hire Orientation.

*Dell Confidential* One Dell Way | Round Rock, TX 78682 | Telephone 512.338.4400 | Telefax 512.283.6161
www.dell.com | 1-800 BUY DELL

CONFIDENTIAL INFORMATION

DELL 01028

From: IRON MOUNTAIN     15129122018     10/09/2008 09:23 #181 P.004/071

808413

Joshua Barker                 July 8, 2004

**Additional Important Information** This conditional offer will remain open until Friday, July 9, 2004 and is contingent on the following:

- successful completion of all aspects of the candidate application process, which includes passing a pre-employment drug screen and background check and providing proof of your eligibility to work in the United States; and

- the return, prior to your start date, of signed copies of this letter and the Employment Agreement

- successful completion of the export licensing review process, including the return of a signed Export Licensing Information Form and, if necessary, Dell's receipt of a valid export license from the Department of Commerce.

**"At Will" Employment** For your benefit and Dell's, your employment with Dell will be "at will," meaning that it can be terminated by you or by Dell at any time, with or without cause or advance notice. By accepting this job offer, you agree that no contrary representation has been made to you. This "at will" employment relationship will remain in effect for the duration of your employment and can only be modified by an express written contract for a specified term, signed by you and the Chairman, CEO or President of Dell. It may not be modified or altered by any oral or implied agreement. This letter constitutes our entire agreement regarding the term of your employment.

**Acceptance** To accept this offer, please sign and return this original offer letter and retain the attached copy for your records. We would like to request that you keep the information included in this offer letter confidential. We are pleased to welcome you to Dell. Should you have any questions, or would simply like further information, please do not hesitate to call me.

Sincerely,

*[signature]*

Cynthia Williams-Johnson
Staffing Advisor

Enc.

Cc: Jean Chitwood

I accept this offer of employment:

Signed: *[signature]*

Date: 7-8-2004

Tentative Start Date: 7-12-2004

**CONFIDENTIAL INFORMATION**

*Dell Confidential*           2

DELL 01029

Dell Computer Corporation   Telephone 512.338.4400
One Dell Way              Telefax 512.283.1111
Round Rock, TX 78682      www.dell.com

394003



December 13, 2001

Nicholas Stewart
765 McMurray Dr
A 12
Nashville, TN 37075

Dear Nicholas:

Congratulations, and welcome to the Dell Team! We are pleased to extend our offer of employment. Your title will be Sales Representative I B, reporting to John Hood. Your tentative start date is Monday, December 31, 2001.

At 6:30 a.m. on your scheduled start date, please report to One Dell Parkway, building AO1 in Nashville. Please refer to the enclosed map for directions to New Hire Orientation. Attire is business casual.

Please be aware that you must take your pre-employment drug screen no later than 5 working days prior to your start date and no earlier than 30 days prior to your start date. We encourage you to complete the drug screen as soon as possible, so as not to delay your employment with Dell. To assist you, we have attached detailed scheduling information for the pre-employment drug screen. To comply with federal law, we must also ask you to gather whatever documentation you may need to prove your eligibility to work in the United States. The I-9 form included in the Records Envelope of your Offer Packet, to be signed and dated on your first day of work, lists the documents that may be used to establish employment eligibility. Please bring this documentation with you on your first day of work.

**Compensation** We are pleased to offer you a starting salary with a pay rate of $519.23 biweekly ($13,500.00 annualized) to be paid via automatic direct deposit into an account with the bank of your choice, per Dell policy. For more information, please refer to the detailed information in your Offer Packet.

You will be eligible to participate in the Dell Profit-sharing Plan on terms that may vary, depending upon the company's financial results and attainment of strategic corporate initiatives. You will be eligible to participate in the Profit sharing plan on a pro-rated basis, calculated from your start date. Your eligibility and participation are subject to the terms of the applicable Plan.

*Dell Confidential*

**CONFIDENTIAL INFORMATION**

DELL 00914

394003

Nicholas Stewart                                                December 13, 2001

You will also receive Direct Rewards. Please refer to the attached Addendum for more information.

**Benefits** Dell offers a variety of benefits to assist you and your family, including time away from work, health care plans, and capital accumulation programs. For a summary description of your benefits and options, please see the benefits information included in this offer packet. You will receive additional information at New Hire Orientation.

**Additional Important Information** This conditional offer will remain open until Sunday, December 30, 2001 and is contingent on the following:

- successful completion of all aspects of the candidate application process, which includes passing a pre-employment drug screen and background check and providing proof of your eligibility to work in the United States; and

- the return, prior to your start date, of signed copies of this letter and the Employment Agreement

- successful completion of the export licensing review process, including the return of a signed Export Licensing Information Form and, if necessary, Dell's receipt of a valid export license from the Department of Commerce.

**"At Will" Employment** For your benefit and Dell's, your employment with Dell will be "at will," meaning that it can be terminated by you or by Dell at any time, with or without cause or advance notice. By accepting this job offer, you agree that no contrary representation has been made to you. This "at will" employment relationship will remain in effect for the duration of your employment and can only be modified by an express written contract for a specified term, signed by you and the Chairman, CEO or President of Dell. It may not be modified or altered by any oral or implied agreement. This letter constitutes our entire agreement regarding the term of your employment.

**Acceptance** To accept this offer, please sign and return this original offer letter and retain the attached copy for your records. We would like to request that you keep the information included in this offer letter confidential. We are pleased to welcome you to Dell. Should you have any questions, or would simply like further information, please do not hesitate to call me.

Sincerely,


Beth Minter
Staffing Consultant

Enc.

Cc: John Hood


*Dell Confidential*                    CONFIDENTIAL                2
                                        INFORMATION

DELL 00915

Nicholas Stewart

**3 9 4 0 3**

December 13, 2001

I accept this offer of employment:

Signed: *Nick Stew* (signature)

Date: ~~12-31-01~~   12-14-01

Tentative Start Date: 12-31-01

*Dell Confidential*

CONFIDENTIAL
INFORMATION

3

DELL 00916