# EXHIBIT T

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CATHERINE L. DAVIS and<br>TOMMY MOORE<br>Individually, and on behalf of others<br>similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>DELL INC. d/b/a DELL COMPUTER, INC.<br>a Delaware corporation;<br><br>  and,<br><br>DELL USA L.P.,<br>a Texas Limited Partnership;<br><br>  and,<br><br>DELL MARKETING L.P.,<br>a Texas Limited Partnership,<br><br>      Defendants. | § § § § § § § § § § § § § § § § § § § § § § §<br><br>Case No. 5:07-cv-01401-W<br><br><br><br><br><br><br><br><br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF RELATED AND/OR COMPANION CASES

Defendants Dell Inc., Dell USA L.P., and Dell Marketing USA L.P. (collectively referred to as "Dell") file this Notice of Related and/or Companion Cases in accordance with LCvR3.7. Dell advises the Court of the following two cases.

The first case, filed on February 8, 2007, is Civil Action No. 07-6028-TC; styled *David Norman and Walter Romas, et al v. Dell Inc.,et al.*; which is pending before Magistrate Judge Thomas M. Coffin in the United States District Court for the District of Oregon, Eugene Division. A copy of Plaintiffs' First Amended Complaint filed in Civil Action No. 07-6028-TC is attached hereto as Exhibit A. On July 10, 2008, the Court in Civil Action No. 07-6028-TC granted conditional certification of a collective action under

the Fair Labor Standards Act ("FLSA") involving Dell's consumer sales representatives. This case is referenced in the Joint Status Report and Discovery Plan filed by the parties.

The second case, filed on April 1, 2008, is Civil Action No. 1:08-cv-00248-SS; styled *Hitul Gandhi v. Dell Inc., et al*; which is pending before Judge Sam Sparks in the United States District Court for the Western District of Texas, Austin Division. A copy of Plaintiff's Complaint filed in Civil Action No. 1:08-cv-00248-SS is attached hereto as Exhibit B. This case is referenced in the Joint Status Report and Discovery Plan filed by the parties.

Respectfully submitted,

/s/ Jeffrey C. Londa
Jeffrey C. Londa, TX #12512400
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
(713) 655-5750
(713) 655-0020 (Fax)

Michael W. Fox, TX #07335500
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
(512) 344-4700
(512) 344-4701 (Fax)

Sam R. Fulkerson, OBA #014370
McAfee & Taft
211 N. Robinson, Suite 1000
Two Leadership Square, 10th Floor
Oklahoma City, OK  73102
(405) 552-2369
(405) 228-7369 (Fax)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st of August, 2008, the above and foregoing document was mailed by regular and/or certified mail, return receipt requested, to the following counsel:

Mr. William B. Federman
Ms. Allison B. Waters
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120


/s/ Jeffrey C. Londa
Jeffrey C. Londa

3