IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated, | § § § | |
| | § | |
| Plaintiffs | § | |
| | § | CIVIL ACTION NO. A-08-CA-248 JRN |
| v. | § | (Consolidated) |
| | § | |
| DELL INC., and DELL MARKETING USA, L.P., | § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JAMES R. NOWLIN:

Defendants Dell, Inc. and Dell Marketing USA, LP., ("Defendants") file this Notice of Appearance of Brittan L. Buchanan as Counsel and shows the Court as follows:

1.    Defendants have retained Brittan L. Buchanan of the law firm of Van Osselaer & Buchanan LLP to provide legal representation in the above-captioned matter.  Mr. Buchanan's name, state bar number, address, telephone number, facsimile number and email address is shown below:

Brittan L. Buchanan
Texas State Bar No: 03285680
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone:    512-225-2800
Facsimile:    512-225-2801
Email:        bbuchanan@vbllp.com

2.      Please record the appearance of Mr. Buchanan on behalf of Defendants in the appropriate records of the Court.

Respectfully submitted,


   /s/_____
Brittan L. Buchanan
State Bar No. 03285680
VAN OSSELAER & BUCHANAN LLP
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone:      512-225-2822
Facsimile:      512-225-2801

Jeffrey C. Londa
State Bar No. 12512400
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, PC
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Telephone:      713-655-5750
Facsimile:      713-655-0020

Michael W. Fox
State Bar No. 07335500
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, PC
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Telephone:      512-344-4700
Facsimile:      512-344-4701

ATTORNEYS FOR DEFENDANTS
DELL INC. AND DELL MARKETING
USA, LP

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the 25ʰ day of February 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

George A. Hanson                       J. Derek Braziel
Matthew L. Dameron              Meredith Black-Mathews
Stueve Siegel Hanson LLP        Lee & Braziel, LLP
460 Nichols Road – Suite 200     1801 N. Lamar Street, Suite 325
Kansas City, Missouri 64112      Dallas, Texas 75202


                                   /s/
                                   Brittan L. Buchanan