IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,**<br><br>           **Plaintiffs,**<br><br>     v.<br><br>**DELL, INC. and**<br>**DELL MARKETING USA, L.P.**<br><br>           **Defendants.** | Case No.: 08-CV-0248 LY |

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Dustin Cook

**DATED:** February 26, 2009            Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

   /s/ Matthew L. Dameron
George A. Hanson (admitted *pro hac vice*)
Matthew L. Dameron (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:   816-714-7101

>J. Derek Braziel
>Texas Bar No. 00793380
>Meredith Black-Matthews
>Texas Bar No. 24055180
>**LEE & BRAZIEL, LLP**
>1801 North Lamar Street, Suite 324
>Dallas, Texas 75202
>Tel:   (214) 749-1400
>Fax:   (214) 749-1010
>
>**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on February 26, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:   (713) 655-0855
Fax:   (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:   (512) 344-4711
Fax:   (512) 344-4701

**ATTORNEYS FOR DELL INC.**
**and  DELL MARKETING USA, L.P.**

>    /s/ Matthew L. Dameron
>Attorney for Plaintiffs