# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually, and on behalf of<br>a class of others similarly situated, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | Case No. 1:08-cv-00248 |
| DELL INC.,<br>and<br>DELL MARKETING USA L.P., | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## DECLARATION OF AMY MAI ATSUMI

1.     My name is Amy Mai Atsumi. I am over the age of 21 years and am fully competent to make this declaration.  I have personal knowledge of the facts contained in this declaration, and those facts are true and correct.

2.     I am employed by Dell Marketing USA L.P. as  Human Resources/Senior Manager.  I have been responsible for the human resources function in the Oklahoma City facility since I arrived in Oklahoma City on February 7, 2007 through February 16, 2009.  Up until January 31, 2008 there were sales representatives in both the consumer sales area and those who sell to business customers. I am familiar with both the consumer sales organization and the non-consumer sales organizations.  I am also familiar with the jobs of ISRs, which is the job family for employees who are plaintiffs in the Norman lawsuit which focuses on consumer sales and with the jobs of  ISRs and TSRs, which are the focus of the Gandhi lawsuit.  The term business sales representative that is used by plaintiffs in the Gandhi lawsuit is not a term that is used by Dell.

3.     Non-consumer sales representatives received a fixed weekly salary each week and were paid overtime at a fluctuating rate for additional time worked beyond forty hours a week. If a sales representative worked any time in a given work week, he or she would receive his or her full, fixed weekly salary. No deductions were made from sales representatives' salaries.  This is true even if a sales representative was out of vacation or other  paid time off.

4.     Dell employees received  training  and  information  about  how  they  were  to  be compensated.

5.   Prior to accepting a job with Dell, non-consumer sales representatives were interviewed, received an offer packet, and attended an offer session where they were told that their position was classified as "salaried non-exempt" and that their weekly salary was intended to compensate them for all hours worked with overtime paid at a half-time rate.

6.   The training materials attached as Exhibit F to Plaintiffs' Factual Appendix (and attached hereto for convenience as Attachment 1) are representative of training materials that would have been presented to non-consumer sales representatives and demonstrate that sales representatives received detailed information regarding how they were paid. The training materials attached to this declaration as Attachment 2 are representative of training materials that would have been presented to non-consumer sales representatives and demonstrate that sales representatives received detailed information regarding Kronos and how to cancel the automatic lunch deduction in Kronos if they worked through lunch. The training materials attached to this declaration as Attachment 3 are representative of training materials that would have been presented to non-consumer sales representatives and demonstrate the different compensation plans that applied to different jobs in the Small and Medium Business Unit.

7.   The proper fluctuating workweek calculation was always used when Dell paid sales representatives. No sales representative was ever improperly paid under the fluctuating work week.

8.   In addition to different management, different HR support groups, and different training support groups (many of which would differ from business unit to business unit) representatives in the business groups would differ from the consumer group in other significant ways:

   - Although both consumer and non-consumer sales representatives' time is recorded in Kronos, there are significant differences. Non-consumer sales representatives at all times were responsible for manually entering their time and were able to correct any inaccurate time entry. By contrast, after November 1, 2005 consumer sales representatives, were unable to manually enter their time, instead it was automatically entered for them. If a time entry needed to be corrected, consumer representatives did not have the ability to do so, but had to go through their managers or payroll.
   - No or extremely limited use of pre-shift huddles
   - Non-consumer sales are less seasonal in nature
   - Not all non-consumer sales representatives are controlled by Call Center Operations
   - Sales mix ratios (base to quota compensation ratio)
   - Different performance metrics
   - Type of products sold and required product knowledge, experience and training
   - Account management processes and customer engagement procedures
   - Non-consumer sales representatives have always been paid as salaried non-exempt and paid on the basis of a fluctuating workweek Consumer sales representatives were converted to hourly between May 14 and October 29, 2007

2

- All consumer sales representatives are transactional. A substantial number of non-consumer sales representatives are relational.

9.   Non-consumer sales representatives had the ability to modify their reported work time after a pay period closed in Kronos via a WOW request.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on February _26_ , 2009

AMY MAI MATSUMI

3

# ATTACHMENT 1



# Salaried Non-Exempt Pay Calculation

- Weekly Salary (paid bi-weekly) paid regardless of number of hours worked

- Overtime Premium for all hours worked over 40 in a given week – paid at .5 X regular rate of pay for the week

- Regular Rate of Pay = Weekly Salary / # of Hours worked that week

- OT Premium = OT Hours worked X .5 X Regular Rate of Pay

- Total Pay = Weekly Salary + OT Premium

CONFIDENTIAL INFORMATION

DELL 00280



# Salaried Non-Exempt Pay Calculation

- Week 1
- Weekly Salary = $450
- 38 Hours Worked
- Pay = $450 (receive salary regardless of # of hours worked)

CONFIDENTIAL INFORMATION

DELL 00281



# Salaried Non-Exempt Pay Calculation

- Week 2
- Weekly Salary = $450
- 36 Hours Worked
- 8 Vacation hours
- Pay = $450 (receive salary regardless of # of hours worked)
- Vacation and Holiday time does not count as time worked for the purposes of calculating OT

CONFIDENTIAL INFORMATION



# Salaried Non-Exempt Pay Calculation

- Week 3
- Weekly Salary = $450
- 45 Hours Worked
- Pay = $475 ($450 salary + $25 OT premium)
- Regular Rate of Pay = $450 (Weekly Salary) / 45 hours (Hours Worked) = $10/hour
- Overtime premium = 5 (Overtime hours worked) x .5 x $10 (Regular Rate of Pay) = $25

CONFIDENTIAL INFORMATION

DELL 00283

# Salaried Non-Exempt Pay Calculation

- Week 4
- Weekly Salary = $450
- 50 Hours Worked
- Pay = $495 ($450 salary + $45 OT premium)
- Regular Rate of Pay = $450 (Weekly Salary) / 50 hours (Hours Worked) = $9/hour
- Overtime premium = 10 (Overtime hours worked) x .5 x $9 (Regular Rate of Pay) = $45

CONFIDENTIAL
INFORMATION

Two separate calculations are used to capture the total overtime premium. One is for base salary (see below) and one is for incentive pay (see next slide).

To understand the "*time and a half*" calculation, remember you are already paid for your *time* in your biweekly salary paycheck.  The additional payment for the "*half*" is reflected below and paid in addition to your regular salary paycheck.

**Calculation: Base Pay Overtime**

SRIB Annual TTC: $28,180

Bi-weekly base salary: $860.77

Weekly base salary: $430.39

Total hours worked in week 1: 45 = 5 hours of OT

1. $430.39 (weekly base salary)/45 (total hours worked) = $9.57 (regular rate of pay)
2. 5 (overtime hours) x .5 (overtime rate or the "half") x $9.57 (regular rate of pay) = $23.93 (base pay overtime premium for one week)

**NOTE: The base salary overtime premium is calculated weekly based on total hours worked and is paid on a bi-weekly basis.**

Dell Confidential    | Home |                    1                    **D⊘LL**

CONFIDENTIAL
INFORMATION

### Calculation: Incentive Overtime

SRIB Annual TTC: $28,180

Quarterly Incentive Earned: $1,450  ($5800/4 quarters)

Total hours worked in quarter: 585 (assuming 45 hours/week in 13 week period) or 65 hrs of OT

1. $1,450 (incentive earned)/585 (total hours worked) = $2.48 (regular rate of pay)

2. 65 (overtime hours/qtr) x .5 (overtime rate or the "half") x $2.48 (regular rate of pay) = $80.60 (incentive overtime premium)

NOTE: The incentive overtime premium is calculated at the completion of a Dell fiscal quarter.  It is based on total hours worked and incentive pay earned during the quarter.  This is paid after commissions have been paid for the last month of the quarter.

Dell Confidential

| Home |

2

DELL

CONFIDENTIAL
INFORMATION

DELL 00286

# ATTACHMENT 2

Kronos

CONFIDENTIAL
INFORMATION

KRONOS®

Workforce Central®
Version 5.0

NT Logon (lowercase):

NT Password:

1. Employees will access Kronos via the Kronos icon available in the application folder on Citrix

2. Employees will log on using Americas NT log on name and NT password (user name must be all lower case i.e. john_smith)

Address http://kronos.us.dell.com/wfc/logon



DELL 00573



This is your Timecard. If for some reason after logging in the timecard does not load, simply click "My Timecard" on the left-hand menu.

CONFIDENTIAL INFORMATION

DELL 00574

# Kronos

Note: Kronos will automatically deduct an hour for lunch after the 6th worked hour.
* Kronos will default to the AM hour for all punches in the timesheet, so employees need to identify the PM hour by inputting a "p" or "pm" after inputting the hour of the punch.
* Do not insert periods between am or pm.

8:00AM   5:00PM

CONFIDENTIAL INFORMATION



After saving your time, Kronos will calculate your hours for that day. Notice in this example that 8 hours is reflected. If you have worked through your lunch hour, move to step 2 to reflect the additional hour.

CONFIDENTIAL INFORMATION



DELL CONFIDENTIAL



Note: Once you hit save after the update, the hours calculated for working the shift without a lunch will be reflected. The out punch will be outlined in red signifying an edit was made.

CONFIDENTIAL INFORMATION

DELL 00578

# Kronos

CONFIDENTIAL INFORMATION

File   Edit   View   Favorites   Tools   Help

Back

Address  http://r2wvnkronos/wfc/portal

Search   Favorites   Media   Go

| Save | Actions | Date | Punch | Pay Code | Amount | Approvals | Reports | | In | Out |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mon 4/19 | | | | | | | | 8:00AM | 5:00PM |
| | Tue 4/19 | | | | | | | | | |
| | Wed 4/20 | | | | | | | | | |
| | Thu 4/21 | | | | | | | | | |
| | Fri 4/22 | | | | | | | | | |
| | Sat 4/23 | | | | | | | | | |
| | Sun 4/24 | | | | | | | | | |
| | Mon 4/25 | | | | | | | | | |
| | Tue 4/26 | | | | | | | | | |
| | Wed 4/27 | | | | | | | | | |
| | Thu 4/28 | | | | | | | | | |
| | Fri 4/29 | | | | | | | | | |
| | Sat 4/30 | | | | | | | | | |
| | Sun 5/01 | | | | | | | | | |

PBA
Vacation Pay
Holiday Pay
Holiday Worked
Bereavement Pay
FMLA
Jury-Witness Duty Pay
Non FMLA

Totals & Schedule

All

.../0011220-2206278&fiT1298/000/00/00/00/00/0:

Hourly Non ... 8:00

8:00  8:00

DELL 00579

Kronos

CONFIDENTIAL INFORMATION

File   Edit   View   Favorites   Tools   Help

Back

Address  http://r2wvnkronos/wfc/portal   Go

Search   Favorites   Media

| | | Date | Pay Code | Amount | In | Transfer | Out | Shift | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | Mon 4/18 | | | | | | | |
| | | Tue 4/19 | Vacation Pay | 8:00 | 8:00AM | | 5:00PM | 8:00 | 8:00 |
| | | Wed 4/20 | | | | | | | |
| | | Thu 4/21 | | | | | | | |
| | | Fri 4/22 | | | | | | | |
| | | Sat 4/23 | | | | | | | |
| | | Sun 4/24 | | | | | | | |
| | | Mon 4/25 | | | | | | | |
| | | Tue 4/26 | | | | | | | |
| | | Wed 4/27 | | | | | | | |
| | | Thu 4/28 | | | | | | | |
| | | Fri 4/29 | | | | | | | |
| | | Sat 4/30 | | | | | | | |
| | | Sun 5/01 | | | | | | | |

Save | Actions   Punch   Amount   Approvals   Reports

Totals & Schedule   Accruals

Kronos

Log Off

My Information
My Timecard
My Reports
My Links
Help

Note: If missing only a partial day, you will log the time worked in the "In" and "Out" fields on the line next to the date. To add time away from work for the remaining part of the day, click on the arrow located before the date, to insert a line. You may then record your time away using the appropriate pay code. Your accrual allowances (vac, pba) can easily be viewed by selecting the accruals tab from your timesheet

DELL 00580

Kronos

CONFIDENTIAL INFORMATION

File   Edit   View   Fav

Back

Address  http://r2ww

Kronos

Log Off

| Information | Timecard | Reports |
| Links |

| Save | ctions   Punch   Amount   Approvals   Reports |

| | | Mon 4/19 | | | | | | |
| | | Tue 4/19 | Vacation Pay | 8:00 | 8:00AM | 5:00PM | | 8:00 |
| | | Wed 4/20 | | | | | | |
| | | Thu 4/21 | | | | | | |
| | | Fri 4/22 | | | | | | |
| | | Sat 4/23 | | | | | | |
| | | Sun 4/24 | | | | | | |
| | | Mon 4/25 | | | | | | |
| | | Tue 4/26 | | | | | | |
| | | Wed 4/27 | | | | | | |
| | | Thu 4/28 | | | | | | |
| | | Fri 4/29 | | | | | | |
| | | Sat 4/30 | | | | | | |
| | | Sun 5/01 | | | | | | 8:00 |

Totals & Schedule

All

/001 220-2206278617298/00/00/00/00/00/ : : Vacation Pay   8:00

Employee Regular hours = Hourly, Non-Exempt



DELL CONFIDENTIAL

# ATTACHMENT 3

# Q2 FY09 SMB
# SALES COMPENSATION PLAN



## Americas Compensation & Benefits
### *Effective June 2, 2008*

"Dell reserves the right to amend, change, cancel or make exceptions to these rules at its discretion. Changes or modifications may be made before, during, or after a period for which incentive compensation is paid, except where prohibited by law. Dell also reserves the right to reduce, modify, or withhold incentive compensation based on an individual's performance or conduct, or because of management modification due to business circumstances. Such changes may result in an increase or decrease of incentive compensation for any period. These rules do not alter the at-will nature of your employment with Dell."

CONFIDENTIAL
INFORMATION

DELL 00411

# TABLE OF CONTENTS

☐ Plan Overview & Mechanics

⋀ Plan Overview ASGt & BSDt

⋀ Plan Overview ASGr, BSDr, & MMD

⋀ Plan Overview BSDD & S&P Sales Representatives & Sales Manager

⋀ Plan Overview BSDD & S&P RSM

⋀ Plan Mechanics – Sales Representatives & Sales Manager

⋀ Plan Mechanics Strategic Component – RSM

☐ Performance Measures by Job (Plan Grid)

☐ Appendix A

⋀ Coach / Coach Manager Plan

⋀ Payout Examples of Sales Maker Acceleration Grid

⋀ SPIF Overview

⋀ Glossary

CONFIDENTIAL
INFORMATION

DELL 00412

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2



# COMPENSATION PLAN OVERVIEW (ASGT & BSDT) SALES REPS, LORS, SALES MANAGERS, & RSMS

## Total Compensation

### Base Salary

### Core Component
Revenue & Margin - blended attainment

### Strategic Component
Blended stack ranking structure (Rep & Mgr)

RSM based on Co performance vs. goals.

60%

40%

### Spiffs/Contests

Base Pay

Target Incentive (TI)

Spiffs/ Contests

3

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2

CONFIDENTIAL INFORMATION

DELL 00413



# COMPENSATION PLAN OVERVIEW (ASGR & BSDR) SALES REPS, SALES MANAGERS, & RSMS

**Total Compensation**

**Base Salary**

**Core Component**
Revenue & Margin – blended attainment

**Strategic Component**
Blended stack ranking structure (Rep & Mgr)

RSM based on Co performance vs. goals.

80%

20%

**Spiffs/Contests**

Base Pay

Target Incentive (TI)

Spiffs/ Contests

4

CONFIDENTIAL INFORMATION

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2

DELL 00414



# COMPENSATION PLAN OVERVIEW (BSDD & S&P) SALES REPS & SALES MANAGERS

## Total Compensation

### Base Salary

### Core Component
Revenue & Margin - blended attainment

100%

### Spiffs/Contests

- Base Pay
- Target Incentive (TI)
- Spiffs/Contests

CONFIDENTIAL INFORMATION

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2

5



COMPENSATION PLAN OVERVIEW (S&P & BSDD) RSMS

Total Compensation

Base Salary

Core Component

Revenue & Margin – blended attainment

Strategic Component

RSM based on Co performance vs. goals.

Note: S&PR RSMs will have 20% weight to the strategic component

Spiffs/Contests

60%

40%

Base Pay

Target Incentive (TI)

Spiffs/ Contests

CONFIDENTIAL INFORMATION

6

DELL CONFIDENTIAL – SMB_C2_FY09-rev2

DELL 00416

# PLAN MECHANICS – CORE (ATTAINMENT) COMPONENT
## SALES REPS & SALES MGRS

*Overview:* *Two metric plan = Revenue and Margin.*

Shipped revenue and margin sales volumes for the fiscal month are compared against the month's revenue and margin goals to determine blended attainment.

Acceleration applied after achievement of 100% blended attainment.

| Example Performance | Revenue Quota | Revenue Volume | Revenue Attainment | Margin Quota | Margin Volume | Margin Attainment |
|---|---|---|---|---|---|---|
| Rep | $100,000 | $120,000 | 120% | $25,000 | $25,000 | 100% |

**Blended Attainment=**
(Actual Revenue Attainment x wgt %) + (Actual Margin Attainment x wgt %)

| Example Payout | Revenue Attainment (50%) | Margin Attainment (50%) | Blended Attainment | Acceleration >100% | Final Attainment |
|---|---|---|---|---|---|
| SRIB | 120% | 100% | 110% | 2X | 120% |
| SRI | 120% | 100% | 110% | 4X | 140% |
| Mgr | 120% | 100% | 110% | 4X | 140% |

7

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2

CONFIDENTIAL
INFORMATION

DELL 00417

# PLAN MECHANICS – STRATEGIC (STACKS) COMPONENT SALES REPS & SALES MANAGERS

□ Payout Eligibility: You must hit 80% attainment in order to be eligible for the strategic (stacks) component payout.

**Sales Mgr Payouts**



2nd (100% payout) 35% of population

3rd (75% payout) 30% of population

**Rep Payouts**



2nd (100% payout) 35% of population

3rd (50% payout) 30% of population

□ Please review the Policy & Plan Administration page for more detail on the strategic component process, eligibility, & administration guidelines.

8

CONFIDENTIAL INFORMATION

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2

DELL 00418

# PLAN MECHANICS – STRATEGIC COMPONENT RSMS

- ☐ BSDt RSMs payout determined by Co 04 performance in Revenue and Margin Results vs. Quarterly performance goals

- ☐ BSDr RSMs payout determined by Co 08 performance in Revenue and Margin Results vs. Quarterly performance goals.

- ☐ MMD RSMs payout determined by Co 05 performance in Revenue and Margin Results vs. Quarterly performance goals

- ☐ S&P RSMs payout determined by TOTAL SMB S&P performance in Revenue and Margin results vs. Quarterly performance

- ☐ ASG RSMs payout determined by TOTAL SMB ASG performance in Revenue and Margin results vs. Quarterly performance

- ☐ Payouts will be quarterly. Must achieve 90% attainment to be eligible for strategic component

| BLENDED ATTAINMENT | PAYOUT |
|---|---|
| 130% plus | 325% |
| 100.1% – 129.9% | 7.5X for % > 100% |
| 100% | 100% |
| 50.1% – 99.9% | (Attain – 50%) * 2x |
| Below 50% | 0% |

9

CONFIDENTIAL
INFORMATION

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2

DELL 00419

# PERFORMANCE MEASURES BY JOB (PLAN GRID)
## ASG BSD & MMD

| Segment | Plan | Pay Mix | Plan Components & Weightings | | |
| --- | --- | --- | --- | --- | --- |
| | | | Core | | Strategic |
| | | | ENT Revenue | ENT Margin | Metrics |
| ASG – BSDt | TSR | 60/40 | 80% | 20% | Stack |
| ASG – BSDt | ARB TSR | 60/40 | 100% | 0% | Stack |
| ASG – BSDt | TSR MGR | 60/40 | 80% | 20% | Stack |
| ASG – BSDr | TSR Barracuda | 60/40 | 80% | 20% | Stack |
| ASG – BSDr | TSR Shark | 60/40 | 80% | 20% | Stack |
| ASG – BSDr | TSR S/B MGR | 60/40 | 80% | 20% | Stack |
| ASG – BSDr | TSR | 60/40 | 80% | 20% | Stack |
| ASG – BSDr | TSR MGR | 60/40 | 80% | 20% | Stack |
| ASG – MMD | TSR | 60/40 | 80% | 20% | Stack |
| ASG – MMD | TSR MGR | 60/40 | 80% | 20% | Stack |

10

CONFIDENTIAL INFORMATION

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2

DELL 00420

# PERFORMANCE MEASURES BY JOB (PLAN GRID)
## ASG BSD & MMD

| Segment | Plan | Pay Mix | Core | | Strategic |
| --- | --- | --- | --- | --- | --- |
| | | | ENT Revenue | ENT Margin | Metrics |
| ASG - POS | Retail POS - BSDT | 60/40 | 80% | 20% | Stack |
| ASG - SME | EMC SME (quarterly) | 60/40 | 50% | 50% | Stack |
| ASG – SME | OEM SME | 80/20 | 80% | 20% | |
| ASG - Services | TRANS STSR | 80/20 | Monthly. 100% NW install/assessment rev | | |
| ASG - Services | REL STSR | 80/20 | Quarterly. 100% Installs, assessments, DPS, PESS | | |
| ASG – EqualLogic | AE/PRODUCT SPECIALIST (quarterly) | 60/40 | 50%* | 50% | N/A |
| ASG – EqualLogic | SC (quarterly) | 70/30 | 50%* | 50% | N/A |
| ASG RSM | RSM | 60/40 | 80% | 20% | Qtrly. Revenue & Margin Results (ASG) |

* Storage Revenue - Storage Revenue *includes*: EqualLogic, PowerVault, EMC Black + DBOs). *Excluded*: EMC Purple and EMC Software, including Celera, Centerra, Connectrix and Legato.

11

CONFIDENTIAL INFORMATION

DELL 00421

# PERFORMANCE MEASURES BY JOB (PLAN GRID)
## BSDR



| Segment | Plan | Pay Mix | Plan Components & Weightings | | |
|---|---|---|---|---|---|
| | | | Core | | Strategic |
| | | | Revenue | Margin | Metrics |
| BSDr - Inside Reps | RSR | 60/40 | 50% | 50% | Stack |
| BSDr - Inside Reps | RSR MGR | 60/40 | 50% | 50% | Stack |
| BSDr - Inside Reps | LOR | 60/40 | 50% | 50% | Stack |
| BSDr - Inside Reps | LOR MGR | 60/40 | 50% | 50% | Stack |
| BSDr - Inside Reps | Shark / Barracuda | 60/40 | 70% | 30% | Stack |
| BSDr - Inside Reps | Shark / Barracuda MGR | 60/40 | 70% | 30% | Stack |
| BSDr - Inside Reps | RSM | 60/40 | 50% | 50% | Qtrly. Revenue & Margin Results (Co. 08) |

12

CONFIDENTIAL INFORMATION

DELL CONFIDENTIAL — SMB_Q2_FY09-rev2

DELL 00422

# PERFORMANCE MEASURES BY JOB (PLAN GRID)
## BSDT & BSDD

| Segment | Plan | Pay Mix | Plan Components & Weightings | | |
|---|---|---|---|---|---|
| | | | Core | | Strategic |
| | | | Revenue | Margin | Metrics |
| BSDt - Inside Reps | NQ SR1B | 80/20 | 50% | 50% | Stack |
| BSDt - Inside Reps | SQ/Assoc/Jaguar - SR 1B | 80/20 | 50% | 50% | Stack |
| BSDt - Inside Reps | SQ/Assoc/Jaguar - SR1+ | 60/40 | 50% | 50% | Stack |
| BSDt - Inside Reps | BSDD Sales Representative | 60/40 | 50% | 50% | N/A |
| BSDt - Inside Reps | NQ/SQ/Assoc/Jaguar MGR | 60/40 | 50% | 50% | Stack |
| BSDt - Inside Reps | BSDD MGR | 60/40 | 50% | 50% | N/A |
| BSDt - Inside Reps | ARB Telesales | 60/40 | 50% | 50% | Stack |
| BSDt - Inside Reps | ARB MGR | 60/40 | 50% | 50% | Stack |
| BSDt - Inside Reps | Coach | 60/40 | 50% | 50% | Stack |
| BSDt - Inside Reps | Conch Manager | 60/40 | 50% | 50% | Stack |
| BSDt - Inside Reps | RSM | 60/40 | 50% | 50% | Qtrly. Revenue & Margin Results (Co. 04, 12) |

13

CONFIDENTIAL INFORMATION

# PERFORMANCE MEASURES BY JOB (PLAN GRID)
## MMD

| Segment | Plan | Pay Mix | Plan Components & Weightings | | |
| --- | --- | --- | --- | --- | --- |
| | | | Core | | Strategic |
| | | | Revenue | Margin | Metrics |
| MMD – Inside Reps | Development – ISR | 60/40 | 50% | 50% | Stack |
| MMD – Inside Reps | Development – Mgr | 60/40 | 50% | 50% | Stack |
| MMD – Inside Reps | Development – RSM | 60/40 | 50% | 50% | Qtrly. Revenue & Margin Results (Co. 05) |
| MMD – Inside Reps | Acquisition – ISR | 60/40 | 70% | 30% | Stack |
| MMD – Inside Reps | Acquisition – Mgr | 60/40 | 70% | 30% | Stack |
| MMD – Inside Reps | Acquisition – RSM | 60/40 | 70% | 30% | Qtrly. Revenue & Margin Results (Co. 05) |
| MMD – Inside Reps | S&P – ISR | 60/40 | 50% | 50% | Stack |
| MMD – Inside Reps | S&P – Mgr | 60/40 | 50% | 50% | Stack |

14

CONFIDENTIAL
INFORMATION

# PERFORMANCE MEASURES BY JOB (PLAN GRID) S&P - BSDR

| Segment | Plan | Pay Mix | Plan Components & Weightings | | |
| --- | --- | --- | --- | --- | --- |
| | | | Core | | Strategic |
| | | | S&P Revenue | S&P Margin | Metrics |
| S&P - BSDr | S&P BSDr | 60/40 | 50% | 50% | N/A |
| S&P - BSDr | S&P BSDr MGR | | 50% | 50% | N/A |
| S&P - BSDr | S&P RSM | 60/40 | 50% | 50% | Qrtly. Revenue & Margin Results (Co. 08 or Co 05) |
| S&P - Acquisition | S&P LOR | 60/40 | 50% | 50% | N/A |
| S&P - Acquisition | S&P ACQ | 60/40 | 50% | 50% | N/A |
| S&P - Acquisition | S&P LOR MGR | 60/40 | 50% | 50% | N/A |
| S&P - Acquisition | S&P Acquisition MGR | 60/40 | 50% | 50% | N/A |
| S&P - RSA Specialists | S&P RSA | 60/40 | 50% | 50% | N/A |
| S&P - Hardware Specialists | S&P Hardware | 60/40 | 70% | 30% | N/A |
| S&P - Software Specialists | S&P Software | 60/40 | 70% | 30% | N/A |
| S&P - Software Specialists | S&P Software MGR | 60/40 | 70% | 30% | N/A |

DELL CONFIDENTIAL — SMB_Q2_FY09-rev2

CONFIDENTIAL INFORMATION

DELL 00425

# PERFORMANCE MEASURES BY JOB (PLAN GRID)
## S&P BSDT

| Segment | Plan | Pay Mix | Core | | Strategic |
|---|---|---|---|---|---|
| | | | S&P Revenue | S&P Margin | Metrics |
| S&P - BSDT | ASAP Sales Makers | 80/20 | 70% | 30% | N/A |
| S&P - BSDT | S&P Queue - SR1B | 80/20 | 50% | 50% | N/A |
| S&P - BSDT | S&P Queue - SR1+ | 60/40 | 50% | 50% | N/A |
| S&P - BSDT | S&P Queue MODEL - SR1B | 80/20 | 50% | 50% | N/A |
| S&P - BSDT | S&P Queue MODEL - SR1+ | 60/40 | 50% | 50% | N/A |
| S&P - BSDT | S&P LOR SR1B | 80/20 | 50% | 50% | N/A |
| S&P - BSDT | S&P LOR SR1+ | 60/40 | 50% | 50% | N/A |
| S&P - BSDT | S&P Software | 60/40 | 70% | 30% | N/A |
| S&P - BSDT | Coach | 60/40 | 70% | 30% | N/A |
| S&P - BSDT | S&P Queue MGR | 60/40 | 50% | 50% | N/A |
| S&P - BSDT | S&P Queue MODEL MGR | 60/40 | 50% | 50% | N/A |
| S&P - BSDT | S&P LOR MGR | 60/40 | 50% | 50% | N/A |
| S&P - BSDT | S&P RSM | 60/40 | 50% | 50% | Qrtly. Revenue & Margin Results (Co. 04, 12) |

Plan Components & Weightings

16

CONFIDENTIAL
INFORMATION

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2

DELL 00426

# APPENDIX A



□ SPIF/Contests Overview

□ Glossary

□ Plan Overview – Coach & Coach Manager

□ Examples of Sales Maker Acceleration Grid

17

CONFIDENTIAL
INFORMATION

DELL 00427



# APPENDIX A: SPIFS/CONTESTS

The **Below Eligibility Requirements apply to SPIFs/Contests:**

□ Only regular, full-time Dell sales employees are eligible for SPIFs, sales contests, and recognition programs.  Only inside sales reps and inside sales managers will be eligible for SPIFs.

□ Interns, temporary and contract workers are not eligible for SPIFs, sales contests, and recognition programs.

□ An intern or temporary or contract worker who is hired as a regular Dell employee becomes eligible for SPIFs, sales contests, and recognition programs as of the date of hire.

□ Participation in any sales incentive program while employed by Dell, Inc. does not constitute a contract of employment between the employee and Dell. Employment at Dell remains on an at-will basis.

□ Employees who resign or leave Dell prior to payout are not eligible for the SPIF or contest.

**SPIF/Contest Payout Rules:**

□ Sales reps with core attainment less than 80% will not receive a SPIF payout.

□ SPIFs will only be available to inside sales reps and inside sales managers.

□ Guarantees and floors only apply to COIN$ attainment; they do not apply to SPIF calculations and payouts.

□ Per the discretion

18

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2

CONFIDENTIAL
INFORMATION

DELL 00428

# APPENDIX A: GLOSSARY



- ❑ ACQ – Acquisition
- ❑ ASG - Advanced Systems Group
- ❑ BSDR - Business System Division Relationship
- ❑ BSDT - Business System Division Transactional
- ❑ DEV - Development
- ❑ LOR – Large Order Rep
- ❑ MMD – Mid Markets Division
- ❑ NU – New Queue
- ❑ RSM – Regional Sales Manager
- ❑ S&P – Software and Peripherals
- ❑ SQ – Super Queue
- ❑ TI – Targeted Incentive
- ❑ TTC – Total Targeted Compensation

CONFIDENTIAL INFORMATION

DELL CONFIDENTIAL – 5MiS_v2_F10-Iev2

DELL 00429



# APPENDIX A: PLAN MECHANICS – COACH & COACH MGR

## *Overview:* 2 Metric Plan comprised of assigned sales reps performance in Core & Strategic (Stacks) components.

**Coach Monthly Target Incentive Paid out as a rollup of blended attainments of each coach's assigned focus reps**

Blended Attainment =

(60% x Rep's Core Attainment) + (40% x Rep's Strategic Attainment)

| Coached Reps | Quota Attainment | Stacks Tier | Stacks Attainment | Blended Attainment (60% Quota Attainment + 40% Stack Attainment) |
|---|---|---|---|---|
| Suzy | 90% | 1st | 200% | 134% |
| Joe | 85% | 3rd | 50% | 71% |
| Betty | 105% | 1st | 200% | 143% |
| Dale | 100% | 2nd | 100% | 100% |
| Bob | 95% | 3rd | 50% | 77% |
| Coach's Attainment | | | | 105% |

**Coach Managers:** Coach Manager's Target Incentive will be paid as a Rollup attainment of all sales reps coached by each manager's team of coaches.

20

CONFIDENTIAL INFORMATION

# APPENDIX A: PAYOUT EXAMPLES SALES MAKER
## ACCELERATION GRID

| BLENDED ATTAINMENT | PAYOUT |
|---|---|
| >100% | 4X (2X for SRIB) |
| 100% | 100% |
| 50.1% – 99.9% | (Attain – 50%) x 2x |
| Below 50% | 0% |

**Examples**

| Revenue Attainment (50%) | Margin Attainment (50%) | Blended Attainment | Acceleration Formula | Final Payout |
|---|---|---|---|---|
| 65% | 30% | 48% | 0% | 0% |
| 75% | 85% | 80% | (80% – 50%) x 2x | 60% |
| 85% | 90% | 88% | (88% – 50%) x 2x | 76% |
| 100% | 80% | 90% | (90% – 50%) x 2x | 80% |
| 97% | 92% | 95% | (95% – 50%) x 2x | 90% |
| 105% | 110% | 108% | ((108% – 100%) x 4x) + 100%) | 132% |
| 110% | 105% | 108% | ((108% – 100%) x 4x) + 100%) | 132% |

21

CONFIDENTIAL INFORMATION

DELL CONFIDENTIAL – SMB_Q2_FY09-rev2

DELL 00431