# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

HITUL GANDHI, individually )
and on behalf of a class of )
others similarly situated, )
                            )
         Plaintiff,         )
                            )
vs.                         )  No. A-08-CA-248-JRN
                            )
DELL INC., and DELL         )
MARKETING USA, L.P.,        )
                            )
         Defendant.         )
─────────────────────────────

CATHERINE L. DAVIS and TOMMY )
MOORE, Individually and on   )
Behalf of others similarly   )
situated,                    )
                             )
vs.                          )  No. A-08-CA-794-JRN
                             )
DELL, INC. d/b/a DELL        )
COMPUTER, INC., a Delaware   )
corporation, DELL USA L.P.,  )
a Texas Limited Partnership  )
and DELL MARKETING L.P., a   )
Texas Limited Partnership,   )
                             )
         Defendant.          )



MID-CONTINENT TOWER
401 South Boston, Suite 310
Tulsa, Oklahoma 74103
918-599-0507

ROBINSON RENAISSANCE
119 N. Robinson, Suite 650
Oklahoma City, Oklahoma 73102
405-235-4106

depo@dnreporting.com

REPORTING & VIDEO, INC.

D&R

COPY

```
 1
 2
 3            DEPOSITION OF AMY MAI ATSUMI
 4        TAKEN ON BEHALF OF THE PLAINTIFFS
 5            IN OKLAHOMA CITY, OKLAHOMA
 6               ON DECEMBER 17, 2008
 7
 8
 9
10
11
12
13  Reported by:  Elizabeth Caudill, CSR, RMR, CRR
14
15
16
17
18
19
20
21
22
23
24
25
```

1    A    Correct.

2    Q    All right. Now, are you saying that
3  the RSR's, would those individuals fall under the
4  category ISR?

5    A    Yes, that is what I'm saying.

6    Q    Okay. Now, in terms of compensation, I
7  understand there's been a change. Consumer sales
8  reps are now hourly employees; is that correct?

9    A    Correct.

10   Q    However, the business sales
11 representatives -- by the way, what's the best
12 way to refer to business sales representatives?
13 Do you use any type of acronym?

14   A    No. You can utilize business sales
15 representatives if my understanding is by your
16 use non-consumer sales representatives.

17   Q    All right. Are those folks, are they
18 hourly or are they salaried individuals right
19 now?

20   A    Currently they are salaried individuals
21 non-exempt.

22   Q    So there's been no change to the
23 business sales representatives as there was with
24 the consumer sales representatives in terms of
25 compensation?

1  but I may be inaccurate on that.
2      Q    Okay.  Let me back up for one second
3  before we talk specifically on Exhibit 6.
4      A    Sure.
5      Q    In Oklahoma City, to your
6  understanding, have business sales
7  representatives always manually entered their
8  time into KRONOS, ma'am?
9      A    Yes, it is -- yes.
10     Q    From the beginning of the call center?
11     A    I don't know what the practice was at
12 the beginning of the call center prior to my
13 arrival in Oklahoma City.
14     Q    When did you arrive in Oklahoma City?
15     A    February of 2007.
16     Q    But at least as of that time, they were
17 manually entering their time into KRONOS?
18     A    Business sales representatives, yes.
19     Q    Was calculation of hours tied in any
20 way to CCO or the phone system?
21     A    No.  Calculation of hours worked is
22 based upon KRONOS entries.
23     Q    What about prior to February 2007?
24     A    My understanding that calculation of
25 hours worked are always generated out of the

1  KRONOS system.
2      Q    Was KRONOS tied in any way to the
3  CCO reporting or the phone system?
4      A    Don't believe that KRONOS is
5  specifically tied into the CCO phone system.
6      Q    Okay.
7      A    For business sales division.
8      Q    All right.  What about other sales
9  divisions or any other divisions of the company
10 in Oklahoma?
11     A    I don't know for sure.
12     Q    All right.  Now, you are aware, are you
13 not, at least in the Oregon call center, that the
14 phone system was tied to total hour reports at
15 some point in time?
16     A    So it's my understanding in Oregon at
17 the time that, yes, the phone system provided a
18 primary indicator of start and end times for the
19 representatives there.
20     Q    And what do you mean by "primary
21 indicator"?
22     A    It would indicate when a sales
23 representative started taking calls and then when
24 the sales representative would stop taking calls.
25          And again, I'm not a subject matter

1    Q    That is actually not what 8:00 to 5:00
2  calculates, is it?
3    A    No.
4    Q    And KRONOS, in fact, is set up to
5  deduct an hour for lunch every day; is that
6  correct?
7    A    Yes.
8    Q    Are you aware whether or not -- you're
9  aware from time to time that business sales
10 representatives may work through lunch to attend
11 trainings and things of that sort?
12   A    I'm aware that there may be reasons why
13 sales representatives might work through their
14 lunch hour or a portion of their lunch hour.
15   Q    All right.  Are you aware of Dell in
16 Oklahoma City doing any type of audit to go back
17 and compensate their business sales
18 representatives for that period of time worked
19 during those lunches?
20   A    So I'm not aware of any particular
21 audit, although we make it very clear to all
22 sales representatives in the business sales
23 division that it's their responsibility to ensure
24 that their KRONOS entries are accurate, which
25 means if they worked through their lunch period

1  or a portion of their lunch period, it's their
2  responsibility to punch in and out accordingly or
3  to reflect that in their KRONOS records so that
4  they can be compensated for that portion worked.
5      Q   Okay.  Now here, though, Ms. Davis, at
6  least on our example of July 12th, is entering
7  time of 8:00 a.m. to 5:00 p.m. with no in and out
8  for lunch; correct?
9      A   Not that I can see in this report.
10     Q   But nonetheless, KRONOS is set up to
11 deduct from those entries the one hour for lunch;
12 correct?
13     A   Correct.
14     Q   What would Ms. Davis or anybody else,
15 for that matter, who worked sometime during their
16 lunch break, have to do to go back in to make
17 sure KRONOS adds back in the time they worked
18 during lunch?
19     A   So an individual can go back into the
20 KRONOS system and enter in -- or adjust either
21 their start time, their end time, or add in
22 punches in and out to reflect accurate working
23 times.
24     Q   All right.  And that would be through a
25 WOW ticket; is that correct?

1   A   I believe that if -- if they have not
2   already passed the required submission date for
3   KRONOS for that pay period, they are able to go
4   in directly into KRONOS and enter in that
5   information.
6   Q   Okay.  All right.  Now, as you look at
7   this printout, though, I'll represent to you each
8   of these time entries has deducted the hour lunch
9   except those that are shorter than an eight-hour
10  day.
11          So does this appear to you to say that
12  Ms. Davis never, in fact, worked any period of
13  time during her lunch break?
14  A   So while on the surface it may appear
15  that way, individuals can -- as they adjust their
16  in time or their out time, they can adjust it to
17  reflect total hours worked.
18          So hypothetically, an individual who
19  may have worked through 30 minutes of their lunch
20  break could punch an out time of, say, 5:30
21  rather than 5:00 to reflect the additional 30
22  minutes of time worked in the total day.
23  Q   Okay.  So that's yet another mechanism
24  other than the WOW ticket whereby they could get
25  compensated --

1       A       Directly to --

2       Q       -- for hours work?

3       A       -- into KRONOS, correct.  They could
4    either do that directly into KRONOS or they could
5    submit a WOW ticket if the KRONOS system had
6    already locked for that pay period.

7       Q       When does it lock for the pay period?

8       A       I can't remember the specific dates.  I
9    believe it is a Tuesday before the -- I don't
10   know specifically what the cut-off date is.

11      Q       Okay.

12      A       I would only be speculating or
13   guessing.

14      Q       This report was printed on January
15   17th, 2008, at least from the entry at the top
16   right there.

17      A       That's what it says, yes.

18      Q       So any adjustments that Ms. Davis may
19   have made or attempted to make to compensate for
20   any hours she may have worked, hypothetically,
21   during her one-hour lunch period, these should be
22   reflected in this printout; correct?

23      A       I believe so.  However, I don't know
24   for certain whether or not any adjustments made
25   through a WOW ticket are captured in this report.