# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. A-08-CA-248-JRN |
| DELL INC., and DELL MARKETING USA, L.P., | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of others similarly situated, | ) ) ) ) ) | |
| vs. | ) ) | No. A-08-CA-794-JRN |
| DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

ROBINSON RENAISSANCE
119 N. Robinson, Suite 650
Oklahoma City, Oklahoma 73102
405-235-4106

MID-CONTINENT TOWER
401 South Boston, Suite 310
Tulsa, Oklahoma 74103
918-599-0507

depo@drreporting.com

D&R REPORTING & VIDEO, INC.

```
 1
 2
 3         DEPOSITION OF IZETTA MARSHAEE CARSON
 4         TAKEN ON BEHALF OF THE DEFENDANTS
 5            IN OKLAHOMA CITY, OKLAHOMA
 6               ON DECEMBER 18, 2008
 7
 8
 9
10
11
12
13  Reported by:   Elizabeth Caudill, CSR, RMR, CRR
14
15
16
17
18
19
20
21
22
23
24
25
```

1  you paid?
2      A   I can't recall.
3      Q   What about at AT&T, do you recall
4  how -- were you paid on an hourly basis there?
5      A   Hourly.
6      Q   And do you remember if you worked
7  overtime?
8      A   I can't recall how we were paid.
9      Q   When you came to work at Dell, how were
10 you paid?
11     A   Salary.
12     Q   And was part of that salary guaranteed?
13 I mean, was there a guaranteed base that you
14 would receive?
15     A   Yes.
16     Q   And did you also receive commissions?
17     A   Yes.
18     Q   And if you worked more than 40 hours,
19 did you receive any overtime pay?
20     A   Yes.
21     Q   Had you ever had a job like that where
22 you had a guaranteed base and commissions and
23 overtime?
24     A   No.
25     Q   What's your educational background?

1  of Edmond, any other post high school training
2  that you've had?
3       A    Computers.  Computers.
4       Q    What kind of computer training?
5       A    Just the basic.
6       Q    Usage of them, how to use them?
7       A    Excuse me?
8       Q    How to use computers, that sort of
9  thing?
10      A    Yes.
11      Q    Different programs?
12      A    Yes.
13      Q    When you went to work for Dell, were
14 you working on a computer --
15      A    Yes.
16      Q    -- in making the sales?  Do you
17 remember any of the programs, what programs you
18 used for the sales purposes?
19      A    No, I can't recall.
20      Q    How long did it take you to boot up
21 your computer when you were at Dell?
22      A    I'd say maybe about two minutes, three
23 minutes.
24      Q    Then you'd be up and running every day?
25      A    Yes.

1     A     Can't recall.

2     Q     Was it like for a while it was done
3  properly and then it changed or was it always --

4           MR. FARHA:  Objection.

5     Q     (By Mr. Fox) -- in your mind not done
6  properly?

7     A     I don't know how it was calculated.

8     Q     Okay.  When you say you don't know how
9  it was calculated, meaning you don't know how the
10 amount was figured?

11    A     Correct.

12    Q     Do you think you were paid -- like if
13 you put down that you worked certain hours, were
14 you always paid at least something for those
15 hours?

16    A     Yes.

17    Q     So it was just you didn't understand
18 how the amount was?

19    A     Correct.

20    Q     In terms of putting the time down, did
21 you put down all the time that you worked?

22    A     Yes.

23    Q     Anyone ever tell you "Don't put down
24 this time" or anything like that?

25    A     No.

1    Q    So you would put down from when you
2  started working till you finished working?
3    A    Correct.
4    Q    And as I understand, there was a
5  procedure to automatically deduct for lunch, but
6  if you worked through your lunch, there was a way
7  to fix that; is that correct?
8    A    I don't know.
9    Q    You don't know?  Did you ever make any
10 adjustments for lunch?
11   A    Yes.  Sometimes I could skip lunch or
12 come back early or --
13   Q    And did you put that time in properly
14 as well?
15   A    Yes.
16   Q    So if you, like, went to lunch at 1:30,
17 started at 8:00, went at 1:30 and came back at
18 2:00, you'd put in 8:00 to 1:30 and 2:00 to
19 whenever you left?
20   A    Yes.
21   Q    And sometimes it's just helpful to make
22 sure we understand what there's a dispute about
23 so we don't spend a lot of time talking about
24 things that are not in dispute.
25        And so my understanding is the issues