# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually )
and on behalf of a class of )
others similarly situated, )
)
    Plaintiff, )
)
vs. ) CASE NO.
) 1:08cv-00248-SS
DELL, INC., and DELL )
MARKETING USA L.D., )
)
    Defendants. )
)

ORIGINAL

DEPOSITION OF:

RASHA SHANDAE DOWELL

Taken on Behalf of the Defendants

January 7, 2009

---

VOWELL & JENNINGS, INC.
207 Washington Square Building
214 Second Avenue North
Nashville, Tennessee   37201
(615) 256-1935

```
 1   A.       No.
 2   Q.       Do you remember who the trainer was?
 3   A.       He was Russian and they called him
 4   Jan, but that was like short for his real
 5   name.
 6   Q.       Was he here in Nashville?
 7   A.       Yes.
 8   Q.       Was he a specialized trainer just for
 9   EPP?
10   A.       He started out as a consumer trainer
11   and then I'm guessing he was trained for EPP
12   and then he trained EPP.
13   Q.       Now, was EPP -- do you know who, where
14   it fit in the overall structure of Dell, how
15   it was -- what?
16   A.       They considered it under the business
17   umbrella.
18   Q.       Okay.  And how long did you work in
19   EPP?
20   A.       The whole time, June until February.
21   Q.       Why did you leave?
22   A.       I was laid off.
23   Q.       What reason?
24   A.       Our department was being closed out of
25   Nashville and all of EPP was going to Round
```

```
 1   A.      Jan did the part of inputting your
 2   time into the Chronus (phonetic) system.
 3   Toni was the one who was the key for the
 4   compensation and then HR did the benefits.
 5   Q.      And what did Jan -- what was your
 6   understanding of what you were supposed to do
 7   on inputting time?
 8   A.      That we were supposed -- when you come
 9   in the morning, you put in the time that you
10   come in.  When you go to lunch, you put in
11   the time you went to lunch.  When you come
12   back, you put in that time.  And then when
13   you go home, you put in that time.  You
14   weren't supposed to wait until like the next
15   day to input the day before.
16   Q.      Did you try to do that on a regular
17   basis?
18   A.      Yes.
19   Q.      Now, as I understand the way Chronus
20   worked, if you had wanted to you could have
21   waited until the last day and go back and put
22   all your time in?
23   A.      Right.
24   Q.      But you always tried to do it on the
25   very same day?
```

```
 1    A.      Yes.
 2    Q.      Would you try to put in those four
 3    times each day, when you started, when you
 4    left for lunch, when you came back and --
 5    A.      Yes.
 6    Q.      And as far as you know the time you
 7    recorded was accurate?
 8    A.      Right, unless something happened.
 9    Like during the times of mandatory overtime,
10    it was crazy.  So I might have left lunch and
11    not knowing what time I went to lunch and
12    then just came back and then I would just
13    look at my schedule to see what time I was
14    scheduled for lunch and I'd input that exact
15    time.
16    Q.      Do you think all the hours that you
17    reported, that you got paid for those?
18    A.      As far as just the regular 40 hours,
19    yes.  Overtime I was paid for, but I don't
20    think I was paid enough for it.
21    Q.      So -- and that's one of the things
22    that's helpful in the discovery process is to
23    find out what your particular issues are,
24    because different people have different ones.
25            And your concerns with what went on is
```

```
 1    the amount you were paid for the overtime?
 2    A.     Right.
 3    Q.     Is there anything else?
 4    A.     No.
 5    Q.     Okay.  And tell me exactly what your
 6    concern was about the amount that you were
 7    paid for your overtime?
 8    A.     As far as the overtime goes I believe
 9    the overtime should have been paid at time
10    and a half and not at half time.
11    Q.     And when did you first discover that
12    it was not being paid at time and a half?
13    A.     When I tried to calculate it, it
14    didn't come out right.  And I'm not a math
15    person, so I just kind of was like, okay,
16    whatever.  And then here recently going back
17    over and looking at it and given the
18    information that, hey, you weren't paid at
19    time and a half, then I realized, like, okay,
20    I remember that now; I wasn't.
21    Q.     So what would you have used to try to
22    calculate it yourself, the information on
23    your pay stub?
24    A.     Right.
25    Q.     Did you have direct deposit?
```

1   to the phones?
2   A.    No.
3   Q.    It would be after you signed on to the
4   phones?
5   A.    Yes.
6   Q.    What would you do with the phones
7   while you were having the meeting?
8   A.    You would just log in to the phone,
9   but you wouldn't auto into the point of where
10  you were taking calls.  It would just let --
11  it would just let the system know, and the
12  department that calculated attendance to know
13  that we were there and that we were on time.
14  Q.    So you would sign into the phone but
15  leave it in some category so calls wouldn't
16  get started forwarding?
17  A.    Right.
18  Q.    And you would put that time in your
19  Chronus -- you'd show that time in Chronus as
20  well?
21  A.    Yes.
22  Q.    When you went to turn on your
23  computer, how long did that normally take to
24  get up and running?
25  A.    Normally our computers would already

1  be on.  All you'd have to do would be to log
2  into them.  And since we didn't share
3  computers, there wasn't really any reason for
4  us to log off unless IT sent us an e-mail
5  that said we're doing updates tonight, then
6  you would log off your computer.
7  Q.    So the standard operating procedure
8  was just leave your computer running when you
9  left at night?
10 A.    Yes.
11 Q.    So theoretically once you got there
12 and sat down you were ready to go?
13 A.    Yes.
14 Q.    Do you know if other groups or
15 departments did the same way?
16            MR. DAMERON:  Objection.  Calls
17 for speculation.  You can answer.
18            THE WITNESS:  Not sure.
19 BY MR. FOX:
20 Q.    Okay.  Did you ever hear anyone talk
21 about how employees were supposed to
22 calculate time if they did work at home?
23 A.    No.
24 Q.    Didn't hear one way or another?
25 A.    No.