# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

```
CATHERINE L. DAVIS and    )
TOMMY MOORE,              )
individually, and on      )
behalf of others          )
similarly situated,       )
                          )
       Plaintiffs,        )
                          )
-vs-                      ) No. 5L07-cv-01401-W
                          )
DELL, INC., d/b/a DELL    )
COMPUTER, INC., DELL      )
USA L.P., and DELL        )
MARKETING L.P.,           )
                          )
       Defendants.        )
```



DEPOSITION OF MICHELLE RICKETTS

TAKEN ON BEHALF OF THE DEFENDANTS

IN OKLAHOMA CITY, OKLAHOMA

ON OCTOBER 15, 2008

REPORTED BY: KASEY D. EGELSTON, CSR

REPORTING & VIDEO, INC.

MID-CONTINENT TOWER
401 South Boston, Suite 310
Tulsa, Oklahoma 74103
918-599-0507

ROBINSON RENAISSANCE
119 N. Robinson, Suite 650
Oklahoma City, Oklahoma 73102
405-235-4106

depo@drreporting.com

D&R

1    A    Yeah.  On the Dell network.
2    Q    Then you would go in and put in, "I
3  came in at 8:00 and left at 5:00"?
4    A    Well, most generally how we did it, at
5  the beginning of the pay period, we would go in
6  and put our schedule -- whatever our schedule
7  was, 8:00 to 5:00, 9:00 to 6:00, just to make
8  sure that we got paid.  Because if it wasn't
9  in --
10   Q    You wouldn't get paid?
11   A    Correct.
12   Q    Then if you worked -- came in early or
13 left late, you would go in and make an
14 adjustment?
15   A    Correct.
16   Q    You were the one who was totally
17 responsible for doing that?
18   A    Correct.
19   Q    And then what was the procedure -- once
20 you had put the time in, what happened next with
21 it?
22   A    Assuming that Kronos -- there was no
23 errors, it would go to the manager, and then I'm
24 not sure where it went from there.
25   Q    Okay.

```
 1      A    Not me, no.  I couldn't, because I
 2  didn't have access that way through Kronos.  My
 3  manager or somebody else would have to.  There
 4  was no way of getting around an hour out of
 5  lunch.
 6      Q    So you couldn't go in -- and there
 7  wasn't an override?
 8      A    Correct.
 9      Q    Did you ever ask anyone about "Is there
10  an override process?"
11      A    No.  I just told my manager, "Hey, I
12  didn't take a lunch."  Or my manager knew I
13  didn't take a lunch.  He would go get us lunch,
14  bring it to us.  He knew we weren't taking a
15  lunch.
16      Q    So he would then fix it?
17      A    Assuming he did, yeah.
18      Q    Would you have the ability to go in and
19  look at it and see whether he had fixed it or
20  not?
21      A    I don't recall.  I don't know how it
22  would have -- I don't know how he would have
23  added an extra hour, unless the cumulative would
24  have upped an hour.
25           I never really paid attention.  I just
```

1  took his word for it.
2      Q    As far as you know, he was taking care
3  of it?
4      A    Correct.
5      Q    And then on page four, Dell-Davis 487,
6  recording time away, such as vacation, PBA, that
7  was your responsibility too?
8      A    Correct. And pay code.
9      Q    Was that a dropdown box? Is that how
10 it worked?
11     A    Correct.
12     Q    You were responsible for making sure
13 that it was paid? -- I mean that the right one
14 was put in?
15     A    Yes.
16     Q    Then if you look at the scenario,
17 Dell-Davis 488, is the page scenario one:
18 "Reginald has a scheduled shift of 8:00 a.m. to
19 5:00 p.m. Today Reginald came into work at
20 7:30, left the office at 6:00. He took a
21 45-minute lunch at noon. What should Reginald's
22 timecard look like for Monday?"
23          Under that scenario, what would the
24 timecard end up looking like, as far as you
25 know? -- how you would do it?

1    A    Yes.
2    Q    It's been a while.
3         And the base pay was a hourly rate or a
4    salary -- and you were paid salary?
5    A    Salary, nonexempt.
6    Q    Right.
7         And paid for job performed, paid every
8    two weeks.
9         And that was guaranteed or fixed;
10   correct?
11   A    Correct.
12   Q    And then target incentive pay had two
13   parts: Commission and stacks?
14   A    Correct.
15   Q    Was that -- did that ever change while
16   you were there or was it always commissions and
17   stacks?
18   A    It was always commissions and stacks.
19   SPIFs got played in there somewhere.
20   Q    Okay. What are SPIFs?
21   A    Certain incentives that went on
22   throughout the month -- like, with leasing,
23   printers, just certain things.
24   Q    So they would be over and above either
25   your base pay or your commission pay?