# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, Individually, )
and on behalf of a class )
of others similarly situated, )
)
    Plaintiff, )
v. ) Case No.
) 1:08cv-00248-SS
DELL INC., )
and )
DELL MARKETING USA L.P., )
)
    Defendants. )
_____)

DEPOSITION OF:

NICHOLAS STEWART

Taken on Behalf of the Defendants

November 3, 2007

VOWELL & JENNINGS, INC.
Court Reporting Services
207 Washington Square Building

214 Second Avenue North

Nashville, Tennessee   37201

(615) 256-1935

1   A.          No.
2   Q.          Are you taking any kind of medication
3   at all on a regular basis?
4   A.          No, none at all.
5   Q.          When you first went to work at
6   Spherion, ultimately for Dell, what position did
7   you have at the time?
8   A.          Sales rep on the queue.
9   Q.          And how long did you work as a sales
10  rep on the queue?
11  A.          With Spherion, it was the initial 90
12  days or the three months.  After that, I worked
13  from December 31st, 2001, until, if I remember
14  correctly, it was February of 2003 as a sales rep.
15  Q.          And what did you go to at that point?
16  A.          At that point I moved into a software
17  and peripheral role.
18  Q.          And how long did you work in that role?
19  A.          That role I worked from February until
20  about October, in which case I moved to my final
21  role which was the services technical sales rep
22  position.
23  Q.          And what is that?
24  A.          It's very similar to the TSR position
25  within Dell.  The main differential is our main

1  Again, the technical sales reps. And we had some
2  from the marketing department as well that were
3  our managers.
4  Q.          So you would have had a -- I mean, it
5  sounds like you were sort of a specialized niche
6  group. Is that -- am I accurate in that? I
7  mean --
8  A.          Not exactly. It was -- because there
9  was so few, they kept having management from
10 different divisions trying to take over to us
11 until they found a good fit. But no matter what,
12 we were still classified as originally the
13 small/medium business sales reps and then
14 eventually the HSB sales reps.
15 Q.          And how were you compensated?
16 A.          Just like anyone else on the floor. We
17 had base salary as well as a commission and then
18 bonuses on top of that.
19 Q.          And what were your bonuses tied to?
20 A.          They were tied to the overall
21 performance on network assessments as well as
22 installations on units actually sold.
23 Q.          And what kind of units were you
24 selling, the whole ball of wax?
25 A.          It depended on the customer and who was

1  very rarely would it extend beyond that.
2           Towards the end, however, with the
3  limited budget and the budget cuts Dell was going
4  through, removing marketing, training, trainers,
5  coaches, all those roles started to fall on us as
6  well.  So we had to do our normal day-to-day
7  activities and take on additional activities as
8  well.
9  Q.          In terms of compensation, how was it
10 paid?  Was it on a -- it was a base and a
11 salary -- I mean a commission?
12 A.          That's correct.  Just like any other
13 sales role within the business department.
14 Q.          And what was the mix?  Was it 60/40,
15 80/20, 70/30?
16 A.          It was 80/20, and then moved to a
17 70/30, if I remember correctly.
18 Q.          And in terms of -- did you carry like
19 a -- as I understand it, the initial job category
20 is an SR1B, is the very entry level, and then you
21 move up to SR1, 2, 3?
22 A.          That's correct.
23 Q.          And what level was --
24 A.          I had moved up and been promoted to an
25 SR3.

Vowell & Jennings, Inc.  (615) 256-1935

60ff6c68-8bd9-41fb-9c6e-010163a94bfc

1  sorry, let me rephrase that.  If I worked 36 hours
2  and then took eight hours, I would lose the two --
3  or four hour differential.
4     Q.          So if you actually worked 36 hours and
5  then -- in the first four days -- and put in --
6  took off on Friday and put in eight hours of PBA
7  for a total of 44, you'd still just get paid 40?
8     A.          That's correct.
9     Q.          Was there ever a time where you got
10 paid less than 40?
11    A.          No.  I have always worked 40 hours or
12 more.
13    Q.          Other than the time where Julie
14 Birdsong got involved, was that the only time you
15 ever talked with anyone about it?
16    A.          That is correct, because, again, at
17 that point in time, I was told it was Dell policy
18 and that's the way it is.
19    Q.          Now, other than the -- that instance
20 with Darin Johnson where he got -- had to go get
21 Julie involved, did you have any other discussions
22 with him directly about time-keeping or anything
23 of that nature?
24    A.          No.
25    Q.          What about Jim Trimble, did you ever

1  Q.          And what about commissions?
2  A.          No commissions. It was straight hourly
3  pay.
4  Q.          And then when you became a Dell
5  employee, how were you paid?
6  A.          It started off as a 50/50 split, 50
7  percent commission, 50 percent base.
8  Q.          And did you have an overtime payment?
9  A.          There had always been an overtime
10 payment, which actually surprised me, since we
11 were classified as salary.
12 Q.          And how was it paid? Did they tell
13 you?
14 A.          Never. I never could figure out
15 how they paid us. I knew how to figure out
16 commission. I knew how to figure out bonuses.
17 That was it.
18 Q.          Did you ever ask anyone for an
19 explanation of how overtime was paid?
20 A.          Yes. I asked for how overtime was
21 paid. I also asked for how the overtime
22 commission was paid, and nobody could give me a
23 straight answer or the formula for it.
24 Q.          Do you remember who you asked or had
25 conversations with it about?