# EXHIBIT Q

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CATHERINE L. DAVIS and<br>TOMMY MOORE, individually, and<br>on behalf of others similarly situated | ) ) ) ) | |
| Plaintiffs, | ) | Case No. 5L07-cv-01401-W |
| v. | ) ) | |
| DELL, INC. d/b/a DELL COMPUTER, INC.,<br>DELL USA L.P., AND DELL<br>MARKETING L.P., | ) ) ) | CLASS ACTION COMPLAINT |
| Defendants. | ) ) | DEMAND FOR JURY TRIAL |

## AFFIDAVIT OF CATHERINE L. DAVIS

COMES NOW the Affiant, Catherine L. Davis, and after being duly sworn in states as follows:

1.  I am over 18 years of age and of sound mind.

2.  I am a resident of Oklahoma County, Oklahoma. I was formerly employed at Dell's Oklahoma City, Oklahoma customer contact center, which is located at 3501 SW 15th St., Oklahoma City, Oklahoma 73108.

3.  I chose to file this case in the U.S. District Court for the Western District of Oklahoma because this venue is convenient for me, based upon my residence in Oklahoma County. Transfer of this case to the U.S. District Court for the Western District of Texas in Austin, Texas would be inconvenient for me. If this case is transferred, it will work a substantial hardship on me to travel to Austin, Texas for trial.

4.  Numerous witnesses, including my former direct supervisor and his supervisor, the local human resources manager, co-plaintiff Tommy



EXHIBIT
" 1 "

Moore, and the majority of current and former business sales representatives and class members, are also residents of Oklahoma. It is my opinion that this Court is a more convenient venue for this case than the U.S. District Court for the Western District of Texas. I also believe that due to the opt-in requirement of the FLSA claims presented, it would be much more difficult to encourage other class members to opt-in to this case if it were transferred out of state.

Further this Affiant sayeth not.

_____
Catherine L. Davis

Subscribed and sworn to before me, a Notary Public on September 15, 2008.

_____
Notary Public

My commission expires:

_____