# EXHIBIT X

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | No. A-08-CA-248-JRN |
| DELL INC., and DELL MARKETING USA, L.P., ) ) ) | |
| Defendant. ) | |

| | |
|---|---|
| CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of others similarly situated, ) ) ) ) ) | |
| vs. ) ) | No. A-08-CA-794-JRN |
| DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership, ) ) ) ) ) ) ) | |
| Defendant. ) | |



MID-CONTINENT TOWER
401 South Boston, Suite 310
Tulsa, Oklahoma 74103
918-599-0507

ROBINSON RENAISSANCE
119 N. Robinson, Suite 650
Oklahoma City, Oklahoma 73102
405-235-4106

depo@drreporting.com

REPORTING & VIDEO, INC.

D&R

Atsumi, Amy Mai 12-17-2008

### Page 2

DEPOSITION OF AMY MAI ATSUMI
TAKEN ON BEHALF OF THE PLAINTIFFS
IN OKLAHOMA CITY, OKLAHOMA
ON DECEMBER 17, 2008

Reported by: Elizabeth Caudill, CSR, RMR, CRR

### Page 4

CONTENTS

Page  Line

Direct Examination by Ms. Waters . . . . 6   6
Cross-Examination by Mr. Fox . . . . . . 169  20
Redirect Examination by Ms. Waters . . . 171  6
Jurat Page . . . . . . . . . . . . . . . 176
Witness Signature Page . . . . . . . . . 177
Reporter's Certificate . . . . . . . . . 178

PLAINTIFF'S INDEX OF EXHIBITS

Page  Line

Exhibit 1 . . . . . . . . . . . . . 9    16
Exhibit 2 . . . . . . . . . . . . . 10   6
Exhibit 3 . . . . . . . . . . . . . 43   4
Exhibit 4 . . . . . . . . . . . . . 51   6
Exhibit 5 . . . . . . . . . . . . . 75   11
Exhibit 6 . . . . . . . . . . . . . 83   14
Exhibit 7 . . . . . . . . . . . . . 103  19
Exhibit 8 . . . . . . . . . . . . . 124  15
Exhibit 9 . . . . . . . . . . . . . 143  2

* * * * * *

### Page 3

APPEARANCES

For the Plaintiff: Allison B. Waters
    Attorney at Law
    10205 North Pennsylvania
    Oklahoma City, Oklahoma 73120

    Matt Dameron
    Attorney at Law
    460 Nichols Road
    Suite 200
    Kansas City, Missouri 64112

For the Defendant: Michael W. Fox
    Attorney at Law
    301 Congress Avenue
    Suite 1250
    Austin, Texas 78701

    Christopher Hahn
    2801 Via Fortuna
    Suite 100
    Austin, Texas 78746

### Page 5

Atsumi, Amy Mai 12-17-2008

**Page 14**

1  Exhibit 2, I know you said you're not familiar
2  with this document, per se, but there's a couple
3  references here. One of them is to -- if you'll
4  look at the third page which is marked Davis 45.
5    A   Yes, ma'am.
6    Q   And at 58 it says "ISR, inside sales
7  representative."
8    A   Yes.
9    Q   Do you see that?
10   A   Yes, I do.
11   Q   Is ISR the term that would include
12 business sales representatives?
13   A   Yes, ma'am.
14   Q   Does it encompass more than just
15 business sales representatives? In other words,
16 would it include consumer sales representatives,
17 as well as business sales representatives?
18   A   It would include that.
19   Q   Do you see any other terminology that's
20 listed on this dictionary page that would include
21 a business sales representative other than number
22 58, ISR?
23   A   Could you rephrase -- could you state
24 your question one more time just to make sure
25 I'm --

**Page 15**

1    Q   Do you see on the dictionary pages I've
2  presented to you as Exhibit 2 any other terms
3  that would incorporate the ISR job function other
4  than number 58?
5    A   So in the document you provided, page
6  labeled Davis 0046, there is item number 77 --
7    Q   Okay.
8    A   -- that says "relationship sales
9  representatives." Those are individuals whom we
10 consider sales representatives also included in
11 our business sales division.
12   Q   How do those differ from ISR's?
13   A   Relationship sales representatives?
14   Q   Yes.
15   A   Their job responsibilities differ in
16 some regard with regards to how they manage their
17 customer relationships.
18   Q   And what is the difference, generally,
19 if you could tell us?
20   A   Relationship sales representatives are
21 assigned accounts to which they maintain and
22 manage, and often outbound contact to those
23 customers directly rather than waiting for those
24 customers to call in through a queue.
25   Q   And these accounts, are these business

**Page 16**

1  accounts?
2    A   Yes, ma'am.
3    Q   Now, I take it the ISR terminology
4  would include not just sales reps that are
5  focused on selling to businesses but it would
6  include consumers; correct?
7    A   Yes, according to our job titles.
8    Q   But the RSR function would only be
9  business-focused sales?
10   A   No. We have individuals with the job
11 title ISR that are relationship sales
12 representatives.
13   Q   That focus on consumer sales?
14   A   No. The individuals that support
15 relationship customers are included -- are part
16 of our business sales division.
17   Q   Okay. I guess I'm confused.
18   A   Sure.
19   Q   I'm just trying to get to: Are the
20 RSR's focused only on selling to businesses,
21 ma'am?
22   A   Yes.
23   Q   Okay. But the terminology ISR can
24 incorporate more than business-focused sales
25 reps; correct?

**Page 17**

1    A   Correct.
2    Q   All right. Now, are you saying that
3  the RSR's, would those individuals fall under the
4  category ISR?
5    A   Yes, that is what I'm saying.
6    Q   Okay. Now, in terms of compensation, I
7  understand there's been a change. Consumer sales
8  reps are now hourly employees; is that correct?
9    A   Correct.
10   Q   However, the business sales
11 representatives -- by the way, what's the best
12 way to refer to business sales representatives?
13 Do you use any type of acronym?
14   A   No. You can utilize business sales
15 representatives if my understanding is by your
16 use non-consumer sales representatives.
17   Q   All right. Are those folks, are they
18 hourly or are they salaried individuals right
19 now?
20   A   Currently they are salaried individuals
21 non-exempt.
22   Q   So there's been no change to the
23 business sales representatives as there was with
24 the consumer sales representatives in terms of
25 compensation?

Atsumi, Amy Mai 12-17-2008

66

1  representatives are compensated.
2    Q   Using the fluctuating work week?
3    A   Correct.
4    Q   All right. Are you familiar with why
5  Dell chose to compensate its business sales
6  representatives using the fluctuating work week,
7  ma'am?
8    A   No, I don't know why specifically. I
9  wasn't here -- employed at the time they made
10 that decision.
11   Q   Do you know who was responsible for
12 making that decision or what department was
13 responsible?
14   A   No, I do not.
15   Q   And what's your understanding of the
16 fluctuating work week, ma'am?
17   A   Could you be a little bit more specific
18 on what you mean by my understanding?
19   Q   Well, do you know what the terminology
20 "fluctuating work week" means?
21   A   So I believe that fluctuating work week
22 is another term utilized to describe salaried
23 non-exempt. It allows for compensation based
24 upon hours that may fluctuate on any given work
25 week.

67

1    Q   In other words, hours fluctuating below
2  40 hours per week; is that correct?
3    A   Hours fluctuating above 40 hours a
4  week. So anyone on our fluctuating work week or
5  salaried non-exempt gets compensated, at minimum,
6  for the full 40 hours.
7    Q   Is it your understanding that in order
8  to use a fluctuating work week method of
9  calculation of overtime that the individual has
10 to work less than 40 hours a week?
11       MR. FOX: I'll object to that to the
12 extent it calls for a legal conclusion.
13   Q   (By Ms. Waters) Do you understand my
14 question?
15   A   I didn't, actually.
16   Q   Okay. And you don't have any legal
17 training; correct?
18   A   No.
19   Q   And you don't have any specific
20 training through Dell on FLSA or overtime wage
21 and hour issues, do you?
22   A   No.
23   Q   Tell me how you first learned about the
24 term "fluctuating work week," ma'am.
25   A   So the specific term "fluctuating work

68

1  week"?
2    Q   Uh-huh.
3    A   I learned it while being employed at
4  Dell.
5    Q   And what was the circumstance in which
6  you heard that term and learned about it?
7    A   In association with the explanation of
8  how salaried non-exempt worked at Dell.
9    Q   When did you receive this explanation
10 of how salaried non-exempt worked?
11   A   I don't recall the specific date.
12   Q   Has it been recently?
13   A   I've known probably within the last two
14 years.
15   Q   And was this in connection with a
16 conversation with any of your supervisors, or how
17 did this come up, if you recall?
18   A   Came up through talking to one of the
19 individuals on our compensation team at Dell when
20 I first took the role in Oklahoma City as the
21 human resources leader.
22   Q   And by the way, when was that time
23 frame that you took that role as human resources
24 leader? And that's the position you hold now;
25 correct?

69

1    A   Correct. I hold the human resources
2  leader, but my current responsibilities include
3  more than just Oklahoma City.
4    Q   And that's fair enough. All right. So
5  when were you promoted to take that role as a
6  leader?
7    A   Beyond Oklahoma City or just for
8  Oklahoma City?
9    Q   Well, let's take Oklahoma City first.
10   A   Okay. Oklahoma City in February of two
11 thousand and -- I'm sorry. I have to count back.
12 Just one moment -- 2007.
13   Q   Okay. And then you were promoted to
14 have more responsibility beyond Oklahoma City
15 later?
16   A   Correct.
17   Q   When was that date?
18   A   I don't know the exact date. I believe
19 it was March 2008.
20   Q   All right. Did you have the
21 conversation about this fluctuating work week in
22 March 2008?
23   A   No. It was closer to the February 2007
24 time frame.
25   Q   All right. And who were you talking

Atsumi, Amy Mai 12-17-2008

**Page 70**

1  with when you were discussing this issue?
2     A   Michael Hudanick.
3     Q   And what was the circumstance for the
4  conversation with Mr. Hudanick about the
5  fluctuating work week?
6     A   Since it was one of the first times I
7  had responsibility for a site that included a
8  sales division, I spent time with Mr. Hudanick on
9  the phone to have him educate me a bit on how
10 sales compensation plans work and just general
11 information about what I might need to understand
12 about sales.
13    Q   Did Mr. Hudanick provide you with any
14 documents at that point in time?
15    A   No. He referred me to a sales
16 compensation website that we have that holds
17 information with regards to sales compensation
18 plans.
19    Q   And that's a Dell website?
20    A   Yes, ma'am.
21    Q   Do you know what the title of that
22 website is or what the address for the website
23 is?
24    A   I don't know the title or the address
25 specifically, no.

**Page 71**

1     Q   Is that the website where the
2  information you reviewed about the two methods of
3  compensation for overtime resides?
4     A   I believe that that website includes
5  that type of information, but I have not reviewed
6  every document within that website.
7     Q   All right. Now, in Oklahoma City,
8  aside from the business sales representatives,
9  are there any individuals, to your understanding,
10 that are receiving overtime on a time and a half
11 calculation as opposed to the fluctuating work
12 week half rate calculation?
13    A   Just to make sure I understood your
14 question clearly, you're asking me if there are
15 any other employees in Oklahoma City?
16    Q   Yes.
17    A   Yes. That receive time and a half
18 calculation of pay, yes.
19    Q   Can you give us a listing of the
20 categories of those folks that would be time and
21 a half?
22    A   So they would include our salaried
23 non-exempt individuals.
24    Q   Okay. But the business sales reps,
25 we're not talking about those because they're

**Page 72**

1  fluctuating work week; correct?
2     A   Yes.
3     Q   Okay. So you've got some people that
4  are salaried non-exempt that are not business
5  sales representatives that are paid time and a
6  half as opposed to the half rate under the
7  fluctuating work week; correct?
8     A   Well, even our business sales
9  representatives even under fluctuating work week
10 receive time and a half pay --
11    Q   Okay.
12    A   -- for their overtime hours.
13    Q   Okay.
14    A   We also have regular hourly employees
15 in Oklahoma City that receive time and a half pay
16 as well.
17    Q   But that overtime rate calculation for
18 those hourly people, the overtime hour is
19 actually multiplied by their hourly rate plus 50
20 percent; correct?
21    A   For which population, just to make sure
22 we're talking about the same population?
23    Q   The hourly, for example: The hourly
24 people.
25    A   The regular hourly people, not salaried

**Page 73**

1  non-exempt, but regular hourly individuals --
2     Q   Right.
3     A   -- individuals in Oklahoma City.
4         State the question one more time.
5     Q   Well, those hourly folks, their
6  overtime is calculated at 1.5 times their hourly
7  rate.
8     A   Correct.
9     Q   Correct?
10    A   Yes.
11    Q   Now, the business sales
12 representatives, just to clarify, their overtime
13 rate is multiplied by .5 as opposed to 1.5 to
14 reach their overtime; correct?
15    A   So for their overtime pay, they do
16 receive, in total, 1.5 times their hourly rate.
17    Q   But that's not my question. To
18 calculate the overtime, ma'am, you don't multiply
19 by 1.5 for the business sales representatives, do
20 you?
21    A   So for portions of the overtime
22 payment, you multiply by the .5, but we're -- but
23 the 1 of the 1.5 is included in their base salary
24 that covers their hours worked, all hours worked.
25    Q   Okay. But that's not my question. I'm