# EXHIBIT Y

1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, Individually,            )
and on behalf of a class               )
of others similarly situated,          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     ) Case No.
                                       ) 1:08cv-00248-SS
DELL INC.,                             )
and                                    )
DELL MARKETING USA L.P.,               )
                                       )
        Defendants.                    )
_____)


DEPOSITION OF
TRACIE WEBB
Taken on Behalf of the Defendants
November 3, 2008

---

VOWELL & JENNINGS, INC.
Court Reporting Services
207 Washington Square Building
214 Second Avenue North
Nashville, Tennessee  37201
(615) 256-1935

```
                                                    18
 1   Q.     Now, you mentioned someone you'd had a
 2   -- a former manager that you'd had a run-in with
 3   was who?
 4   A.     It was Wes.
 5   Q.     Oh, Wes.
 6   A.     It was just a difference of
 7   personalities.
 8   Q.     When you started at Spherion, was it
 9   clear at that point it was transitional being at
10   Dell, or what was your understanding at the time?
11   A.     My understanding was that if I made
12   it through training and had a satisfactory
13   performance on the new queue, which was, I guess,
14   where they put recent hires, that I would be
15   permanently Dell badged.
16   Q.     And then how did it happen -- I mean,
17   was it like a definitive time that was going to
18   happen or -- with you particularly, how did it
19   happen?  Did somebody come and talk to you and say
20   you've made it, we'll move you to Dell, or how did
21   that happen?
22   A.     Michael Allison came to my desk and
23   gave me a piece of paper and told me to go take a
24   drug test and I was a Dell employee if it came
25   back that I wasn't a drug addict.
```

```
                                                    19
 1   Q.     And about how long did you work for
 2   Spherion?
 3   A.     I believe it was just two months.  It
 4   wasn't very long.  Maybe a month and a half.  I'm
 5   not exactly sure of the dates.
 6   Q.     How were you compensated when you
 7   worked at Spherion?
 8   A.     With Spherion it was hourly.
 9   Q.     Do you remember what you made?
10   A.     I believe it was $12 an hour.
11   Q.     And how was overtime paid?
12   A.     It was time and a half.
13   Q.     For anything over 40?
14   A.     Yes.
15   Q.     How did you keep your time at Spherion?
16   A.     The Spherion managers kept look on
17   that, I think.
18   Q.     So you didn't -- you didn't have
19   control over entering your own time?
20   A.     Not that I remember.  I don't remember
21   a time clock or --
22   Q.     Anything like that.
23          When you moved to -- were you paid
24   commissions when you worked for Spherion?
25   A.     I don't believe so.  I'm not 100
```

```
                                                    20
 1   percent sure.
 2   Q.     How were you compensated once you moved
 3   to Dell?
 4   A.     I don't know.  I know that I made
 5   commission, stacks and SPIFs and then a salary.
 6   I'm not 100 percent how it was divided out.  I
 7   couldn't tell you.  They couldn't clearly explain
 8   to us.
 9   Q.     So you had a piece that was tied to
10   commissions and part of commissions -- and
11   commissions and SPIFs.  Are those different?
12   A.     Well, it was like a compensation piece
13   and then our base piece.  And the compensation
14   included your quota attainment, your stacks and
15   then your SPIFs.  And then the base pay, which I
16   don't know what that is.
17   Q.     And as I've heard it referred to,
18   attainment has to do with quotas; is that right?
19   A.     Right.
20   Q.     And what was your understanding of how
21   that worked?
22   A.     You had to hit at least 80 -- well, at
23   one point, one of the rules was you had to hit at
24   least 80 percent of your attainment to receive
25   your stacks and SPIFs.  They changed that quite
```

```
                                                    21
 1   frequently as well.  If you did over 100 percent
 2   of your quota, then you were compensated extra,
 3   like they called it a kicker bonus, but I don't
 4   know how they figured that.  I just know I paid
 5   more taxes.
 6   Q.     And what were SPIFs?  What's your
 7   understanding of SPIFs and how that worked?
 8   A.     Say you had -- they wanted you to sell
 9   so many printers.  You would get maybe $5 a
10   printer for one contest.  Another would be how
11   many network switches you sold, you were
12   compensated a monetary amount on that.
13   Q.     And were those monthly as well or would
14   they run for differing times?
15   A.     Sometimes it would be the same SPIF for
16   two months.  Sometimes it would be different.
17   There would be several different SPIFs going on at
18   the same time.
19   Q.     Do you know what SPIF stands for?
20   A.     No.
21   Q.     And what is stacks?  What's your
22   understanding of stacks and how that related to
23   compensation?
24   A.     They ranked you against your peers, and
25   the higher you were ranked against your peers --
```

## Page 54

1  been a TSR for a while?
2  A.      It was when we started the TSR job.
3  There were -- they would take us off the phones
4  for an hour and say here's how a network works and
5  to complete the online module and test at home on
6  our own time and then stick us back on the phones.
7  Q.      And who else was going through that
8  training period with you?
9  A.      There were nine of us at that time.
10 Daniel Shoultz, Justin Lipscomb, Jacob Strickland,
11 Wayne Swafford -- I'm trying to remember.
12 Q.      Sure.
13 A.      Those are all I can remember right now.
14 Q.      Did you all end up becoming full-time
15 TSRs?
16 A.      Yes.
17 Q.      Did y'all work as a team?  I mean, did
18 you become one team or did y'all go out to various
19 teams?
20 A.      We were -- when we first got promoted,
21 they -- or moved, they assigned us to an LOR,
22 large opportunity representative, and SMP
23 representative.  So we would -- we were combined
24 with three, and then they ended up switching it
25 where you had two LORs and then they switched it

## Page 55

1  where you're a CSR just assigned to a queue team,
2  so --
3  Q.      So y'all wouldn't have worked as a
4  team, y'all were assigned to different LORs and
5  that sort?
6  A.      Right, but we were all TSRs.
7  Q.      Right.  And then other times when you
8  worked at home, managers would tell you to count
9  that time?
10 A.      I don't recall them ever saying that.
11 Q.      Did you ever talk with them about time
12 at home?  Is there any manager you ever talked
13 with other than the TSR trainer?
14 A.      I may -- I'm trying -- I had kidney
15 stones at one point, and Daniel Shoultz called me
16 in the hospital with a customer on the phone.  And
17 I remember complaining to my manager to ask him
18 not to do that again when I'm hooked to an IV.
19 Q.      Who was that?
20 A.      Sean Shockey.
21 Q.      And what did he say?
22 A.      He laughed.
23 Q.      Other than that time with Shockey, do
24 you remember ever talking with any manager about
25 time when you weren't at Dell, whether that should

## Page 56

1  be counted or not?
2  A.      I spoke with Wes.  I didn't ask him if
3  it should be counted or not, but he knew that I
4  was constantly on my cell phone at home with my
5  West Coast customers.  And he would ask us to call
6  him if we were having problems with Citrix access
7  before we had our individual BPN access.  So he
8  knew that we were always logged on.
9  Q.      But you never had a discussion about --
10 with him as to whether you should count that time
11 or not?
12 A.      It was my understanding not to, because
13 we had had the discussion of it being considered
14 falsification of time records if you put in that
15 you were in at 7:00 or that you didn't go to
16 lunch.
17 Q.      Were you ever written up for turning in
18 time and not being there?
19 A.      No, not that I know of.
20 Q.      Were you ever written up for not being
21 present when you were scheduled?
22 A.      I don't think so.  I think Wes may have
23 written me up because I was out of all my PBA time
24 or something.  I -- I don't know.  When I was
25 sick.  I'm not 100 percent sure.  I don't know if

## Page 57

1  he ever did or not.
2  Q.      Was there ever a time when you did not
3  get your full 40 hours base pay?
4  A.      Yes.
5  Q.      When was that?
6  A.      I was sick.  I had had strep throat
7  and was out for like three or four days.  And like
8  I said before, I don't know what my base check was
9  supposed to be, I just know that it was Dell fair
10 check time, which meant no SPIFs, stacks or
11 commission attached to it, and it was
12 significantly lower than my previous just strictly
13 base paycheck.
14 Q.      When was it -- was this when you were
15 in the hospital or was this a different time?
16 A.      It was a different time.  The hospital
17 was a pre -- my medical leave was preplanned, so
18 it was, I believe, in 2007.  I can't tell you
19 exactly.
20 Q.      Do you remember what job you had?
21 A.      Software and peripherals
22 representative.  And it also happened when I was a
23 TSR.  I get strep throat every Halloween.  So it
24 probably would have been around October or
25 November.

1  Q.       And you think during those times you
2  may not have been paid all your base pay?
3  A.       Right.
4  Q.       Any other time that you think of?
5  A.       I can't think of -- of something right
6  offhand. I would have to look back at my checks.
7  Q.       Did you keep all your check stubs?
8  A.       No. They were available on some kind
9  of online module. It's a third-party company that
10 did our checks. And then once you are not
11 employed with Dell anymore, you don't have access
12 to that. I was not aware of that until after I
13 wasn't employed.
14 Q.       When you had access, you were able to
15 print them off and keep a copy for yourself if you
16 wanted?
17 A.       Yeah. I had to take them to like a car
18 loan or something, I would be able to do that.
19 Q.       When you were working at Dell, did you
20 keep any independent records of how much time you
21 were working, other than what you put into Kronos?
22 A.       I don't know. I may have. I don't
23 know. If I did, it would have been on my Dell
24 computer.
25 Q.       So you don't remember whether you were

1  putting in somewhere other than Kronos time
2  worked?
3  A.       I didn't keep like a separate
4  spreadsheet or anything like that saying I got
5  here at 7:34 and left at 8:01.
6  Q.       Where might you have kept it -- what
7  form might you have kept it and why?
8  A.       If I would have kept it, it would have
9  been on my Dell computer and it wouldn't have --
10 it would have been like a message or something to
11 another Dell employee saying I can't believe we've
12 been here X amount of hours, I've worked such and
13 such, I'm -- been here -- you know, feels like I
14 live here.
15 Q.       Do you have any idea of -- or what
16 amount are you claiming that you worked that
17 you -- first, that you didn't turn in properly?
18 A.       I wouldn't know right offhand. Dell
19 would have all the records of that.
20 Q.       Well, what we have is what you turned
21 in. So what would -- how would we know?
22 A.       I don't know that what Dell has is
23 exactly what I turned in. Managers may have
24 changed it. I -- I don't know.
25 Q.       But if managers didn't change it, then

1  what would we look to?
2           MR. DAMERON: Objection; calls for a
3  legal conclusion.
4           You can answer.
5           THE WITNESS: I -- I wouldn't know.
6  BY MR. FOX:
7  Q.       Do you have any estimate of whether it
8  was every day, every other day?
9  A.       I wouldn't know.
10 Q.       Can you hazard a guess? Was it one
11 hour a week, 10 hours a week, 15? Or would it
12 just be total speculation?
13 A.       Between 10 and 30 possibly, depending
14 on the time of year.
15 Q.       And what do you base that on?
16 A.       The fourth quarter has a heavier sales
17 cycle, so I would -- and also that's what
18 qualified you for the trip. So I would work extra
19 to have a higher attainment because that's what
20 the trip was based on. Second place twice.
21 Q.       And what did second place get you?
22 A.       Nothing. It got you pictures from
23 everyone else having fun in Hawaii.
24 Q.       And so that would be -- the 30 hours a
25 week would be in the crunch time at the end of the

1  quarter?
2  A.       Usually that, and then around tax time
3  customers would frequently call me at home to get
4  in touch with me because they had to spend their
5  budget to -- IT departments would be allocated a
6  budget, and they had to hurry up and spend it
7  before end of their fiscal year so they'd be
8  allocated the same or more.
9  Q.       And what jobs would you be in when that
10 was happening?
11 A.       All three, actually. I had a customer
12 that I took, that I had when I was a sales rep all
13 the way through, who still contacts me.
14 Q.       Who was that?
15 A.       Jay Okimoto.
16 Q.       And what company?
17 A.       He sets up dental offices in Arizona
18 and Tucson. Pretty much every dental office in
19 Tucson is set up with equipment that I've sold him
20 from Dell.
21 Q.       Other than him, was there anybody that
22 called you regularly?
23 A.       Three or four different of my
24 consultants that worked with other businesses. If
25 I had a really large project with a really large

```
                                    78
1   commissions based on 80 percent.  There were
2   several --
3   Q.      Were there ever any times where they
4   adjusted it upwards so that you hit 90 or 75
5   percent but they gave you -- paid it at 85 percent
6   or 90?
7           MR. DAMERON:  Mike, I don't think she
8   was done with her answer.
9           MR. FOX:  Oh, okay.  I'm sorry.
10          THE WITNESS:  I don't recall that
11  happening to me personally.
12  BY MR. FOX:
13  Q.      Okay.  I'm sorry.  I didn't mean to
14  interrupt your other answer.
15  A.      That's okay.
16  Q.      You can go ahead and answer.
17  A.      Frequently they would not give us our
18  quotas 'til three weeks into the month.  They
19  would adjust the quotas within the month and then
20  change the SPIF and stack payouts frequently.
21  That was an issue a lot of sales representatives
22  had, was the changing right -- changing the rules
23  of the game right in the middle of the game.
24  Q.      Was the overtime payments either --
25  well, let me ask it two ways.  From your

                                    79
1   perspective, was how much you were getting paid in
2   overtime ever a big issue to you while you were
3   working at Dell?
4   A.      Sometimes, because I felt like I was
5   donating so much of myself to this company and
6   there so much and constantly at home so much -- I
7   pretty much lived, breathed and slept Dell for a
8   long time -- that I should be paid for -- for that
9   time.  And especially if they're changing the
10  rules of the game and changing all that around, at
11  least get my base pay and my overtime right.
12  Q.      And what would it have done to get it
13  right as far as you were concerned?
14  A.      Tell me what I'm making on an hourly
15  basis.  Am I salary?  Am I hourly?  You know, tell
16  me -- give me a definitive answer and a definitive
17  formula where I know if I work this amount of
18  hours and my -- then I know what my overtime check
19  would be.
20  Q.      And did you ever have that specific
21  discussion with any one manager?
22  A.      Wes Bishop.
23  Q.      And that was when he started on the
24  explanation --
25  A.      Yes.

                                    80
1   Q.      -- and got frustrated?
2           Did you ever go back and ask him if he
3   got an answer for you?
4   A.      I may have.  He just said that he would
5   check into it.  I don't remember him getting back
6   to us.
7   Q.      Do you remember how far in advance or
8   how close that was to your time of termination
9   when you had that discussion?
10  A.      Maybe three or four months.
11  Q.      And you don't recall having gone back
12  to follow up with him?
13  A.      No.  His -- his wife had just had a set
14  of twins and he was -- he wasn't there a lot the
15  last couple of months.
16  Q.      So the question may have gotten taken
17  over by other responsibilities?
18  A.      Yeah.  And as you can imagine, somebody
19  that just had a set of twins, you don't want to
20  agitate them at all.
21  Q.      If you turn back to this one we were
22  looking at and go to the 1795 page again and look
23  at -- we talked about the first slide.  Second
24  slide says Calculation of Incentive Overtime, and
25  this is on a quarterly incentive earned.  And

                                    81
1   we've talked about the TTC.  Here it says
2   quarterly incentive earned 1,450.  I think these
3   are just assuming this to be the case.  Then it
4   says if you worked 585 total hours in the week
5   [sic] and 65 hours of overtime, then you would
6   have your incentive earned divided by your total
7   hours worked to give you that regular rate of pay
8   like we talked about up here.  Do you follow that
9   calculation?
10  A.      Yeah, I think so.
11  Q.      In other words, you're dividing your
12  amount of income by the total hours worked in both
13  calculations, it's just using different numbers?
14  A.      Okay.
15  Q.      But that's what you'd do to get to your
16  regular rate of pay.  Is that understood from this
17  example?
18  A.      Correct.  Depending on what your base
19  pay or whatever was.
20  Q.      And then the second one, again, it's a
21  similar kind of calculation, just using different
22  numbers, where you multiply the overtime hours
23  times the .5 overtime rate or the, quote, half
24  times the regular of rate of pay to give you an
25  extra quarterly incentive pay.
```

### 106

1  that's what it means.
2  Q.    Do you know what FG would stand for
3  right between finance and payroll?
4  A.    No. I remember seeing Document 00369
5  on Josh's desk. He always kept up with -- or it
6  seemed like he always had some kind of calendar
7  like this on his desk. I don't know if it was the
8  exact one, but it looked a lot like one of these.
9  Q.    Were there other groups in SMB that
10 went by other acronyms like EPP? Have you ever
11 heard that acronym?
12 A.    I thought that meant employee purchase
13 program.
14 Q.    And do you know, was there a group of
15 people who worked in that unit?
16 A.    Yeah. There were -- there were people
17 that -- a group of people that worked in that
18 unit, but it was all the same thing, pretty much.
19 Q.    What about -- were there any other
20 subgroups like that? TGA, are you familiar with a
21 TGA subgrouping?
22 A.    I don't remember TGA.
23 Q.    Were there any other subgroups within
24 SMB?
25 A.    Oh, yeah. But it was all -- all the

### 107

1  same. There was JAG. I don't remember what that
2  stood for. I think reseller was considered in
3  there. And then they would have -- if they didn't
4  have an acronym, they would have a company number,
5  which it -- it changed, what company number did
6  what, but it was all under the same umbrella.
7        (EXHIBIT 9 WAS MARKED.)
8  BY MR. FOX:
9  Q.    Let me show you what has been marked as
10 Deposition Exhibit 9, which is obviously not a
11 full PowerPoint presentation but some slides taken
12 from one that walks through salary nonexempt pay
13 calculation. Have you ever seen anything that
14 looks like this or similar to this in any of the
15 time that you worked at Dell?
16 A.    I don't remember seeing this. It says
17 received salary regardless of number of hours. I
18 don't remember seeing this.
19 Q.    Okay.
20        MR. DAMERON: Mike, do you have a time
21 frame on this?
22        MR. FOX: I don't, that I know of for
23 sure.
24        MR. DAMERON: Okay.
25 BY MR. FOX:

### 108

1  Q.    Other than the managers that you worked
2  for who we have talked about, was there ever any
3  other Dell manager that you talked with about how
4  to record time?
5  A.    I don't know.
6  Q.    You can't remember any other
7  individual -- we talked about your direct
8  managers, but sometimes people have other managers
9  that they know personally or just --
10 A.    Yeah, I knew several of the managers
11 personally, but I don't remember -- I don't know
12 if we had talked about entering time or anything.
13 Q.    You can't remember any of them ever
14 telling you anything about enter all your time
15 that you worked or only enter your scheduled time
16 or anything of the nature other than the ones
17 we've already talked about?
18 A.    Not specific examples.
19 Q.    Did you ever hear anyone at Dell talk
20 about that you were to record all time that you
21 worked from the time you got there until the time
22 you quit working at the end of the day?
23 A.    They would say that we needed to be
24 logged in the phones from the time we were there
25 'til the time we quit.

### 109

1  Q.    Anything else about recording time from
2  the time you got there 'til the time you left?
3  A.    I don't know. I don't remember.
4  Q.    Something they could have said; you
5  just don't remember?
6  A.    Right. They may have; they may not
7  have.
8  Q.    And have we talked about all the
9  conversations you had with anyone about how
10 overtime pay was calculated?
11 A.    That I can think of off the top of my
12 head in 2008 since I left last year, that's -- I
13 don't know. That's the best I can think of right
14 now.
15 Q.    Did you ever have huddles or anything
16 called huddles?
17 A.    Yes.
18 Q.    And when were those done?
19 A.    It depends. Sometimes 7:30. Well, on
20 Thursdays, when I was a TSR, we had to be there at
21 7:00 for an hour-long meeting with Wes. He would
22 schedule his -- most every team had some kind of
23 team meeting or team huddle. Wes liked to have
24 his at Starbucks early in the morning.
25 Q.    Starbucks where?

**118**

1  conversation, she said she didn't think that that
2  was why she really got terminated, but that was
3  the reason that they gave her.
4  Q.      And when was she terminated?
5  A.      Last Thursday, I think.  Either last
6  Thursday or Friday?
7  Q.      When did you talk to her?
8  A.      I'm sorry, not this past Thursday or
9  Friday.  The Thursday or Friday before that.  So
10 it was two weeks ago.  I spoke with her on
11 Saturday.  She wanted me to baby-sit her son.
12 Q.      And she just said it was for Kronos
13 records, but she didn't think that was the real
14 reason?
15 A.      Yeah, she said it had something to do
16 with Kronos and something -- she said the official
17 reason was falsification of records.
18 Q.      What about Tommy Sallee, what did --
19 does he still work there?
20 A.      Oh, yeah.
21 Q.      And what did you talk with him about?
22 A.      I just asked him if he knew about it
23 and he said yeah, and then we talked about
24 University of Kentucky football.
25 Q.      And did he say anything about the

**119**

1  merits of it or whether he thought it was right or
2  wrong?
3  A.      I didn't really ever discuss anything
4  like that with Tommy because we've known each
5  other for so many years and we're friends on a
6  personal level, so I never wanted to get Dell --
7  the subject of Dell, you know, to cause a rift
8  between us, even when I started working there.  We
9  never discussed Dell stuff outside of work.
10 Q.      What does he do?
11 A.      He's a manager.
12 Q.      And how long has he been a manager?
13 A.      He was -- at least three years.
14 Q.      Manager over what?
15 A.      Software and peripherals.
16 Q.      Was he ever your manager?
17 A.      No.
18 Q.      Did he ever manage people like you?
19 A.      I think so, yes.
20 Q.      And when would that have been, when you
21 were the second software/peripheral job?
22 A.      I think so.  I'm not sure about the
23 dates.
24 Q.      Who would have been some of the people
25 he would have managed?  Do you know their names,

**120**

1  your peers working for his team?
2  A.      When I was a TSR, Josh was an SMP rep.
3  It would have been people like Josh.  I don't
4  remember his exact teammates' names.  I know he
5  had a girl on his team named Lisa.  She had really
6  pretty hair.  But I don't -- I don't remember his
7  exact teammates' names.
8  Q.      Anyone else at Dell that you have
9  talked about the lawsuits with, any other Dell
10 employee or former employee?
11 A.      Just the former employees at my last
12 job that were Dell employees.  There was about 10.
13 Q.      Who were they?
14 A.      Hong Laio, Nina Ayala -- oh, I forgot
15 my ex-roommate too.  She moved to Wisconsin.
16 Kelly Burgess -- I sound like a gossip -- Nolan
17 Arena, Trevor Langdon and Rob Warner.
18 Q.      What company was this?
19 A.      All of them worked at AmMed, except for
20 Kelly and Nolan.  Kelly was my roommate.  She
21 worked in tech support for Dell when she worked
22 there.  And Nolan is a tech support supervisor.
23 Q.      And how did -- Kelly was your roommate?
24 A.      Yes, uh-huh.
25 Q.      And when did she work for Dell?

**121**

1  A.      2006/2007.  She worked in tech support.
2  She never worked in sales.  She was -- her and
3  Nolan, I think, were paid strictly just hourly.
4  Q.      And when did he work there?
5  A.      He still -- well, he worked there, then
6  they had the big huge layoff, and then they called
7  him back, so he's employed there now.
8  Q.      And what about -- what did you talk
9  with him about, the lawsuit?
10 A.      He came to fix my computer and I
11 just -- I said, hey, have you heard about this?
12 It's really bizarre.  And he said no.  And he's
13 like -- he works in tech support, so they don't
14 hear a lot of the -- the gossip.
15 Q.      So he didn't know anything about it
16 other than what you told him?
17 A.      Right.
18 Q.      And what did you tell him?
19 A.      I said that there was a class-action
20 suit against Dell for the sales representatives in
21 the call center, and he said he hadn't heard that
22 about tech support yet.
23 Q.      And did you tell him what the basis for
24 the suit was?
25 A.      I don't remember.  I don't think so.  I