# EXHIBIT Z

```
           IN THE UNITED STATES DISTRICT COURT
            IN THE WESTERN DISTRICT OF TEXAS
                    AUSTIN DIVISION
HITUL GANDHI, Individually )
and on behalf of a class   )
of others similarly        )
situated,                  )
         Plaintiff,        )
                           )   CASE NO:1:08cv-00248-SS
V.                         )
                           )
DELL, INC., and DELL       )
MARKETING USA, L.P.,       )
         Defendants.       )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF  
HITUL GANDHI  
November 5, 2008  
Volume 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    ORAL DEPOSITION OF HITUL GANDHI, produced as a witness at the instance of the Defendant Dell Marketing USA, L.P., and duly sworn, was taken in the above-styled and numbered cause on the 5th of November, 2008, from 9:39 a.m. to 1:22 p.m., before Leigh Anne Williams, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 301 Congress Avenue, Suite 1250, Austin, Texas, pursuant to the Federal Rules of Civil Procedure.

**Page 38**

1  understand the 'time and a half' calculation" -- Do you
2  know what time and a half is referring to there?
3  A.  I'm guessing the overtime that I'm working.
4  Q.  Okay. And were you familiar from prior work
5  experience about overtime traditionally being paid at
6  time and a half?
7  A.  I was under the impression that it was -- I was
8  being paid time and a half.
9  Q.  Okay. And how did you get that impression?
10  A.  On the overtime check -- or just through --
11  just because it's the law, and I thought, okay -- I
12  assumed it was the -- you know, that was the law. So, it
13  must be correct at time and a half.
14  Q.  Where did you get the understanding that it was
15  the law? Just general knowledge?
16  A.  Just general knowledge.
17  Q.  Okay. And then it says, "To understand the
18  'time and a half' calculation, remember you are already
19  paid for your time in your bi-weekly salary paycheck.
20  The additional payment for the 'half' is reflected below
21  and paid in addition to your regular salary paycheck."
22  And that's one of the things that was on this
23  presentation slide you remember having seen?
24  A.  Yeah, I remember having seen this.
25  Q.  Okay. And then it gives -- looks like the way

**Page 39**

1  it's set out is kind of a hypothetical example to walk
2  you through it, and this one has "SRIB Annual TTC." Do
3  you know -- Was TTC a term that was used at Dell?
4  A.  Yes.
5  Q.  And what does that mean?
6  A.  I don't know.
7  Q.  Okay. You just know it was a -- it was
8  something you had heard?
9  A.  Yeah.
10  Q.  And here they just give an example of assume
11  your TTC is 28,180 and a bi-weekly base salary of
12  $860.77. Do you happen to remember what your range of --
13  when you started, what your bi-weekly base salary was?
14  A.  I believe it first started out around 700 and
15  went all the way up to 800, around the mid-800s.
16  Q.  Was at the end -- When you left, your base
17  salary was in the mid-800s, you think?
18  A.  Yeah.
19  Q.  And was it the way it worked that regardless of
20  the number of hours that you worked, your base salary
21  would stay the same?
22  A.  I thought that if I worked overtime, I would
23  get paid for that.
24  Q.  Right.
25  A.  Yeah.

**Page 40**

1  Q.  And -- but in other words, you would get --
2  A.  But my base salary would stay the same if I
3  worked 40 hours or more. So, from 40 hours, I got my
4  base salary, and then any overtime I paid, I got my
5  overtime check. If I worked under 40 hours, I only got
6  paid -- I'm not sure how they calculated the pay, but I
7  did not get the -- my full -- like, the same amount of
8  pay as I did if I worked 40 hours.
9  Q.  And explain that to me. If you -- Give me an
10  example.
11  A.  Well, what happened at one -- a couple
12  incidents I had forgotten to do Kronos, and when I got my
13  check, it showed zero. So -- on my base salary. I got
14  my commission, but I did not get my base salary.
15  Q.  And that was a case where you hadn't put any
16  time into the Kronos?
17  A.  Correct.
18  Q.  And, so, it kicked out a zero check?
19  A.  Yes.
20  Q.  And then how was that corrected?
21  A.  I filled out a form and put in my hours, and
22  it's always been 40 hours or more. It's never been less
23  than 40 hours because I have never worked less than
24  40 hours at Dell.
25  Q.  And once you -- Was that form called a WOW

**Page 41**

1  form? Do you remember?
2  A.  WOW form, yes.
3  Q.  And, so, you submitted a WOW ticket. Is that
4  the terminology?
5  A.  Yes.
6  Q.  Putting in the hours, and then you got paid for
7  it?
8  A.  Yes.
9  Q.  Okay. Any other times that you can recall
10  other than the time -- the couple times when you got the
11  zero checks that you were paid less than 40 hours?
12  A.  No.
13  Q.  And then kind of going back to the
14  hypothetical, it says -- just continuing on this
15  calculation, shows that a bi-weekly base salary of
16  860.77, then a weekly base salary you'd get by dividing
17  your bi-weekly base salary by two. That's -- You
18  understand how that calculation worked?
19  A.  I understand that, but I've not seen it on a
20  weekly base salary.
21  Q.  Always saw it on a bi-weekly basis?
22  A.  Correct. I've never seen that number of --
23  I've never seen the way they divide it on a weekly basis.
24  Q.  Okay. And then the next example -- and again,
25  it looks like that these are just hypotheticals, if you

**94**

1  transaction queue?
2  A.  Transactional, yes, very similar.
3  Q.  Did you have the -- log in to the phone, log
4  out immediately when you came to business or --
5  A.  I personally was doing that. I don't know if
6  other people were doing that, and I did not -- because I
7  did not know anyone when I came here, I wasn't advising
8  them to do that. I was doing that.
9  Q.  So, you just continued to do it the way you
10 had?
11 A.  Yes.
12 Q.  And did you continue that for the whole time
13 you were on the transaction side?
14 A.  On the transactional side, I -- sometimes when
15 I come in, I -- no, I did not log into my phone right
16 away.
17 Q.  Okay. So, it wasn't as -- You didn't do it as
18 religiously as you did when you were in Roseburg?
19 A.  Correct.
20 Q.  What about when you got to the relationship
21 side? Was it --
22 A.  No.
23 Q.  Because in relationship side, you were never
24 really --
25 A.  Relationship side they did not -- they were not

**95**

1  pushing when you logged in or when you logged out on the
2  phone. They were pushing how many hours -- We had a
3  spreadsheet which shows how many calls you took, how many
4  hours on the phone you were on, and they had tried to
5  manage us using that information.
6  Q.  And when you were in the business side here,
7  did you have the huddles as you had in Roseburg or did
8  that change?
9  A.  We had the huddles.
10 Q.  Same frequency, more or about the --
11 A.  Same frequency.
12 Q.  Okay. And would they be some in the morning --
13 some before the shift, some during the shift, some
14 afterwards?
15 A.  Yes.
16 Q.  Okay. And about how often do you think you
17 would have them when you were -- once you were here in
18 Round Rock?
19 A.  In the transactional side, every day, every
20 other day.
21 Q.  What about once you got to the relationship
22 side?
23 A.  Relationship side, once every week, at least
24 once a week, maybe sometimes twice a week.
25 Q.  And when would that be? Would they be --

**96**

1  A.  Sometimes in the morning, again, during lunch
2  or after work.
3      MR. FOX:  Okay. You want to take about
4  30 minutes for lunch and finish?
5      MR. DAMERON:  Yeah. How much more do you
6  have?
7      (Discussion off the record.)
8      (Recess.)
9  Q.  (By Mr. Fox) Mr. Gandhi, let me show you
10 what's been marked as Exhibit 6 to your deposition, and
11 on the front of it, it says fiscal year '08, and my
12 understanding at Dell is that means the bulk of that
13 fiscal year would be 2007. Correct?
14 A.  Yes.
15 Q.  And then it has some -- "RR/NV" to the side.
16 Do you know what those stand for?
17 A.  Round Rock and Nashville, I'm guessing.
18 Q.  Okay. "Compensation Overview." And have you
19 seen this document? Was this document presented to you
20 at any time during the year 2007?
21 A.  No. Some of these pages were presented. Some
22 of these I do not know.
23     (Exhibit 7 marked.)
24 Q.  (By Mr. Fox) Did you -- In your last year,
25 which would have been while you were in relationship

**97**

1  sales, would you have had any compensation overview
2  presentations?
3  A.  We have -- I believe, yes, we have had
4  compensation presentations, yes.
5  Q.  And who would have made those? Do you recall?
6  A.  It was Brian Stein's manager. It was once a
7  quarter, we had a meeting, talked about the previous
8  quarter, how the -- you know, how we did.
9  Q.  Would they have gone through any documents
10 similar with -- to what you're looking at in Deposition
11 Exhibit 6 talking about the various weightings and that
12 sort of thing?
13 A.  Yes.
14 Q.  Okay. So, something maybe not exactly like
15 what you're looking at, but something similar?
16 A.  Similar, correct.
17 Q.  Would it -- Is it possible -- and I'm not
18 trying to pin you down, but is it possible that you may
19 have actually seen this; it's just that you can't recall
20 seeing specific terms sitting here today?
21 A.  Some of these I've seen. Other pages I have
22 not seen.
23 Q.  Okay. Let me show you what's been marked as
24 Exhibit 7 and ask -- This is not a full presentation, but
25 some slides taken out of the deck, and I'm not sure when

**Page 98**

1  this was presented, but let me ask you if you've seen any
2  of these slides or something similar.
3     A.   No, I have not seen these slides or --
4     Q.   Those don't strike a bell at all?
5     A.   No.
6     Q.   Now, you indicated when you first started, your
7  compensation mix was 80/20 or 70 --
8     A.   70/30.
9     Q.   And then went to 60/40?
10    A.   Went to 60/40.
11    Q.   At any time when you worked, did your
12 commissions, even though it was only either 20 or 30 -- I
13 mean, 30 or 40 percent of your total targeted
14 compensation, did it ever exceed your base salary?
15    A.   I'm not understanding what you mean.
16    Q.   Did you ever -- The -- As I understand what the
17 60/40 mix is, it was designed to be 60 percent of your
18 total pay would be base and 40 percent would be
19 commissions.
20    A.   Correct.
21    Q.   And my -- I guess my question is, at any point
22 when you were working for Dell, did your commissions
23 outweigh your base salary?
24    A.   When you say outweigh, meaning that the --
25    Q.   Did you make more in commissions than you did

**Page 99**

1  in base salary?
2     A.   Pretty much all the time. Like, our base
3  salary was 700 -- around the 700 mark. My commission
4  some months were 2,000, 3,000, five -- up to 5,000 some
5  months.
6     Q.   So, even at a relatively early stage, you got
7  to a point where your commissions were exceeding your
8  base?
9     A.   Oh, yes.
10    Q.   Was that generally true of sales
11 representatives, if you know, or --
12        MR. DAMERON: Objection, calls for
13 speculation.
14        You can answer.
15    A.   Not all the top performers were in my
16 situation, but the average were -- they were paying --
17 they were getting paid the same as the base salary. If
18 you hit 100 percent, I believe you get paid the same as
19 whatever your base salary was.
20    Q.   (By Mr. Fox) Okay. So, the real way that you
21 were able to exceed -- on a regular basis where your
22 commission would exceed your base is by over -- getting
23 into the kicker or acceleration?
24    A.   Yes.
25    Q.   That's the key to making a lot of money under

**Page 100**

1  this pay scheme?
2     A.   Correct.
3     Q.   When you had -- Let me ask you, just -- what
4  were -- and these are rough numbers because I'm sure we
5  can go back and look at them, but roughly, what did you
6  make per year while you were at Dell?
7     A.   From -- The first year was fifty, sixty, up to
8  seventy thousand -- up to seventy thousand, then I kind
9  of plateaued around sixty-nine, seventy.
10    Q.   So, you were -- first -- and do you recall what
11 you had been targeted at that first year?
12    A.   The first year in '03, I'm guessing around
13 thirty-three. Yeah.
14    Q.   Thousand?
15    A.   Around, yeah.
16    Q.   And you hit about fifty the first year?
17    A.   Yes.
18    Q.   And then your last year, do you remember what
19 your targeted compensation was?
20    A.   Yeah, forty -- the low forties -- or
21 thirty-seven to forty, around there.
22    Q.   Something like that?
23    A.   Yeah.
24    Q.   And that was the year you were at sixty-nine,
25 seventy?

**Page 101**

1     A.   Yeah -- No. That year -- Yeah, around the
2  sixty-nine -- sixty-eight, sixty-nine mark.
3     Q.   Was -- In terms of overall satisfaction with
4  the compensation that you received, was Dell a good place
5  or bad place to work?
6     A.   It was a great place. I loved working for
7  Dell. I love the sale -- The reason I loved working for
8  Dell is because all the sales side of it. I love
9  selling. They -- Because I was one of the top
10 performers, they were not really pushing on me or
11 micromanaging me.
12        One of the steps -- or things I did not
13 like about Dell was when managers or anyone were
14 micromanaging. I understand why they do it, but it's --
15    Q.   It works better when you're not micromanaged?
16    A.   Correct. For me, it works better when I'm not
17 micromanaged.
18    Q.   And as I understand, when you had the
19 conversation that we talked about with Mr. -- Is it Sweet
20 or Sweat?
21    A.   Sweet.
22    Q.   Sam Sweet. And when Mr. Norman -- I think you
23 indicated was one of the people who raised the overtime
24 issue in Roseburg? Is that -- Am I remembering it
25 correctly?