# EXHIBIT AA

```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                WESTERN DISTRICT OF TEXAS
                     AUSTIN DIVISION


HITUL GANDHI, individually,   )
and on behalf of a class of   )
others similarly situated,    )
                              )
          Plaintiff,          )
                              )
vs.                           ) Case No.
                              ) 1:08cv-002488-SS
DELL INC.,                    )
and                           )
DELL MARKETING USA L.P.,      )
                              )
          Defendants.         )
_____)


          DEPOSITION OF:

          PARVIN M. GREENE, III

          Taken on behalf of the Defendants

          January 7, 2009


          _____

              VOWELL & JENNINGS, INC.
              Court Reporting Services
           207 Washington Square Building

              214 Second Avenue North

            Nashville, Tennessee 37201

                 (615) 256-1935
```

Page 66

1  every time that's totally different from the
2  next thing.
3       And, depending on who you was talking to,
4  it might not be the same form because it could be
5  somebody from corporate and then somebody from -- at
6  the actual location so ...
7  Q    And then if you looked at page 12,
8  this is two separate calculations for overtime,
9  base salary, and incentive pay. Let's just
10 walk through this and see if you understand
11 this.
12      Base pay overtime, the overtime
13 calculation, SR1B, do you know what SR1B is? Was
14 that the -- sales representative 1B, is that the
15 starting job category?
16 A    Yeah. But I think that, you know --
17 it depends on where you come in. I thought
18 they -- that might be home sale rate or
19 something. So, like I said, I never did
20 understand what it broke down.
21 Q    Okay. And -- but sales representative
22 1B is a job category of some kind, right?
23 A    Yeah. It's a -- it is a salary
24 ranking but ...
25 Q    But exactly what, you weren't sure?

Page 67

1  A    Yeah.
2  Q    And then annual total TTC stands for
3  total target compensation?
4  A    Yeah. Total, yeah.
5  Q    And then 30,000. And then you have a
6  biweekly base salary of -- this is just an
7  example I'm giving you here -- 923.08.
8       And if that's your biweekly base salary,
9  you can understand how you get the weekly base
10 salary; you just divide by two?
11 A    Yeah. But that never, you know -- if
12 you got the salary, like I said, your salary
13 would never be the same.
14 Q    Right. But I mean, just for
15 understanding the example, you understand that
16 if know what your biweekly base salary is, you
17 divide by two to get your -- you should divide
18 by two --
19 A    Yeah. Here I can read that and
20 understand it. But on a weekly basis, I
21 wouldn't know what I was going to get paid
22 because --
23 Q    Because it varied.
24 A    It varied. It never was set in stone
25 because you -- like I don't know if they get to

Page 68

1  take out taxes on one check and pick it up.
2  But you might get a check, you know -- I don't
3  know if you knew this.
4       Like they maybe overpaid you by accident
5  because somebody in financing overcalculated. And
6  so they might have overcalculated months ago.
7  They're going to come back and get their money and
8  it's not even your fault but they are going to take
9  their money back.
10 Q    Okay. And then it says, total hours
11 worked in week, 45, equal five hours of
12 overtime. And you -- that's what your
13 understanding was how it worked at Dell; if you
14 worked over 40 hours you would be working
15 overtime, correct?
16 A    Yeah. But it wouldn't show up on my
17 check, that overtime, like that.
18 Q    And then, here again in the example,
19 it says 461.54. Do you see where that figure
20 comes from?
21 A    461.54?
22 Q    Do you see where the --
23 A    Is that supposed to be my week's
24 salary?
25 Q    Yeah. In this example, it's showing

Page 69

1  that's your weekly base salary.
2       So do you see where the 461.54 comes from?
3  A    Now, is this just somebody starting or
4  what?
5  Q    Yeah. This is just an example of how
6  the calculation works. So these are just
7  assumed figures.
8       So if you see an assumed weekly figure
9  divided by 45, you see how that calculation works,
10 correct?
11 A    I mean, I see it, but I don't
12 understand it. That's what I'm saying. I
13 mean, I see this, what you're giving me --
14 Q    Right.
15 A    -- in hard print.
16 Q    You see it now but -- and I'm --
17 A    But this was explained to us and, like
18 I said, these I don't remember seeing nothing
19 in detail that was given to me that we had
20 this. That's what I'm saying.
21 Q    Do you think this might have been one
22 of the things that was put up on the
23 presentation and walked through but was kind of
24 one of those things that didn't make a lot of
25 sense at the time?

Page 114

```
 1  were handled and the way when they brought you
 2  lunch but you were still taking calls?
 3  A     Well, you brought your lunch taking
 4  calls. They still would want you to clock out
 5  at least 30 minutes for lunch. And that was in
 6  08 and in 04.
 7  Q     Okay.
 8  A     So ...
 9  Q     Were you familiar with any way to
10  adjust Kronos -- did you need to do anything to
11  Kronos or did you just put in the times that
12  you took lunch?
13  A     I would put in the time, you know what
14  I'm saying, you know -- they would be like, you
15  don't have to take a full hour. Take 30
16  minutes. You can clock out, saying that you
17  had lunch, but you can't do a full hour. So I
18  just put 30 minutes on that day.
19  Q     Okay.
20  A     But, I mean, they make us -- we had to
21  work through lunch. I know that so ...
22  Q     If you had to estimate how many hours
23  you worked through lunch that you think you
24  didn't get paid for, what would you say?
25  A     I'm, you know -- I'm not for sure, you
```

Page 115

```
 1  know what I'm saying. I figured my log-ins and
 2  email times and stuff like that should give the
 3  substantial reason of what it is.
 4         I mean, I don't want to sit here and just
 5  give you something off the head because I'm not for
 6  sure. I don't know.
 7  Q     Could you sit down if you took time to
 8  put it to pencil and paper and estimate it?
 9  A     Not two and a half to three years.
10  No, I can't. I mean -- I mean, log in, emails,
11  and everything, you know, from the network
12  should tell it all.
13         And I know they have it. I know they've
14  got it, because they know every time somebody logs
15  into that system and where you log in any time.
16         MR. FOX: Let's take a break and
17  let me just look through and see if there's
18  anything else we need to cover.
19         (Brief break taken.)
20  BY MR. FOX:
21  Q     Mr. Greene, did you ever talk to --
22  with anyone other than your managers about
23  whether or not time worked at home should be
24  put into Kronos?
25  A     You know, I asked my managers and they
```

Page 116

```
 1  were like, that's just something that you --
 2  that was always known as a privilege to you so
 3  you can get ahead so you're not behind at work.
 4         And there's never been explained to us that
 5  you could log in time. Because I always understood
 6  that you couldn't log in time unless you was at
 7  work.
 8  Q     Who told you that?
 9  A     I mean, that was explained to us, you
10  know, in training or even when I had 08
11  training. Because there's a training for 04
12  and there's a training for --
13  Q     Who was the trainer for 08?
14  A     Oh, Lord. I knew you were going to
15  ask that. Oh, man, I can't think of her name.
16  Q     It was a woman?
17  A     Yeah. Because she's not even a
18  trainer. They put her back on the phones. I
19  do not know her name. I mean, if ...
20  Q     She was here in Nashville?
21  A     Yeah, she was here in Nashville,
22  though.
23  Q     And she told you that if you worked at
24  home, not to put the time in Kronos?
25  A     Just in general of the job. And then
```

Page 117

```
 1  like, you know -- like your manager breaks down
 2  the details of the actual job when he gives you
 3  access. And I asked him before like is it okay
 4  to log in hours at home and he's like no,
 5  that's --
 6  Q     Which one?
 7  A     Rich. Rich and Broander.
 8  Q     And what's Broander's first name?
 9  A     Chris.
10  Q     Chris Broander. So both of the -- you
11  asked both of them and both of them said no,
12  you can't put time in?
13  A     Yeah. Because it's going to show up a
14  red flag. Why did you clock in at home.
15         MR. FOX: I'll pass the witness.
16         EXAMINATION
17  BY MR. DAMERON:
18  Q     Mr. Greene, I just have a few really
19  brief follow-up questions. If you could turn
20  back to Exhibit 3.
21         If you want to take a second, just to --
22  A     Okay.
23  Q     -- kind of thumb through that really
24  quickly.
25         I just wanted to clarify, do you remember
```

30 (Pages 114 to 117)

Vowell & Jennings, Inc. (615) 256-1935

194e0ada-012f-4cab-8f8a-d6c036f052a9

Page 118

```
 1  seeing this while you were employed at Dell?
 2  A      I mean, I seen, you know, just a few
 3  of these things but never a breakdown of this
 4  itself, as a packet or a form.
 5         You'll see a lot of different information,
 6  but I never got a breakdown on what exactly it is
 7  like this.  I know that so ...
 8  Q      Do you remember seeing these specific
 9  PowerPoint slides while you were employed at
10  Dell?
11  A      Not these specific ones, no.
12  Q      Okay.  You can set that aside.
13         Regarding your salary, what was your
14  understanding of the salary and how it would work
15  while you were employed at Dell if you worked fewer
16  than 40 hours a week?
17  A      That you only got paid for what you
18  worked to log in.  And if you didn't have any
19  PBA or any salary, you wouldn't get paid.  You
20  only get paid -- like if it's a 40-hour
21  workweek on a salary, you know you're going to
22  get paid for 40 regardless.
23         And on a salary nonexempt, if you only put
24  30 hours in, you only got paid for 30.  When you got
25  your check, it would be ten hours short.
```

Page 119

```
 1         MR. DAMERON:  I have no further
 2  questions.  Thank you.
 3                EXAMINATION
 4  BY MR. FOX:
 5  Q      Mr. Greene, who specifically told you
 6  that information; that if you put in fewer than
 7  40 hours worked, you would only get paid for
 8  that amount?
 9  A      When I get my check, it'll show how
10  many hours you worked that week.  It'll show
11  30, and you'll see why your hours are short.
12  And then you go back and look.
13         Because the actual time that you did on the
14  last pay period is locked and you can go back and
15  look and it'll show that the time wasn't in there.
16         So you have to go back and do sort of like
17  a wild form and go back and put it in and tell them
18  that you forgot to put it in or just by accident.  I
19  didn't get paid for it and they would have to get it
20  approved by your manager and the RSM.  He has to
21  approve it, that you was there.
22  Q      And do you know -- so, basically, your
23  understanding was based on your personal
24  experience on your paycheck?
25  A      Yeah.  I mean, I had a couple
```

Page 120

```
 1  paychecks because at one time during Christmas
 2  I went and I, you know, I didn't log my hours.
 3  But, you know, I was thinking because of salary
 4  I'm still going to get paid.  And when I got my
 5  check, it wasn't nothing but like probably,
 6  what?  I think 60 hours maybe.  I was like 20
 7  short.
 8         So I had to go back and do a trouble ticket
 9  and show them -- or a wild form and let them know.
10         (Marked Exhibit No. 4.)
11  BY MR. FOX:
12  Q      Mr. Greene, let me show you what's
13  been marked as Exhibit 4.  And if you look on
14  the -- this is the second page.
15         I think the way this really works is like
16  1870 and 1871.  And, actually, I think all the
17  others -- this is really like one long spreadsheet
18  so it's a little hard to read.
19         But if you look on the second, it looks to
20  be Parvin Greene.  And I assume -- was 902503 -- was
21  that your Dell ID number?
22  A      Yeah.  9025 -- that was my log in,
23  yeah.
24  Q      And these, if you look on the third
25  page, it says payroll hours correction request.
```

Page 121

```
 1  A      Okay.
 2  Q      Do you follow that?
 3  A      Yeah.
 4  Q      And then -- so let's see if there is
 5  one around Christmastime.
 6         Do you remember which Christmas it was?
 7  A      It's hard to read it.
 8  Q      Well, it looks like, first of all, the
 9  created date on the first page shows -- like
10  there's 119 --
11  A      It'll probably be right up here
12  because you had to log it in at the end.
13  Q      Right.  So it would probably the 119?
14  A      119.  Because it goes back to the end
15  of the year and the pay doesn't come until two
16  weeks later.
17  Q      Okay.  And so if we look down to -- if
18  we follow that through, if you look on the
19  third page, it starts and says day one, do you
20  see at the end of the third page, 12/26/2006?
21         At the end of the third page, Dell 1872
22  down on the bottom?
23  A      Okay.
24  Q      Do you see where it says day 12/26/06?
25  A      Uh-huh.
```