# EXHIBIT BB

Condensed Transcript of

# Wojciechowski, Daniel E. (Vol. 01) - 12/18/2008

Monday, March 16, 2009, 4:37:08 PM

Condensed Transcript of Wojciechowski, Daniel E. (Vol. 01) - 12/18/2008
Monday, March 16, 2009, 4:37:08 PM

## DELL - Texas

---

Page 1

```
      IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TEXAS
                 AUSTIN DIVISION

HITUL GANDHI, individually    )
and on behalf of a class of   )
others similarly situated,    )
                              )
         Plaintiff,           )
                              )
vs.                           ) No. A-08-CA-248-JRN
                              )
DELL INC., and DELL           )
MARKETING USA, L.P.,          )
                              )
         Defendant.           )
_____

CATHERINE L. DAVIS and TOMMY  )
MOORE, Individually and on    )
Behalf of others similarly    )
situated,                     )
                              )
vs.                           ) No. A-08-CA-794-JRN
                              )
DELL, INC. d/b/a DELL         )
COMPUTER, INC., a Delaware    )
corporation, DELL USA L.P.,   )
a Texas Limited Partnership   )
and DELL MARKETING L.P., a    )
Texas Limited Partnership,    )
                              )
         Defendant.           )
```

Page 2

```
        DEPOSITION OF DANIEL E. WOJCIECHOWSKI
        TAKEN ON BEHALF OF THE DEFENDANTS
              IN OKLAHOMA CITY, OKLAHOMA
                 ON DECEMBER 18, 2008




     Reported by:  Elizabeth Caudill, CSR, RMR, CRR
```

Page 3

```
                  A P P E A R A N C E S
For the Plaintiff:  Nicholas G. Farha
                    Attorney at Law
                    10205 North Pennsylvania
                    Oklahoma City, Oklahoma 73120

For the Witness:    Matt Dameron
                    Attorney at Law
                    460 Nichols Road
                    Suite 200
                    Kansas City, Missouri 64112

For the Defendant:  Michael W. Fox
                    Attorney at Law
                    301 Congress Avenue
                    Suite 1250
                    Austin, Texas 78701
```

Page 4

```
                     CONTENTS
                                        Page   Line
Direct Examination by Mr. Fox. . . . . .  6     6
Cross-Examination by Mr. Dameron . . . . 71    24
Redirect Examination by Mr. Fox. . . . . 74    14
Jurat Page . . . . . . . . . . . . . . . 75
Witness Signature Page . . . . . . . . . 76
Reporter's Certificate . . . . . . . . . 77


              DEFENDANT'S INDEX OF EXHIBITS

                                        Page   Line
Exhibit 1 . . . . . . . . . . . . . . .  38     2
Exhibit 2 . . . . . . . . . . . . . . .  41    23
Exhibit 3 . . . . . . . . . . . . . . .  49     1
Exhibit 4 . . . . . . . . . . . . . . .  49    19
Exhibit 5 . . . . . . . . . . . . . . .  63    24


                   * * * * * *
```

Condensed Transcript of Wojciechowski, Daniel E. (Vol. 01) - 12/18/2008
Monday, March 16, 2009, 4:37:08 PM

**DELL - Texas**

---

Page 49

```
 1            (Defendant's Exhibit Number 3 marked
 2            for identification purposes and made a
 3            part of the record)
 4    Q    (By Mr. Fox) Let me show you what's
 5  been marked as Exhibit 3.  And these are slides
 6  from a PowerPoint presentation.
 7            And let me ask you if you ever remember
 8  seeing either this presentation or one that looks
 9  similar to Deposition Exhibit 3.
10    A    Just look through all of it?
11    Q    Yes.  I think there's four or five
12  pages.
13    A    Have I ever seen this?
14    Q    Or something that was very similar to
15  it.
16    A    No.  Huh-uh.
17    Q    Have not?
18    A    No.  No.
19            (Defendant's Exhibit Number 4 marked
20            for identification purposes and made a
21            part of the record)
22    Q    (By Mr. Fox) Did you ever do any work
23  from home when you were working at Dell or was it
24  always just at the office?
25    A    It was always at the office.
```

Page 50

```
 1    Q    Did you have any way of accessing any
 2  information from home?
 3    A    No.  Well, let me rephrase that.  There
 4  was probably a way to do that but, you know, by
 5  the time I got home, you know, I'd spent, you
 6  know, 12 to 14 hours at work.  I wasn't about to
 7  spend any more time --
 8    Q    Gotcha.
 9    A    -- trying to do anything else, you
10  know, Dell-wise.
11    Q    Let me show you what's been marked as
12  Exhibit 4 and ask you -- this is copies of
13  paychecks.
14    A    Okay.
15    Q    Ignore for a moment the handwritten
16  information that's put on there.  That was put on
17  by someone in my office.  But ignoring that for a
18  moment --
19    A    Uh-huh.
20    Q    -- can you tell me if this is a copy of
21  your paychecks for the weeks that are indicated
22  and the pay stubs that you would have gotten?
23    A    And your question is?
24    Q    Are these copies of the pay stubs
25  that -- or the deposit advice that you would
```

Page 51

```
 1  receive?
 2    A    They appear to be.
 3    Q    How did you get these?  Were these
 4  direct deposits?
 5    A    You know, I was trying to think about
 6  that the other day, whether they were mailed to
 7  me or whether they were direct deposit.  I
 8  believe I had direct deposit, I believe.
 9    Q    Did you receive a copy or have online
10  access to your pay stub, the bottom part of this?
11    A    I did have access to that.  Now, I
12  don't recall receiving the printouts, you know,
13  with the breakdown of everything in it at all,
14  but I did receive -- I did have access through
15  KRONOS with that.
16    Q    And did you go and check it out from
17  time to time?
18    A    Not really.  Not really.  First time I
19  saw my paycheck and I was, you know -- and I
20  got -- I got paid my overtime at this rate, I
21  kind of got a little discouraged, actually,
22  and -- and really didn't -- didn't dwell in it --
23  on it.
24            I didn't want to bring -- I didn't want
25  negativity creeping into it.  I wanted it all to
```

Page 52

```
 1  be positive so that I could, you know, continue
 2  to sell at that -- at that level.
 3    Q    Turn to the second page of Deposition
 4  Exhibit 4.  And I think that it's got a Dell
 5  number 2138 on it.
 6            Let me just walk you through this
 7  calculation for a moment and see if it makes
 8  sense to you.
 9            See on the handwritten comment where it
10  says biweekly pay equals 834.62?
11    A    I see that.
12    Q    Is that how you were paid, on a
13  bi-weekly basis, every two weeks?
14    A    Yes.
15    Q    Do you see where the 834.62 figure is
16  reflected down on the -- under "current amount"
17  on salary non-exempt?  Right over --
18    A    Okay.
19    Q    Do you see that?
20    A    I see that.
21    Q    And is salary non-exempt, was that a
22  term that you heard while you were at Dell?
23    A    No.  I mean, it wasn't.
24    Q    Doesn't ring a bell?
25    A    No.
```

### Page 73

```
 1      A     Definitely not.
 2      Q     Okay.  You can set that aside.
 3            Regarding the base salary that you
 4   received from Dell while you worked as a business
 5   sales representative, what was your understanding
 6   of how many hours you had to work to receive that
 7   salary?
 8      A     Well, 40.  A minimum of 40 hours per
 9   week, 80 per check.
10      Q     And what was your understanding of what
11   you would get paid if you did not work 40 hours a
12   week?
13      A     I assumed you'd get that -- the amount
14   of hours that you put in.
15      Q     Okay.  And just to confirm, your dates
16   of employment were from July of 2005 to January
17   2006; correct?
18      A     That is correct.
19      Q     If you would turn to Defendant's
20   Exhibit Number 2, which is this PowerPoint
21   presentation, this appears to apply to the fiscal
22   year for 2005; correct?
23      A     That's correct.
24      Q     And if you turn to the second page of
25   the exhibit marked Dell 1793, the top slide, you
```

### Page 74

```
 1   can see it says "Dell, Inc."  It's italicized
 2   under the caption.
 3            "Dell, Inc., fiscal year 2005, January
 4   31, 2004 to January 28, 2005."
 5            Did I read that correctly?
 6      A     That's what I'm seeing.
 7      Q     Okay.  So based on this, you know, does
 8   that help refresh your recollection of whether
 9   you would have seen this document?
10      A     No.
11            MR. DAMERON:  I have no further
12   questions.
13            MR. FARHA:  No questions.
14            REDIRECT EXAMINATION
15   BY MR. FOX:
16      Q     Just a couple.  You said you would
17   assume you would get the hours that you worked.
18   Was that just based on your prior work history as
19   to how you'd been paid in the past?
20      A     Yes, sir.
21            MR. FOX:  Nothing further.
22            MR. DAMERON:  Read and sign.
23
24
25
```

### Page 75

```
 1   (ec)
 2              J U R A T   P A G E
 3
 4   I, DAN WOJCIECHOWSKI, do hereby state under oath that I
 5   have read the above and foregoing deposition in its
 6   entirety and that the same is a full, true and correct
 7   transcript of my testimony so given at said time and
 8   place, except for the corrections noted.
 9
10
11   _____
12   DAN WOJCIECHOWSKI
13
14         Subscribed and sworn to before me, the
15   undersigned Notary Public in and for the State of
16   Oklahoma, by said witness _____, on this the
17   _____ day of _____, 2008.
18
19   _____
     Notary Public
20
21
22   My Commission expires: _____
23
24
25
```

### Page 76

```
 1                    D & R
                REPORTING & VIDEO, INC.
 2              Robinson Renaissance
                119 N. Robinson, Suite 650
 3             Oklahoma City, Oklahoma 73102
                   (405) 235-4106
 4               FAX (405) 235-4115
 5                CORRECTION SHEET
 6   Case Style: Gandhi vs. Dell
     Reporter: EC
 7   Witness:  DAN WOJCIECHOWSKI
     Date Reported: DECEMBER 18, 2008
 8   Attorney:  Michael Fox
     OA:  Matt Dameron, Nicholas Farha
 9   Page    Line    Correction              Reason
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```