# EXHIBIT DD

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, Individually,        )
and on behalf of a class           )
of others similarly situated,      )
                                   )
         Plaintiff,                )
v.                                 ) Case No.
                                   ) 1:08cv-00248-SS
DELL INC.,                         )
and                                )
DELL MARKETING USA L.P.,           )
                                   )
         Defendants.               )
_____)


DEPOSITION OF:
DAVID HALEY
Taken on Behalf of the Defendants
November 3, 2008

---

VOWELL & JENNINGS, INC.
Court Reporting Services
207 Washington Square Building
214 Second Avenue North
Nashville, Tennessee  37201
(615) 256-1935

```
                                                      90
 1   half but that it would be at, quote, half time for
 2   overtime?
 3   A.      No, I wasn't told that.
 4   Q.      Never told that?
 5   A.      The overtime policies were not made
 6   clear and were not understood, also, by the
 7   managers I worked for.  I'm sorry.
 8   Q.      Okay.
 9   A.      I wish I could be of more help.
10   Q.      And if it is .5 overtime rate times the
11   regular rate of pay, you could follow that
12   computation of 23.93, correct?
13   A.      I'm going to assume that it is correct.
14   I don't know.
15   Q.      Well, I mean, assuming the math is
16   correct, you understand the calculation formula?
17   A.      No, actually I don't.
18   Q.      Okay.
19   A.      So are you -- well, go ahead.  Say it
20   again.
21   Q.      You understand where five overtime
22   hours come from, correct?
23   A.      More than 40.
24   Q.      Right.  But, I mean, on this example --
25   A.      I do understand five overtime hours

                                                      91
 1   would be for more than 40.
 2   Q.      Right.  Well, in this particular
 3   example, it would be because you worked 40 -- they
 4   were assuming you worked total hours, 45, would
 5   give you the five hours of overtime.
 6   A.      Okay.
 7   Q.      And then if you assume for a moment
 8   that the way the pay system scheme worked at Dell
 9   was that you were paid for overtime at a .5 rate
10   of your regular rate of pay -- I mean, if you just
11   accept that -- you can see where that .5 comes
12   from, correct?
13   A.      Can you describe for me what a regular
14   rate of pay is?
15   Q.      Yes.  And it is when you divide the
16   weekly base salary by the total hours worked
17   equals your regular rate of pay.  Do you see that
18   right above?
19   A.      Divide the weekly base salary?
20   Q.      Right.
21   A.      So base salary is not total targeted
22   compensation?
23   Q.      Base salary, as defined up here, would
24   be your total targeted compensation divided by the
25   number of pay periods to give you 860.77.  Do you

                                                      92
 1   see that?
 2   A.      Then I think this is incorrect.
 3   Q.      And why is that?
 4   A.      Because total targeted compensation, in
 5   my understanding, included incentive pay, which
 6   was commission as well as base.
 7   Q.      Okay.
 8   A.      So --
 9   Q.      So you think that would be -- how would
10   this be wrong?
11   A.      Because you're using regular rate of
12   pay, and I don't understand what regular -- total
13   targeted -- total targeted compensation was not a
14   regular rate of pay.  I, you know, earned beyond
15   total targeted compensation.
16   Q.      Okay.
17   A.      So my regular rate of pay was
18   irregular.
19   Q.      Okay.  So you understood that?
20   A.      I understood what?
21   Q.      What you just told me, that your --
22   that your total rate -- that your regular rate of
23   pay was irregular.
24   A.      Can you define regular rate of pay for
25   me?  I think that's where the problem is.  What is

                                                      93
 1   regular rate of pay?
 2   Q.      Well, you used --
 3   A.      Is it base salary?  Is it targeted
 4   salary?
 5   Q.      I mean, you just gave me an explanation
 6   a moment ago.  You said, my regular rate of pay
 7   was irregular.  What did you mean by regular rate
 8   of pay?
 9   A.      I meant my pay, including all forms of
10   SPIFs, bonuses, commissions and overtime.
11   Q.      Varied?  Varied?
12   A.      I'll say that my rate of pay, which
13   includes bonuses, SPIFs, overtime and commissions,
14   varied.  It wasn't always the same.
15   Q.      Right.  Did you ever -- looking at Page
16   1795, did anyone ever -- did you ever see anything
17   that looked in any format similar to this sort of
18   calculation?
19   A.      I didn't.
20   Q.      When you went --
21   A.      Let's say I don't remember --
22   Q.      Okay.
23   A.      -- seeing it, and so it's new to me.
24   And I apologize.  It's the reason why I'm lost.
25   Q.      And when you went to the ombudsman, did
```