# EXHIBIT EE

Condensed Transcript of

# Powers, Patti J. (Vol. 01) - 10/14/2008

Monday, March 16, 2009, 4:41:50 PM

Condensed Transcript of Powers, Patti J. (Vol. 01) - 10/14/2008
Monday, March 16, 2009, 4:41:50 PM

DELL - Texas

Page 129

```
1    A    No.
2    Q    Now, are you aware that Dell has looked at
3    moving more people to be hourly employees, as opposed
4    to salaried non-exempt?
5    A    I'm not aware.
6    Q    Have you been asked for any information to
7    put into any type of an HR analysis for purposes of
8    determining classification changes?
9    A    I have not.
10   Q    The folks that you mentioned, and you don't
11   know if they're consumer or who they were, but you
12   knew some people were changed to hourly in '07.
13   Correct?
14   A    Yes.
15   Q    Were you involved in providing any analysis
16   or data inputs related to that decision-making
17   process?
18   A    I was involved to the extent of helping to
19   schedule the timing from a payroll perspective.
20   Q    What do you mean by that?
21   A    So we have biweekly pay periods.
22   Q    Yes.
23   A    And there are effective dates for rate
24   changes that are input into the HR system.
25   Q    Okay.
```

Page 130

```
1    A    And those effective dates will impact the
2    payroll process.
3    Q    The administration?
4    A    The administration of it, yes.
5    Q    Were you saying we need to make the
6    effective date X, because it will lower our
7    administration costs?
8    A    Make it at the beginning of the pay period.
9    Q    Okay.  Who did you tell that to, or who did
10   you make that recommendation to?
11   A    It was the whoever was leading the project,
12   and I don't remember who it was.
13   Q    What group were they in, if you recall?
14   A    I don't.  Sorry.
15   Q    All right.  So we've talked about the
16   process for minimum wage true-ups.  Correct?
17   A    Yes.
18   Q    Are minimum wage true-ups and overtime
19   payments designated differently on a pay check stub
20   from the variable overtime calculations?
21   A    Say it again.  I'm sorry.
22   Q    Well, let me just show you, and we can work
23   with this.
24        (Exhibit Number 5 was marked.)
25   Q    (BY MS. WATERS) I'm showing you what we've
```

Page 131

```
1    marked Exhibit 5, which is a check from Dell
2    Marketing USA LP to Catherine Davis.  And if you look
3    down under earnings, there's a line that says OT
4    slash commission.  Do you see that?
5    A    I do.
6    Q    OT calculations based upon minimum wage,
7    would they be on a different line with a different
8    description than what we're looking at on this check?
9    A    The week, you're talking about the
10   weekly --
11        MS. SMITH:  Objection, form.  Go
12   ahead.
13        THE WITNESS:  Okay.  Are you talking
14   about the weekly --
15   Q    (BY MS. WATERS) Let me back up.
16   A    Okay.
17   Q    This isn't a paycheck, correct, because
18   it's only $4.75.  Right?
19   A    Yes.
20   Q .  Surely that would be a problem with
21   overtime.  But I'll represent to you that this is not
22   a paycheck.
23   A    Right.
24   Q    But there is a line down here.  By the way,
25   this format, is this the same format that is used for
```

Page 132

```
1    normal payroll checks issued by Dell?
2    A    What do you mean by format?  Do you mean
3    this pay stub?
4    Q    Yes.
5    A    Yes.
6    Q    Okay.  There's not different pay stubs used
7    by the company currently, are there?
8    A    No.
9    Q    Okay.  So my question is:  If we're talking
10   about the overtime calculated for minimum wage --
11   A    Right.
12   Q    The first of the two overtime calculations
13   that --
14   A    Right.
15   Q    -- you're familiar with.
16   A    Right.
17   Q    Is that, assuming -- Is that reflected in
18   this same line as OT commission, or if you have
19   overtime related to minimum wage --
20   A    Right.
21   Q    -- would it show up differently than what
22   we're looking at here under earnings?
23   A    Yes.
24   Q    What would it say?
25   A    I don't know the literal.
```

Page 133

```
 1      Q    All right.  Now, on this particular check
 2   example --
 3      A    Right.
 4      Q    -- it says OT commission.  Is that the
 5   variable overtime that you were referring to earlier?
 6      A    So I would have to confirm --
 7      Q    Yes.
 8      A    -- right, with the payroll manager, because
 9   I don't do this day to day, but by looking at this, I
10   would assume this is a quarterly overtime true-up
11   check.
12      Q    Okay.
13      A    Based upon that earning of OT slash
14   commission being the variable true-up.
15      Q    Okay.  Let's talk about that in a little
16   bit.
17      A    Okay.
18      Q    We'll come back to this exhibit that we
19   marked as, what did we mark that?  Is that Exhibit 5?
20      A    Five.
21      Q    Okay.  Thank you.  Would you describe for
22   us what the variable overtime calculation is, and how
23   it differs from the overtime minimum wage calculation
24   we just walked through.
25      A    Sure.  It's similar to this process in that
```

Page 134

```
 1   the hours, the total hours worked for the quarter --
 2      Q    Okay.
 3      A    -- are divided into the total weekly
 4   salary, or total base salary plus variable comp for
 5   the quarter, to determine the rate.
 6      Q    Okay.  And let's stop there.
 7      A    Okay.
 8      Q    I don't have a screen talking about
 9   variable commission to work off of.
10      A    Okay.
11      Q    But let's work off of this one.
12      A    Okay.
13      Q    From what you just said, the regular rate
14   of pay equals weekly salary divided by number of
15   hours worked.  For the variable calculation, you
16   would look at weekly salary plus all the incentive
17   compensation on a quarterly basis.
18      A    Right.
19      Q    All right.  Divided by the number of hours
20   worked.
21      A    Right.
22      Q    So as compared to this calculation --
23      A    Right.
24      Q    -- the only thing that would change would
25   be you would add the variable compensation component
```

Page 135

```
 1   for the quarter to whatever the quarterly salary was.
 2      A    Right.
 3      Q    Is that fair?
 4      A    I think, I think that's fair.
 5      Q    Well, there are several things that would
 6   change.  It wouldn't be weekly anymore --
 7      A    Right.
 8      Q    -- would it?
 9      A    Right.  You said the quarterly.
10      Q    It would be quarterly.
11      A    Right.
12      Q    Is that how you-all do this calculation?
13   Do you do it quarterly or do you extrapolate it back
14   to weekly?
15      A    It's done quarterly.
16      Q    Okay.  So you would look at a total
17   quarterly salary plus incentive comp.
18      A    Yes.
19      Q    Okay.  Divided by the total number of hours
20   worked in that quarter.
21      A    Yes.
22      Q    Okay.  Go ahead.  How, walk us through the
23   remainder of that calculation.
24      A    Okay.  So then you have the regular rate of
25   pay, and you would determine what the half time rate
```

Page 136

```
 1   is of that.
 2      Q    Okay.
 3      A    And look at the total number of overtime
 4   hours worked, multiplied by that half time rate that
 5   was just calculated --
 6      Q    Right.
 7      A    -- to find out how much was due in
 8   overtime.
 9      Q    Okay.
10      A    And then look at what they were actually
11   paid in overtime.
12      Q    Right.
13      A    And pay the difference.
14      Q    You compare that, in other words, to the
15   true-up calculation which is added on top --
16      A    It was paid --
17      Q    -- of 498.
18      A    Yeah.
19      Q    Okay.
20      A    And then pay the difference.
21      Q    Now, why are you comparing it to the
22   previous overtime that was paid?
23      A    Because we're truing up for that quarter.
24      Q    So in other words, if this person had some
25   variable component, they may have been overpaid
```

Page 137

```
 1   overtime?  Is that fair?  Or they may have been paid
 2   too much for overtime?
 3       A    No.  They may be owed more for overtime.
 4       Q    All right.  Why would they be owed more?
 5       A    Because they had higher salary, which turns
 6   their rate, makes their rate higher --
 7       Q    Okay.
 8       A    -- which then makes their half time rate
 9   higher.
10       Q    All right.  Okay.  And this variable
11   overtime calculation is done on a quarterly basis?
12       A    Yes.
13       Q    Now, I understand there's been a recent
14   change to the comp plans, and there are some of them
15   that are semi-annual now.  Are you aware of that?
16       A    I'm not aware of that, of the details of
17   that.
18       Q    Have you, and you've not been told to go
19   back and do any other calculations instead of
20   quarterly on a semi-annual, have you?
21       A    I have not.
22       Q    Is it your group, Ms. Powers, that is
23   responsible for these true-up calculations?
24       A    No.
25       Q    Which group is responsible for both the
```

Page 138

```
 1   minimum wage true-up calculation and the variable
 2   rate calculation?
 3       A    Payroll alteration.
 4       Q    And who is the manager of that department?
 5       A    Deann Doonan.  She's a peer of mine.  And
 6   it's actually Williams hyphen Doonan.
 7       Q    Thank you.  Now, in going back to
 8   Exhibit --
 9       A    (Indicating.)
10       Q    Yeah.  Thank you.  What did I mark it?
11       A    Four.
12       Q    Exhibit 4, yes, ma'am.  Thank you.  Do you
13   see any screens in that packet that talk about
14   true-up whatsoever?
15       A    So there's nothing that I see that mentions
16   true-up, but I do see a time on the incentive
17   overtime calculation.
18       Q    That's page 504, the last page of the
19   packet?
20       A    That's correct.
21       Q    Okay.  And there's a note at the bottom
22   that talks about the calculation, and it walks you
23   through an example.  Is that correct?
24       A    That's correct.
25       Q    And it says, down under the note, that this
```

Page 139

```
 1   is paid after commissions have been paid for the last
 2   month of the quarter?
 3       A    That's correct.
 4       Q    So commissions are paid in a payroll check?
 5       A    Yes.
 6       Q    And you can expect to receive, if you have
 7   overtime that's subject to this variable overtime
 8   calculation, yet another separate check for a
 9   variable overtime related to the incentive comp.
10       A    I don't know that they're on a separate
11   check.
12       Q    Okay.
13       A    But it's payment.
14       Q    Okay.  Because I see, under the note, that
15   this is paid after commissions have been paid, and I
16   guess that's why I'm asking about that the timing of
17   this.
18       A    So likely it's added to a regular check.  I
19   don't know that to be the case.  I'm ...
20       Q    You think it might be added to the next
21   biweekly payroll check?
22       A    I think so.
23       Q    Okay.  Are you aware of any training
24   materials or any materials that are disseminated to
25   the salespeople that describe the true-up
```

Page 140

```
 1   calculations that Dell does?
 2       A    I'm not.
 3       Q    Okay.  You're not familiar, or you don't
 4   think there are any?
 5       A    I don't know.
 6       Q    You don't know if there are any.
 7       A    I don't know if there are any.
 8       Q    You've never seen any.
 9       A    I have not seen any.
10            MS. WATERS:  I think this might be a
11   good time for a lunch break.
12            MS. SMITH:  That's fine.
13            MS. WATERS:  All right.
14       (Recess taken from 11:51 a.m. to 12:47 p.m.)
15       (Exhibit Number 6 was marked.)
16       Q    (BY MS. WATERS) Ms. Powers, we took a lunch
17   break.  Are you ready to proceed?
18       A    Yes.
19       Q    Okay.  I'm going to show you what we've
20   marked Exhibit 6 to your deposition, and I'll
21   represent to you that it appears to be an offer
22   letter and employment agreement, a Dell employment
23   agreement, and the page numbers are Dell 46 through
24   54, and I'll ask if you could take a look at this
25   exhibit and tell us whether or not you've ever seen
```

Condensed Transcript of Powers, Patti J. (Vol. 01) - 10/14/2008
Monday, March 16, 2009, 4:41:50 PM

## DELL - Texas

---

Page 141

```
 1  this before.
 2       A    I don't believe I've seen this document
 3  before.
 4       Q    Okay.  Are you familiar with the format of
 5  this document?  Have you seen offer letters and --
 6       A    I've received an offer letter myself.
 7       Q    The offer letter you received, did it look
 8  similar to this one?
 9       A    It probably did.
10       Q    Okay.  I'm showing you this because we've
11  got, Ms. Davis is a Plaintiff in this case.  She
12  obviously accepted employment with Dell, and her
13  compensation is laid out there at the bottom, toward
14  the bottom.  Do you see that?
15       A    Excuse me.  I do.
16       Q    So it sets forth that her salary is, her
17  starting salary with pay rate of $1808.33, annualized
18  being $21,700 was to be her compensation, her
19  starting compensation, anyway.  Do you see that
20  Ms. Powers?
21       A    I see that.
22       Q    Okay.  So for purposes of Ms. Davis, then,
23  this would be considered her base salary, would you
24  agree?
25       A    Are you asking me compensation questions?
```

Page 142

```
 1       Q    Yes.
 2       A    Because I don't know that I -- that's my
 3  area of expertise.  Right?  If you want me to say
 4  what I would see in the payroll system relative to
 5  this?
 6       Q    Well, does the offer letter typically give
 7  them an idea of what their total comp is going to be?
 8            MS. SMITH:  Objection, form.  If you
 9  know.
10       Q    (BY MS. WATERS)  Why don't you flip to the
11  last page.  I think that will help us here.  There's
12  a guarantee option at the last page, Dell 54.  Do you
13  see that?
14       A    I see, yes, I see that.
15       Q    And it says base salary is 21,700.
16       A    Okay.
17       Q    Do you see that?  That's the same number we
18  looked at on the first page?
19       A    Yes.
20       Q    And then it shows that there's an annual
21  target incentive --
22       A    Yes.
23       Q    -- which would be the variable portion of
24  her salary?
25       A    Okay.
```

Page 143

```
 1       Q    Correct?  5,800 for a total target
 2  compensation of 27,500?
 3       A    I see that.
 4       Q    And TTC Dell refers to, Dell refers to
 5  total target comp as TTC?
 6       A    I have seen that, yes.
 7       Q    You have?
 8       A    Yes.
 9       Q    All right.  If you'll set this document
10  aside, I want to then show you some payroll stubs for
11  Ms. Davis.  Whoops.  Let me mark this for you.
12            (Exhibit Number 7 was marked.)
13       Q    Okay.  We've marked Exhibit 7, and I'm
14  showing you what appear to be payroll stubs for
15  Catherine Davis.
16       A    Okay.
17       Q    The first payroll check there is
18  referencing August 12th, '05.  Do you see that date?
19       A    I do.
20       Q    Do you think that would have been her first
21  check, or should she have received a check sometime
22  prior, assuming the start date of July 11th?
23       A    So I'd have to look at a calendar for 2005
24  to tell you for sure, but it seems like there was
25  likely one prior to that.
```

Page 144

```
 1       Q    Okay.  All right.  Whether or not there is
 2  one prior to that, these are the checks that I'll
 3  represent to you have been produced to us by Dell for
 4  Ms. Davis, and they're in date order here, as best I
 5  can see.  And the last one, if you'll flip to the
 6  last page, is dated 12/14/07?
 7       A    Okay.
 8       Q    Do you see that?
 9       A    I do.
10       Q    Now, earlier we marked an Exhibit 5.  If
11  you can flip back to Exhibit 5, Exhibit 5 appears to
12  be the check which accompanied the stub that's the
13  last page of Exhibit 7, and is marked Dell Davis 234.
14  Would you agree?
15       A    Exhibit 5 is the same thing as 234?  Is
16  that what you're asking me?
17       Q    Well, it's not the same thing.
18       A    It's the stub, though.
19       Q    Right.  Would you agree with that?  The
20  stub, in other words --
21       A    Yes.
22       Q    -- matches up with this copy of the check
23       A    Yes.
24       Q    All right.  Now, if you flip to the prior
25  page, ma'am, in our stack of Exhibit 7.
```

Condensed Transcript of Powers, Patti J. (Vol. 01) - 10/14/2008
Monday, March 16, 2009, 4:41:50 PM

DELL - Texas

Page 145

```
 1    A    Okay.
 2    Q    There's a, well, the prior page doesn't do
 3  it, but if you flip back to the next stub, which is
 4  Bates Number Dell Davis 232.
 5    A    Okay.
 6    Q    Do you see that?  This, and I'll represent
 7  to you Ms. Davis stopped working for Dell well prior
 8  to 2007.  Okay?
 9    A    Okay.
10    Q    And the prior to the last check is dated
11  what?
12    A    This check we're looking at here?
13    Q    Yes.
14    A    Is the dated 12/15/05.
15    Q    Yes.  Okay.  Now, I want to ask you with
16  respect to the difference in date time between the
17  second to the last and the last check, do you have
18  any understanding why it would have taken almost two
19  years for Dell to forward Ms. Davis a variable --
20  well, this followup check?
21    A    So I don't know, without knowing the
22  specifics of why this check was created, I can't
23  answer that.
24    Q    You have no understanding of why this check
25  may have been created?
```

Page 146

```
 1    A    That's correct.
 2    Q    Okay.  Now, we looked at the check earlier,
 3  and we looked down on the earnings line, and it says
 4  OT slash commission?
 5    A    We're going back to this?
 6    Q    Well, we can look at either the stub or the
 7  check.  They both say the same thing.
 8    A    Okay.  But we're back to the 2007 one?
 9    Q    Yes, ma'am.
10    A    Okay.
11    Q    Let's go to that one for a second.
12    A    Okay.
13    Q    You had said earlier that you thought this
14  might be a variable commission check.  Do you recall
15  that?
16    A    The true-up, yes.
17    Q    Okay.  And why do you say it's a true-up?
18    A    Based upon that earnings code.
19    Q    And what earnings code?
20    A    Where it says OT slash commission.
21    Q    All right.  So if it were a minimum wage
22  overtime check, for example, what would the
23  designation there be?
24    A    So when you say minimum wage overtime
25  check, what do you mean?
```

Page 147

```
 1    Q    Well, we talked about two different types
 2  of overtime.  You identified those earlier in your
 3  testimony.
 4    A    We talked about two different types of
 5  true-ups.
 6    Q    Okay.  All right.  Two different types of
 7  true-up.  One related to minimum wage.
 8    A    Right.
 9    Q    Correct?
10    A    Right.
11    Q    The other related to variable comp.
12    A    Right.
13    Q    This one is a variable comp --
14    A    Right.
15    Q    -- situation.
16    A    Right.
17    Q    I'm asking you:  What would the designation
18  on the stub and on the relating check be if it were
19  an overtime payment related to minimum wage true-up?
20    A    So if you look at the first page of Exhibit
21  7 --
22    Q    Yes.
23    A    -- where it says overtime --
24    Q    Yes.
25    A    -- that would be it there.
```

Page 148

```
 1    Q    Where there's no designation of slash
 2  commission.
 3    A    Right.  It would just be overtime.
 4    Q    So on Exhibit 7, page 220, the first page
 5  of Exhibit 7, there are two entries here for
 6  overtime.
 7    A    Excuse me.
 8    Q    Do you see that?
 9    A    Yes.
10    Q    And there's two different rates of pay
11  there.
12    A    Yes.
13    Q    Why would there be two different rates of
14  pay, if it's both related to minimum wage?
15    A    Because there are two weeks worth of pay on
16  the pay stub.
17    Q    All right.  So one week is going to be a
18  different rate than the second week.
19    A    Right.
20    Q    Correct?  All right.  Now, and this
21  overtime line is a true-up line.
22    A    It's their overtime that includes the
23  true-up.
24    Q    Now, how do you know it includes the
25  true-up?
```

Page 149

```
 1       A    Because it's automated.  So if that rate of
 2   pay that's called out there were less than that half
 3   time of the minimum wage rate, that would
 4   automatically be bumped up to the half of the minimum
 5   wage rate.
 6       Q    Okay.  But from looking at these lines, can
 7   you tell if there's a true-up involved with this
 8   particular overtime calculation or not?  That's my
 9   question.
10       A    No.
11       Q    Okay.  Is there any way you could tell that
12   from looking just at the check stubs, ma'am?
13       A    No.
14       Q    Okay.  So I can't look at anybody's
15   particular check and tell whether or not Dell had to
16   do a true-up calculation for that person.
17       A    If you did the calculation you could.  To
18   look and find something that literally stated it, no.
19       Q    But without backing it out with the
20   calculation, I couldn't look at it and eyeball it and
21   tell what it is, tell if it's a true-up.  Correct?
22       A    I think that's fair.
23       Q    Okay.  Is there some other document that
24   would immediately tell me there's a true-up involved,
25   and this is what the true-up amount was for this
```

Page 150

```
 1   person?
 2       A    No.
 3       Q    Is that something that's in KRONOS that
 4   could be printed out?
 5       A    No.
 6       Q    Or in Pro Business that could be printed
 7   out?
 8       A    No.
 9       Q    All right.  So the only way to do this is
10   doing a backed out calculation looking at payroll
11   documents?
12       A    Yes.  It's a, because it's an automated
13   process.
14       Q    All right.  Now, going, again, to this last
15   variable comp check, I think you said variable
16   overtime true-ups were done quarterly?
17       A    Yes.
18       Q    Is that correct?
19       A    Yes.
20       Q    So if a variable overtime true-up was due
21   for Ms. Davis, it should have been caught the next
22   quarter following her leaving the company.  Is that
23   fair?
24       A    Say it one more time.
25       Q    Well, overtime true-ups for variable
```

Page 151

```
 1   commission --
 2       A    Right.
 3       Q    -- are done quarterly.
 4       A    Right.
 5       Q    And when you say quarterly, it's going to
 6   be done the following quarter after the time that
 7   it's been incurred, or the incentive pay that's been
 8   earned.
 9       A    Right.
10       Q    That's correct?
11       A    Right.
12       Q    And then payment --
13       A    Yes.
14       Q    -- pursuant to that true-up is also made
15   right around that same next quarter time frame?
16       A    Right.
17       Q    So we certainly shouldn't be, shouldn't see
18   a check coming for a variable true-up two years
19   later, should we?
20       A    Again, I'm --
21            MS. SMITH:  Objection, form.  You can
22   answer.
23            THE WITNESS:  Okay.  Again, I don't
24   know the basis behind which this particular check
25   was --
```

Page 152

```
 1       Q    (BY MS. WATERS) Well, I'm not asking about
 2   this particular check.  With all due respect, I'm
 3   asking you just in general.  It's not going to be two
 4   years later.  It's going to be the next quarter,
 5   wouldn't it?
 6       A    Well, if somebody lost a check --
 7       Q    Okay.
 8       A    -- for example, they --
 9       Q    Do you know if this lady lost a check?
10       A    I don't know anything behind why this
11   particular check was created.
12       Q    Okay.
13       A    Right.
14       Q    Assuming she didn't lose a check, and that
15   there was no variable payment between now and then --
16   And I'm assuming if there was a check in the interim
17   cut to her, we'd see it here, wouldn't we?
18            MS. SMITH:  Objection, form.
19       Q    (BY MS. WATERS) Even if she didn't cash it.
20   Right?  A pay stub would be created.
21       A    There's a pay stub created every time
22   there's a payment made.
23       Q    So assuming Dell just hasn't produced the
24   pay stub here to me, if we assume that this is the
25   next progression, and these are numbered
```

Condensed Transcript of Powers, Patti J. (Vol. 01) - 10/14/2008
Monday, March 16, 2009, 4:41:50 PM

DELL - Texas

Page 153

```
 1  consecutively.  You see that.  Correct?  232, 233 --
 2       A    Yes.
 3       Q    234.
 4       A    I see that.
 5       Q    It appears, anyway, just from this
 6  consecutive order, there's no interim check here.
 7       A    That's what it appears.
 8       Q    Would you agree?
 9       A    I would agree.
10       Q    And that is well beyond the time frame Dell
11  should have been making the payment for a variable
12  component overtime true-up.  Correct?
13       A    I would agree it's outside of what the
14  normal process would be.
15       Q    All right.  Are you aware of any other
16  payments made two years out to anyone?
17       A    You mean anyone across Dell?
18       Q    Yes.
19       A    I would have to go and look.
20       Q    Okay.  From time to time, Dell does correct
21  errors in true-ups, don't they?
22       A    Yes.
23       Q    How many of those are you aware of
24  happening?
25       A    I don't know the numbers.  I don't do the
```

Page 154

```
 1  processing.
 2       Q    Are you aware of that happening, though?
 3       A    Sure.
 4       Q    And can you give us a guesstimate of how
 5  many times that's happened?
 6       A    I can't.
 7       Q    Who would be able to give us that
 8  information?
 9       A    Payroll operations.
10       Q    Payroll operations?
11       A    Yes.
12       Q    That's Ms. Williams-Doonan again?
13       A    Yes.
14       Q    Okay.  All right.  Now, if you look back to
15  the first page of Exhibit 7, Ms. Powers --
16       A    Uh-huh.
17       Q    -- which is 221, that's --
18       A    220 or 221.
19       Q    221, yes, the second page.  I want to ask
20  you a few more questions just about these categories
21  here.  Of course, salary non-exempt is going to be
22  her biweekly salary.  Would you agree?
23       A    That is correct.
24       Q    And I'm not talking about, I don't want to
25  have you work about, work on calculating the specific
```

Page 155

```
 1  numbers.  I'm just trying to ask what these earnings
 2  categories mean.
 3       A    Yes.
 4       Q    Okay?
 5       A    Okay.
 6       Q    Salary non-exempt would be a biweekly
 7  salary.
 8       A    That's correct.
 9       Q    Overtime, both of these overtime lines are
10  minimum wage overtime payments, which may or may not
11  include a true-up.  Correct?
12            MS. SMITH:  Objection, form.
13  Misstates testimony.
14            THE WITNESS:  Okay.  Could you say it
15  one more time, please.
16       Q    (BY MS. WATERS) These earnings overtime
17  categories below salary non-exempt on --
18       A    Right.
19       Q    -- page 221 of Exhibit 7, there are two
20  different overtime lines there, and again, that's
21  overtime that's not related to variable earnings.
22       A    That's the weekly overtime for the hours
23  worked.
24       Q    And it may or may not include a true
25  true-up amount.  We can't tell until we back out
```

Page 156

```
 1  calculations.  Correct?
 2       A    Correct.
 3       Q    Okay.  Commissions, what is that line
 4  referring to?
 5       A    Refers to payments that are made with that
 6  commissions pay code.
 7       Q    Okay.  Now, commissions you said were
 8  calculated quarterly.  Correct?
 9       A    Yes.
10       Q    Now, that brings me to my next question.
11  Assuming Ms. Davis began working at Dell on July 11th
12  of '05, why would we then see, in a check dated
13  August 26th, 2005, a commission payment?
14       A    I don't know.
15       Q    Do you think commissions were calculated on
16  a less, more frequent basis as of at least August
17  of '05 --
18       A    I don't know.
19       Q    -- from looking at this?
20       A    I don't know what the frequency was.  So
21  from a payroll perspective, the sales compensation
22  team does the calculation, manages the plans.  We are
23  recipients of the data, and when I say the data, I
24  mean pay this employee this amount using this code.
25       Q    Okay.  So you don't know why she would --
```