# EXHIBIT GG

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of others similarly situated ) ) ) | |
| Plaintiffs, ) | Case No.: 08-CV-0248 LY |
| v. ) ) | |
| DELL, INC. and ) DELL MARKETING USA L.P., ) ) | CLASS ACTION COMPLAINT |
| Defendants. ) | DEMAND FOR JURY TRIAL |

### SUPPLEMENTAL DECLARATION OF CATHERINE DAVIS

I, Catherine Davis, hereby submit this Declaration and state as follows:

COMES NOW the Affiant, Catherine Davis, and after being duly sworn in states as follows:

1. I am over 18 years of age and of sound mind.

2. I am a resident of Oklahoma County, Oklahoma. I was formerly employed at Dell's Oklahoma City, Oklahoma customer contact center, which is located at 3501 SW 15th St., Oklahoma City, Oklahoma 73108.

3. I am willing and able to serve as a representative of the proposed class of business sales representatives in this case, whose particular claims arise under Oklahoma law, 40 O.S. 1265.1 *et. seq.* for non payment of wages and overtime compensation.

Further this Affiant sayeth not.

*/s/ Catherine Davis*
Catherine Davis

Subscribed and sworn to before me, a Notary Public on March 16, 2009.

_____
Notary Public

My commission expires:

_____

*[Notary seal: ROBIN HESTER, NOTARY, #02019889, EXP. 01/06/11, STATE OF OKLAHOMA]*