# EXHIBIT HH

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of others similarly situated <br><br> Plaintiffs, <br> v. <br><br> DELL, INC. and <br> DELL MARKETING USA L.P., <br><br> Defendants. | Case No.: 08-CV-0248 LY <br><br><br> CLASS ACTION COMPLAINT <br><br> DEMAND FOR JURY TRIAL |

## SUPPLEMENTAL DECLARATION OF TOMMY MOORE

I, Tommy Moore, hereby submit this Declaration and state as follows:

COMES NOW the Affiant, Tommy Moore, and after being duly sworn in states as follows:

1. I am over 18 years of age and of sound mind.

2. I am a resident of Oklahoma County, Oklahoma. I was formerly employed at Dell's Oklahoma City, Oklahoma customer contact center, which is located at 3501 SW 15th St., Oklahoma City, Oklahoma 73108.

3. I am willing and able to serve as a representative of the proposed class of business sales representatives in this case, whose particular claims arise under Oklahoma law, 40 O.S. 1265.1 *et. seq.* for non payment of wages and overtime compensation.

Further this Affiant sayeth not.

_____
Tommy Moore

Subscribed and sworn to before me, a Notary Public on March 16, 2009.

*[signature]*
Notary Public

My commission expires:

_____

**OFFICIAL SEAL**
Judith A. Berry
Commission # 05003019
Expires March 25, 2009