IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated<br>    Plaintiff,<br><br>VS.<br><br>DELL, INC., and DELL MARKETING USA, L.P.<br>    Defendants<br>──────────────────────────<br>CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated<br>    Plaintiffs,<br><br>VS.<br><br>DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership<br>    Defendants | §§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CAUSE NO. A-08-CA-248 JRN<br><br><br><br><br><br>CAUSE NO. A-08-CA- JRN<br>(Consolidated) |

## ORDER

Before the Court in the above-entitled and styled cause of action is Plaintiff Hitul Gandhi's Motion to Certify Class and Memorandum in Support (Clerk's Dkt. No. 59); Defendants' Response in Opposition to Motion (Clerk's Dkt. No. 67); and Plaintiff Hitul Gandhi's Reply to Response to Motion (Clerk's Dkt. No. 69).

**IT IS HEREBY ORDERED** that the aforementioned Motion is **REFERRED** to United States Magistrate Judge Andrew W. Austin for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _8th_ day of April, 2009.

_____
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE