**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **HITUL GANDHI, individually and** | ) | |
| **on behalf of a class of others similarly** | ) | |
| **situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 08-CV-0248 LY** |
| | ) | |
| **DELL, INC. and** | ) | |
| **DELL MARKETING USA, L.P.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS**

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff

forms, attached hereto as Exhibit A, for the following individual class members:

1.     Jeri Dehorney

**DATED:** April 15, 2009          Respectfully submitted,

                                   **STUEVE SIEGEL HANSON LLP**


                                       /s/ Matthew L. Dameron
                                   George A. Hanson (admitted *pro hac vice*)
                                   Matthew L. Dameron (admitted *pro hac vice*)
                                   460 Nichols Rd, Suite 200
                                   Kansas City, Missouri 64112
                                   Tel:    816-714-7100
                                   Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:     (214) 749-1400
Fax:     (214) 749-1010

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on April 15, 2009, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to

the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:     (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:     (512) 344-4701

**ATTORNEYS FOR DELL INC.**
**and  DELL MARKETING USA, L.P.**

　　　　　　　　　　　　　　　　/s/ Matthew L. Dameron
　　　　　　　　　　　　　　　　Attorney for Plaintiffs

SSH 0642-104236                              2