IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2009 APR 17 PM 4: 19

CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated<br>　　　Plaintiff, | § § § § § | |
| VS. | § § | CAUSE NO. A-08-CA-248 JRN |
| DELL, INC., and DELL MARKETING USA, L.P.<br>　　　Defendants | § § § § § | |
| CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated<br>　　　Plaintiffs, | § § § § § | 974<br>CAUSE NO. A-08-CA- JRN<br>(Consolidated) |
| VS. | § § | |
| DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership<br>　　　Defendants | § § § § § § | |

## ORDER

Before the Court is the above-entitled and styled cause of action.  Attorney Meredith

Black-Mathews, counsel for Plaintiff Hitul Gandhi, filed an application for admission to the Western

District of Texas on April 14, 2009.  She was subsequently approved on May 20, 2008, but has failed

to return her executed oath within the requisite one year period.

**IT IS THEREFORE ORDERED** that Meredith Black-Mathews **SHOW CAUSE**, by April

22, 2009, why she has not returned her executed oath.

SIGNED this _____ day of April, 2009.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE