# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Re: MEREDITH L. BLACK-MATHEWS §
§
§

## OATH

I do solemnly [swear or affirm] that I will discharge the duties of attorney and counselor of this court faithfully, that I will demean myself uprightly under the law and the highest ethics of our profession, and that I will support and defend the Constitution of the United States.

4/22/09
Date

_Meredith Black-Mathews_
Attorney Signature

Meredith L. Black-Mathews
Printed Name

1801 N. Lamar Suite 325
Address
Dallas, TX 75202

214) 749-1400
Telephone Number

_____
UNITED STATES DISTRICT JUDGE