**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **HITUL GANDHI, Individually and** | § | |
| **On behalf of a class of others similarly** | § | |
| **situated,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 1:08-CV-0248 LY** |
| | § | |
| **DELL, INC. and** | § | |
| **DELL MARKETING USA, L.P.** | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2009, a copy of the **Response to Order to Show Cause** was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

Respectfully submitted,

/s/ *J. Derek Braziel*_____

**J. Derek Braziel**
Texas Bar No. 00793380
**Meredith Black - Mathews**
Texas Bar No. 24055180
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelayer.com

**ATTORNEYS FOR PLAINTIFFS**

**Certificate of Service**                                                                 **Solo Page**