IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **HITUL GANDHI, Individually and** | § | |
| **On behalf of a class of others similarly** | § | |
| **situated,** | § | |
| | § | |
| v. | § | Civil Action No. 1:08-CV-0248 LY |
| | § | |
| **DELL, INC. and** | § | |
| **DELL MARKETING USA, L.P.** | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2009, a copy of the **Response to Order to Show Cause** was electronically filed.  Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.  I further certify that I have mailed the document by United States Postal Service, First Class Mail, to the all non-CM/ECF participants, including:

Nicholas G. Farha
Federman & Sherwood
10205 North Pennsylvania Ave
Oklahoma City, OK 73120

I also certify that I have hand delivered the document to:

Meredith Black-Mathews
Lee & Braziel, LLP
1801 N. Lamar St. Ste 325
Dallas, TX 75202

        Respectfully submitted,

        /s/J. Derek Braziel_____
        **J. Derek Braziel**
        Texas Bar No. 00793380
        **Meredith Black - Mathews**
        Texas Bar No. 24055180

>   **LEE & BRAZIEL, L.L.P.**
>   1801 N. Lamar Street, Suite 325
>   Dallas, Texas  75202
>   (214) 749-1400 phone
>   (214) 749-1010 fax
>   www.overtimelayer.com
>
>   **ATTORNEYS FOR PLAINTIFFS**