IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually and on behalf of a
class of others similarly situated,
                        Plaintiff,

-vs-                                                  Case No. A-08-CA-248-SS

DELL INC., AND DELL MARKETING USA L.P.,
                        Defendants.

---

CATHERINE L. DAVIS and TOMMY MOORE,
Individually and on Behalf of Others similarly
situated,
                        Plaintiffs,

-vs-                                                  Case No. A-08-CA-794-SS
                                                  (Consolidated)
DELL, INC. d/b/a DELL COMPUTER, INC., a
Delaware corporation, DELL USA L.P., a Texas
Limited Partnership and DELL MARKETING
L.P., a Texas Limited Partnership,
                        Defendants.

---

## CONSENT TO SUE UNDER F.L.S.A.

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, to secure any unpaid minimum wages, overtime, liquidated damages, attorney's fees, costs and other relief arising out of my employment with Dell, Inc. d/b/a Dell Computer, Inc., and any other associated parties, including any subsidiaries or entities affiliated with Dell, Inc. d/b/a Dell Computer, Inc.

I authorize William B. Federman, Esq. of Federman & Sherwood, and any attorneys associated with Federman & Sherwood, as well as any successors or assigns, to represent me in such action. I further authorize Catherine Davis and Tommy Moore, the Named Plaintiffs, to represent my interests in this case.

EXHIBIT "A"

Dated: _May 5th_, 2009

_Frances L. Bircham_
**SIGNATURE**

_FRANCES L. BIRCHAM_
**PRINTED NAME**