## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, Individually and on behalf of a
class of others similarly situated,

       **Plaintiff,**

-vs-                **Case No. A-08-CA-248-SS**

DELL INC., AND DELL MARKETING USA L.P.,

       **Defendants.**

_____

CATHERINE L. DAVIS and TOMMY MOORE,
Individually and on Behalf of Others similarly
situated,

       **Plaintiffs,**

-vs-                **Case No. A-08-CA-794-SS**
                    **(Consolidated)**

DELL, INC. d/b/a DELL COMPUTER, INC., a
Delaware corporation, DELL USA L.P., a Texas
Limited Partnership and DELL MARKETING
L.P., a Texas Limited Partnership,

       **Defendants.**

_____

### CONSENT TO SUE UNDER F.L.S.A.

   I hereby consent to be a plaintiff in an action under the Fair Labor Standards

Act, 29 U.S.C. § 201 *et seq.*, to secure any unpaid minimum wages, overtime,

liquidated damages, attorney's fees, costs and other relief arising out of my

employment with Dell, Inc. d/b/a Dell Computer, Inc., and any other associated

parties, including any subsidiaries or entities affiliated with Dell, Inc. d/b/a Dell

Computer, Inc.

   I authorize William B. Federman, Esq. of Federman & Sherwood, and any

attorneys associated with Federman & Sherwood, as well as any successors or

assigns, to represent me in such action. I further authorize Catherine Davis and

EXHIBIT "A"

**Tommy Moore, the Named Plaintiffs, to represent my interests in this case.**

Dated: _____May     7_____, 2009

_____
**SIGNATURE**

_____
**PRINTED NAME**

2