

9600 Great Hills Trail • Suite 300 West • Austin, TX 78759
Phone: 512.225.2800 • Fax: 512.225.2801 • vbllp.com

May 13, 2009

Brittan L. Buchanan
512.225.2822
bbuchanan@vbllp.com

Mr. William G. Putnicki
United States District Clerk
Western District of Texas – Austin Division
200 West 8th Street
Austin, Texas 78701

      Re:    Civil Action No. A-08-CA-248 JRN; *Hitul Gandhi, Individually and on behalf of a class of others similarly situated v. Dell Inc., and Dell Marketing USA, L.P.*, United States District Court, Western District of Texas, Austin Division

Dear Mr. Putnicki:

Please take notice that the undersigned has designated July 1, 2009 through July 13, 2009 as vacation.

Please do not set any matters for hearing or trial on those dates. All counsel is requested not to schedule any depositions or other matters on those dates as well.

Thank you for your courtesies in this matter.

      Very truly yours,

      Brittan L. Buchanan

BLB:pth
  cc:    All counsel of record

{3014\0012\03017355.DOC.1 }