IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MITUL GANDHI, Individually and on behalf of a
class of others similarly situated,
        Plaintiff,

vs-
                 Case No. A-08-CA-248-SS

DELL INC., AND DELL MARKETING USA L.P.,
        Defendants.

---

CATHERINE L. DAVIS and TOMMY MOORE,
Individually and on Behalf of Others similarly
situated,
        Plaintiffs,

-vs-
                 Case No. A-08-CA-794-SS
                 (Consolidated)

DELL, INC. d/b/a DELL COMPUTER, INC., a
Delaware corporation, DELL USA L.P., a Texas
Limited Partnership and DELL MARKETING
L.P., a Texas Limited Partnership,
        Defendants.

---

## CONSENT TO SUE UNDER F.L.S.A.

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, to secure any unpaid minimum wages, overtime, liquidated damages, attorney's fees, costs and other relief arising out of my employment with Dell, Inc. d/b/a Dell Computer, Inc., and any other associated parties, including any subsidiaries or entities affiliated with Dell, Inc. d/b/a Dell Computer, Inc.

I authorize William B. Federman, Esq. of Federman & Sherwood, and any attorneys associated with Federman & Sherwood, as well as any successors or

EXHIBIT "A"

ssigns, to represent me in such action. I further authorize Catherine Davis and ommy Moore, the Named Plaintiffs, to represent my interests in this case.

Dated: __May 10__, 2009

_____
SIGNATURE

_Chris Salter_
**PRINTED NAME**

2