IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. A-08-CA-248 JRN (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P., | § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JAMES R. NOWLIN:

Defendants Dell Inc. and Dell Marketing USA, LP., ("Defendants") file this Notice of Appearance of Christopher H. Hahn as Counsel and shows the Court as follows:

1. Defendants have retained Christopher H. Hahn of Dell Inc. to provide legal representation in the above-captioned matter. Mr. Hahn's name, state bar number, address, telephone number, facsimile number and email address is shown below:

> Christopher H. Hahn
> Texas State Bar No: 00787616
> One Dell Way
> Round Rock, Texas 78682
> Telephone:   512-723-3142
> Email:   Christopher_Hahn@Dell.com

2. Please record the appearance of Mr. Hahn on behalf of Defendants in the appropriate records of the Court.

Respectfully submitted,

_____
Christopher H. Hahn
Texas State Bar No: 00787616
DELL INC.
One Dell Way
Round Rock, Texas 78682
Telephone:     512-723-3142

Jeffrey C. Londa
State Bar No. 12512400
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, PC
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Telephone:     713-655-5750
Facsimile:     713-655-0020

Michael W. Fox
State Bar No. 07335500
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, PC
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Telephone:     512-344-4700
Facsimile:     512-344-4701

Brittan L. Buchanan
State Bar No. 03285680
VAN OSSELAER & BUCHANAN LLP
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone:     512-225-2822
Facsimile:     512-225-2801

ATTORNEYS FOR DEFENDANTS
DELL INC. AND DELL MARKETING USA, LP

## CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of May 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

| | |
|---|---|
| George A. Hanson<br>hanson@stuevesiegel.com<br>Matthew L. Dameron<br>dameron@stuevesiegel.com<br>**Stueve Siegel Hanson LLP**<br>460 Nichols Road – Suite 200<br>Kansas City, Missouri 64112 | J. Derek Braziel<br>Jdbrazie@l-b-law.com<br>Meredith Black-Mathews<br>mmathews@l-b-law.com<br>**Lee & Braziel, LLP**<br>1801 N. Lamar Street, Suite 325<br>Dallas, Texas 75202 |

William B. Federman
wbf@federmanlaw.com
Allison B. Waters
abw@federmanlaw.com
Nicholas G. Farha
ngf@federmanlaw.com
**Federman & Sherwood**
10205 N. Pennsylvania Ave.
Olkahoma City, Oklahoma 73120

                                                      _____
                                                      Christopher H. Hahn