

# Ogletree Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

One Allen Center
500 Dallas Street, Suite 3000
Houston, TX 77002-4709
Telephone: 713.655.0855
Facsimile: 713.655.0020
www.ogletreedeakins.com

Jeffrey C. Londa
713.655.5750
jeffrey.londa@odnss.com

June 1, 2009

The Honorable Judge Andrew Austin
United States District Court
200 West Eighth Street
Austin, TX 78701

Re:   Civil Action No. 1:08-cv-00248-JRN; *Hitul Gandhi v. Dell Inc., et al*; In the United States District Court for the Western District of Texas, Austin Division

Dear Judge Austin:

At the hearing held on Friday, May 29, 2009, the Court asked if the Kronos records attached to Dell's Response to Plaintiffs' certification motions (and also used in the PowerPoint presented utilized by Dell's counsel at the hearing) had been produced prior to the filing of Dell's Response. The answer to the Court's question is "yes." Dell produced these Kronos records during the normal discovery process.

Of the individuals who have opted into this lawsuit, Dell has deposed the following fifteen individuals:

| Name | Deposition Date |
|---|---|
| Joshua Barker | 11/3/08 |
| Shannon Brothers | 10/15/08 |
| Izetta Carson | 12/18/08 |
| Catherine Davis | 10/15/08 |
| Rasha Dowell | 1/7/09 |
| Hitul Gandhi | 11/5/08 |
| Parvin Greene | 1/7/09 |
| David Haley | 11/3/08 |
| Tommy Moore | 10/15/08 |
| Michelle Ricketts | 10/15/08 |
| Myron Schrouf | 12/19/08 |
| Nicholas Stewart | 11/3/08 |
| Tracie Webb | 11/3/08 |
| Kenneth Weir[1] | 12/17/08 |
| Daniel Wojciechowski | 12/18/08 |

---

[1] Plaintiff Weir appeared for his deposition, but he decided at that time to remove himself from this lawsuit.

Atlanta ▪ Austin ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Greensboro ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City
Los Angeles ▪ Memphis ▪ Miami ▪ Morristown ▪ Nashville ▪ New Orleans ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Raleigh ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Francisco ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

The Honorable Judge Andrew Austin
June 1, 2009
Page 2



      For all of the above-listed individuals, Dell produced personnel files, Kronos records, and pay stubs prior to their depositions. With the exceptions of Plaintiffs Carson, Schrouf, and Weir, Dell also produced any WOW records submitted by the above individuals prior to their depositions.[2]

      Dell has also produced personnel files, Kronos records, WOW records (when applicable), and pay stubs for the following individuals, who have not been deposed:

> Josh Clanton[3]
> Jamie Mendenhall
> Bradley Pate
> Russell Romriell
> Christopher Snead

      The documents described above were all produced to Plaintiffs on or before January 5, 2009. Plaintiffs filed their Motion for Conditional Certification on January 30, 2009.

Sincerely,

Jeffrey C. Londa

JCL/ldw
cc:    Mr. George A. Hanson

---

[2] Dell subsequently Dell produced Carson's, Schrouf's, and Weir's WOW records on January 5, 2009. Plaintiffs had the ability to modify there recorded time after a pay period closed in Kronos via a WOW request. See Defendants' Factual Appendix, Paragraph 21.

[3] Mr. Clanton's deposition was noticed for December 18, 2008, but he failed to appear.