IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **HITUL GANDHI, Individually and on behalf of a class of others similarly situated,**<br>        Plaintiff,<br><br>VS.<br><br>**DELL INC., and DELL MARKETING USA, L.P.,**<br>        Defendants.<br>_____<br>**CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated,**<br>        Plaintiffs,<br><br>VS.<br><br>**DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership,**<br>        Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | **CAUSE NO. A-08-CA-248-JRN**<br><br><br><br><br><br><br><br><br><br>**CAUSE NO. A-08-CA-794-JRN**<br>**(Consolidated)** |

### NOTICE OF FILING CONSENT TO BECOME PARTY PLAINTIFF

PLEASE BE ON NOTICE, that Plaintiffs hereby file Notice of Filing Consent to Become Party Plaintiff form, attached hereto as Exhibit A, for the following individual class member:

1.   Ralph M. Parker, Jr.

**DATED:**   June 8, 2009.

I:\DellEmployeeClassAction\Pleadings-AustinTX\NoticeFileConsentParker,Ralph.docx

Respectfully submitted,

/s/ Allison B. Waters
William B. Federman, TBN 00794935
Allison B. Waters, TBN 00795994
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
wfederman@aol.com

- and –

2926 Maple Avenue, Suite 200
Dallas, TX  75201

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system and by facsimile to all counsel of record.

Sam R. Fulkerson, OBA # 14370
**McAFEE & TAFT**
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Tel: (405) 235-9621 / Fax: (405) 235-0439
Sam.fulkerson@mcafeetaft.com


Michael W. Fox, TX #07337700
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
301 Congress Ave., Suite 1250
Austin, Texas 78701
Tel: (512) 344-4700/ Fax: (512) 344-4701
Michael.fox@odnss.com


Jeffrey C. Londa, TX #12512400
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Dallas St., Suite 3000
Houston, Texas 77002-4709
Austin, Texas 78701
Tel: (713) 655-5750 / Fax: (713) 655-0020
Jeffrey.londa@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANTS**

George A. Hanson
Matthew L. Dameron
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:  (816) 714-7100 / Fax:  (816) 714-7101
hanson@stuevesiegel.com
dameron@stuevesiegel.com

J. Derek Braziel, TX #00793380
Meredith Mathews, TX #24055180
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar St. Suite 325
Dallas, Texas 75202
Tel: (214) 749-1400 / Fax:  (214) 749-1010
www.overtimelayer.com

**ATTORNEYS FOR PLAINTIFFS
HITUL GANDHI, Individually and on behalf of
a class of other similarly situated**

/s/Allison B. Waters
Allison B. Waters