UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
JUL 08 2009
CLERK, U.S. DISTRICT COURT
200 W. 8th ST.
AUSTIN, TEXAS 78701
WESTERN DISTRICT OF TEXAS
BY_____

A08CA248JN



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nicholas G. Farha
Federman & Sherwood
10205 North Pennsylvania Ave
Oklahoma City, OK 73120

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Judy Berry    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUDY BERRY                       07/06/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7001 2510 0002 4204 9052

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-Z-0985