# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **DELL, INC. and DELL MARKETING USA, L.P.** | ) ) ) ) |
| **Defendants.** | ) |

Case No.: 08-CV-0248 LY

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Jackson Edward Hradek

**DATED:** July 9, 2009                     Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

    /s/ Matthew L. Dameron
George A. Hanson (admitted *pro hac vice*)
Matthew L. Dameron (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101

                                      J. Derek Braziel
                                      Texas Bar No. 00793380
                                      Meredith Black-Matthews
                                      Texas Bar No. 24055180
                                      **LEE & BRAZIEL, LLP**
                                      1801 North Lamar Street, Suite 324
                                      Dallas, Texas 75202
                                      Tel:     (214) 749-1400
                                      Fax:    (214) 749-1010

                                      **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on July 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:   (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:   (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

                                                                             /s/ Matthew L. Dameron
                                                                             Attorney for Plaintiffs