IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:08-cv-00248 |
| DELL INC., and DELL MARKETING USA L.P., | § § § § | |
| Defendants. | § § | |

**FACTUAL APPENDIX TO DEFENDANTS' OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to Local Rule CV-7, Defendants Dell Inc., Dell USA L.P., and Dell Marketing USA L.P. ("Dell") file this Factual Appendix in support of its Objections to the Report and Recommendation of the United States Magistrate Judge.

The specific evidence supporting the Objections is found in excerpts from the Deposition of Amy Atsumi, attached hereto.

Respectfully submitted,

/s/   Jeffrey C. Londa
Jeffrey C. Londa, TX #12512400
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
jeffrey.londa@ogletreedeakins.com
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
(713) 655-5750; (713) 655-0020 (Fax)

Michael W. Fox, TX #07335500
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
michael.fox@ogletreedeakins.com
301 Congress Avenue, Suite 1250
Austin, Texas 78701
(512) 344-4700; (512) 344-4701 (Fax)

>Christopher H. Hahn, TX #00787616
>Dell Inc.
>Christopher_Hahn@Dell.com
>One Dell Way
>Round Rock, Texas 78682
>(512) 723-3142; (512) 413-3540 (Fax)
>
>Brittan L. Buchanan, TX #03285680
>Van Osselaer & Buchanan LLP
>bbuchanan@vbllp.com
>9600 Great Hills Trail, Suite 300 West
>Austin, Texas 78759
>(512) 225-2822; 512.225.2801 (Fax)
>
>**ATTORNEYS FOR DEFENDANTS DELL INC., DELL USA L.P., AND DELL MARKETING USA L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and by regular U.S. mail to all counsel of record.

| | |
|---|---|
| George A. Hanson<br>Matthew L. Dameron<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO  64112 | Nicholas G. Farha<br>William B. Federman<br>Allison B. Waters<br>Federman & Sherwood<br>10205 North Pennsylvania Ave<br>Oklahoma City, OK 73120 |

Meredith Black-Matthews
J. Derek Braziel
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 324
Dallas, TX  75202

>/s/    Jeffrey C. Londa
>Jeffrey C. Londa