IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DELL, INC. and<br>DELL MARKETING USA, L.P.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No.: 08-CV-0248 LY<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1.   Michelle Keith

**DATED:** August 7, 2009　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**STUEVE SIEGEL HANSON LLP**

　　　　　　　　　　　　　　　　　　　　　/s/ Matthew L. Dameron
　　　　　　　　　　　　　　　　　　　　George A. Hanson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Matthew L. Dameron (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　460 Nichols Rd, Suite 200
　　　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64112
　　　　　　　　　　　　　　　　　　　　Tel:　816-714-7100
　　　　　　　　　　　　　　　　　　　　Fax:　816-714-7101

          J. Derek Braziel
          Texas Bar No. 00793380
          Meredith Black-Matthews
          Texas Bar No. 24055180
          **LEE & BRAZIEL, LLP**
          1801 North Lamar Street, Suite 324
          Dallas, Texas 75202
          Tel: (214) 749-1400
          Fax: (214) 749-1010

          **ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies on August 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail: jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel: (713) 655-0855
Fax: (713) 655-0020

Michael W. Fox
E-mail: michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel: (512) 344-4711
Fax: (512) 344-4701

**ATTORNEYS FOR DELL INC.
and DELL MARKETING USA, L.P.**

          /s/ Matthew L. Dameron
          Attorney for Plaintiffs