IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, § § § | | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:08-cv-00248 |
| DELL INC., and DELL MARKETING USA L.P., | § § § § § | |
| Defendants. | § | |

## **ORDER**

The Court has considered Defendants' Motion to Facilitate Notice. After reviewing the Motion, the evidence, Plaintiffs' Response, if any, and the other pleadings on file in this matter, the Court is of the opinion that the Motion should be GRANTED. It is therefore:

ORDERED that Defendants' Motion to Facilitate Notice is granted in its entirety.

IT IS FURTHER ORDERED that Defendants shall send their proposed notice to all individuals who were ISR-I and ISR-IB employees in the Small and Medium Business unit during the three-year period prior to the date of this order.

SIGNED this _____ day of _____, 2009.

_____
U.S. DISTRICT JUDGE