# EXHIBIT C

# DELL
# CONFIDENTIAL CONTACT INFORMATION SHEET

**Instructions: If you choose to join this lawsuit, please complete this Confidential Contact Information Sheet and return it with the Consent to Join form in the enclosed, postage paid envelope (or mail to: Stueve Siegel Hanson LLP 460 Nichols Road, Suite 200, Kansas City, MO 64112). If you have any questions, contact George Hanson, Brad Wilders, or Katrina Cervantes toll free at 1-866-714-0877. This information will not be filed with the Court. Some of this information may be shared with Dell and Dell's counsel in order to help identify those individuals who join this lawsuit.**

Printed Name: **«FirstName» «LastName»**

Other Names for you that Dell may have in its employment records

    (e.g., married/maiden name) _____

Telephone Numbers:    (Home) _____

                           (Work) _____

                           (Mobile) _____

Email Address: _____

Home Address:    _____

                     _____

Alternative Contact Name and Phone Number:

_____

Dates of Employment with Dell (*approximate if not known*):

Beginning Date: _____          Ending Date: _____

Dell Call Centers at which you were employed:

_____

DELL TX\ «PPL_ID»