# EXHIBIT D

SSH 1781

**IMPORTANT - COURT AUTHORIZED NOTICE OF
UNPAID OVERTIME LAWSUIT AGAINST DELL
** DEADLINE TO JOIN [INSERT POSTMARK DEADLINE]**

[Insert addressee information]