IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:08-cv-00248 |
| DELL INC., and DELL MARKETING USA L.P., | § § § § § | |
| Defendants. | § § | |

## **ORDER**

The Court has considered Defendants' Motion to Facilitate Notice of a Collective Action. After reviewing the Motion, the evidence, Plaintiffs' Response, Defendants' Reply, and the other pleadings on file in this matter, the Court is of the opinion that the Motion should be GRANTED. It is therefore:

ORDERED that, within twenty days of this Order, Defendants shall send notice of this collective action to all business sales representatives, as defined in the notice, who were employed by Dell during the three-year period prior to the date of this Order. The notice shall be in the form proposed by Defendants in Exhibit A to Defendants' Reply. If any individual wishes to opt into this lawsuit after receiving notice, that individual's Consent to Join form must be postmarked by forty-five days from the date that Dell mails the notice.

SIGNED this _____ day of _____, 2009.

_____
U.S. DISTRICT JUDGE