**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 08-CV-0248 |
| DELL INC. and DELL MARKETING USA, L.P. | ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Matthew L. Dameron of Stueve Siegel Hanson LLP hereby moves for his withdrawal as counsel for plaintiffs due to his departure from Stueve Siegel Hanson LLP. George A. Hanson of Stueve Siegel Hanson LLP will continue to represent plaintiffs.

Dated:  September 2, 2009    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

  */s/ Matthew L. Dameron*
Matthew L. Dameron   MO Bar # 52093
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
Email:  dameron@stuevesiegel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed on the Court's CM/ECF system on September 2, 2009, and mailed, postage prepaid, to:

Jeffrey C. Londa
E-mail: jeffrey.londa@ogletreedeakins.com
Ogletree Deakins
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709

Michael W. Fox
E-mail: michael.fox@ogletreedeakins.com
Ogletree Deakins
301 Congress Avenue, Suite 1250
Austin, Texas 78701

**ATTORNEYS FOR DELL INC.
and DELL MARKETING USA, L.P.**

/s/ *Matthew L. Dameron*