**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 08-CV-0248 |
| DELL INC. and DELL MARKETING USA, L.P. | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Pending before the Court is Matthew L. Dameron' Motion to Withdraw as Counsel. Plaintiffs will continue to be represented by the law firm of Stueve Siegel Hanson LLP.

Accordingly, it is hereby

ORDERED that the Court grants the Motion to Withdraw as Counsel and Matthew L. Dameron is granted leave to withdraw as counsel for Plaintiffs in the above-captioned case.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE