IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 SEP -2 PM 4: 51
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated<br>    Plaintiff,<br><br>VS.<br><br>DELL, INC., and DELL MARKETING USA, L.P.<br>    Defendants | CAUSE NO. A-08-CA-248 JRN |
| CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated<br>    Plaintiffs,<br><br>VS.<br><br>DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership<br>    Defendants | 794<br>CAUSE NO. A-08-CA- JRN<br>(Consolidated) |

## ORDER

Before the Court in the above-entitled and styled cause of action is Matthew L. Dameron's Motion to Withdraw as Counsel. Plaintiffs will continue to be represented by the law firm of Stueve, Siegel, & Hanson LLP.

**IT IS THEREFORE ORDERED** that Matthew L. Dameron's Motion to Withdraw as Counsel is **GRANTED.**

SIGNED this 2nd day of September, 2009.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE