# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DELL INC. and<br>DELL MARKETING USA, L.P.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No.: 08-CV-0248<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW AS COUNSEL

Allison B. Waters of Federman & Sherwood hereby moves to withdraw as counsel for plaintiffs due to her departure from Federman & Sherwood. William B. Federman and Nicholas G. Farha of Federman & Sherwood will continue to represent plaintiffs.

**DATE:** September 23, 2009

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**FEDERMAN & SHERWOOD**

　　　　　　　　　　　　　　　　　　/s/ Allison B. Waters
　　　　　　　　　　　　　　　　　　Allison B. Waters (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Texas Bar No. 00795994
　　　　　　　　　　　　　　　　　　10205 N. Pennsylvania Ave.
　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73120
　　　　　　　　　　　　　　　　　　Tel:　(405) 235-1560
　　　　　　　　　　　　　　　　　　Fax:　(405) 239-2112
　　　　　　　　　　　　　　　　　　Email:　abw@federmanlaw.com

　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed on the Court's CM/ECF system on September 23, 2009, and delivered to the following individuals:

Jeffrey C. Londa
Ogletree Deakins
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
E-mail: jeffrey.londa@ogletreedeakins.com
Tel:   (713) 655-0855
Fax:  (713) 655-0020

Michael W. Fox
Ogletree Deakins
301 Congress Avenue, Suite 1250
Austin, Texas 78701
E-mail: michael.fox@ogletreedeakins.com
Tel:   (512) 344-4711
Fax:  (512) 344-4701

Patrick F. Hulla
Ogletree Deakins
4717 Grand Ave., Suite 300
Kansas City, Missouri 64112
E-mail:  patrick.hulla@ogletreedeakins.com
Tel:  (816) 471-1301
Fax:  (816) 471-1303

Samuel R. Fulkerson
McAfee & Taft
211 North Robinson Ave.
10th Floor
Oklahoma City, Oklahoma 73102
E-mail:  sam.fulkerson@mcafeetaft.com
Tel:  (405) 235-9621
Fax:  (405) 235-0439

Brittan L. Buchanan
Van Osselaer & Buchanan, LLP
9600 Great Hills Trail
Suite 300 West
Austin, Texas 78759
E-mail:  bbuchanan@vbllp.com
Tel:  (512) 225-2822
Fax:  (512) 225-2801

Christopher H. Hahn
Dell, Inc.
One Dell Way
MS #8033
Round Rock, Texas 78682
E-mail:  Christopher_Hahn@dell.com
Tel:  (512) 723-3142
Fax:  (512) 723-3143

**ATTORNEYS FOR DELL INC.
and DELL MARKETING USA, L.P.**

      /s/ Allison B. Waters
Allison B. Waters