**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 08-CV-0248 |
| DELL INC. and DELL MARKETING USA, L.P. | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Pending before the Court is the Motion to Withdraw as Counsel of Allison B. Waters.  Plaintiffs will continue to be represented by the law firm of Federman & Sherwood.

Accordingly, the Court hereby grants the Motion to Withdraw as Counsel and Allison B. Waters is granted leave to withdraw as counsel for Plaintiffs in this case.

**DATED:  _____**

_____
UNITED STATES DISTRICT JUDGE