IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 SEP 25 PM 3:01
CLERK
WESTERN DISTRICT COURT
OF TEXAS
BY_____

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated<br>    Plaintiff,<br><br>VS.<br><br>DELL, INC., and DELL MARKETING USA, L.P.<br>    Defendants | § § § § § § § § § § § | CAUSE NO. A-08-CA-248 JRN |
| CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated<br>    Plaintiffs,<br><br>VS.<br><br>DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership<br>    Defendants | § § § § § § § § § § § § § § | CAUSE NO. A-08-CA- JRN<br>(Consolidated) |

## ORDER

Before the Court in the above-entitled and styled cause of action is the Plaintiffs' Motion to Withdraw Allison B. Waters as Counsel for Plaintiffs (Clerk's Dkt. No. 125). Plaintiffs will continue to be represented by the law firm of Federman & Sherwood. The Court, having considered the applicable record, finds the Motion to be well-taken.

**IT IS ORDERED** that Plaintiffs' Motion to Withdraw Allison B. Waters as Counsel for Plaintiffs **GRANTED**.

SIGNED this 25-TH day of September, 2009.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE