IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 OCT -2  AM 9: 50

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated<br>    Plaintiff,<br><br>VS.<br><br>DELL, INC., and DELL MARKETING USA, L.P.<br>    Defendants | § | CAUSE NO. A-08-CA-248 JRN |
| CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated,<br><br>VS.<br><br>DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership<br>    Defendants | § | CAUSE NO. A-08-CA- JRN<br>(Consolidated) |

## ORDER

Before the Court in the above-entitled and styled cause of action is Defendant Dell Inc.'s Motion to Facilitate Notice of Collective Action (Clerk's Dkt. No. 112).

**IT IS HEREBY ORDERED** that the aforementioned Motion is **REFERRED** to United States Magistrate Judge Andy Austin for all purposes pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this 29TH day of September, 2009.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE