IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DELL, INC. and DELL MARKETING USA, L.P. | ) ) ) ) |
| Defendants. | ) |

Case No.: 08-CV-0248 LY

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1.   Anita Varner

**DATED:** October 6, 2009      Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

　　/s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:   816-714-7101

                J. Derek Braziel
                Texas Bar No. 00793380
                Meredith Black-Matthews
                Texas Bar No. 24055180
                **LEE & BRAZIEL, LLP**
                1801 North Lamar Street, Suite 324
                Dallas, Texas 75202
                Tel: (214) 749-1400
                Fax: (214) 749-1010

               **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies on October 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail: jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel: (713) 655-0855
Fax: (713) 655-0020

Michael W. Fox
E-mail: michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel: (512) 344-4711
Fax: (512) 344-4701

**ATTORNEYS FOR DELL INC.
and DELL MARKETING USA, L.P.**

                /s/ George A. Hanson
                Attorney for Plaintiffs