IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated | § § § § | |
| V. | § | 1:08-CV-248-JRN |
| DELL INC. and DELL MARKETING USA, L.P. | § § § | |

## ORDER

Before the Court are Defendants' Motion to Facilitate Notice of a Collective Action (Clerk's Doc. No. 112); Plaintiffs' Opposition to Dell's Motion to Facilitate Notice and Proposed Notice (Clerk's Doc. No. 113); and Defendants' Reply to Plaintiffs' Response to Motion to Facilitate Notice (Clerk's Doc. No. 116). On October 2, 2009, the District Court referred these matters to the undersigned for a determination.

The Court has reviewed the parties' filings and is prepared to issue an order resolving the disputes regarding the notice, with one exception. The parties provide different descriptions of the persons to whom the notice is to be sent. While the Plaintiff's proposed notice refers to "business sales representatives," the Defendants' proposal has a much more detailed description.

In order to hear the parties' respective positions on this issue, a hearing is hereby SET for **October 15, 2009**, at **10:30 a.m.** Counsel desiring to participate by telephone should notify the courtroom deputy, Ms. Julie Golden, at (512) 916-5896 ext. 244, no later than October 14, 2009.

SIGNED this 9th day of October, 2009.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE