IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated<br>　　　Plaintiff,<br><br>VS.<br><br>DELL, INC., and DELL MARKETING USA, L.P.<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>CAUSE NO. A-08-CA-248 JRN |
| CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated<br>　　　Plaintiffs,<br><br>VS.<br><br>DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>CAUSE NO. A-08-CA- JRN<br>(Consolidated) |

## ORDER

BE IT REMEMBERED on this 13th day of October, 2009, there was presented to the Court a Motion for Admission *Pro Hac Vice* filed by Bradley Thomas Wilders, counsel for Hitul Gandhi et al., and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is **GRANTED**, and Bradley Thomas Wilders may appear on behalf of Hitul Gandhi et al., in the above-styled case.

**IT IS FURTHER ORDERED** that Bradley Thomas Wilders, if he has not already done so,

shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(1).

**IT IS FURTHER ORDERED** that Bradley Thomas Wilders, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED THAT** Bradley Thomas Wilders' *Pro Hac Vice* status shall not become effective until Bradley Thomas Wilders has complied with all provisions of this Order.

SIGNED this 13th day of October, 2009.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE