IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> DELL, INC. and <br> DELL MARKETING USA, L.P. <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: 08-CV-0248 LY

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. James Anderson
2. Karen Bell
3. Mary Elizabeth Cummins
4. Markeisha Freeman
5. CreSandra Hardeman
6. Herb Taylor

**DATED:** October 19, 2009            Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**


    /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

>J. Derek Braziel
>Texas Bar No. 00793380
>Meredith Black-Matthews
>Texas Bar No. 24055180
>**LEE & BRAZIEL, LLP**
>1801 North Lamar Street, Suite 324
>Dallas, Texas 75202
>Tel:     (214) 749-1400
>Fax:    (214) 749-1010
>
>**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies on October 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:   (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:   (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

>     /s/ George A. Hanson
>     Attorney for Plaintiffs