```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500004628
Cashier ID: khunt
Transaction Date: 10/21/2009
Payer Name: STUEVE SIEGEL HANSON LLP
----------------------------------
PRO HAC VICE
 For: BRADLEY T. WILDERS
 Case/Party: D-TXW-5-08-LB-000000-001
 Amount:         $25.00
----------------------------------
CHECK
 Check/Money Order Num: 19099
 Amt Tendered:   $25.00
----------------------------------
Total Due:      $25.00
Total Tendered: $25.00
Change Amt:      $0.00

1:08cv0248LY - HITUL GANDHI, ET AL.
V. DELL INC., ET AL.
```