IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>DELL, INC. and<br>DELL MARKETING USA, L.P.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 08-CV-0248 LY<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Sarah Ashley
2. Daryl Dixon

**DATED:** November 12, 2009    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

   /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

J. Derek Braziel  
Texas Bar No. 00793380  
Meredith Black-Matthews  
Texas Bar No. 24055180  
**LEE & BRAZIEL, LLP**  
1801 North Lamar Street, Suite 324  
Dallas, Texas 75202  
Tel:  (214) 749-1400  
Fax:  (214) 749-1010  

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on November 12, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa  
E-mail: jeffrey.londa@ogletreedeakins.com  
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.  
500 Dallas Street, Suite 3000  
Houston, Texas 77002-4709  
Tel:  (713) 655-0855  
Fax:  (713) 655-0020  

Michael W. Fox  
E-mail: michael.fox@ogletreedeakins.com  
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.  
301 Congress Avenue, Suite 1250  
Austin, Texas 78701  
Tel:  (512) 344-4711  
Fax:  (512) 344-4701  

**ATTORNEYS FOR DELL INC.**  
**and  DELL MARKETING USA, L.P.**

\_\_\_\_/s/ George A. Hanson_____  
Attorney for Plaintiffs
