IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL, INC. and<br>DELL MARKETING USA, L.P.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 08-CV-0248 LY<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS**

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Jermaine Jackson
2. Gary Jones

**DATED:** November 19, 2009          Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**


　　/s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:     816-714-7100
Fax:    816-714-7101

                        J. Derek Braziel  
                        Texas Bar No. 00793380  
                        Meredith Black-Matthews  
                        Texas Bar No. 24055180  
                        **LEE & BRAZIEL, LLP**  
                        1801 North Lamar Street, Suite 324  
                        Dallas, Texas 75202  
                        Tel:    (214) 749-1400  
                        Fax:   (214) 749-1010  

                            **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on November 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa  
E-mail:  jeffrey.londa@ogletreedeakins.com  
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.  
500 Dallas Street, Suite 3000  
Houston, Texas 77002-4709  
Tel:    (713) 655-0855  
Fax:   (713) 655-0020  

Michael W. Fox  
E-mail:  michael.fox@ogletreedeakins.com  
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.  
301 Congress Avenue, Suite 1250  
Austin, Texas 78701  
Tel:    (512) 344-4711  
Fax:   (512) 344-4701  

**ATTORNEYS FOR DELL INC.**  
**and  DELL MARKETING USA, L.P.**

                                      /s/ George A. Hanson  
                                 Attorney for Plaintiffs