# EXHIBIT 1

## Gandhi v. Dell

# Plaintiffs' Definitions of "Business Sales Representative" Class

- Call center sales reps required to take inbound phone calls on a scheduled shift
  (Complaint at ¶¶ 8 & 11)

- Telephone-dedicated employees in call centers whose primary job duty is selling to business customers
  (Gandhi's discovery requests to Dell)

- All had "Inside Sales Representative" job description
  (Plaintiffs' certification motion at 5 and Exhibit W)

Gandhi v. Dell

# 64 Plaintiffs Have Opted In through October 14

- 4 apparently never sales representatives at Dell
- *All* of the opt-in employees (60/60):
  - were employed in Small & Medium Business (SMB) unit
  - worked on inbound telephone routing sales queues —> *no.*
  - worked on a shift scheduled by Call Center Operations
- Almost all were ISR IBs (57/60)
  - 1 never progressed beyond ISR ID
  - 2 started as ISR I

Gandhi v. Dell

# Class Definition Proposal

1. Inside Sales Representatives

    who worked in

2. Inbound telephone routing queues

    on a

3. Shift scheduled by Call Center Operations

    in

4. Dell's Small & Medium Business (SMB) Unit

# Who Should Get Notice – ISR Is in SMB

### Meet Class Definition

**SMB ISR IB, IC, ID, some ISR I***

- Transactional sales
- Call center based
- Take inbound calls in routing queue
- Have no assigned accounts
- Must be on phones during scheduled shifts
- *Covers all consent filers*

### Don't Meet Class Definition

**All other ISRs**

- Relationship sales
- Not in telephone routing queue
- Make outbound calls and emails
- Have assigned accounts
- Do not have telephone shifts
- *Excludes no consent filers*

\* SMB ISR Is who opt in but do not meet the class definition can be removed