# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 08-CV-0248 LY |
| DELL, INC. and DELL MARKETING USA, L.P., | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' FIRST INTERROGATORIES TO DELL

Plaintiffs hereby propound upon Defendants Dell, Inc. and Dell Marketing USA, L.P. ("Defendants" or "Dell") the following Interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure.

### INSTRUCTIONS AND DEFINITIONS

1. All answers are to be furnished in writing and under oath within thirty (30) days of the date of service of these Interrogatories.

2. Each interrogatory shall be answered upon your entire knowledge from all sources and all information in your possession or otherwise available, including information from your officers, directors, employees, agents, representatives, attorneys, investigators, or consultants, and information which is known by each of them. An incomplete or evasive answer is a failure to answer.

3. Each interrogatory is considered continuing, and if you obtain information which renders your response to one of them incomplete or inaccurate, you are obligated to serve amended answers on the undersigned.

4.     If any interrogatory may be answered fully by a document, the document may be attached in lieu of an answer if the document is marked to refer to the interrogatory to which it responds.

5.     If any document which is required to be produced or identified is claimed to be privileged, to constitute work product or to be otherwise confidential, state the grounds upon which such privilege, work product or confidentiality is being asserted, and include a brief description of the document, identifying its author and persons receiving copies thereof.

6.     The terms **"Defendant" "you" "your"** or **"Dell"** refer to Dell, Inc. and Dell Marketing USA, L.P. and all their divisions, as well as their successors, predecessors, current or former officers, directors, assigns, agents, attorneys, subsidiaries, employees, contractors, representatives or any other person acting or purporting to act on their behalf.

7.     **"Business sales representative"** includes anyone who is a telephone-dedicated employee whose primary job duties include assisting Dell business customers and/or selling Dell products to business customers, including, but not limited to, telephone-dedicated employees who work in Dell call centers located in Nashville, Tennessee; Oklahoma City, Oklahoma; Round Rock, Texas; and McGregor, Texas.

8.     **"Plaintiff"** includes anyone who has filed a Consent to Join this litigation as of the date of service of these Interrogatories.

9.     **"Personnel files"** shall mean those documents, whether stored in physical form such as in paper files or electronically such as on computer disk or hard drive, which in any way reflect the employment history, employment status, work assignments, compensation, supervisory relationships, promotion, reassignment, disciplining, and termination, for whatever reason, of the individual for which they are requested. Any request for personnel files encompasses all files maintained at all locations that collectively reflect the employment history of the named individual, including all documents which have been kept in such files at any time.

10.    The term **"class period"** shall mean the period of time beginning April 1, 2005, and continuing until the present.

11. Any other words used in these discovery requests are defined according to standard American use, as shown in a dictionary of the English language.

## INTERROGATORIES

**INTERROGATORY NO. 1.** Identify the person or persons providing information or answers to these interrogatories and for each person identify for which interrogatories the person provided information.

**ANSWER:**


**INTERROGATORY NO. 2.** Identify each and every individual employed by Dell as a business sales representative during the class period, and provide (in Excel format) his or her name, last known address, last known telephone number(s), dates of employment and social security number.

**ANSWER:**


**INTERROGATORY NO. 3.** Identify any and all persons responsible for deciding how business sales representatives employed during the class period were compensated.

**ANSWER:**


**INTERROGATORY NO. 4.** Describe the job duties of business sales representatives and how such job duties changed, if at all, during the class period.

**ANSWER:**


**INTERROGATORY NO. 5.** Identify all compensation plans or policies for business sales representatives employed by Dell during the class period, including incentive compensation and contests.