IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, Individually and On behalf of a class of others similarly situated, | § § § § | |
| v. | § § | Civil Action No. 1:08-CV-0248 LY |
| DELL INC. and DELL MARKETING USA, L.P. | § § | |

## [PROPOSED] ORDER

I have considered the Plaintiffs' Motion to Enforce the Court's October 20 Order Directing Class Notice and Memorandum in Support Thereof (Dkt. No. 150) and all other papers filed in relation thereto by the parties. I now conclude that the relief requested by Plaintiffs is warranted. Pursuant to the Court's October 20, 2009 Order, Defendants are directed to provide the class list and accompanying contact information for all business sales representatives (BSRs) employed by Dell from September 1, 2006 to the present. On September 3, 2008, prior to certification, Dell responded to Plaintiffs' Interrogatory No. 2, counting all BSRs currently or formerly employed at Dell from April 1, 2005 to August 8, 2008. Adjusting only for the change in the class period, Dell shall provide to the third party administrator the names and contact information for those counted in Dell's September 3 response. According to Dell's most recent statements, this list should be approximately 7,085 individuals. Dell may not otherwise adjust this class list other than to include any employees who have joined Dell as business sales representatives since its last count.

SIGNED this _____ day of _____.

_____
UNITED STATES MAGISTRATE JUDGE

PAGE - 1