IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, § § § | |
| Plaintiffs, § § | |
| v. § § | Case No. 1:08-cv-00248 |
| DELL INC., and DELL MARKETING USA L.P., § § § § § | |
| Defendants. § | |

## **ORDER**

The Court has considered Plaintiffs' Motion to Enforce the Court's October 20 Order Directing Class Notice, Defendants' Response, and the other pleadings on file in this matter. The Court is of the opinion that the Motion should be DENIED. It is therefore:

ORDERED that Plaintiffs' Motion to Enforce the Court's October 20 Order Directing Class Notice is DENIED in its entirety.

SIGNED this _____ day of _____, 2009.

_____
U.S. DISTRICT JUDGE