IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated<br>    Plaintiff,<br><br>VS.<br><br>DELL, INC., and DELL MARKETING USA, L.P.<br>    Defendants | §§§§§§§§§§§ CAUSE NO. A-08-CA-248 JRN |
| CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated<br>    Plaintiffs,<br><br>VS.<br><br>DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership<br>    Defendants | §§§§§§§§§§§§§§ CAUSE NO. A-08-CA- JRN<br>(Consolidated) |

## ORDER

Before the Court is the above-entitled and styled cause of action. On December 1, 2009, an Order was entered granting Plaintiffs' Motion to Enforce the Court's October 20 Order Directing Class Notice and Memorandum in Support Thereof (Clerk's Dkt. No. 150).

**IT IS HEREBY ORDERED** that the aforementioned Order is **VACATED.**

SIGNED this _1st_ day of December, 2009.

_____
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE