# EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF OKLAHOMA
 2
      CATHERINE L. DAVIS AND            :
 3    TOMMY MOORE, INDIVIDUALLY AND     :
      ON BEHALF OF OTHERS SIMILARLY     :
 4    SITUATED,                         :
                                        :
 5                   Plaintiffs         :CA NO. 5L07-CV-01401-W
                                        :
 6    V.                                :
                                        :
 7    DELL, INC. D/B/A DELL COMPUTER:
      INC., DELL USA L.P., AND DELL     :
 8    MARKETING L.P.,                   :
                                        :
 9                   Defendants         :

10
                ORAL DEPOSITION OF PATTI J. POWERS
11                     OCTOBER 14, 2008

12       ORAL DEPOSITION Of PATTI J. POWERS, produced as

13   a witness at the instance of Counsel for the

14   Plaintiffs, and duly sworn, was taken in the

15   above-styled and numbered cause on the 14th day of

16   October, 2008, from 9:15 a.m. to 1:47 p.m., before

17   JANE E. DEMARS, Certified Shorthand Reporter in and

18   for the State of Texas, reported by machine

19   shorthand, at the Law Offices of Ogletree, Deakins,

20   Nash, Smoak & Stewart, P.C., 301 Congress Avenue,

21   Suite 1250, Austin, Travis County, Texas, pursuant to

22   the Federal Rules of Civil Procedure and the

23   provisions stated on the record or attached hereto.

24

25
```

11:37  1      Q    Okay. So are you saying the consumer group
2 are paid overtime now, not based upon fluctuating
3 workweek?
4      A    Anybody -- So, and forgive me, but from my
5 perspective, I don't really know, and perhaps care,
6 who is in what group, but from a payroll perspective,
7 we look at how you're classified. So you're
8 classified as hourly, salaried non-exempt or exempt.
9      Q    Okay.
10     A    So does that make sense?
11     Q    Yes.
12     A    So if you come over to payroll as an hourly
13 employee, then that's how your rates will be
14 calculated.
11:38 15     Q    So if all hourly employees are now paid
16 time and a half for overtime, or how is their
17 overtime calculated now --
18     A    It's always --
19     Q    -- if you know?
20     A    It's always that way, right. Yes, it's
21 time and a half for overtime for hourly employees.
22     Q    Okay. All right. For the salaried
23 non-exempt, is Dell using any other method for
24 calculating overtime now, other than fluctuating
25 workweek?

11:38  1    A    No.

2    Q    Now, are you aware that Dell has looked at
3 moving more people to be hourly employees, as opposed
4 to salaried non-exempt?

5    A    I'm not aware.

6    Q    Have you been asked for any information to
7 put into any type of an HR analysis for purposes of
8 determining classification changes?

9    A    I have not.

10    Q    The folks that you mentioned, and you don't
11 know if they're consumer or who they were, but you
12 knew some people were changed to hourly in '07.
13 Correct?

14    A    Yes.

11:39  15    Q    Were you involved in providing any analysis
16 or data inputs related to that decision-making
17 process?

18    A    I was involved to the extent of helping to
19 schedule the timing from a payroll perspective.

20    Q    What do you mean by that?

21    A    So we have biweekly pay periods.

22    Q    Yes.

23    A    And there are effective dates for rate
24 changes that are input into the HR system.

25    Q    Okay.

```
                    REPORTER'S CERTIFICATION
                 ORAL DEPOSITION OF PATTI J. POWERS
```

13:47  1

 3    I, JANE E. DEMARS, Certified Shorthand Reporter
 4  in and for the State of Texas, do hereby certify
 5  that, pursuant to the agreement of counsel, came on
 6  before me, on _____, the
 7  following named person, PATTI J. POWERS, who was duly
 8  sworn to testify to the truth and nothing but the
 9  truth touching and concerning the matters in
10  controversy in this cause; that he was thereupon
11  carefully examined upon her oath and her examination
12  reduced to typewriting under my supervision; and this
13  deposition is a true record of the testimony given by
14  said witness.
15      I further certify that I am neither attorney nor
16  counsel for, related to, nor employed by any of the
17  parties to the action in which this testimony was
18  taken; and, further, that I am not a relative or
19  employee of any attorney or counsel employed by the
20  parties hereto or financially interested in the
21  action.
22      I further certify that the deposition transcript
23  was submitted on _____ to the witness
24  or to the attorney for the witness for examination,
25  signature and return to me by _____;

Catherine L. Davis, et al v.                    Patti J. Powers
Dell Inc., et al                                October 14, 2008

```
 1      The orignal deposition was/was not returned to
 2 the deposition officer on
 3 _____;
 4      If returned, the attached Changes and Signature
 5 page contains any changes and the reasons therefor;
 6      If returned, the original deposition was
 7 delivered to _____, Custodial
 8 Attorney;
 9      That $_____ is the deposition officer's
10 charges to the Plaintiffs for preparing the original
11 deposition transcript and any copies of exhibits;
12      WITNESS MY HAND AND SEAL OF OFFICE, this _____
13 day of _____, 2008.
14              _____
                Jane E. Demars, Texas CSR No. 2789
15              Expiration Date:  12-31-09
                Firm Registration No. 225
16              WRIGHT WATSON & ASSOCIATES, L.L.C.
                1801 N. Lamar Blvd., Mezzanine
17              Austin, Texas 78701
                (512) 474-4363
18              Job No. 081014JED
19
20
21
22
23
24
25
```