## MEMORANDUM OF UNDERSTANDING

1. The Court has instructed Plaintiffs in Case No. 1:08-cv-00248, *Hitul Gandhi, et. al. v. Dell Inc. and Dell Marketing USA L.P.*, to engage a third-party administrator to disseminate notice of an FLSA collective action to individuals described by the Court. The third-party administrator selected by Plaintiffs is The Garden City Group, Inc. ("Garden City").

2. Garden City HEREBY AGREES to keep the names, addresses and other contact information sent to it by Defendants confidential and shall not disclose or disseminate said information to Plaintiffs or to Plaintiffs' Counsel. Plaintiffs accept this agreement.

3. In light of the above agreement, Defendants withdraw their objection to Garden City as the third-party administrator upon full execution of this document.

George A. Hanson, counsel for Plaintiffs
Date: 12/4/09

Jeffrey C. Londa, counsel for Defendants
Date: 12-11-09

Kay E. Sickles, Associate General Counsel
The Garden City Group, Inc.
Date: 12/7/09

William B. Federman
Counsel for Plaintiffs
Date: 12/7/09