IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 08-CV-0248 LY |
| DELL, INC. and DELL MARKETING USA, L.P. | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS**

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. James Davis
2. Shanita Tucker

DATED: January 6, 2010

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

      /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:     816-714-7100
Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:    (214) 749-1400
Fax:   (214) 749-1010

            Allison B. Waters
            Federman & Sherwood
            10205 N. Pennsylvania
            Oklahoma City, OK 73120
            Tel: 405-235-1560
            Fax: 405 239-2112
              -and-
            2926 Maple Avenue, Suite 200
            Dallas, TX 75201

            **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies on January 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel: (713) 655-0855
Fax: (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel: (512) 344-4711
Fax: (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

             /s/ George A. Hanson
            Attorney for Plaintiffs