# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) Case No.: 08-CV-0248 LY |
| **DELL, INC. and**<br>**DELL MARKETING USA, L.P.** | )<br>)<br>) |
| **Defendants.** | ) |

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Amanda Anderson
2. Dustin Barton
3. Joe Chilebanowski
4. Shelby Clanton
5. Jon Gill
6. Rego Gonzales
7. Brian Kenney
8. Jimmy Kettler
9. Rhonda Marshall
10. Takesha McGee
11. Ron Olinger
12. Edwin Perez
13. Jeffrey Pitts
14. John Rowe
15. L. Michael Smith
16. Matt Smith
17. Brittany Villarreal

**DATED:** January 7, 2010

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

   /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:   816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:    (214) 749-1400
Fax:   (214) 749-1010

Allison B. Waters
Federman & Sherwood
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel:    405-235-1560
Fax:   405 239-2112
     -and-
2926 Maple Avenue, Suite 200
Dallas, TX 75201

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on January 7, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:     (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:     (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

                                                               /s/ George A. Hanson
                                                            Attorney for Plaintiffs