IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, Individually and on behalf of a
class of others similarly situated,
    Plaintiff,

-vs-

DELL INC., AND DELL MARKETING USA L.P.,
    Defendants.

Case No. A-08-CA-248-SS

---

CATHERINE L. DAVIS and TOMMY MOORE,
Individually and on Behalf of Others similarly
situated,
    Plaintiffs,

-vs-

DELL, INC. d/b/a DELL COMPUTER, INC., a
Delaware corporation, DELL USA L.P., a Texas
Limited Partnership and DELL MARKETING
L.P., a Texas Limited Partnership,
    Defendants.

Case No. A-08-CA-794-SS
(Consolidated)

---

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against Dell, Inc. and Dell Marketing USA, L.P. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Federman & Sherwood and other attorneys with whom they may associate.

Date: 1-7-10

_[signature]_
SIGNATURE

Shelton Cannon
PRINTED NAME

**EXHIBIT "A"**