**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** )<br>)<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| v. ) | **Case No.: 08-CV-0248 LY** |
| ) | |
| **DELL, INC. and**<br>**DELL MARKETING USA, L.P.** )<br>)<br>) | |
| **Defendants.** ) | |

**NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS**

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Olayinka Allen
2. Stephen Bailey
3. David Barrow
4. Alan Bryan
5. John Clark
6. Kathy Cobbs
7. Mike Davis
8. Herman Depriest
9. Kevin Drury
10. Luke Hayaux
11. Dakota James
12. Jennifer Jones
13. Bryan Justice
14. Gabe Long
15. Candace Matthews
16. Mark Moore
17. Michael Moore
18. JoAnna Nix
19. Jamaal Oldham
20. Frank Osage
21. Brent Osantowski
22. Michael Park
23. Donnie Powell

24. Allen Rachaphoumy
25. Joe Rivas
26. Daniel Rogers
27. Billy Shepherd
28. Lanila Sherrod
29. Jeff Stenberg
30. Jesse Stephens
31. Tyler Sullivan
32. Randon Taylor
33. Lonnie Tucker
34. Garrard Anthony Weston
35. Brittany Williams
36. Angie Wilson
37. Wayne Worsham

**DATED:** January 8, 2010

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

   /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:    (214) 749-1400
Fax:    (214) 749-1010

William B. Federman, TBN 00794935
E-mail:  wfederman@aol.com
Nicholas G. Farha (admitted *pro hac vice*)
E-mail:  ngf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel:    405-235-1560
Fax:    405 239-2112
          -and-

2926 Maple Avenue, Suite 200<br>Dallas, TX 75201

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on January 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

                                    /s/ George A. Hanson
                                  Attorney for Plaintiffs