**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DELL, INC. and** )<br>**DELL MARKETING USA, L.P.** )<br>)<br>**Defendants.** ) | Case No.: 08-CV-0248 LY |

### NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. John Badalamenti
2. Chris Barton
3. Roseal Bettis
4. Sherrell Bolden
5. Barton Bradshaw
6. Derrick Cantrell
7. Erin Coley
8. Jennifer Costner
9. Rod Costner
10. Sara Dean
11. Dave Eckberg
12. Matt Edwards
13. David Ferris
14. Mary Garcia
15. Robert Garrett
16. Billy Griffin
17. Mark Hall
18. Jeffery Harris
19. Michelle Henderson
20. Karissa Henry
21. Dirk Hildebrand
22. Tim Hillhouse
23. Margaret Hood

24. Dan Jacobus
25. Matthew James
26. Ashley Jrab
27. Ranard Ladd
28. Matthew Lamm
29. Cass Lutes
30. Andy MacGregor
31. Marcus Major
32. Toya Malbrough
33. James Malone
34. Judy Mark
35. William Markham
36. Bob Martin
37. Mike Mason
38. Stacie Mathis
39. Shawn Mayer
40. Terry McMahen
41. Mitchell Merrick
42. Adrian Mesfin Bekele
43. Kaylyn Mitchell
44. Robert Moynihan
45. Gerard Nguyen
46. Patricia Ocampo
47. Keely-Rose O'Grady
48. Shauna Owens
49. Brooke Paris
50. Tray Price
51. Val Prickett
52. Jennifer Rainwater
53. Brooks Reynolds
54. Lawrence Riley
55. John Rutherford
56. Chris Sale
57. Tonya Simpson
58. Joshua Slade
59. Yolanda Swift
60. Titus Thomas
61. Justin Tidwell
62. Jason Torrence
63. Phillip Valentine
64. Christopher Vaughn

Dated**:**  January 11, 2010

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**


   /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:     816-714-7100
Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:     (214) 749-1400
Fax:    (214) 749-1010

William B. Federman, TBN 00794935
E-mail:  wfederman@aol.com
Nicholas G. Farha (admitted *pro hac vice*)
E-mail:  ngf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel:     405-235-1560
Fax:    405 239-2112
          -and-
2926 Maple Avenue, Suite 200
Dallas, TX 75201

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on January 11, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:     (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:     (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

                                                                                                /s/ George A. Hanson
                                                                                                Attorney for Plaintiffs