# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/09

Signature

Name:  JOHN BADALAMENTI

1001469

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.      A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01-06-09

_____
Signature
Name: CHRIS BARTON

1001732

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.    A-08-CA-248 JRN
          (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/2010

Signature
Name:  ROE BETTIS

1000035

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1-5-10

Signature
Name:  SHERRELL BOLDEN

1001504

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

              Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

              Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/09

Signature

Name: BART BRADSHAW

1001129

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>　　　　　Defendants. | Case No.　　A-08-CA-248 JRN<br>　　　　　　　　(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: 1-6-10

Signature
Name:  DERRICK CANTRELL

1001780

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>   Defendants. | Case No.  A-08-CA-248 JRN<br>     (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: 1-7-10

_Erin W. Coley_
Signature
Name:  ERIN COLEY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1 7 10

Signature
Name: JENNIFER COSTNER

1002302

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

            Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

            Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-9-10_

_____
Signature
Name:  ROD COSTNER

1002306

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  1/6/09

Signature
Name:  SARA DEAN

1000785

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

            Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

            Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-5-10_

Signature
Name: DAVE ECKBERG

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/5/10

Signature
Name: MATT EDWARDS

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>   Defendants. | Case No.  A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-6-10

Signature
Name:  TONY FERRIS

1001915

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/2010

Signature

Name: MARY GARCIA

1000257

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

  v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/09

Signature

Name: ROBERT GARRETT

1000814

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _01-04-10_

_____
Signature
Name:  BILLY GRIFFIN

1001388

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

     Plaintiffs,

  v.

DELL INC., and DELL MARKETING USA, L.P.

     Defendants.

Case No.    A-08-CA-248 JRN
      (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-6-10_       _____
          Signature
          Name: MARK HALL

1000561

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

       Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

       Defendants.

Case No.     A-08-CA-248 JRN
          (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/7/2010

Signature

Name: JEFFERY HARRIS

1000573

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _/- 6-9_          _____
                       Signature
                       Name: CHELLE HENDERSON

1002467

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.      A-08-CA-248 JRN
                 (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/3/10

Signature

Name: KARISSA HENRY

1001143

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.      A-08-CA-248 JRN
              (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1 - 6 - 10_

_____
Signature
Name:  DIRK HILDEBRAND

1000552

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No.    A-08-CA-248 JRN |
| v. | (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-6-10_          _____
                        Signature
                        Name: TIM HILLHOUSE II

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.      A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-10-09

Signature

Name: MEG HOOD

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.      A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-6-10_

_____
Signature
Name: DAN JACOBUS

1002540

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.     A-08-CA-248 JRN
            (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01-05-2010

_____
Signature
Name: MATTHEW JAMES

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/8/10

Signature
Name: ASHLEY JRAB

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No.    A-08-CA-248 JRN |
| v. | (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/7/2010

Signature
Name: RANARD LADD

1000773

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

            Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

            Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-7-2010_

Signature _____

Name: MATTHEW LAMM

1001310

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

            Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

            Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-6-2010

Signature
Name: CASS LUTES

1001257

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

             Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

             Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1 | 5 | 2010

Signature

Name: ANDY MACGREGOR

1001463

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1 - 5 · 10_

_____
Signature
Name: MARCUS MAJOR

1001938

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1 | 5 | 2 00

Signature
Name:  RENEE MALBROUGH

1000033

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

              Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

              Defendants.

Case No.      A-08-CA-248 JRN
                  (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-6-2010

Signature
Name: JAMES MALONE

1000517

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>　　　　Defendants. | Case No.　　A-08-CA-248 JRN<br>　　　　　　　　(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: 1|6|10

Signature

Name:  JUDY MARK

1000307

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.      A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-8-10_          _____
                              Signature
                              Name: BILL MARKHAM

1000810

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _____1/6/10_____

_____
Signature
Name:  BOB MARTIN

1001842

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/4/10

Signature
Name: MIKE MASON

1001808

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
          (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-6-2000

Signature

Name: STACIE MATHIS

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: ~~05-~~
01-05-10

_____
Signature
Name:  SHAWN MAYER

1000942

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

           Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

           Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/2010

Signature
Name: TERRY MCMAHEN

1001320

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date: 1/4/10

Signature
Name: MITCHELL STONE MERRICK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>          Defendants. | Case No.     A-08-CA-248 JRN<br>                    (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-6-10

Signature

Name: ADRIAN MESFIN BEKELE

1002061

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
            (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1/4/2010

Signature _____
Name:  KAYLYN MARIE MITCHELL

1000786

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

              Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

              Defendants.

Case No.     A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1 − 5 − 1 0

Signature
Name:  ROBERT MOYNIHAN

1000500

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

         Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

         Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-4-10

Signature
Name:  GERARD DINH NGUYEN

1000743

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
           (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _01/05/10_

_____
Signature
Name:  PATRICIA OCAMPO

1001517

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

  v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date: 1-3-10

Signature

Name:  KEELY-ROSE O'GRADY

1000009

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
           (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/4/10

Signature
Name: SHAUNA OWENS

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>          Plaintiffs,<br>    v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>          Defendants. | Case No.      A-08-CA-248 JRN<br>                        (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/10

Signature
Name:  BROOKE PARIS

1002237

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01/05/2010

Signature
Name: TRAY PRICE

1001551

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

            Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

            Defendants.

Case No.     A-08-CA-248 JRN
           (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01-07-10

Signature
Name:  VAL PRICKETT

1001642

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/10

Signature
Name:  JENNIFER RAINWATER

1002147

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
           (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/2010

Signature

Name: BROOKS REYNOLDS

1000252

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>       Defendants. | Case No.    A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/8/2010

Signature
Name: RANCE RILEY

1000702

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

             Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

             Defendants.

Case No.     A-08-CA-248 JRN
            (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/10

Signature
Name: JOHN L. RUTHERFORD

1001200

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/4/09

Signature
Name: CHRIS SALE

1002341

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01/06/10

Signature

Name: TONYA SIMPSON

1000668

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.    A-08-CA-248 JRN
        (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/6/09

Signature

Name:  JOSHUA A. SLADE

1000849

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
           (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/5/2010

Signature

Name: YOLANDA D. SWIFT

1000320

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

            Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

            Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-7-2010_

_____
Signature
Name:  TITUS THOMAS

1001170

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/9/2010

          Signature
          Name: JUSTIN TIDWELL

1001532

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
           (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1.6.10

Signature
Name: JASON TORRENCE

1000511

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01 / 05 / 2010

Signature
Name: PHILLIP QUINN VALENTINE

1000774

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>        Defendants. | Case No.      A-08-CA-248 JRN<br>                    (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-5-2010

Signature

Name:  CHRISTOPHER MICHAEL VAUGHN

1001560