IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DELL, INC. and**<br>**DELL MARKETING USA, L.P.** )<br>)<br>**Defendants.** )<br>)<br>) | Case No.: 08-CV-0248 LY |

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Jeremy Anderson
2. Jason Bennett
3. Chris Boshers
4. Jeremy Downum
5. Ryan Dyer
6. Dirk Gerhardt
7. Maria Jackson
8. Barion Jones
9. Mike Mosteller
10. David Newton
11. Matt Niehoff
12. Janice Owen
13. Jenna Owen
14. Drew Tyner
15. Homer Winters

Dated**:**  January 14, 2010                                        Respectfully submitted,

                                                        **STUEVE SIEGEL HANSON LLP**

                                                          /s/ George A. Hanson
                                                        George A. Hanson (admitted *pro hac vice*)
                                                        Bradley T. Wilders (admitted *pro hac vice*)
                                                        460 Nichols Rd, Suite 200
                                                        Kansas City, Missouri 64112
                                                        Tel:     816-714-7100
                                                        Fax:    816-714-7101

                                                        J. Derek Braziel
                                                        Texas Bar No. 00793380
                                                        Meredith Black-Matthews
                                                        Texas Bar No. 24055180
                                                        **LEE & BRAZIEL, LLP**
                                                        1801 North Lamar Street, Suite 324
                                                        Dallas, Texas 75202
                                                        Tel:     (214) 749-1400
                                                        Fax:    (214) 749-1010

                                                        William B. Federman, TBN 00794935
                                                        E-mail:  wfederman@aol.com
                                                        Nicholas G. Farha (admitted *pro hac vice*)
                                                        E-mail:  ngf@federmanlaw.com
                                                        **FEDERMAN & SHERWOOD**
                                                        10205 N. Pennsylvania
                                                        Oklahoma City, OK 73120
                                                        Tel:     405-235-1560
                                                        Fax:    405 239-2112
                                                              -and-
                                                        2926 Maple Avenue, Suite 200
                                                        Dallas, TX 75201

                                                        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on January 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

                                                      /s/ George A. Hanson
                                                    Attorney for Plaintiffs