**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,**<br><br>         **Plaintiffs,**<br><br>    v.<br><br>**DELL, INC. and**<br>**DELL MARKETING USA, L.P.**<br><br>         **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 08-CV-0248 LY<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS**

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1.  Holly Carden
2.  Brock Carlile
3.  Megan Dowd
4.  Grant Ellington
5.  Brian Follis
6.  Michael Guinsburg
7.  Candice Harris
8.  Wendy Hill
9.  Pamela Hixon
10. Todd Johnson
11. John Land
12. Ron Leggins
13. Jennifer Nguyen
14. Dwaynne Pekar
15. Calvin Rees
16. Kent J. Simmons
17. Joneau Singleton

Dated: January 15, 2010        Respectfully submitted,

                                           **STUEVE SIEGEL HANSON LLP**

                                           /s/ George A. Hanson
                                           George A. Hanson (admitted *pro hac vice*)
                                           Bradley T. Wilders (admitted *pro hac vice*)
                                           460 Nichols Rd, Suite 200
                                           Kansas City, Missouri 64112
                                           Tel:     816-714-7100
                                           Fax:    816-714-7101

                                           J. Derek Braziel
                                           Texas Bar No. 00793380
                                           Meredith Black-Matthews
                                           Texas Bar No. 24055180
                                           **LEE & BRAZIEL, LLP**
                                           1801 North Lamar Street, Suite 324
                                           Dallas, Texas 75202
                                           Tel:     (214) 749-1400
                                           Fax:    (214) 749-1010

                                           William B. Federman, TBN 00794935
                                           E-mail:  wfederman@aol.com
                                           Nicholas G. Farha (admitted *pro hac vice*)
                                           E-mail:  ngf@federmanlaw.com
                                           **FEDERMAN & SHERWOOD**
                                           10205 N. Pennsylvania
                                           Oklahoma City, OK 73120
                                           Tel:     405-235-1560
                                           Fax:    405 239-2112
                                                 -and-
                                           2926 Maple Avenue, Suite 200
                                           Dallas, TX 75201

                                           **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on January 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

                                                                 /s/ George A. Hanson
                                                              Attorney for Plaintiffs