IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.: 08-CV-0248 LY |
| DELL, INC. and DELL MARKETING USA, L.P. ) ) ) | |
| Defendants. ) | |

**NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS**

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Laura Amos
2. Clint Bordelon
3. Ted Christenberry
4. Joseph Cowan
5. Ryan Crane
6. Shane Dolby
7. Jacon Dressen
8. Steve Ernstberger
9. Amanda Evans
10. Jillian Forcum
11. Steve Hernandez
12. Jim Johnson
13. Sylvia Lagunas
14. Edward Lane
15. Trevor Look
16. Amy Montehermoso
17. Jack Musgrove
18. Art Prennace
19. Gabe Ramsey
20. Christina Rogers
21. Luke Scheibmer
22. Devin Seth
23. Amanda Snider

24. Ali Vandiver
25. John Wells
26. Jacquelyn Welsh
27. Shelley White
28. Tajuan Wilson

Dated**:**  January 19, 2010         Respectfully submitted,

                        **STUEVE SIEGEL HANSON LLP**


                            /s/ George A. Hanson
                        George A. Hanson (admitted *pro hac vice*)
                        Bradley T. Wilders (admitted *pro hac vice*)
                        460 Nichols Rd, Suite 200
                        Kansas City, Missouri 64112
                        Tel:     816-714-7100
                        Fax:    816-714-7101

                        J. Derek Braziel
                        Texas Bar No. 00793380
                        Meredith Black-Matthews
                        Texas Bar No. 24055180
                        **LEE & BRAZIEL, LLP**
                        1801 North Lamar Street, Suite 324
                        Dallas, Texas 75202
                        Tel:     (214) 749-1400
                        Fax:    (214) 749-1010

                        William B. Federman, TBN 00794935
                        E-mail:  wfederman@aol.com
                        Nicholas G. Farha (admitted *pro hac vice*)
                        E-mail:  ngf@federmanlaw.com
                        **FEDERMAN & SHERWOOD**
                        10205 N. Pennsylvania
                        Oklahoma City, OK 73120
                        Tel:     405-235-1560
                        Fax:    405 239-2112
                            -and-
                        2926 Maple Avenue, Suite 200
                        Dallas, TX 75201

                        **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on January 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

          /s/ George A. Hanson
Attorney for Plaintiffs