**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** )<br>)<br>)<br>)<br>    **Plaintiffs,** )<br>)<br>  v. )<br>)<br>**DELL, INC. and** )<br>**DELL MARKETING USA, L.P.** )<br>)<br>    **Defendants.** )  | **Case No.: 08-CV-0248 LY** |

### NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Everett Allen
2. Bryan Anderson
3. Scott Ballenger
4. John Baugnon
5. Reginald Blair
6. Jeffery Bowling
7. Kristen Bradley
8. Gerald Brown
9. Kyle Buck
10. Joe Butler
11. Keith Callender
12. L.C. Carr
13. Christine Casner
14. Gary Casteel
15. Gina Ceppetelli
16. Sheryl Clark
17. Ben Clouse
18. James Creech
19. Rokisha Cummings
20. Alok Dandekar
21. Leslie Davis
22. Morgan Davis
23. Victor Davis

24. Kathleen Deaver
25. Joshua Dixon
26. Joe Doughty
27. Mary Edwards
28. Brett Engle
29. Harper Essex
30. Keith Etue
31. Steve Foster
32. Paul Franks
33. Enrique Garcia Naveda
34. Todd Garrison
35. Ronald Graves
36. Deb Gray
37. Molly Greaves
38. Dustin Haffner
39. Joseph Halterman
40. Amanda Hansen
41. Lindsey Hart
42. Greg Head
43. James Henry
44. Robert Hubbard
45. Jeff Hunter
46. Carl Daniel Hyche
47. Amanda Inman
48. Billy Jackson
49. Ryan Johnson
50. Joseph Kalas
51. Ankur Kamdar
52. Pam Kass
53. Cory Lane
54. Ben Laughter
55. Harold Lee
56. Hugh Lindsay
57. Ben Livesay
58. David Lopacki
59. Patrick Lykes
60. Anita Madox
61. James Maddox
62. Cari Marota
63. Luki Martino
64. Matthew Miller
65. Tom Montalvo
66. Stephen Moreland
67. Celeste Morris
68. Knoica Neal
69. Nathaniel Newton

70. Casey Oller
71. Joel Palmer
72. John Parker
73. Jon Parks
74. Mary Pate
75. John Perrotto
76. Marshall Pilcher
77. Michael Pomeroy
78. Terry Robbins
79. Bryan Roberts
80. Tracey Robinson
81. Christopher Rogers
82. Christine Rose
83. Jessica Ruby
84. Christopher Sadler
85. Matthew Schinske
86. Paul Schorkopf
87. Corey Shortall
88. Tanya Spencer
89. Dusty Stelzer
90. Jim Stepien
91. Michael Sullivan
92. Jeff Van Dyke
93. Ryan Voigt
94. Adam Wade
95. Jerry Walding
96. Kyle Ward
97. Adam Warfield
98. Thomas Weeks
99. Sue Widmer
100. Rebecca Young
101. Roel Zambrano
102. Dara Zarth

Dated: January 25, 2010

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

 /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:  816-714-7100
Fax:  816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:   (214) 749-1400
Fax:   (214) 749-1010

William B. Federman, TBN 00794935
E-mail:  wfederman@aol.com
Nicholas G. Farha (admitted *pro hac vice*)
E-mail:  ngf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel:   405-235-1560
Fax:   405 239-2112
         -and-
2926 Maple Avenue, Suite 200
Dallas, TX 75201

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on January 25, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

    /s/ George A. Hanson
Attorney for Plaintiffs