# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
            (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: ___1/12/10___

_____
Signature
Name:  JASON ALLEN

1000853

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

Case No.     A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01-20-10

Signature

Name:  BRYAN ANDERSON

This form must be signed and returned and postmarked by April 14, 2010.

GVD01003761

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                            Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                            Defendants.

Case No.      A-08-CA-248 JRN
              (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-20-10

Signature

Name: SCOTT BALLENGER

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                     Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                 Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/19/2010

Signature

Name: JOHN BAUGNON

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>        Defendants. | Case No.    A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/03/2010

                       Signature
                       Name: REGGIE BLAIR

1000509

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-19-10

Signature

Name:  SCOTT BOWLING

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/16/10

Signature
Name:  KRISTEN BRADLEY

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

Case No.    A-08-CA-248 JRN
            (Consolidated)

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  1-20-10

Signature
Name:  GERALD BROWN JR.

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                            Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                        Defendants.

Case No.      A-08-CA-248 JRN
                   (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/22/10

Signature

Name:  KYLE BUCK

This form must be signed and returned and postmarked by April 14, 2010.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, |  |
| Plaintiffs, | Case No.    A-08-CA-248 JRN (Consolidated) |
| v. |  |
| DELL INC., and DELL MARKETING USA, L.P. |  |
| Defendants. |  |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01/20/2010

Signature _____

Name:  JOE BUTLER

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                        Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01/21/2010

Signature
Name: KEITH CALLENDER

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                            Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                          Defendants.

Case No.      A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1 — 18 — 10_

Signature
Name:  LC CARR

This form must be signed and returned and postmarked by April 14, 2010.

GVD01005566

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.    A-08-CA-248 JRN
            (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/19/10

Signature
Name: CHRISTINE FRENCH

This form must be signed and returned and postmarked by April 14, 2010.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

              Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

              Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1 - 8 - 10_

Signature _Gary S Casteel_

Name: GARY S. CASTEEL

1001000

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                   Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                   Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

### **CONSENT TO JOIN**

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _01/19/10_

Signature _____

Name: GINA CEPPETELLI

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                      Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-19-10

Signature

Name: SHERYL CLARK

This form must be signed and returned and postmarked by April 14, 2010.

GVD01002685

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No.    A-08-CA-248 JRN (Consolidated) |
| v. | |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: _1 - 21 - 10_          _Ben Clouse_
                             Signature
                             Name:  BEN CLOUSE


This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                          Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                        Defendants.

Case No.      A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-19-2010_                        _____

                                 Signature
                                 Name:  JAMES CREECH

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                  Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/20/10

Signature

Name: ROKISHA L CUMMINGS

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: __1/15/10__

__Signature__

Name:  ALOK DANDEKAR

1000581

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                 Plaintiffs,

  v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: 1/15/2010

Signature

Name:  LESLIE DAVIS


This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/19/10

Signature
Name:  MORGAN DAVIS

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                    Defendants. | Case No.     A-08-CA-248 JRN<br>                  (Consolidated) |

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01-20-2010

Signature
Name:  VICTOR E. DAVIS

This form must be signed and returned and postmarked by April 14, 2010.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 20 Jan 2010

Signature

Name: KATHLEEN DEAVER

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>      Defendants. | Case No.    A-08-CA-248 JRN<br>(Consolidated) |

## **CONSENT TO JOIN**

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-22-10

Signature

Name: JOSHUA DIXON

1000155

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                 Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                 Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01/19/2010

Signature
Name: JOE DOUGHTY

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                        Plaintiffs,

        v.                                              Case No.        A-08-CA-248 JRN
                                                                        (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                        Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1/20/10

_____
Signature
Name:  MARY ELIZABETH EDWARDS

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>              Defendants. | Case No.     A-08-CA-248 JRN<br>              (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: 1-19-2010

_____
Signature
Name:  BRETT ENGLE

1000858

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | |
| v. | Case No.   A-08-CA-248 JRN (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/20/10

Signature: _____

Name:  HARPER ESSEX

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                          Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                      Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

    **I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-19-10_                                  
                              Signature
                              Name:  KEITH ETUE

This form must be signed and returned and postmarked by April 14, 2010.

GVD01003970

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.      A-08-CA-248 JRN
(Consolidated)

## <u>CONSENT TO JOIN</u>

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/20/2010

Signature

Name:  STEVE FOSTER

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.   A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: _1-19-2010_

Signature
Name: PAUL FRANKS

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                            Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                            Defendants.

Case No.      A-08-CA-248 JRN
(Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/19/2010

_____
Signature
Name:  HENRY GARCIA

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                          Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                          Defendants.

Case No.      A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: _1-20-10_          _____
                         Signature
                         Name:  TODD GARRISON

This form must be signed and returned and postmarked by April 14, 2010.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                         Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                     Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _01-19-2010_

Signature _____

Name:  RON GRAVES

This form must be signed and returned and postmarked by April 14, 2010.

GVD01005885

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.      A-08-CA-248 JRN
              (Consolidated)

**CONSENT TO JOIN**

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date:  _Jan. 20, 2010_

_____
Signature
Name:  DEB GRAY

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  1-6-09

Signature

Name:  MOLLY BETH GREAVES

1001145

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.      A-08-CA-248 JRN
               (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: 1-21-10

Signature

Name:  DUSTIN HAFFNER

1001223

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                        Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                  Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/19/2010

Signature
Name:  MIKE HALTERMAN

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                           Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                           Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: Jan 09, 2010

Signature
Name:  AMANDA HANSEN

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
          (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1|18|2010

Signature
Name:  LINDSEY HART

1000490

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                           Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                   Defendants.

Case No.     A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  1-21-10

Signature

Name:  GREG HEAD

This form must be signed and returned and postmarked by April 14, 2010.

GVD01002619

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                              Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                          Defendants.

Case No.      A-08-CA-248 JRN
                  (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-20-2010_

Signature _____

Name:  ZACH HENRY

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

        v.                                          Case No.        A-08-CA-248 JRN
                                                                    (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date: 1/20/2010

Signature
Name:  ROBERT HUBBARD


This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | | |
| Plaintiffs, | Case No. | A-08-CA-248 JRN |
| v. | | (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P. | | |
| Defendants. | | |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  _1-21-10_          _____
Signature
Name:  JEFF HUNTER

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                  Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

### <u>CONSENT TO JOIN</u>

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: __1/20/10__       _____
                         Signature
                         Name:  CARL DANIEL HYCHE

This form must be signed and returned and postmarked by April 14, 2010.

GVD01005620

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No.   A-08-CA-248 JRN |
| v. | (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

### <u>CONSENT TO JOIN</u>

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: _1-20-10_                    _____

                                   Signature
                                   Name:  AMANDA INMAN

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                     Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                  Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01/19/2010

Signature

Name:  BILL JACKSON

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                     Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                     Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/21/10

Signature
Name: RYAN JOHNSON

This form must be signed and returned and postmarked by April 14, 2010.

GVD01003250

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                          Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                          Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01/19/2010

Signature

Name: JOHN KALAS

This form must be signed and returned and postmarked by April 14, 2010.

GVD01002662

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                        Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                  Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/19/2010

Signature
Name: ANKUR KAMDAR

This form must be signed and returned and postmarked by April 14, 2010.

GVD01004182

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-19-08

Signature
Name: PAM KASS

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  _1-18-2010_

Signature  _____
Name:  CORY LANE

1000630

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.        A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  20 JAN 2010

_____
Signature
Name:  BEN LAUGHTER

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                          Plaintiffs,

        v.                                              Case No.        A-08-CA-248 JRN
                                                                        (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                          Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date:  1/15/09

Signature

Name:  HARRY LEE

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                              Defendants. | Case No.     A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: __1/19/2010__          _____
                                            Signature
                                            Name:  RICK LINDSAY

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                                Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                                Defendants.

Case No.        A-08-CA-248 JRN
                (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1/20/2010

_____
Signature
Name:  BEN LIVESAY

This form must be signed and returned and postmarked by April 14, 2010.

GVD01004614

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/20/10

Signature
Name:  DAVID J. LOPACKI

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                         Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                         Defendants.

Case No.      A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1/21/10_

_____
Signature
Name:  PATRICK LYKES

This form must be signed and returned and postmarked by April 14, 2010.

GVD01004393

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                         Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                       Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-19-2010

Signature

Name: ANITA CAMPBELL

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                      Plaintiffs,<br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                    Defendants. | Case No.     A-08-CA-248 JRN<br>                (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _____

Signature _____
Name: JAMIE MADDOX

This form must be signed and returned and postmarked by April 14, 2010.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                          Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                          Defendants.

Case No.        A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  1/19/10

Signature
Name:  CARI MAROTA

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                     Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                     Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1·20·10

Signature
Name:  LUKI ANN MARTINO - ~~GALANEPY~~

This form must be signed and returned and postmarked by April 14, 2010.

GVD01004083

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                Defendants. | Case No.     A-08-CA-248 JRN<br>               (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: _1 . 2 0 . 10_____         _____
                                  Signature
                                  Name:  MATT MILLER


This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

           Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

           Defendants.

Case No.     A-08-CA-248 JRN
           (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/15/10

Signature

Name:  TOM MONTALVO

1001211

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                              Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                              Defendants.

Case No.       A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/21/10

Signature
Name:  STEPHEN MORELAND

This form must be signed and returned and postmarked by April 14, 2010.

GVD01004572

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                    Defendants. | Case No.    A-08-CA-248 JRN<br>              (Consolidated) |

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/19/10

Signature

Name: CELESTE MORRIS

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/19/2010

Signature

Name:  KONICA NEAL

1001041

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                              Plaintiffs,<br><br>    v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                              Defendants. | Case No.      A-08-CA-248 JRN<br>                   (Consolidated) |

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: 1-19-2010

Signature
Name: NATHAN NEWTON


This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

         Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

         Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-18-00

Signature

Name:  CASEY OLLER

1001759