# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DELL, INC. and** )<br>**DELL MARKETING USA, L.P.** )<br>)<br>**Defendants.** ) | Case No.: 08-CV-0248 LY |

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Daniel Brazelton
2. Danielle Chambliss
3. Alan C. Forsythe
4. Cory Freeman
5. Kristin Galloway
6. Kristen Hollingsworth
7. Kristine Miller
8. Dana Smyth
9. Amy Taylor
10. Tiffany Young

Dated**:**  January 26, 2010                          Respectfully submitted,

                                                       **STUEVE SIEGEL HANSON LLP**

                                                         /s/ George A. Hanson
                                                      George A. Hanson (admitted *pro hac vice*)
                                                      Bradley T. Wilders (admitted *pro hac vice*)
                                                      460 Nichols Rd, Suite 200
                                                      Kansas City, Missouri 64112
                                                      Tel:     816-714-7100
                                                      Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:	(214) 749-1400
Fax:	(214) 749-1010

William B. Federman, TBN 00794935
E-mail:  wfederman@aol.com
Nicholas G. Farha (admitted *pro hac vice*)
E-mail:  ngf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel:	405-235-1560
Fax:	405 239-2112
	-and-
2926 Maple Avenue, Suite 200
Dallas, TX 75201

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on January 26, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:     (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:     (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

                                                        /s/ George A. Hanson
                                                      Attorney for Plaintiffs