**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No.: 08-CV-0248 LY** |
| **DELL, INC. and DELL MARKETING USA, L.P.** | ) ) ) | |
| **Defendants.** | ) ) | |

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff

forms, attached hereto as Exhibit A, for the following individual class members:

1. Dustin Bean
2. Michael Charlton
3. Clay Dunaway
4. James Martin
5. Keith Moore
6. Eddie Smith
7. Charles Woods

Dated**:** January 27, 2010

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

    /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:     (214) 749-1400
Fax:     (214) 749-1010

William B. Federman, TBN 00794935
E-mail:  wfederman@aol.com
Nicholas G. Farha (admitted *pro hac vice*)
E-mail:  ngf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel:     405-235-1560
Fax:     405 239-2112
            -and-
2926 Maple Avenue, Suite 200
Dallas, TX 75201

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies on January 27, 2010, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to

the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.**
**and  DELL MARKETING USA, L.P.**

        /s/ George A. Hanson
        Attorney for Plaintiffs