IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>DELL, INC. and<br>DELL MARKETING USA, L.P.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 08-CV-0248 LY<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS**

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Ambre Anderson
2. Brad Arrington
3. Andrew Bayne
4. Matthew Britt
5. John Carlyle
6. Thomas Daly
7. Ann Davis
8. Trudi Dillman
9. Jeremiah Elwell
10. Jason Floyd
11. Steven Gibney
12. Christopher Hare
13. Corey Harrell
14. Briggs Horne
15. Melody Jacoby
16. Gabriel Jones
17. Marie - Paule Keel - Smith
18. Miguel Lopez
19. Michael Mallach
20. John McKenna
21. Hannah Moseley
22. Gary Petito
23. Kirby Reynolds

24. Sarah Roberson
25. Denise Rohner
26. Eric Rosenberg
27. Dion Sanchez
28. Stephen Sanders
29. Dylan Savage
30. Cynthia Songer
31. Steve Talafuse
32. Rey Talamantez
33. Keely Thomas
34. Robert Tippie
35. Steven Tynes
36. Aaron Vaughn
37. Jackson Ware
38. Robert Warner
39. Lisa Weathers
40. John Young

Dated**:** January 28, 2010         Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

  /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:     816-714-7100
Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:     (214) 749-1400
Fax:    (214) 749-1010

          William B. Federman, TBN 00794935
          E-mail:  wfederman@aol.com
          Nicholas G. Farha (admitted *pro hac vice*)
          E-mail:  ngf@federmanlaw.com
          **FEDERMAN & SHERWOOD**
          10205 N. Pennsylvania
          Oklahoma City, OK 73120
          Tel:    405-235-1560
          Fax:   405 239-2112
                -and-
          2926 Maple Avenue, Suite 200
          Dallas, TX 75201

          **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies on January 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:   (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:   (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

            /s/ George A. Hanson
          Attorney for Plaintiffs