# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

           Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/20/10

Signature
Name: AMBRE ANDERSON

1002183

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                       Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                      Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01/24/10

Signature
Name:  BRAD ARRINGTON

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                        Plaintiffs,

        v.                                          Case No.        A-08-CA-248 JRN
                                                                    (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                        Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date: 1/25/10                          _____
                                       Signature
                                       Name:  ANDREW BAYNE



This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                              Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                              Defendants.

Case No.      A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/24/10

Signature _____

Name: MATT BRITT

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                     Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                  Defendants.

Case No.     A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/22/10

Signature
Name: JOHN CARLYLE

This form must be signed and returned and postmarked by April 14, 2010.

GVD01004829

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
            (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date: 01/26/2010

Signature

Name: ~~THOMAS DALY~~

1002214

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                           Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                         Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 01/23/10

Signature
Name:  ANN C. DAVIS

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _01.24.10_

_____
Signature
Name:  TRUDI DILLMAN

1000601

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

              Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

              Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/25/10

Signature

Name: JEREMIAH ELWELL

1000354

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No.   A-08-CA-248 JRN |
| v. | (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

**CONSENT TO JOIN**

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/20/2010

_Jason Floyd_
Signature
Name:  JASON FLOYD

1002008

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                     Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date: 1/19/10

_____
Signature
Name: STEVEN M. GIBNEY


This form must be signed and returned and postmarked by April 14, 2010.

GVD01003657

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-24-2010

Signature
Name:  CHRIS HARE

1001896

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: _1/21/10_

Signature

Name:  COREY M. HARRELL

1000939

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

  v.

DELL INC., and DELL MARKETING USA, L.P.

                  Defendants.

Case No.     A-08-CA-248 JRN
                  (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-25-10_

Signature _____

Name:  BRIGGS HORNE

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

Case No.      A-08-CA-248 JRN
                  (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: Jan 24, 2010

Signature
Name:  MELODY JACOBY

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                          Plaintiffs,

        v.                                                  Case No.        A-08-CA-248 JRN
                                                                            (Consolidated)

DELL INC., and DELL MARKETING USA, L.P.

                          Defendants.

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date: _January 26th, 2010_        Signature _____
                                  Name:  GABRIEL JONES


This form must be signed and returned and postmarked by April 14, 2010.

GVD01003232

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                         Plaintiffs,

v.                                                          Case No.        A-08-CA-248 JRN
                                                                           (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                         Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1/26/10                         _____
                                       Signature
                                       Name:  MARIE-PAULE KEEL-SMITH

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                          Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                      Defendants.

Case No.      A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-23-2010

Signature

Name: MIGUEL E. LOPEZ

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                   Defendants.

Case No.      A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-22-10

_____
Signature
Name:  MICHAEL MALLACH

This form must be signed and returned and postmarked by April 14, 2010.

GVD01002793

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

         Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

         Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: _1 - 10 - 10_

Signature

Name: JOHN MCKENNA

1000968

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                  Defendants.

Case No.      A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1.21.10

Signature
Name:  HANNAH M. MOSELEY

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-23-10

Signature
Name:  GARY S. PETITO

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

　　　　　　　　　　　Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

　　　　　　　　　　　Defendants.

Case No.　　　A-08-CA-248 JRN
　　　　　　　　(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-22-10

Signature

Name:  RANDY REYNOLDS

This form must be signed and returned and postmarked by April 14, 2010.

GVD01003322

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>    Defendants. | Case No.    A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: 1/22/10

Signature
Name:  SARAH ROBERSON


This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
           (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1/22/10

Signature
Name:  DENISE ROHNER

1000430

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                         Plaintiffs,<br><br>   v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                     Defendants. | Case No.     A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/24/10

Signature

Name:  ERIC ROSENBERG

This form must be signed and returned and postmarked by April 14, 2010.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No.       A-08-CA-248 JRN |
| v. | (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/19/2010

Signature

Name: DION SANCHEZ

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

        v.                                              Case No.        A-08-CA-248 JRN
                                                                        (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date:  01-23-10                        _____
                                       Signature
                                       Name:  STEPHEN SANDERS


1001998

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>       Defendants. | Case No.    A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/22/2010

Signature

Name: DYLAN SAVAGE

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

    v.                                                    Case No.      A-08-CA-248 JRN
                                                                        (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date: ___Jan 24 2010___          _____
                                 Signature
                                 Name:  CINDY SONGER


This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                        Defendants. | Case No.      A-08-CA-248 JRN<br>                 (Consolidated) |

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/22/2010

Signature
Name:  STEVE TALAFUSE

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

v.                              Case No.      A-08-CA-248 JRN
                                                   (Consolidated)

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1- 22 - 10

Signature

Name:  REY TALAMANTEZ

1000159

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

              Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

              Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date: 1/20/2010

Signature
Name:  KEELY THOMAS

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/5/2010

Signature

Name:  BYRON TIPPIE

1000151

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.                                                  Case No.      A-08-CA-248 JRN
                                                                  (Consolidated)

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 1/21/2010

Signature
Name:  STEVEN TYNES

This form must be signed and returned and postmarked by April 14, 2010.

GVD01003985

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                              Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                              Defendants.

Case No.        A-08-CA-248 JRN
                (Consolidated)

### CONSENT TO JOIN

    **I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _Jan. 19, 2010_

Signature _____

Name:  AARON VAUGHN

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                          Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

Case No.      A-08-CA-248 JRN
                    (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/24/10

Signature

Name: JACKSON WARE

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                        Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                      Defendants.

Case No.      A-08-CA-248 JRN
                  (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-10-2010

Signature

Name: ROB WARNER

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                 Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/23/2010

Signature
Name:  LISA WEATHERS

This form must be signed and returned and postmarked by April 14, 2010.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>       Defendants. | Case No.     A-08-CA-248 JRN<br>(Consolidated) |

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: _1-24-10_

Signature _____

Name: JOHN YOUNG


1000535