# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DELL, INC. and <br> DELL MARKETING USA, L.P. <br><br> Defendants. | Case No.: 08-CV-0248 LY |

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Randy Bauch
2. Leslie Ricketts Bray
3. Leo Clark
4. Tanya Cluff
5. Joe Figliola
6. Sue Forrest
7. Brett Hawks
8. Dana Holloway
9. Justin Jasper
10. Latia Jefferson-Yates
11. Ashly Johnston
12. Patricia Jolly
13. Richard Ketchie
14. Joe Laferriere
15. Ashley Long
16. Walter Loza
17. Jeff Moore
18. Reginald Moore
19. Tricia Murdoch
20. Everett Price
21. Bradley Prickett
22. Beth Proctor
23. Chantal Reeder

  24. Marvin Sadler
  25. Jacob Schneier
  26. Nick Smart
  27. Lindsay Waterman
  28. Travis Webb

Dated**:**  January 29, 2010    Respectfully submitted,

              **STUEVE SIEGEL HANSON LLP**

                 /s/ George A. Hanson
              George A. Hanson (admitted *pro hac vice*)
              Bradley T. Wilders (admitted *pro hac vice*)
              460 Nichols Rd, Suite 200
              Kansas City, Missouri 64112
              Tel: 816-714-7100
              Fax: 816-714-7101

              J. Derek Braziel
              Texas Bar No. 00793380
              Meredith Black-Matthews
              Texas Bar No. 24055180
              **LEE & BRAZIEL, LLP**
              1801 North Lamar Street, Suite 324
              Dallas, Texas 75202
              Tel: (214) 749-1400
              Fax: (214) 749-1010

              William B. Federman, TBN 00794935
              E-mail:  wfederman@aol.com
              Nicholas G. Farha (admitted *pro hac vice*)
              E-mail:  ngf@federmanlaw.com
              **FEDERMAN & SHERWOOD**
              10205 N. Pennsylvania
              Oklahoma City, OK 73120
              Tel: 405-235-1560
              Fax: 405 239-2112
                -and-
              2926 Maple Avenue, Suite 200
              Dallas, TX 75201

              **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on January 29, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

                                                  /s/ George A. Hanson
                                                Attorney for Plaintiffs