### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **HITUL GANDHI, individually and**<br>**on behalf of a class of others similarly**<br>**situated,** | ) <br> ) <br> ) <br> ) | |
| **Plaintiffs,** | ) <br> ) | |
| **v.** | ) <br> ) | **Case No.: 08-CV-0248 LY** |
| **DELL, INC. and**<br>**DELL MARKETING USA, L.P.** | ) <br> ) <br> ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff

forms, attached hereto as Exhibit A, for the following individual class members:

1.  Anthony Coney
2.  Amber Daves
3.  Eric Escobedo
4.  James Guthrie
5.  Charles Hicks
6.  Aleida Kasir
7.  Darwin Kennedy
8.  Sabrina Larson
9.  Douglas Lowden
10. Bill McCleskey
11. Pamela Miller
12. Bichar Myrtil
13. Michael Nix
14. John Plagge
15. Conna Purcell
16. Stephanie Pyle
17. Constance Roberson
18. Travis Rudd
19. Timothy Savage
20. Dana Schrab
21. Allison Slovacek
22. Kendra Smith
23. Paul Lawrence Stevens

24.    Kenna Thom
25.    Paul Wiemeier
26.    Kim Wisdom
27.    Ted Zientara

Dated**:** February 1, 2010

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

       /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:    (214) 749-1400
Fax:    (214) 749-1010

William B. Federman, TBN 00794935
E-mail:  wfederman@aol.com
Nicholas G. Farha (admitted *pro hac vice*)
E-mail:  ngf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel:    405-235-1560
Fax:    405 239-2112
        -and-
2926 Maple Avenue, Suite 200
Dallas, TX 75201

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies on February 1, 2010, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to

the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:     (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:     (512) 344-4701

**ATTORNEYS FOR DELL INC.**
**and  DELL MARKETING USA, L.P.**


    /s/ George A. Hanson
Attorney for Plaintiffs