# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1-10-10_

Signature _Anthony Coney_

Name: ANTHONY CONEY

1002334

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1 - 27 - 10

_____
Signature
Name: AMBER DAVES

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>　　　　　　　Defendants. | Case No.　　A-08-CA-248 JRN<br>　　　　　　　　(Consolidated) |

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: _1/20/2010_　　　　　　　_____

　　　　　　　　　　　　　　　　Signature
　　　　　　　　　　　　　　　Name:  ERIC ESCOBEDO


This form must be signed and returned and postmarked by April 14, 2010.

GVD01003745

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No.    A-08-CA-248 JRN |
| v. | (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1 ~ 23 ~ 2010

Signature

Name:  JAMES GUTHRIE JR.

1001193

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _1/28/10_

_____
Signature
Name:  CHUCK HICKS

1000310

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No.    A-08-CA-248 JRN (Consolidated) |
| v. | |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George Λ. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/26/10

Signature

Name:  ALEIDA SAMARA KASIR

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                        Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                       Defendants.

Case No.     A-08-CA-248 JRN
                 (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/27/10

Signature
Name:  DARWIN KENNEDY

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.


Date: Jan 28 2010

Signature

Name:  SABRINA LARSON


1001858

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.      A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/25/10

Signature
Name: D. SCOTT LOWDEN

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

          Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

          Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/20/10

Signature

Name:  BILL LEE MCCLESKEY

1001066

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>      Defendants. | Case No.  A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-25-10

Signature
Name:  PAMELA MILLER

This form must be signed and returned and postmarked by April 14, 2010.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.      A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/29/10

Signature

Name:  BICHAR MYRTIL

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: __1/27/10__

Signature

Name: MIKE NIX

This form must be signed and returned and postmarked by April 14, 2010.

GVD01005481

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

              Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

              Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: Jan 25, 2010

Signature
Name: JOHN S. PLAGGE

1000811

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: _1·26·2010_

Signature
Name:  CONNA PURCELL

This form must be signed and returned and postmarked by April 14, 2010.

GVD01003788

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | |
| v. | Case No.    A-08-CA-248 JRN (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/27/10

Signature

Name:  STEPHANIE PYLE

This form must be signed and returned and postmarked by April 14, 2010.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-25-09

Signature

Name:  CONSTANCE ROBERSON

This form must be signed and returned and postmarked by April 14, 2010.

GVD01005858

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

            Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

            Defendants.

Case No.     A-08-CA-248 JRN
                (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1-27-10

Signature

Name:  TRAVIS N. RUDD

1002521

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

        v.                                          Case No.        A-08-CA-248 JRN
                                                                    (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date:  1/27/2090

                                        Signature
                                        Name:  TIM SAVAGE

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                                  Plaintiffs,

          v.                                              Case No.        A-08-CA-248 JRN
                                                                          (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                                  Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date:  _1/28/2010_          _____
                            Signature
                            Name:  DANA SCHRAB

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                    Defendants. | Case No.     A-08-CA-248 JRN<br>                (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _01/27/10_

Signature: _____

Name:  ALLISON SLOVACEK

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/23/2009

Signature

Name:  KENDRA SMITH

1000761

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                  Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                  Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/26/10

Signature
Name: PAUL LAWRENCE STEVENS JR.

This form must be signed and returned and postmarked by April 14, 2010.

GVD01005981

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

        v.                                              Case No.        A-08-CA-248 JRN
                                                                        (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

## CONSENT TO JOIN

I WANT TO JOIN THIS LAWSUIT pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: _1-27-10_                    _Kenna Thom_____
                                   Signature
                                   Name:  KENNA THOM

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/27/10

Signature
Name: PAUL WIEMEIER

1001722

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                         Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

Case No.      A-08-CA-248 JRN
                  (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/30/2010

Signature
Name: KIM R. WISDOM

This form must be signed and returned and postmarked by April 14, 2010.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.     A-08-CA-248 JRN
            (Consolidated)

### CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: JAN 18, 2010

                          Signature
                          Name:  TED ZIENTARA

1000733