

9600 Great Hills Trail • Suite 300 West • Austin, TX 78759
Phone: 512.225.2800 • Fax: 512.225.2801 • vbllp.com

February 12, 2010

Brittan L. Buchanan
512.225.2822
bbuchanan@vbllp.com

Mr. William G. Putnicki
United States District Clerk
Western District of Texas – Austin Division
200 West 8th Street
Austin, Texas 78701

Re:   Civil Action No. A-08-CA-248 JRN; *Hitul Gandhi, Individually and on behalf of a class of others similarly situated v. Dell Inc., and Dell Marketing USA, L.P.*, United States District Court, Western District of Texas, Austin Division

Dear Mr. Putnicki:

Please take notice that the undersigned has scheduled a family vacation from March 15, 2010 through March 19, 2010 and again from July 5, 2010 through July 9, 2010.  Please do not set any matters for hearing or trial during this week.  By copy of this letter, I am also requesting that opposing counsel not take any actions that will require my timely attention during this period.

Thank you for your courtesies in this matter.

Very truly yours,

Brittan L. Buchanan

BLB:pth
cc:   All counsel of record

{3014\0012\03017355.DOC.2 }