IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DELL, INC. and** )<br>**DELL MARKETING USA, L.P.** )<br>)<br>**Defendants.** ) | Case No.: 08-CV-0248 LY |

### NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Tracy L. (Johnson) Greer

Dated: February 24, 2010

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

  /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:    (214) 749-1400
Fax:    (214) 749-1010

        William B. Federman, TBN 00794935
        E-mail:  wfederman@aol.com
        Nicholas G. Farha (admitted *pro hac vice*)
        E-mail:  ngf@federmanlaw.com
        **FEDERMAN & SHERWOOD**
        10205 N. Pennsylvania
        Oklahoma City, OK 73120
        Tel: 405-235-1560
        Fax: 405 239-2112
          -and-
        2926 Maple Avenue, Suite 200
        Dallas, TX 75201

        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies on February 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel: (713) 655-0855
Fax: (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel: (512) 344-4711
Fax: (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

         /s/ George A. Hanson
        Attorney for Plaintiffs