IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) Case No.: 08-CV-0248 LY |
| **DELL, INC. and DELL MARKETING USA, L.P.** | ) ) ) ) |
| **Defendants.** | ) |

### NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Eric Brown
2. Austin Deville
3. Nicole Hamilton

Dated**:**  February 25, 2010        Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

     /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:    (214) 749-1400
Fax:    (214) 749-1010

                    William B. Federman, TBN 00794935
                    E-mail:  wfederman@aol.com
                    Nicholas G. Farha (admitted *pro hac vice*)
                    E-mail:  ngf@federmanlaw.com
                    **FEDERMAN & SHERWOOD**
                    10205 N. Pennsylvania
                    Oklahoma City, OK 73120
                    Tel:    405-235-1560
                    Fax:   405 239-2112
                              -and-
                    2926 Maple Avenue, Suite 200
                    Dallas, TX 75201

                    **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on February 25, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:   (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:   (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

                            /s/ George A. Hanson
                            Attorney for Plaintiffs