IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )    Case No.: 08-CV-0248 LY ) |
| DELL, INC. and DELL MARKETING USA, L.P. | ) ) ) |
| Defendants. | ) |

**NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS**

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Jaiden Eaton
2. Crystal Fuller
3. Justin Green
4. Donald Haggard
5. Ken Jenkins
6. April Maddux
7. Debra Martin
8. Will Russell

Dated: March 2, 2010

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

     /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel: (214) 749-1400
Fax: (214) 749-1010

William B. Federman, TBN 00794935
E-mail: wfederman@aol.com
Nicholas G. Farha (admitted *pro hac vice*)
E-mail: ngf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel: 405-235-1560
Fax: 405 239-2112
    -and-
2926 Maple Avenue, Suite 200
Dallas, TX 75201

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on March 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:     (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:     (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

　　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ George A. Hanson
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs