IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**DELL, INC. and**<br>**DELL MARKETING USA, L.P.**<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 08-CV-0248 LY<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS**

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Eugene Bradley
2. Christopher Engman
3. Cindy Hirschler

Dated**:**  March 3, 2010

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

    /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:    (214) 749-1400
Fax:    (214) 749-1010

                        William B. Federman, TBN 00794935
                        E-mail: wfederman@aol.com
                        Nicholas G. Farha (admitted *pro hac vice*)
                        E-mail: ngf@federmanlaw.com
                        **FEDERMAN & SHERWOOD**
                        10205 N. Pennsylvania
                        Oklahoma City, OK 73120
                        Tel:    405-235-1560
                        Fax:   405 239-2112
                                -and-
                        2926 Maple Avenue, Suite 200
                        Dallas, TX 75201

                        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on March 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail: jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:   (713) 655-0020

Michael W. Fox
E-mail: michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:   (512) 344-4701

**ATTORNEYS FOR DELL INC.
and DELL MARKETING USA, L.P.**

                                      /s/ George A. Hanson
                                   Attorney for Plaintiffs