# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>            Defendants. | Case No.    A-08-CA-248 JRN<br>                  (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  02/28/10

Signature

Name: SCOTT BRYANT

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                Defendants. | Case No.   A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: March 1, 2010

Signature: _/s/ Anthony Chu_
Name: ANTHONY CHU

This form must be signed and returned and postmarked by April 14, 2010.

GVD01005381

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>Defendants. | Case No.   A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 21 Feb 2010

Signature
Name: LUKE SMITH

This form must be signed and returned and postmarked by April 14, 2010.