IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,** )<br>)<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| v.  ) | Case No.: 08-CV-0248 LY |
| ) | |
| **DELL, INC. and**<br>**DELL MARKETING USA, L.P.** )<br>)<br>) | |
| **Defendants.** ) | |

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Randy Brown
2. Jonathan Lucas
3. Susan Slaughter

Dated**:**  March 12, 2010                Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

   /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Bradley T. Wilders (admitted *pro hac vice*)
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:   (214) 749-1400
Fax:   (214) 749-1010

>William B. Federman, TBN 00794935
>E-mail: wfederman@aol.com
>Nicholas G. Farha (admitted *pro hac vice*)
>E-mail: ngf@federmanlaw.com
>**FEDERMAN & SHERWOOD**
>10205 N. Pennsylvania
>Oklahoma City, OK 73120
>Tel:    405-235-1560
>Fax:    405 239-2112
>            -and-
>2926 Maple Avenue, Suite 200
>Dallas, TX 75201
>
>**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on March 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail: jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail: michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.
and  DELL MARKETING USA, L.P.**

>     /s/ George A. Hanson
>    Attorney for Plaintiffs