## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and<br>on behalf of a class of others similarly<br>situated,<br><br>       Plaintiffs,<br><br>v.<br><br>DELL, INC. and<br>DELL MARKETING USA, L.P.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    **Case No.: 08-CV-0248 LY**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff

forms, attached hereto as Exhibit A, for the following individual class members:

1. Paul Chinda
2. Michael Gillman
3. Starla Longest
4. Kafele Starling

Dated**:** March 18, 2010

                        Respectfully submitted,

                        **STUEVE SIEGEL HANSON LLP**

                            /s/ George A. Hanson

                        George A. Hanson (admitted *pro hac vice*)
                        Bradley T. Wilders (admitted *pro hac vice*)
                        460 Nichols Rd, Suite 200
                        Kansas City, Missouri 64112
                        Tel:   816-714-7100
                        Fax:   816-714-7101

J. Derek Braziel
Texas Bar No. 00793380
Meredith Black-Matthews
Texas Bar No. 24055180
**LEE & BRAZIEL, LLP**
1801 North Lamar Street, Suite 324
Dallas, Texas 75202
Tel:     (214) 749-1400
Fax:     (214) 749-1010

William B. Federman, TBN 00794935
E-mail:  wfederman@aol.com
Nicholas G. Farha (admitted *pro hac vice*)
E-mail:  ngf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel:     405-235-1560
Fax:     405 239-2112
          -and-
2926 Maple Avenue, Suite 200
Dallas, TX 75201

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies on March 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail:  jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:     (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail:  michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:     (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.**
**and  DELL MARKETING USA, L.P.**

      /s/ George A. Hanson
      Attorney for Plaintiffs