IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated,<br>      Plaintiff,<br><br>VS.<br><br>DELL INC., and DELL MARKETING USA, L.P.,<br>      Defendants.<br>_____<br>CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated,<br>      Plaintiffs,<br><br>VS.<br><br>DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership,<br>      Defendants.<br>_____ | § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. A-08-CA-248-JRN<br><br><br><br><br><br><br><br>CAUSE NO. A-08-CA-794-JRN<br>(Consolidated) |

## NOTICE OF FILING CONSENT TO BECOME PARTY PLAINTIFF

PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become Party Plaintiff form, attached hereto as Exhibit A, for the following individual class member:

1.    Stephen Kahrs.

**DATED:**    March 29, 2010.

Respectfully submitted,


/s/ William B. Federman
William B. Federman, TBN 00794935
E-mail: wbf@federmanlaw.com
Nicholas G. Farha (admitted *pro hac vice*)
E-mail: ngf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Tel: (405) 235-1560
Fax: (405) 239-2112


- and -

2926 Maple Avenue, Suite 200
Dallas, TX  75201


George A. Hanson (admitted *pro hac vice)*
Bradley T. Wilders (admitted *pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**LEE & BRAZIEL LLP**
J. Derek Braziel
Texas Bar No. 00793380
E-mail: jdbraziel@l-b-law.com
Meredith Mathews
Texas Bar No. 24055180
E-mail: mmathews@l-b-law.com
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
Tel: (214) 749-1400
Fax: (214) 749-1010

**ATTORNEYS FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system and by facsimile to all counsel of record.

Sam R. Fulkerson, OBA # 14370
**McAFEE & TAFT**
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Tel: (405) 235-9621 / Fax: (405) 235-0439
Sam.fulkerson@mcafeetaft.com


Michael W. Fox, TX #07337700
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
301 Congress Ave., Suite 1250
Austin, Texas 78701
Tel: (512) 344-4700/ Fax: (512) 344-4701
Michael.fox@odnss.com


Jeffrey C. Londa, TX #12512400
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Dallas St., Suite 3000
Houston, Texas 77002-4709
Austin, Texas 78701
Tel: (713) 655-5750 / Fax: (713) 655-0020
Jeffrey.londa@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANTS**


                                                    /s/ William B. Federman
                                                    Attorney for Plaintiffs