IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, Individually and on behalf of a class of others similarly situated,<br>　　Plaintiff,<br><br>VS.<br><br>DELL INC., and DELL MARKETING USA, L.P.,<br>　　Defendants.<br>_____<br>CATHERINE L. DAVIS and TOMMY MOORE, Individually and on Behalf of Others similarly situated,<br>　　Plaintiffs,<br><br>VS.<br><br>DELL, INC. d/b/a DELL COMPUTER, INC., a Delaware corporation, DELL USA L.P., a Texas Limited Partnership and DELL MARKETING L.P., a Texas Limited Partnership,<br>　　Defendants.<br>_____ | § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. A-08-CA-248-JRN<br><br><br><br><br><br><br><br><br>CAUSE NO. A-08-CA-794-JRN<br>(Consolidated) |

### NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

　　PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become Party Plaintiff form, attached hereto as Exhibit A, for the following individual class member:

　　1.　Evan Chada
　　2.　Darren Thompson

**DATED:**      March 30, 2010.

        Respectfully submitted,

/s/ William B. Federman  
William B. Federman, TBN 00794935  
E-mail: wbf@federmanlaw.com  
Nicholas G. Farha (admitted *pro hac vice*)  
E-mail: ngf@federmanlaw.com  
**FEDERMAN & SHERWOOD**  
10205 N. Pennsylvania  
Oklahoma City, OK 73120  
Tel: (405) 235-1560  
Fax: (405) 239-2112

    - and -

2926 Maple Avenue, Suite 200  
Dallas, TX  75201

George A. Hanson (admitted *pro hac vice*)  
Bradley T. Wilders (admitted *pro hac vice*)  
**STUEVE SIEGEL HANSON LLP**  
460 Nichols Rd, Suite 200  
Kansas City, Missouri 64112  
Tel: (816) 714-7100  
Fax: (816) 714-7101

**LEE & BRAZIEL LLP**  
J. Derek Braziel  
Texas Bar No. 00793380  
E-mail: jdbraziel@l-b-law.com  
Meredith Mathews  
Texas Bar No. 24055180  
E-mail: mmathews@l-b-law.com  
1801 N. Lamar Street, Suite 325  
Dallas, Texas 75202  
Tel: (214) 749-1400  
Fax: (214) 749-1010

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

Sam R. Fulkerson, OBA # 14370
**McAFEE & TAFT**
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Tel: (405) 235-9621 / Fax: (405) 235-0439
Sam.fulkerson@mcafeetaft.com


Michael W. Fox, TX #07337700
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
301 Congress Ave., Suite 1250
Austin, Texas 78701
Tel: (512) 344-4700/ Fax: (512) 344-4701
Michael.fox@odnss.com


Jeffrey C. Londa, TX #12512400
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Dallas St., Suite 3000
Houston, Texas 77002-4709
Austin, Texas 78701
Tel: (713) 655-5750 / Fax: (713) 655-0020
Jeffrey.londa@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANTS**


                                               /s/ William B. Federman
                                               Attorney for Plaintiffs