# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.    A-08-CA-248 JRN
          (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _March 25th 2010_

Signature
Name:  GREG BUNCH

1000740

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  03-23-16

Signature

Name: Blannon Campbell

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                          Plaintiffs,

   v.                                                    Case No.      A-08-CA-248 JRN
                                                                       (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                          Defendants.


## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.


Date:  _3-19-2010_              _Leonard C. Colter Jr._____
                                Signature
                                Name:  LEONARD COLTER


This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

       Plaintiffs,

 v.            Case No.  A-08-CA-248 JRN
                   (Consolidated)

DELL INC., and DELL MARKETING USA, L.P.

       Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 4/1/10

Signature
Name: CHRIS DANG

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

        Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

        Defendants.

Case No.      A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 03-26-2008

Signature
Name:  MEHDI EL MESNAOUI

1002516

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No.     A-08-CA-248 JRN |
| v. | (Consolidated) |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.   I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.   I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: 3-25-10

Signature

Name:  DARRIN FABISH

1002037

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

        v.                                                          Case No.        A-08-CA-248 JRN
                                                                                    (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date:  3-30-10

                                        Signature
                                        Name: Charvis Ford

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, <br><br>       **Plaintiffs,** <br><br> v. <br><br> DELL INC., and DELL MARKETING USA, L.P. <br><br>       **Defendants.** | Case No.    A-08-CA-248 JRN <br>        (Consolidated) |

## CONSENT TO JOIN

  **I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: ___3/23/10___

          ___Dan Giddens___
          Signature
          Name: Dan ~~Geddins~~
               Giddens

## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

               Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

               Defendants.

Case No.     A-08-CA-248 JRN
               (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 03|23|10

Signature

Name:  ANGIE HUEBNER

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _3/25/10_

_____
Signature
Name: Chris Hulbert

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

   v.

DELL INC., and DELL MARKETING USA, L.P.

                Defendants.

Case No.     A-08-CA-248 JRN
                (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement. I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _3/24/10_

Signature _____
Name: JODY KIRK

This form must be signed and returned and postmarked by April 14, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.    A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 3/23/10

Signature
Name: Darlene Lee

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>                       Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>                       Defendants. | Case No.     A-08-CA-248 JRN<br>(Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 3/22/10

Signature

Name: Cathy McDaniel

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

            Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

            Defendants.

Case No.     A-08-CA-248 JRN
             (Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _3/15/2010_

Signature _____

Name:  ADAM MCDANIEL

1001529

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No.    A-08-CA-248 JRN (Consolidated) |
| v. | |
| DELL INC., and DELL MARKETING USA, L.P. | |
| Defendants. | |

### <u>CONSENT TO JOIN</u>

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 3/29/10

Signature

Name: Sana Nacir

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

### <u>CONSENT TO JOIN</u>

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 3/24/10

Signature
Name:  Patrick Osborne

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>Defendants. | Case No.   A-08-CA-248 JRN (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: ___3/11/10___

Signature

Name:  Guy Parkhurst

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                      Plaintiffs,

v.                                                    Case No.      A-08-CA-248 JRN
                                                                    (Consolidated)
DELL INC., and DELL MARKETING USA, L.P.

                      Defendants.

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western

District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this lawsuit seeks

unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a

plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as

well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve

Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other

attorneys with whom they may associate.

Date: _3/18/10_

_____
Signature
Name:  KEVIN REZKA

This form must be signed and returned and postmarked by April 14, 2010.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                              Plaintiffs,

v.

DELL INC., and DELL MARKETING USA, L.P.

                              Defendants.

Case No.     A-08-CA-248 JRN
(Consolidated)

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).   I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment, whether favorable or unfavorable, as well as any settlement.  I choose to be represented by George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 1/22/10

Signature

Name:  APRIL MARIE RIDER

This form must be signed and returned and postmarked by April 14, 2010.

GVD01003642

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

HITUL GANDHI, individually, and on behalf of a
class of others similarly situated,

                    Plaintiffs,

    v.

DELL INC., and DELL MARKETING USA, L.P.

                    Defendants.

Case No.     A-08-CA-248 JRN
              (Consolidated)

### <u>CONSENT TO JOIN</u>

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: _3/24/10_

Signature _____

Name: Alice Starkweather

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DELL INC., and DELL MARKETING USA, L.P.<br><br>Defendants. | Case No.   A-08-CA-248 JRN (Consolidated) |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the

Western District of Texas, Case No. A-08-CA-248 JRN (consolidated).  I understand that this

lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this

lawsuit I will become a plaintiff.  I understand I will be bound by any ruling or judgment,

whether favorable or unfavorable, as well as any settlement.  I choose to be represented by

George A. Hanson and Brad Wilders of Stueve Siegel Hanson LLP, William B. Federman and

Nick Farha of Federman & Sherwood, and other attorneys with whom they may associate.

Date: 30 MAR 10

Signature
Name: Michael Wilson