IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **HITUL GANDHI, individually and on behalf of a class of others similarly situated,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**DELL, INC. and**<br>**DELL MARKETING USA, L.P.**<br><br>　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No.: 08-CV-0248 LY<br>)<br>)<br>)<br>)<br>) |

<u>**NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS**</u>

　　PLEASE BE ON NOTICE, that Plaintiffs hereby file Consent to Become a Party Plaintiff forms, attached hereto as Exhibit A, for the following individual class members:

1. Sheleta Diamond
2. Laurie Miller
3. Michael Trowbridge

Dated**:**　April 14, 2010　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**STUEVE SIEGEL HANSON LLP**

　　　　　　　　　　　　　　　　　　　　 /s/ George A. Hanson
　　　　　　　　　　　　　　　　　　　George A. Hanson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Bradley T. Wilders (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　460 Nichols Rd, Suite 200
　　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64112
　　　　　　　　　　　　　　　　　　　Tel:　　816-714-7100
　　　　　　　　　　　　　　　　　　　Fax:　　816-714-7101

　　　　　　　　　　　　　　　　　　　J. Derek Braziel
　　　　　　　　　　　　　　　　　　　Texas Bar No. 00793380
　　　　　　　　　　　　　　　　　　　Meredith Black-Matthews
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24055180
　　　　　　　　　　　　　　　　　　　**LEE & BRAZIEL, LLP**
　　　　　　　　　　　　　　　　　　　1801 North Lamar Street, Suite 324
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　　　　　　Tel:　　(214) 749-1400
　　　　　　　　　　　　　　　　　　　Fax:　　(214) 749-1010

                                          William B. Federman, TBN 00794935
                                          E-mail: wfederman@aol.com
                                          Nicholas G. Farha (admitted *pro hac vice*)
                                          E-mail: ngf@federmanlaw.com
                                          **FEDERMAN & SHERWOOD**
                                          10205 N. Pennsylvania
                                          Oklahoma City, OK 73120
                                          Tel:    405-235-1560
                                          Fax:    405 239-2112
                                                        -and-
                                          2926 Maple Avenue, Suite 200
                                          Dallas, TX 75201

                                          **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies on April 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey C. Londa
E-mail: jeffrey.londa@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox
E-mail: michael.fox@ogletreedeakins.com
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC.
and DELL MARKETING USA, L.P.**

                                          /s/ George A. Hanson
                                          Attorney for Plaintiffs