### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )     Case No.: 08-CV-0248 ) |
| DELL INC. and DELL MARKETING USA, L.P. | ) ) ) |
| Defendants. | ) ) |

### NOTICE OF WITHDRAWAL OF OPT-IN CONSENT

PLEASE BE ON NOTICE, that the following individual hereby withdraws his consent to join as a party plaintiff (Doc. No. 167):

1.  Dave Eckberg

**DATE:** May 10, 2010          Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**
     /s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)
Email:  hanson@stuevesiegel.com
Bradley Wilders (admitted *pro hac vice*)
Email:  wilders@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:     816-714-7100
Fax:     816-714-7101

**LEE & BRAZIEL LLP**
J. Derek Braziel
Texas Bar No. 00793380
Email: jdbraziel@l-b-law.com
Meredith Mathews
Texas Bar No. 24055180
Email: mmathews@l-b-law.com
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
Tel:    214-749-1400
Fax:    214-749-1010

**FEDERMAN & SHERWOOD**
William B. Federman
Texas Bar No. 00794935
Email: wbf@federmanlaw.com
Nicholas G. Farha (admitted *pro hac vice*)
Email: ngf@federmanlaw.com
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel:    (405) 235-1560
Fax:    (405) 239-2112

`                                    **ATTORNEYS FOR PLAINTIFFS**


### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on the Court's CM/ECF system on May 10, 2010 and delivered to counsel of record.


　　　　　　　　　　　　　　　　　　　　/s/ George A. Hanson
　　　　　　　　　　　　　　　　George A. Hanson
　　　　　　　　　　　　　　　　**Attorney for Plaintiffs**