IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:08-cv-00248 |
| DELL INC., and DELL MARKETING USA L.P., | § § § § | |
| Defendants. | § § | |

## **ORDER**

The Court has considered Defendants' Motion to Compel Discovery. After reviewing the Motion, the evidence, Plaintiffs' Response, if any, and the other pleadings on file in this matter, the Court is of the opinion that the Motion should be GRANTED. It is therefore:

ORDERED that Defendants' Motion to Compel Discovery is granted in its entirety.

IT IS FURTHER ORDERED that within fifteen (15) calendar days from the date of this Order, Plaintiffs shall respond to Defendants' Requests for Admission and Interrogatories. If Plaintiffs fail to respond to Defendants' Requests for Admission within fifteen (15) calendar days from the date of this Order, the requests will be deemed admitted.

SIGNED this _____ day of _____, 2010.

_____
**U.S. DISTRICT JUDGE**