**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>v.  )<br>DELL INC. and  )<br>DELL MARKETING USA, L.P.  )<br>)<br>Defendants.  ) | Case No.: 08-CV-0248 |

**ORDER**

Defendants' Motion to Compel is hereby DENIED and Plaintiffs' Motion for Protective Order Prohibiting Individual Discovery is hereby GRANTED. Written discovery on the opt-in class shall be limited to a random sample of 6% of all opt-in plaintiffs.

Dated: _____ 2010            _____

Unites States District Judge