## DECLARATION OF MICHAEL HUDANICK

STATE OF TEXAS §
§
COUNTY OF WILLIAMSON §

1. My name is Michael Hudanick. I am over the age of twenty-one (21) and I am fully competent to make this Declaration. All of the facts stated herein are true and correct and are based upon my personal knowledge.

2. Attached to this Declaration are copies of documents Bates numbered DELL BG 772 through 782 which are part of records kept by the company in the regular course of business, and it was the regular course of business of the company for an employee or representative of the company, with knowledge of the acts, events, and opinions reported to make the records or transmit information thereof to be included in such records; and the records were made at or near the time or reasonably soon thereafter. The records attached hereto are originals or exact duplicates of the originals.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 15, 2010

*Michael Hudanick*
Michael Hudanick