| | | |
|---|---|---|
| Time Period: | 9/01/2006 - 3/14/2010 | Data Up to Date: 3/14/2010 8:55:31 PM |
| Query: | Previously Selected Employee(s) | Executed on: 3/14/2010 8:55:35 PM |
| Actual/Adjusted: | Actual and adjusted / historical hours | Printed for: roxana_adams |
| | | Insert Page Break After Each Employee: No |

| Employee: | Ashley, Sarah D | ID: 954551 | Time Zone: Central |
|---|---|---|---|
| Status: | Terminated | Status Date: 7/18/2009 | Pay Rule: Salary NE 60 |

| Primary Account | Start | End |
|---|---|---|
| -/-/-/-/-/-/- | Beginning of time | 11/5/2007 |
| 01/1002-2751-221468/427830/00/00/00/00 | 11/5/2007 | 11/12/2007 |
| 01/1002-2751-221468/813379/00/00/00/00 | 11/12/2007 | 9/8/2008 |
| 01/1006-2721-221451/319322/00/00/00/00 | 9/8/2008 | 9/29/2008 |
| 01/1006-2721-221451/822431/00/00/00/00 | 9/29/2008 | 3/2/2009 |
| 01/1006-2721-221451/850244/00/00/00/00 | 3/2/2009 | 6/22/2009 |
| 01/1006-2721-221451/309118/00/00/00/00 | 6/22/2009 | Forever |

| Date Xfr/Move | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/5/2007 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 8:00 |
| 11/5/2007 | Overtime(adj) (effective date: 11/19/2007) | | | | | | 75:00 | | |
| | Kronos Hours Adjusted | | | | | | | | |
| 11/6/2007 | | 9:15:00 AM | | 6:45:00 PM | | | | 8:30 | 16:30 |
| 11/7/2007 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 24:30 |
| 11/8/2007 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 32:30 |
| 11/9/2007 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 40:30 |
| 11/12/2007 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 48:30 |
| 11/13/2007 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 56:30 |
| 11/14/2007 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 64:30 |
| 11/15/2007 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 72:30 |
| 11/16/2007 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 80:30 |
| 11/18/2007 | | 2:20:00 PM | | 7:20:00 PM | | | | 5:00 | 85:30 |
| 11/19/2007 | | 8:30:00 AM | | 6:30:00 PM | | | | 9:00 | 94:30 |
| 11/20/2007 | | 8:30:00 AM | | 7:30:00 PM | | | | 10:00 | 104:30 |
| 11/21/2007 | | 8:30:00 AM | | 8:30:00 PM | | | | 11:00 | 115:30 |
| 11/22/2007 | Holiday Pay | | | | | | 8:00 | | 123:30 |
| 11/23/2007 | | 8:30:00 AM | | 5:30:00 PM | | | | 8:00 | 131:30 |
| 11/23/2007 | Holiday Pay | | | | | | 2:00 | | 133:30 |
| 11/26/2007 | | 9:24:00 AM | | 8:34:00 PM | | | | 10:00 | 143:30 |
| 11/27/2007 | | 9:25:00 AM | | 8:31:00 PM | | | | 10:00 | 153:30 |
| 11/28/2007 | | 9:27:00 AM | | 8:35:00 PM | | | | 10:00 | 163:30 |
| 11/29/2007 | | 9:28:00 AM | | 4:25:00 PM | | | | 6:00 | 169:30 |
| 11/30/2007 | | 9:29:00 AM | | 8:30:00 PM | | | | 10:00 | 179:30 |
| 12/3/2007 | | 11:27:00 AM | | 7:35:00 PM | | | | 7:00 | 186:30 |
| 12/3/2007 | Holiday Pay | | | | | | 2:00 | | 188:30 |
| 12/4/2007 | | 8:42:00 AM | | 7:30:00 PM | | | | 9:45 | 198:15 |
| 12/5/2007 | | 8:30:00 AM | | 7:31:00 PM | | | | 10:00 | 208:15 |
| 12/6/2007 | | 8:31:00 AM | | 7:03:00 PM | | | | 9:30 | 217:45 |
| 12/7/2007 | | 8:41:00 AM | | 7:36:00 PM | | | | 9:45 | 227:30 |
| 12/10/2007 | Recognition Pay | | | | | | 8:00 | | 235:30 |
| 12/11/2007 | | 9:06:00 AM | | 7:30:00 PM | | | | 9:30 | 245:00 |
| 12/12/2007 | | 8:31:00 AM | | 7:37:00 PM | | | | 10:00 | 255:00 |
| 12/13/2007 | | 8:29:00 AM | | 7:47:00 PM | | | | 10:15 | 265:15 |
| 12/14/2007 | | 8:31:00 AM | | 7:34:00 PM | | | | 10:00 | 275:15 |
| 12/17/2007 | | 8:30:00 AM | | 6:30:00 PM | | | | 9:00 | 284:15 |
| 12/17/2007 | Holiday Pay(adj) (effective date: 12/31/2007) | | | | | | 2:00 | | |
| | Kronos Hours Adjusted | | | | | | | | |
| 12/17/2007 | Hourly Non Exempt(adj) (effective date: 12/31/2007) | | | | | | -2:00 | | |
| | FEE | | | | | | | | |
| 12/18/2007 | | 8:30:00 AM | | 6:40:00 PM | | | | 9:15 | 293:30 |
| 12/19/2007 | | 9:30:00 AM | | 6:41:00 PM | | | | 8:15 | 301:45 |

Time Detail — Case 1:08-cv-00248-JRN   Document 239-2   Filed 06/17/10   Page 2 of 11

| | | | | | |
|---|---|---|---|---|---|
| Time Period: | 9/01/2006 - 3/14/2010 | | Data Up to Date: | 3/14/2010 8:55:31 PM | |
| Query: | Previously Selected Employee(s) | | Executed on: | 3/14/2010 8:55:35 PM | |
| Actual/Adjusted: | Actual and adjusted / historical hours | | Printed for: | roxana_adams | |
| | | | Insert Page Break After Each Employee: | | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/20/2007 | | 9:32:00 AM | | 6:36:00 PM | | | | 8:00 | 309:45 |
| 12/21/2007 | | 9:31:00 AM | | 11:45:00 AM | | | | 2:15 | 312:00 |
| 12/21/2007 | Vacation Pay | | | | | | 4:00 | | 316:00 |
| 12/21/2007 | Holiday Pay(adj) (effective date: 12/31/2007) | | | | | | 2:00 | | |
| | | | FEE | | | | | | |
| 12/24/2007 | Holiday Pay | | | | | | 8:00 | | 324:00 |
| 12/25/2007 | Holiday Pay | | | | | | 8:00 | | 332:00 |
| 12/26/2007 | | 8:30:00 AM | | 1:30:00 PM | | | | 5:00 | 337:00 |
| 12/26/2007 | Recognition Pay | | | | | | 4:00 | | 341:00 |
| 12/27/2007 | | 8:30:00 AM | | 12:57:00 PM | | | | 4:30 | 345:30 |
| 12/27/2007 | | 1:59:00 PM | | 6:30:00 PM | | | | 4:30 | 350:00 |
| 12/28/2007 | | 9:30:00 AM | | 12:39:00 PM | | | | 3:15 | 353:15 |
| 12/28/2007 | | 2:02:00 PM | | 6:38:00 PM | | | | 4:30 | 357:45 |
| 12/31/2007 | | 9:30:00 AM | | 4:30:00 PM | | | | 6:00 | 363:45 |
| 12/31/2007 | Holiday Pay | | | | | | 2:30 | | 366:15 |
| 1/1/2008 | Vacation Pay | | | | | | 8:00 | | 374:15 |
| 1/2/2008 | | 9:29:00 AM | | 6:30:00 PM | | | | 8:00 | 382:15 |
| 1/3/2008 | Vacation Pay | | | | | | 8:00 | | 390:15 |
| 1/4/2008 | Vacation Pay | | | | | | 8:00 | | 398:15 |
| 1/7/2008 | Vacation Pay | | | | | | 8:00 | | 406:15 |
| 1/8/2008 | | 9:41:00 AM | | 12:54:00 PM | | | | 3:15 | 409:30 |
| 1/8/2008 | | 1:59:00 PM | | 6:27:00 PM | | | | 4:30 | 414:00 |
| 1/9/2008 | | 9:30:00 AM | | 12:53:00 PM | | | | 3:30 | 417:30 |
| 1/9/2008 | | 1:50:00 PM | | 6:30:00 PM | | | | 4:30 | 422:00 |
| 1/10/2008 | Vacation Pay | | | | | | 6:30 | | 428:30 |
| 1/11/2008 | | 9:30:00 AM | | 1:03:00 PM | | | | 3:30 | 432:00 |
| 1/11/2008 | | 2:05:00 PM | | 6:32:00 PM | | | | 4:30 | 436:30 |
| 1/13/2008 | | 11:59:00 AM | | 12:50:00 PM | | | | 0:45 | 437:15 |
| 1/14/2008 | | 9:29:00 AM | | 6:30:00 PM | | | | 8:00 | 445:15 |
| 1/15/2008 | | 9:29:00 AM | | 6:40:00 PM | | | | 8:15 | 453:30 |
| 1/16/2008 | | 9:31:00 AM | | 1:01:00 PM | | | | 3:30 | 457:00 |
| 1/16/2008 | | 1:59:00 PM | | 6:31:00 PM | | | | 4:30 | 461:30 |
| 1/17/2008 | | 9:31:00 AM | | 1:10:00 PM | | | | 3:45 | 465:15 |
| 1/17/2008 | | 2:08:00 PM | | 6:34:00 PM | | | | 4:15 | 469:30 |
| 1/18/2008 | | 9:30:00 AM | | 1:02:00 PM | | | | 3:30 | 473:00 |
| 1/18/2008 | | 2:02:00 PM | | 6:30:00 PM | | | | 4:30 | 477:30 |
| 1/21/2008 | | 9:30:00 AM | | 6:32:00 PM | | | | 8:00 | 485:30 |
| 1/22/2008 | | 9:48:00 AM | | 1:09:00 PM | | | | 3:30 | 489:00 |
| 1/22/2008 | | 2:02:00 PM | | 6:30:00 PM | | | | 4:15 | 493:15 |
| 1/23/2008 | | 9:30:00 AM | | 6:45:00 PM | | | | 8:15 | 501:30 |
| 1/24/2008 | | 9:28:00 AM | | 12:57:00 PM | | | | 3:30 | 505:00 |
| 1/24/2008 | | 1:58:00 PM | | 6:30:00 PM | | | | 4:30 | 509:30 |
| 1/25/2008 | Vacation Pay | | | | | | 8:00 | | 517:30 |
| 1/28/2008 | | 9:29:00 AM | | 6:32:00 PM | | | | 8:00 | 525:30 |
| 1/29/2008 | | 9:30:00 AM | | 12:59:00 PM | | | | 3:30 | 529:00 |
| 1/29/2008 | | 2:07:00 PM | | 6:34:00 PM | | | | 4:15 | 533:15 |
| 1/30/2008 | | 9:30:00 AM | | 1:01:00 PM | | | | 3:30 | 536:45 |
| 1/30/2008 | | 2:03:00 PM | | 6:30:00 PM | | | | 4:30 | 541:15 |
| 1/31/2008 | | 9:29:00 AM | | 11:37:00 AM | | | | 2:00 | 543:15 |
| 9/8/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 551:15 |
| 9/9/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 559:15 |
| 9/10/2008 | | 8:00:00 AM | | 5:30:00 PM | | | | 8:30 | 567:45 |
| 9/11/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 575:45 |
| 9/12/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 583:45 |
| 9/15/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 591:45 |
| 9/16/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 599:45 |

# Time Detail

| | | | | | | | Data Up to Date: | 3/14/2010 8:55:31 PM |
|---|---|---|---|---|---|---|---|---|
| Time Period: | 9/01/2006 - 3/14/2010 | | | | | | Executed on: | 3/14/2010 8:55:35 PM |
| Query: | Previously Selected Employee(s) | | | | | | Printed for: | roxana_adams |
| Actual/Adjusted: | Actual and adjusted / historical hours | | | | | | Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 9/17/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 607:45 |
| 9/18/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 615:45 |
| 9/19/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 623:45 |
| 9/22/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 631:45 |
| 9/23/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 639:45 |
| 9/24/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 647:45 |
| 9/25/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 655:45 |
| 9/26/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 663:45 |
| 9/29/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 671:45 |
| 9/30/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 679:45 |
| 10/1/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 687:45 |
| 10/2/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 695:45 |
| 10/3/2008 | | 8:00:00 AM | | 5:00:00 PM | | | | 8:00 | 703:45 |
| 10/6/2008 | | 11:45:00 AM | | 9:05:00 PM | | | | 8:15 | 712:00 |
| 10/7/2008 | | 10:50:00 AM | | 9:00:00 PM | | | | 9:15 | 721:15 |
| 10/8/2008 | | 11:11:00 AM | | 9:00:00 PM | | | | 8:45 | 730:00 |
| 10/9/2008 | | 10:05:00 AM | | 9:00:00 PM | | | | 10:00 | 740:00 |
| 10/10/2008 | | 11:28:00 AM | | 9:00:00 PM | | | | 8:30 | 748:30 |
| 10/13/2008 | | 10:50:00 AM | | 3:30:00 PM | | | | 4:45 | 753:15 |
| 10/13/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 758:15 |
| 10/14/2008 | | 10:00:00 AM | | 3:30:00 PM | | | | 5:30 | 763:45 |
| 10/14/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 768:45 |
| 10/15/2008 | | 9:00:00 AM | | 3:30:00 PM | | | | 6:30 | 775:15 |
| 10/15/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 780:15 |
| 10/16/2008 | | 9:00:00 AM | | 3:30:00 PM | | | | 6:30 | 786:45 |
| 10/16/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 791:45 |
| 10/17/2008 | | 9:00:00 AM | | 1:00:00 PM | | | | 4:00 | 795:45 |
| 10/17/2008 | | 3:00:00 PM | | 9:00:00 PM | | | | 6:00 | 801:45 |
| 10/20/2008 | | 8:59:00 AM | | 1:00:00 PM | | | | 4:00 | 805:45 |
| 10/20/2008 | | 2:20:00 PM | | 9:00:00 PM | | | | 6:45 | 812:30 |
| 10/21/2008 | | 9:00:00 AM | | 3:30:00 PM | | | | 6:30 | 819:00 |
| 10/21/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 824:00 |
| 10/22/2008 | | 12:00:00 PM | | 3:30:00 PM | | | | 3:30 | 827:30 |
| 10/22/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 832:30 |
| 10/23/2008 | | 9:00:00 AM | | 3:30:00 PM | | | | 6:30 | 839:00 |
| 10/23/2008 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 843:30 |
| 10/27/2008 | | 11:30:00 AM | | 3:30:00 PM | | | | 4:00 | 847:30 |
| 10/27/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 852:30 |
| 10/28/2008 | | 12:00:00 PM | | 9:00:00 PM | | | | 8:00 | 860:30 |
| 10/29/2008 | | 12:00:00 PM | | 9:00:00 PM | | | | 8:00 | 868:30 |
| 10/30/2008 | | 12:00:00 PM | | 3:00:00 PM | | | | 3:00 | 871:30 |
| 10/30/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 877:00 |
| 10/31/2008 | | 11:50:00 AM | | 3:30:00 PM | | | | 3:45 | 880:45 |
| 10/31/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 885:45 |
| 11/3/2008 | | 11:45:00 AM | | 3:30:00 PM | | | | 3:45 | 889:30 |
| 11/3/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 894:30 |
| 11/4/2008 | | 11:50:00 AM | | 3:05:00 PM | | | | 3:15 | 897:45 |
| 11/4/2008 | | 3:37:00 PM | | 9:30:00 PM | | | | 6:00 | 903:45 |
| 11/5/2008 | | 11:50:00 AM | | 3:00:00 PM | | | | 3:15 | 907:00 |
| 11/5/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 912:30 |
| 11/6/2008 | | 11:46:00 AM | | 4:05:00 PM | | | | 4:15 | 916:45 |
| 11/6/2008 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 921:15 |
| 11/7/2008 | | 11:50:00 AM | | 3:03:00 PM | | | | 3:15 | 924:30 |
| 11/7/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 929:30 |
| 11/10/2008 | | 11:43:00 AM | | 3:30:00 PM | | | | 3:45 | 933:15 |

Time Detail    Case 1:08-cv-00248-JRN   Document 239-2   Filed 06/17/10   Page 4 of 11
Data Up to Date: 3/14/2010 8:55:31 PM
Time Period:    9/01/2006 - 3/14/2010                Executed on:      3/14/2010 8:55:35 PM
Query:          Previously Selected Employee(s)      Printed for:      roxana_adams
Actual/Adjusted: Actual and adjusted / historical hours   Insert Page Break After Each Employee:    No

| Date | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/10/2008 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 937:45 |
| 11/11/2008 | | 11:41:00 AM | | 3:30:00 PM | | | | 3:45 | 941:30 |
| 11/11/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 946:30 |
| 11/12/2008 | | 11:45:00 AM | | 3:30:00 PM | | | | 3:45 | 950:15 |
| 11/12/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 955:15 |
| 11/13/2008 | | 11:05:00 AM | | 3:00:00 PM | | | | 4:00 | 959:15 |
| 11/13/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 964:15 |
| 11/14/2008 | | 11:50:00 AM | | 3:00:00 PM | | | | 3:15 | 967:30 |
| 11/14/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 973:00 |
| 11/15/2008 | | 12:00:00 PM | | 3:30:00 PM | | | | 3:30 | 976:30 |
| 11/15/2008 | | 3:45:00 PM | | 6:00:00 PM | | | | 2:15 | 978:45 |
| 11/17/2008 | Salary Non Exempt(adj) (effective date: 11/25/2008) | | | | | | 9:30 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 11/18/2008 | Salary Non Exempt(adj) (effective date: 11/25/2008) | | | | | | 9:30 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 11/19/2008 | Salary Non Exempt(adj) (effective date: 11/25/2008) | | | | | | 9:30 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 11/20/2008 | Salary Non Exempt(adj) (effective date: 11/25/2008) | | | | | | 9:30 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 11/21/2008 | Overtime(adj) (effective date: 11/25/2008) | | | | | | 7:30 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 11/21/2008 | Salary Non Exempt(adj) (effective date: 11/25/2008) | | | | | | 2:00 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 11/24/2008 | | 9:45:00 AM | | 3:00:00 PM | | | | 5:15 | 984:00 |
| 11/24/2008 | | 3:30:00 PM | | 9:30:00 PM | | | | 6:00 | 990:00 |
| 11/25/2008 | | 9:05:00 AM | | 3:00:00 PM | | | | 6:00 | 996:00 |
| 11/25/2008 | | 3:15:00 PM | | 9:00:00 PM | | | | 5:45 | 1001:45 |
| 11/26/2008 | | 9:49:00 AM | | 3:00:00 PM | | | | 5:15 | 1007:00 |
| 11/26/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1012:30 |
| 11/27/2008 | Holiday Pay | | | | | | 8:00 | | 1020:30 |
| 11/28/2008 | | 12:00:00 PM | | 3:00:00 PM | | | | 3:00 | 1023:30 |
| 11/28/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1028:30 |
| 12/1/2008 | | 12:00:00 PM | | 3:00:00 PM | | | | 3:00 | 1031:30 |
| 12/1/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1036:30 |
| 12/2/2008 | | 10:40:00 AM | | 3:30:00 PM | | | | 4:45 | 1041:15 |
| 12/2/2008 | | 4:00:00 PM | | 9:15:00 PM | | | | 5:15 | 1046:30 |
| 12/3/2008 | | 11:40:00 AM | | 3:00:00 PM | | | | 3:15 | 1049:45 |
| 12/3/2008 | | 3:15:00 PM | | 9:00:00 PM | | | | 5:45 | 1055:30 |
| 12/4/2008 | | 10:30:00 AM | | 3:00:00 PM | | | | 4:30 | 1060:00 |
| 12/4/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1065:30 |
| 12/5/2008 | | 1:00:00 PM | | 3:00:00 PM | | | | 2:00 | 1067:30 |
| 12/5/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1073:00 |
| 12/8/2008 | | 11:42:00 AM | | 3:00:00 PM | | | | 3:15 | 1076:15 |
| 12/8/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1081:45 |
| 12/9/2008 | | 11:33:00 AM | | 3:00:00 PM | | | | 3:30 | 1085:15 |
| 12/9/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1090:45 |
| 12/10/2008 | | 11:40:00 AM | | 3:00:00 PM | | | | 3:15 | 1094:00 |
| 12/10/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1099:30 |
| 12/11/2008 | | 11:45:00 AM | | 3:00:00 PM | | | | 3:15 | 1102:45 |
| 12/11/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1108:15 |
| 12/15/2008 | | 11:43:00 AM | | 3:00:00 PM | | | | 3:15 | 1111:30 |

# Time Detail

| | |
|---|---|
| Time Period: | 9/01/2006 - 3/14/2010 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual and adjusted / historical hours |
| Data Up to Date: | 3/14/2010 8:55:31 PM |
| Executed on: | 3/14/2010 8:55:35 PM |
| Printed for: | roxana_adams |
| Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1117:00 |
| 12/16/2008 | | 11:47:00 AM | | 3:30:00 PM | | | | 3:45 | 1120:45 |
| 12/16/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1125:45 |
| 12/17/2008 | | 11:30:00 AM | | 3:00:00 PM | | | | 3:30 | 1129:15 |
| 12/17/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1134:45 |
| 12/18/2008 | | 9:00:00 AM | | 3:00:00 PM | | | | 6:00 | 1140:45 |
| 12/18/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1146:15 |
| 12/19/2008 | | 11:45:00 AM | | 3:30:00 PM | | | | 3:45 | 1150:00 |
| 12/19/2008 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1155:00 |
| 12/22/2008 | | 11:34:00 AM | | 3:00:00 PM | | | | 3:30 | 1158:30 |
| 12/23/2008 | | 11:40:00 AM | | 3:00:00 PM | | | | 3:15 | 1161:45 |
| 12/24/2008 | | 11:36:00 AM | | 3:00:00 PM | | | | 3:30 | 1165:15 |
| 12/24/2008 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1170:45 |
| 12/26/2008 | | 11:45:00 AM | | 3:30:00 PM | | | | 3:45 | 1174:30 |
| 12/29/2008 | | 10:09:00 AM | | 1:00:00 PM | | | | 2:45 | 1177:15 |
| 12/29/2008 | | 2:00:00 PM | | 7:30:00 PM | | | | 5:30 | 1182:45 |
| 12/30/2008 | | 10:12:00 AM | | 3:30:00 PM | | | | 5:15 | 1188:00 |
| 12/30/2008 | | 4:00:00 PM | | 7:30:00 PM | | | | 3:30 | 1191:30 |
| 12/31/2008 | | 11:42:00 AM | | 1:05:00 PM | | | | 1:15 | 1192:45 |
| 12/31/2008 | | 1:15:00 PM | | 3:00:00 PM | | | | 1:45 | 1194:30 |
| 1/5/2009 | | 10:20:00 AM | | 7:30:00 PM | | | | 8:15 | 1202:45 |
| 1/6/2009 | | 10:57:00 AM | | 7:29:00 PM | | | | 7:30 | 1210:15 |
| 1/7/2009 | Vacation Pay | | | | | | 8:00 | | 1218:15 |
| 1/8/2009 | | 10:06:00 AM | | 7:33:00 PM | | | | 8:30 | 1226:45 |
| 1/9/2009 | Vacation Pay | | | | | | 8:00 | | 1234:45 |
| 1/11/2009 | | 7:51:00 AM | | 12:24:00 PM | | | | 4:45 | 1239:30 |
| 1/12/2009 | Vacation Pay | | | | | | 8:00 | | 1247:30 |
| 1/13/2009 | Vacation Pay | | | | | | 8:00 | | 1255:30 |
| 1/14/2009 | Vacation Pay | | | | | | 8:00 | | 1263:30 |
| 1/15/2009 | Vacation Pay | | | | | | 8:00 | | 1271:30 |
| 1/16/2009 | Vacation Pay | | | | | | 8:00 | | 1279:30 |
| 1/19/2009 | | 10:30:00 AM | | 3:30:00 PM | | | | 5:00 | 1284:30 |
| 1/19/2009 | | 4:00:00 PM | | 7:30:00 PM | | | | 3:30 | 1288:00 |
| 1/20/2009 | | 10:20:00 AM | | 3:30:00 PM | | | | 5:15 | 1293:15 |
| 1/20/2009 | | 4:00:00 PM | | 7:30:00 PM | | | | 3:30 | 1296:45 |
| 1/21/2009 | | 10:20:00 AM | | 3:00:00 PM | | | | 4:45 | 1301:30 |
| 1/21/2009 | | 4:00:00 PM | | 7:30:00 PM | | | | 3:30 | 1305:00 |
| 1/22/2009 | | 10:15:00 AM | | 3:00:00 PM | | | | 4:45 | 1309:45 |
| 1/22/2009 | | 3:30:00 PM | | 7:30:00 PM | | | | 4:00 | 1313:45 |
| 1/23/2009 | | 10:20:00 AM | | 3:00:00 PM | | | | 4:45 | 1318:30 |
| 1/23/2009 | | 4:00:00 PM | | 7:30:00 PM | | | | 3:30 | 1322:00 |
| 1/28/2009 | | 10:30:00 AM | | 3:00:00 PM | | | | 4:30 | 1326:30 |
| 1/28/2009 | | 3:30:00 PM | | 7:30:00 PM | | | | 4:00 | 1330:30 |
| 1/29/2009 | Recognition Pay | | | | | | 8:00 | | 1338:30 |
| 1/30/2009 | | 10:30:00 AM | | 3:30:00 PM | | | | 5:00 | 1343:30 |
| 1/30/2009 | | 4:00:00 PM | | 7:30:00 PM | | | | 3:30 | 1347:00 |
| 1/31/2009 | | 9:00:00 AM | | 6:00:00 PM | | | | 8:00 | 1355:00 |
| 2/2/2009 | Salary Non Exempt(adj) (effective date: 2/20/2009) | | | | | | 8:00 | | |
| | Kronos Hours Adjusted | | | | | | | | |
| 2/3/2009 | Salary Non Exempt(adj) (effective date: 2/20/2009) | | | | | | 9:00 | | |
| | Kronos Hours Adjusted | | | | | | | | |
| 2/4/2009 | Salary Non Exempt(adj) (effective date: 2/20/2009) | | | | | | 9:00 | | |
| | Kronos Hours Adjusted | | | | | | | | |

Time Detail    Case 1:08-cv-00248-JRN   Document 239-2   Filed 06/17/10   Page 6 of 11
Data Up to Date: 3/14/2010 8:55:31 PM
Time Period:    9/01/2006 - 3/14/2010              Executed on:     3/14/2010 8:55:35 PM
Query:          Previously Selected Employee(s)    Printed for:     roxana_adams
Actual/Adjusted:  Actual and adjusted / historical hours    Insert Page Break After Each Employee:    No

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2/5/2009 | Salary Non Exempt(adj) (effective date: 2/20/2009) | | | | | | 8:00 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 2/6/2009 | Overtime(adj) (effective date: 2/20/2009) | | | | | | 3:00 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 2/6/2009 | Salary Non Exempt(adj) (effective date: 2/20/2009) | | | | | | 6:00 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 2/7/2009 | Overtime(adj) (effective date: 2/20/2009) | | | | | | 8:00 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 2/9/2009 | Salary Non Exempt(adj) (effective date: 2/20/2009) | | | | | | 8:00 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 2/10/2009 | Salary Non Exempt(adj) (effective date: 2/20/2009) | | | | | | 9:00 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 2/11/2009 | Salary Non Exempt(adj) (effective date: 2/20/2009) | | | | | | 9:00 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 2/12/2009 | Salary Non Exempt(adj) (effective date: 2/20/2009) | | | | | | 9:00 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 2/13/2009 | PBA(adj) (effective date: 2/20/2009) | | | | | | 8:00 | | |
| | | | Kronos Hours Adjusted | | | | | | |
| 2/16/2009 | | 9:28:00 AM | | 1:00:00 PM | | | | 3:30 | 1358:30 |
| 2/16/2009 | | 1:30:00 PM | | 6:30:00 PM | | | | 5:00 | 1363:30 |
| 2/17/2009 | | 9:25:00 AM | | 1:00:00 PM | | | | 3:30 | 1367:00 |
| 2/17/2009 | | 1:30:00 PM | | 6:30:00 PM | | | | 5:00 | 1372:00 |
| 2/18/2009 | | 9:30:00 AM | | 1:00:00 PM | | | | 3:30 | 1375:30 |
| 2/18/2009 | | 1:45:00 PM | | 6:30:00 PM | | | | 4:45 | 1380:15 |
| 2/19/2009 | | 9:19:00 AM | | 1:30:00 PM | | | | 4:15 | 1384:30 |
| 2/19/2009 | | 2:30:00 PM | | 6:30:00 PM | | | | 4:00 | 1388:30 |
| 2/20/2009 | | 9:30:00 AM | | 1:00:00 PM | | | | 3:30 | 1392:00 |
| 2/20/2009 | | 1:45:00 PM | | 6:30:00 PM | | | | 4:45 | 1396:45 |
| 2/23/2009 | | 9:17:00 AM | | 1:00:00 PM | | | | 3:45 | 1400:30 |
| 2/23/2009 | | 2:00:00 PM | | 6:30:00 PM | | | | 4:30 | 1405:00 |
| 2/24/2009 | | 9:27:00 AM | | 1:00:00 PM | | | | 3:30 | 1408:30 |
| 2/24/2009 | | 1:30:00 PM | | 6:30:00 PM | | | | 5:00 | 1413:30 |
| 2/25/2009 | | 9:15:00 AM | | 1:00:00 PM | | | | 3:45 | 1417:15 |
| 2/25/2009 | | 1:45:00 PM | | 6:30:00 PM | | | | 4:45 | 1422:00 |
| 2/26/2009 | | 9:27:00 AM | | 1:00:00 PM | | | | 3:30 | 1425:30 |
| 2/26/2009 | | 1:30:00 PM | | 6:30:00 PM | | | | 5:00 | 1430:30 |
| 3/2/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1438:30 |
| 3/3/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1446:30 |
| 3/4/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1454:30 |
| 3/5/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1462:30 |
| 3/6/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1470:30 |
| 3/9/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1478:30 |
| 3/10/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1486:30 |
| 3/11/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1494:30 |
| 3/12/2009 | PBA | | | | | | 8:00 | | 1502:30 |
| 3/13/2009 | | 9:30:00 AM | | 2:30:00 PM | | | | 5:00 | 1507:30 |
| 3/13/2009 | PBA | | | | | | 4:00 | | 1511:30 |
| 3/16/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1519:30 |
| 3/17/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1527:30 |
| 3/18/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1535:30 |

# Time Detail

| | | | | | | Data Up to Date: | 3/14/2010 8:55:31 PM |
|---|---|---|---|---|---|---|---|
| Time Period: | 9/01/2006 - 3/14/2010 | | | | | Executed on: | 3/14/2010 8:55:35 PM |
| Query: | Previously Selected Employee(s) | | | | | Printed for: | roxana_adams |
| Actual/Adjusted: | Actual and adjusted / historical hours | | | | | Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3/19/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1543:30 |
| 3/20/2009 | | 9:00:00 AM | | 6:00:00 PM | | | | 8:00 | 1551:30 |
| 3/23/2009 | PBA | | | | | | 8:00 | | 1559:30 |
| 3/24/2009 | PBA | | | | | | 8:00 | | 1567:30 |
| 3/25/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1575:30 |
| 3/26/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1583:30 |
| 3/27/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1591:30 |
| 3/30/2009 | | 9:30:00 AM | | 1:30:00 PM | | | | 4:00 | 1595:30 |
| 3/30/2009 | | 2:00:00 PM | | 6:30:00 PM | | | | 4:30 | 1600:00 |
| 3/31/2009 | | 9:30:00 AM | | 1:30:00 PM | | | | 4:00 | 1604:00 |
| 3/31/2009 | | 2:00:00 PM | | 6:30:00 PM | | | | 4:30 | 1608:30 |
| 4/1/2009 | | 9:30:00 AM | | 2:00:00 PM | | | | 4:30 | 1613:00 |
| 4/1/2009 | | 3:00:00 PM | | 6:30:00 PM | | | | 3:30 | 1616:30 |
| 4/2/2009 | | 9:30:00 AM | | 1:30:00 PM | | | | 4:00 | 1620:30 |
| 4/2/2009 | | 2:00:00 PM | | 6:30:00 PM | | | | 4:30 | 1625:00 |
| 4/3/2009 | | 9:30:00 AM | | 2:30:00 PM | | | | 5:00 | 1630:00 |
| 4/3/2009 | | 3:00:00 PM | | 6:30:00 PM | | | | 3:30 | 1633:30 |
| 4/6/2009 | | 9:30:00 AM | | 1:30:00 PM | | | | 4:00 | 1637:30 |
| 4/6/2009 | | 2:00:00 PM | | 6:30:00 PM | | | | 4:30 | 1642:00 |
| 4/7/2009 | | 9:30:00 AM | | 2:00:00 PM | | | | 4:30 | 1646:30 |
| 4/7/2009 | | 3:00:00 PM | | 6:30:00 PM | | | | 3:30 | 1650:00 |
| 4/8/2009 | | 9:30:00 AM | | 2:00:00 PM | | | | 4:30 | 1654:30 |
| 4/8/2009 | | 3:00:00 PM | | 6:30:00 PM | | | | 3:30 | 1658:00 |
| 4/9/2009 | | 9:30:00 AM | | 12:00:00 PM | | | | 2:30 | 1660:30 |
| 4/9/2009 | | 1:00:00 PM | | 6:30:00 PM | | | | 5:30 | 1666:00 |
| 4/10/2009 | | 9:30:00 AM | | 1:30:00 PM | | | | 4:00 | 1670:00 |
| 4/10/2009 | | 2:00:00 PM | | 6:30:00 PM | | | | 4:30 | 1674:30 |
| 4/11/2009 | | 10:00:00 AM | | 12:00:00 PM | | | | 2:00 | 1676:30 |
| 4/11/2009 | | 12:30:00 PM | | 4:00:00 PM | | | | 3:30 | 1680:00 |
| 4/13/2009 | | 9:30:00 AM | | 12:30:00 PM | | | | 3:00 | 1683:00 |
| 4/13/2009 | | 1:30:00 PM | | 6:30:00 PM | | | | 5:00 | 1688:00 |
| 4/14/2009 | | 9:30:00 AM | | 12:30:00 PM | | | | 3:00 | 1691:00 |
| 4/14/2009 | | 1:30:00 PM | | 6:30:00 PM | | | | 5:00 | 1696:00 |
| 4/15/2009 | | 9:30:00 AM | | 12:30:00 PM | | | | 3:00 | 1699:00 |
| 4/15/2009 | | 1:30:00 PM | | 6:30:00 PM | | | | 5:00 | 1704:00 |
| 4/16/2009 | | 9:30:00 AM | | 12:30:00 PM | | | | 3:00 | 1707:00 |
| 4/16/2009 | | 1:30:00 PM | | 6:30:00 PM | | | | 5:00 | 1712:00 |
| 4/17/2009 | | 9:30:00 AM | | 1:30:00 PM | | | | 4:00 | 1716:00 |
| 4/17/2009 | | 2:30:00 PM | | 6:30:00 PM | | | | 4:00 | 1720:00 |
| 4/20/2009 | | 9:30:00 AM | | 12:30:00 PM | | | | 3:00 | 1723:00 |
| 4/20/2009 | | 1:30:00 PM | | 6:30:00 PM | | | | 5:00 | 1728:00 |
| 4/21/2009 | | 9:30:00 AM | | 1:30:00 PM | | | | 4:00 | 1732:00 |
| 4/21/2009 | | 2:30:00 PM | | 6:30:00 PM | | | | 4:00 | 1736:00 |
| 4/22/2009 | | 9:30:00 AM | | 12:30:00 PM | | | | 3:00 | 1739:00 |
| 4/22/2009 | | 1:30:00 PM | | 6:30:00 PM | | | | 5:00 | 1744:00 |
| 4/23/2009 | | 9:30:00 AM | | 1:00:00 PM | | | | 3:30 | 1747:30 |
| 4/23/2009 | | 2:00:00 PM | | 6:30:00 PM | | | | 4:30 | 1752:00 |
| 4/24/2009 | | 9:30:00 AM | | 1:00:00 PM | | | | 3:30 | 1755:30 |
| 4/24/2009 | | 2:00:00 PM | | 6:30:00 PM | | | | 4:30 | 1760:00 |
| 4/27/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1768:00 |
| 4/28/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1776:00 |
| 4/29/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1784:00 |
| 4/30/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1792:00 |
| 5/1/2009 | | 9:30:00 AM | | 6:30:00 PM | | | | 8:00 | 1800:00 |
| 5/4/2009 | | 12:00:00 PM | | 9:00:00 PM | | | | 8:00 | 1808:00 |

Time Detail    Case 1:08-cv-00248-JRN   Document 239-2   Filed 06/17/10   Page 8 of 11       Data Up to Date:    3/14/2010 8:55:31 PM
Time Period:   9/01/2006 - 3/14/2010                                                          Executed on:       3/14/2010 8:55:35 PM
Query:         Previously Selected Employee(s)                                                Printed for:       roxana_adams
Actual/Adjusted: Actual and adjusted / historical hours                                       Insert Page Break After Each Employee: No

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 5/5/2009 | | 12:00:00 PM | | 9:00:00 PM | | | | 8:00 | 1816:00 |
| 5/6/2009 | | 12:00:00 PM | | 9:00:00 PM | | | | 8:00 | 1824:00 |
| 5/7/2009 | | 12:00:00 PM | | 9:00:00 PM | | | | 8:00 | 1832:00 |
| 5/8/2009 | PBA | | | | | | 8:00 | | 1840:00 |
| 5/11/2009 | | 11:20:00 AM | | 3:00:00 PM | | | | 3:45 | 1843:45 |
| 5/11/2009 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1848:45 |
| 5/12/2009 | | 8:51:00 AM | | 3:00:00 PM | | | | 6:15 | 1855:00 |
| 5/12/2009 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1860:00 |
| 5/13/2009 | | 9:20:00 AM | | 3:00:00 PM | | | | 5:45 | 1865:45 |
| 5/13/2009 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1871:15 |
| 5/14/2009 | | 11:20:00 AM | | 3:00:00 PM | | | | 3:45 | 1875:00 |
| 5/14/2009 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1880:30 |
| 5/15/2009 | | 11:20:00 AM | | 3:00:00 PM | | | | 3:45 | 1884:15 |
| 5/15/2009 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1889:15 |
| 5/18/2009 | | 11:20:00 AM | | 3:00:00 PM | | | | 3:45 | 1893:00 |
| 5/18/2009 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1898:30 |
| 5/19/2009 | | 11:47:00 AM | | 3:30:00 PM | | | | 3:45 | 1902:15 |
| 5/19/2009 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1907:15 |
| 5/20/2009 | | 11:30:00 AM | | 3:00:00 PM | | | | 3:30 | 1910:45 |
| 5/20/2009 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1915:45 |
| 5/21/2009 | | 11:28:00 AM | | 3:00:00 PM | | | | 3:30 | 1919:15 |
| 5/21/2009 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1924:15 |
| 5/22/2009 | | 11:30:00 AM | | 3:00:00 PM | | | | 3:30 | 1927:45 |
| 5/22/2009 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1932:45 |
| 5/25/2009 | | 9:00:00 AM | | 12:00:00 PM | | | | 3:00 | 1935:45 |
| 5/25/2009 | | 12:30:00 PM | | 3:00:00 PM | | | | 2:30 | 1938:15 |
| 5/26/2009 | | 11:46:00 AM | | 3:00:00 PM | | | | 3:15 | 1941:30 |
| 5/26/2009 | | 4:00:00 PM | | 9:00:00 PM | | | | 5:00 | 1946:30 |
| 5/27/2009 | | 12:00:00 PM | | 9:00:00 PM | | | | 8:00 | 1954:30 |
| 5/28/2009 | | 12:00:00 PM | | 9:00:00 PM | | | | 8:00 | 1962:30 |
| 5/29/2009 | | 11:30:00 AM | | 3:00:00 PM | | | | 3:30 | 1966:00 |
| 5/29/2009 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 1971:30 |
| 6/1/2009 | | 11:30:00 AM | | 3:30:00 PM | | | | 4:00 | 1975:30 |
| 6/1/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 1980:00 |
| 6/2/2009 | | 11:30:00 AM | | 3:30:00 PM | | | | 4:00 | 1984:00 |
| 6/2/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 1988:30 |
| 6/3/2009 | Vacation Pay | | | | | | 8:00 | | 1996:30 |
| 6/4/2009 | Vacation Pay | | | | | | 8:00 | | 2004:30 |
| 6/5/2009 | Vacation Pay | | | | | | 8:00 | | 2012:30 |
| 6/8/2009 | | 11:15:00 AM | | 3:30:00 PM | | | | 4:15 | 2016:45 |
| 6/8/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2021:15 |
| 6/9/2009 | | 11:30:00 AM | | 3:30:00 PM | | | | 4:00 | 2025:15 |
| 6/9/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2029:45 |
| 6/10/2009 | | 10:45:00 AM | | 3:30:00 PM | | | | 4:45 | 2034:30 |
| 6/10/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2039:00 |
| 6/11/2009 | | 11:30:00 AM | | 3:30:00 PM | | | | 4:00 | 2043:00 |
| 6/11/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2047:30 |
| 6/12/2009 | | 12:00:00 PM | | 3:30:00 PM | | | | 3:30 | 2051:00 |
| 6/12/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2055:30 |
| 6/15/2009 | | 10:30:00 AM | | 3:00:00 PM | | | | 4:30 | 2060:00 |
| 6/15/2009 | | 3:30:00 PM | | 9:00:00 PM | | | | 5:30 | 2065:30 |
| 6/16/2009 | | 10:50:00 AM | | 3:30:00 PM | | | | 4:45 | 2070:15 |
| 6/16/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2074:45 |
| 6/17/2009 | | 10:30:00 AM | | 3:30:00 PM | | | | 5:00 | 2079:45 |
| 6/17/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2084:15 |
| 6/18/2009 | | 10:30:00 AM | | 3:30:00 PM | | | | 5:00 | 2089:15 |

Time Detail   Case 1:08-cv-00248-JRN   Document 239-2   Filed 06/17/10   Page 9 of 11
Data Up to Date: 3/14/2010 8:55:21 PM
Time Period: 9/01/2006 - 3/14/2010   Executed on: 3/14/2010 8:55:35 PM
Query: Previously Selected Employee(s)   Printed for: roxana_adams
Actual/Adjusted: Actual and adjusted / historical hours   Insert Page Break After Each Employee: No

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/18/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2093:45 |
| 6/19/2009 | | 10:45:00 AM | | 3:30:00 PM | | | | 4:45 | 2098:30 |
| 6/19/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2103:00 |
| 6/22/2009 | | 10:30:00 AM | | 3:30:00 PM | | | | 5:00 | 2108:00 |
| 6/22/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2112:30 |
| 6/23/2009 | | 10:45:00 AM | | 3:30:00 PM | | | | 4:45 | 2117:15 |
| 6/23/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2121:45 |
| 6/24/2009 | | 10:50:00 AM | | 3:30:00 PM | | | | 4:45 | 2126:30 |
| 6/24/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2131:00 |
| 6/25/2009 | | 10:30:00 AM | | 3:30:00 PM | | | | 5:00 | 2136:00 |
| 6/25/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2140:30 |
| 6/26/2009 | | 10:30:00 AM | | 3:30:00 PM | | | | 5:00 | 2145:30 |
| 6/26/2009 | | 4:30:00 PM | | 9:00:00 PM | | | | 4:30 | 2150:00 |
| 6/29/2009 | | 7:45:00 AM | | 11:30:00 AM | | | | 3:45 | 2153:45 |
| 6/29/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2158:15 |
| 6/30/2009 | | 8:00:00 AM | | 11:30:00 AM | | | | 3:30 | 2161:45 |
| 6/30/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2166:15 |
| 7/1/2009 | | 7:45:00 AM | | 11:30:00 AM | | | | 3:45 | 2170:00 |
| 7/1/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2174:30 |
| 7/2/2009 | | 7:40:00 AM | | 11:30:00 AM | | | | 3:45 | 2178:15 |
| 7/2/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2182:45 |
| 7/3/2009 | | 8:00:00 AM | | 11:30:00 AM | | | | 3:30 | 2186:15 |
| 7/3/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2190:45 |
| 7/4/2009 | | 9:30:00 AM | | 1:30:00 PM | | | | 4:00 | 2194:45 |
| 7/6/2009 | | 7:45:00 AM | | 11:30:00 AM | | | | 3:45 | 2198:30 |
| 7/6/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2203:00 |
| 7/7/2009 | | 7:40:00 AM | | 11:30:00 AM | | | | 3:45 | 2206:45 |
| 7/7/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2211:15 |
| 7/8/2009 | | 7:40:00 AM | | 11:30:00 AM | | | | 3:45 | 2215:00 |
| 7/8/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2219:30 |
| 7/9/2009 | | 7:50:00 AM | | 11:30:00 AM | | | | 3:45 | 2223:15 |
| 7/9/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2227:45 |
| 7/10/2009 | | 7:45:00 AM | | 11:30:00 AM | | | | 3:45 | 2231:30 |
| 7/10/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2236:00 |
| 7/13/2009 | | 7:40:00 AM | | 11:30:00 AM | | | | 3:45 | 2239:45 |
| 7/13/2009 | | 12:30:00 PM | | 9:00:00 PM | | | | 8:30 | 2248:15 |
| 7/14/2009 | | 7:45:00 AM | | 11:30:00 AM | | | | 3:45 | 2252:00 |
| 7/14/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2256:30 |
| 7/15/2009 | | 7:50:00 AM | | 11:30:00 AM | | | | 3:45 | 2260:15 |
| 7/15/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2264:45 |
| 7/16/2009 | | 8:00:00 AM | | 11:30:00 AM | | | | 3:30 | 2268:15 |
| 7/16/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2272:45 |
| 7/17/2009 | | 7:45:00 AM | | 11:30:00 AM | | | | 3:45 | 2276:30 |
| 7/17/2009 | | 12:30:00 PM | | 5:00:00 PM | | | | 4:30 | 2281:00 |

# Time Detail

| | | |
|---|---|---|
| Time Period: | 9/01/2006 - 3/14/2010 | Data Up to Date: 3/14/2010 8:55:31 PM |
| Query: | Previously Selected Employee(s) | Executed on: 3/14/2010 8:55:35 PM |
| Actual/Adjusted: | Actual and adjusted / historical hours | Printed for: roxana_adams |
| | | Insert Page Break After Each Employee: No |

**Employee:** Ashley, Sarah D          **ID:** 954551          **Time Zone:** Central

| Labor Account Summary | Pay Code | Money | Hours |
|---|---|---|---|
| 01/1002-2751-221468/427830/00/00/00/00 | | | |
| | All Hours | | 115:30 |
| | Overtime | | 75:30 |
| | Salary Non Exempt | | 40:00 |
| 01/1002-2751-221468/813379/00/00/00/00 | | | |
| | All Hours | | 504:45 |
| | Holiday Pay | | 34:30 |
| | Hourly Non Exempt | | 390:30 |
| | Overtime | | 17:15 |
| | Recognition Pay | | 12:00 |
| | Vacation Pay | | 50:30 |
| 01/1006-2721-221451/309118/00/00/00/00 | | | |
| | All Hours | | 178:00 |
| | Manila Total Hours | | 18:00 |
| | Overtime | | 18:00 |
| | Salary Non Exempt | | 160:00 |
| 01/1006-2721-221451/319322/00/00/00/00 | | | |
| | All Hours | | 120:30 |
| | Overtime | | 0:30 |
| | Salary Non Exempt | | 120:00 |
| 01/1006-2721-221451/822431/00/00/00/00 | | | |
| | All Hours | | 908:15 |
| | Holiday Pay | | 8:00 |
| | Overtime | | 70:45 |
| | PBA | | 8:00 |
| | Recognition Pay | | 8:00 |
| | Salary Non Exempt | | 757:30 |
| | Vacation Pay | | 56:00 |
| 01/1006-2721-221451/850244/00/00/00/00 | | | |
| | All Hours | | 672:30 |
| | Manila Total Hours | | 55:45 |
| | Overtime | | 31:45 |
| | PBA | | 36:00 |
| | Salary Non Exempt | | 580:45 |
| | Vacation Pay | | 24:00 |

| Combined Pay Code Summary | Pay Code | Money | Hours |
|---|---|---|---|
| | All Hours | | 2499:30 |
| | Manila Total Hours | | 73:45 |
| Totals: | | $0.00 | 2573:15 |

| Pay Code Summary | Pay Code | Money | Hours |
|---|---|---|---|
| | Holiday Pay | | 42:30 |
| | Hourly Non Exempt | | 390:30 |
| | Overtime | | 213:45 |
| | PBA | | 44:00 |
| | Recognition Pay | | 20:00 |
| | Salary Non Exempt | | 1658:15 |
| | Vacation Pay | | 130:30 |
| Totals: | | $0.00 | 2499:30 |

# Time Detail

| | |
|---|---|
| Time Period: | 9/01/2006 - 3/14/2010 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual and adjusted / historical hours |
| Data Up to Date: | 3/14/2010 8:55:31 PM |
| Executed on: | 3/14/2010 8:55:35 PM |
| Printed for: | roxana_adams |
| Insert Page Break After Each Employee: | No |

| Combined Pay Code Summary | | Money | Hours |
|---|---|---|---|
| | All Hours | | 2499:30 |
| | Manila Total Hours | | 73:45 |
| Totals: | | $0.00 | 2573:15 |

| Pay Code Summary | | Money | Hours |
|---|---|---|---|
| | Holiday Pay | | 42:30 |
| | Hourly Non Exempt | | 390:30 |
| | Overtime | | 213:45 |
| | PBA | | 44:00 |
| | Recognition Pay | | 20:00 |
| | Salary Non Exempt | | 1658:15 |
| | Vacation Pay | | 130:30 |
| Totals: | | $0.00 | 2499:30 |

Total Number of Employees: 1