IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 08-CV-0248 |
| DELL INC. and DELL MARKETING USA, L.P. | ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Nicholas G. Farha of Federman & Sherwood hereby moves to withdraw as counsel for plaintiffs due to his departure from Federman & Sherwood. William B. Federman of Federman & Sherwood, George A. Hanson and Bradley Wilders of Stueve Siegel Hanson LLP and J. Derek Braziel of Lee & Braziel LLP will continue to represent plaintiffs.

**DATE:** October 28, 2010

Respectfully submitted,

**FEDERMAN & SHERWOOD**

/s/ Nicholas G. Farha
Nicholas G. Farha (admitted *pro hac vice*)
William B. Federman
Texas Bar No. 00794935
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560 Fax: (405) 239-2112
Email: ngf@federmanlaw.com

**ATTORNEY FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed on the Court's CM/ECF system on October 28, 2010, and delivered to counsel of record:

             /s/ Nicholas G. Farha
             Nicholas G. Farha