# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DELL INC. and DELL MARKETING USA, L.P. <br><br> Defendants. | Case No.: 08-CV-0248 |

## [PROPOSED] ORDER

Pending before the Court is the Motion to Withdraw as Counsel of Nicholas G. Farha. Plaintiffs will continue to be represented by the law firm of Federman & Sherwood, Stueve Siegel Hanson LLP and Lee & Braziel LLP.

Accordingly, the Court hereby grants the Motion to Withdraw as Counsel and Nicholas G. Farha is granted leave to withdraw as counsel for Plaintiffs in this case.

**DATED:** _____

_____
UNITED STATES DISTRICT JUDGE