United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Farha, Nicholas G. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, October 28, 2010 |
| Re: | 01:08-CV-00248-JRN / Doc # 242 / Filed On: 10/28/2010 10:22 AM CST |

Pursuant to the Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

(1) Other
   Remarks: The certificate of service is deficient in that it does not specify names of counsel served with this document in compliance with the Federal and Local Rules.  Please DO NOT refile entire document.  Please prepare IN FULL PLEADING FORM and electronically submit an amended certificate of service using the "Certificate of Service" CM/ECF event.