# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DELL INC. and <br> DELL MARKETING USA, L.P. <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No.: 08-CV-0248 ) ) ) ) ) ) |

## **AMENDED CERTIFICATE OF SERVICE**

I hereby certify that the Motion to Withdraw, document #242, was filed on the Court's CM/ECF system on October 28, 2010, to be served by operation of the court's electronic filing system to all counsel of record.


**Meredith Black-Mathews**
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, TX 75202                                representing    **Hitul Gandhi**
(214) 749-1400                                                  *(Plaintiff)*
(214) 749-1010 (fax)
mmathews@l-b-law.com


**J. Derek Braziel**
Lee & Braziel, LLP
1801 N. Lamar St.
Suite 325
Dallas, TX 75202                                representing    **Hitul Gandhi**
(214)749-1400                                                   *(Plaintiff)*
214/749-1010 (fax)
jdbraziel@l-b-law.com

| | | |
|---|---|---|
| **Brittan L. Buchanan**<br>Van Osselaer & Buchanan, LLP<br>9600 Great Hills Trail<br>Suite 300 West<br>Austin, TX 78759<br>(512) 225-2822<br>(512) 225-2801 (fax)<br>bbuchanan@vbllp.com | representing | **Dell Inc.**<br>*(Defendant)*<br>**Dell Marketing USA, L.P.**<br>*(Defendant)*<br>**Dell Marketing, LP**<br>*(Consol Defendant)*<br>**Dell USA, LP**<br>*(Consol Defendant)*<br>**Dell, Inc.**<br>*(Consol Defendant)* |
| **William B. Federman**<br>Federman & Sherwood<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>(405) 235-1560<br>405/239-2112 (fax)<br>wbf@federmanlaw.com | representing | **Catherine L. Davis**<br>*(Consol Plaintiff)*<br>**Tommy Moore**<br>*(Consol Plaintiff)* |
| **Michael W. Fox**<br>Ogletree Deakins Nash Smoak & Stewart, PC<br>301 Congress Ave.<br>Suite 1150<br>Austin, TX 78701<br>(512) 344-4711<br>512/344-4701 (fax)<br>michael.fox@odnss.com | representing | **Dell Inc.**<br>*(Defendant)* **Dell Marketing USA, L.P.**<br>*(Defendant)*<br>**Dell Marketing, LP**<br>*(Consol Defendant)*<br>**Dell USA, LP**<br>*(Consol Defendant)*<br>**Dell, Inc.**<br>*(Consol Defendant)* |
| **Samuel R. Fulkerson**<br>211 North Robinson Avenue<br>10th Floor<br>Oklahoma City, OK 73102<br>405.235.9621<br>405.235.0439 (fax)<br>sam.fulkerson@mcafeetaft.com | representing | **Dell Marketing, LP**<br>*(Consol Defendant)*<br>**Dell Marketing USA, L.P.**<br>*(Defendant)*<br>**Dell USA, LP**<br>*(Consol Defendant)*<br>**Dell, Inc.**<br>*(Consol Defendant)*<br>**Dell Inc.**<br>*(Defendant)* |

| | | |
|---|---|---|
| **Christopher H. Hahn**<br>Dell Inc.<br>One Dell Way<br>MS #RR1-33<br>Round Rock, TX 78682<br>(512) 723-3142<br>(512) 283-1966 (fax)<br>Christopher_Hahn@dell.com | representing | **Dell Inc.**<br>*(Defendant)*<br>**Dell Marketing USA, L.P.**<br>*(Defendant)*<br>**Dell, Inc.**<br>*(Consol Defendant)* |
| George A. Hanson<br>Stueve Siegel Hanson LLP<br>460 Nichols Road - Suite 200<br>Kansas City, MO 64112<br>816-714-7100<br>hanson@stuevesiegel.com | representing | **Hitul Gandhi**<br>*(Plaintiff)* |
| Patrick F. Hulla<br>Ogletree Deakins Nash Smoak & Stewart, P.C.<br>4717 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>(816)471-1301<br>(816)471-1303 (fax)<br>patrick.hulla@ogletreedeakins.com | representing | **Dell Inc.**<br>*(Defendant)*<br>**Dell Marketing USA, L.P.**<br>*(Defendant)* |
| **Jeffrey C. Londa**<br>Ogletree Deakins Nash Smoak & Stewart, P.C.<br>One Allen Center<br>500 Dallas Avenue, Suite 3000<br>Houston, TX 77002-4579<br>(713) 655-5750<br>713/655-0020 (fax)<br>jeffrey.londa@ogletreedeakins.com | representing | **Dell Inc.**<br>*(Defendant)*<br>**Dell Marketing USA, L.P.**<br>*(Defendant)*<br>**Dell Marketing, LP**<br>*(Consol Defendant)*<br>**Dell USA, LP**<br>*(Consol Defendant)*<br>**Dell, Inc.**<br>*(Consol Defendant)* |
| **Bradley Thomas Wilders**<br>Stueve Siegel Hanson LLP<br>460 Nichols Road - Suite 200<br>Kansas City, MO 64112<br>(816)714-7126<br>(816)714-7101 (fax) | representing | **Hitul Gandhi**<br>*(Plaintiff)* |

3

wilders@stuevesiegel.com

        Respectfully submitted,

        **FEDERMAN & SHERWOOD**

        <u>/s/ Nicholas G. Farha</u>
        Nicholas G. Farha (admitted *pro hac vice*)
        William B. Federman
        Texas Bar No. 00794935
        10205 N. Pennsylvania Ave.
        Oklahoma City, Oklahoma 73120
        Tel: (405) 235-1560 Fax: (405) 239-2112
        Email: ngf@federmanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the Amended Certificate of Service was filed on the Court's CM/ECF system on October 28, 2010, to be served by operation of the court's electronic filing system to all counsel of record.

| | | |
|---|---|---|
| **Meredith Black-Mathews**<br>Lee & Braziel, L.L.P.<br>1801 N. Lamar Street, Suite 325<br>Dallas, TX 75202<br>(214) 749-1400<br>(214) 749-1010 (fax)<br>mmathews@l-b-law.com | representing | **Hitul Gandhi**<br>*(Plaintiff)* |
| **J. Derek Braziel**<br>Lee & Braziel, LLP<br>1801 N. Lamar St.<br>Suite 325<br>Dallas, TX 75202<br>(214)749-1400<br>214/749-1010 (fax)<br>jdbraziel@l-b-law.com | representing | **Hitul Gandhi**<br>*(Plaintiff)* |
| **Brittan L. Buchanan**<br>Van Osselaer & Buchanan, LLP<br>9600 Great Hills Trail<br>Suite 300 West<br>Austin, TX 78759<br>(512) 225-2822<br>(512) 225-2801 (fax)<br>bbuchanan@vbllp.com | representing | **Dell Inc.**<br>*(Defendant)*<br>**Dell Marketing USA, L.P.**<br>*(Defendant)*<br>**Dell Marketing, LP**<br>*(Consol Defendant)*<br>**Dell USA, LP**<br>*(Consol Defendant)*<br>**Dell, Inc.**<br>*(Consol Defendant)* |
| **Nicholas G. Farha**<br>Federman & Sherwood | representing | **Catherine L. Davis**<br>*(Consol Plaintiff)* |

5

| | | |
|---|---|---|
| 10205 North Pennsylvania Ave<br>Oklahoma City, OK 73120<br>405.235.1560<br>405.239.2112 (fax)<br>ngf@federmanlaw.com | | **Tommy Moore**<br>*(Consol Plaintiff)* |
| **William B. Federman**<br>Federman & Sherwood<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>(405) 235-1560<br>405/239-2112 (fax)<br>wbf@federmanlaw.com | representing | **Catherine L. Davis**<br>*(Consol Plaintiff)*<br>**Tommy Moore**<br>*(Consol Plaintiff)* |
| **Michael W. Fox**<br>Ogletree Deakins Nash Smoak & Stewart, PC<br>301 Congress Ave.<br>Suite 1150<br>Austin, TX 78701<br>(512) 344-4711<br>512/344-4701 (fax)<br>michael.fox@odnss.com | representing | **Dell Inc.**<br>*(Defendant)* **Dell Marketing USA, L.P.**<br>*(Defendant)*<br>**Dell Marketing, LP**<br>*(Consol Defendant)*<br>**Dell USA, LP**<br>*(Consol Defendant)*<br>**Dell, Inc.**<br>*(Consol Defendant)* |
| **Samuel R. Fulkerson**<br>211 North Robinson Avenue<br>10th Floor<br>Oklahoma City, OK 73102<br>405.235.9621<br>405.235.0439 (fax)<br>sam.fulkerson@mcafeetaft.com | representing | **Dell Marketing, LP**<br>*(Consol Defendant)*<br>**Dell Marketing USA, L.P.**<br>*(Defendant)*<br>**Dell USA, LP**<br>*(Consol Defendant)*<br>**Dell, Inc.**<br>*(Consol Defendant)*<br>**Dell Inc.**<br>*(Defendant)* |
| **Christopher H. Hahn**<br>Dell Inc.<br>One Dell Way<br>MS #RR1-33<br>Round Rock, TX 78682 | representing | **Dell Inc.**<br>*(Defendant)*<br>**Dell Marketing USA, L.P.**<br>*(Defendant)*<br>**Dell, Inc.** |

| | | |
|---|---|---|
| (512) 723-3142<br>(512) 283-1966 (fax)<br>Christopher_Hahn@dell.com | | *(Consol Defendant)* |
| George A. Hanson<br>Stueve Siegel Hanson LLP<br>460 Nichols Road - Suite 200<br>Kansas City, MO 64112<br>816-714-7100<br>hanson@stuevesiegel.com | representing | **Hitul Gandhi**<br>*(Plaintiff)* |
| Patrick F. Hulla<br>Ogletree Deakins Nash Smoak & Stewart, P.C.<br>4717 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>(816)471-1301<br>(816)471-1303 (fax)<br>patrick.hulla@ogletreedeakins.com | representing | **Dell Inc.**<br>*(Defendant)*<br>**Dell Marketing USA, L.P.**<br>*(Defendant)* |
| **Jeffrey C. Londa**<br>Ogletree Deakins Nash Smoak & Stewart, P.C.<br>One Allen Center<br>500 Dallas Avenue, Suite 3000<br>Houston, TX 77002-4579<br>(713) 655-5750<br>713/655-0020 (fax)<br>jeffrey.londa@ogletreedeakins.com | representing | **Dell Inc.**<br>*(Defendant)*<br>**Dell Marketing USA, L.P.**<br>*(Defendant)*<br>**Dell Marketing, LP**<br>*(Consol Defendant)*<br>**Dell USA, LP**<br>*(Consol Defendant)*<br>**Dell, Inc.**<br>*(Consol Defendant)* |
| **Bradley Thomas Wilders**<br>Stueve Siegel Hanson LLP<br>460 Nichols Road - Suite 200<br>Kansas City, MO 64112<br>(816)714-7126<br>(816)714-7101 (fax)<br>wilders@stuevesiegel.com | representing | **Hitul Gandhi**<br>*(Plaintiff)* |

/s/ Nicholas G. Farha
Nicholas G. Farha (admitted *pro hac vice*)