IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated,<br>　　　Plaintiffs,<br><br>v.<br><br>DELL, INC. and<br>DELL MARKETING USA, L.P.<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 08-CV-248-JRN |

## ORDER

Before the Court in the above-entitled and styled cause of action is the Motion to Withdraw as Counsel of Nicholas G. Farha. Plaintiffs will continue to be represented by the law firm of Federman & Sherwood; Stueve, Siegel, Hanson, LLP; and Lee & Braziel, LLP.

**IT IS HEREBY ORDERED** that Nicholas G. Farha's Motion to Withdraw as Counsel (Clerk's Dkt. #242) is **GRANTED**.

SIGNED this 29th day of October, 2010.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE