IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 MAR -7 PM 2:02
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated, <br>     Plaintiffs, <br><br> v. <br><br> DELL, INC. & DELL MARKETING USA, L.P., <br>     Defendants. | § § § § § § § § § § § | CAUSE NO. 08-CV-0248-JRN |

## ORDER

Before the Court is the above-entitled and styled cause of action.

It is **HEREBY ORDERED** that the Parties must file a joint status update by March 15, 2011, explaining the progression of this lawsuit and the current status of negotiations if any.

It is **FURTHER ORDERED** that the Parties must file a proposed scheduling order on or before March 15, 2011.

It is **FINALLY ORDERED** that the final pretrial conference will be set for October, 2011.

SIGNED this _____ day of March, 2011.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE