IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HITUL GANDHI, individually, and on behalf of a class of others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:08-cv-00248 |
| DELL INC., and DELL MARKETING USA L.P., | § § § § § | |
| Defendants. | § | |

**JOINT STATUS REPORT**

The parties file this Joint Status Report to provide the Court with an update on their progress in finalizing the terms of their settlement.

On December 14, 2010, the parties reached an agreement resolving all claims in this lawsuit. The parties have been working together diligently and in good faith to reduce the final agreement to writing in a manner that effectuates the intent of the agreement. However, despite the parties' diligence and cooperation, it has taken longer than the parties anticipated to finalize the written agreement and to take the preliminary steps necessary to effectively implement the terms of the agreement. The parties intend to file a Joint Motion for Final Approval of FLSA Collective Action Settlement by May 18, 2011.

Respectfully submitted,

/s/ George A. Hanson
**STUEVE SIEGEL HANSON LLP**
George A. Hanson *(admitted pro hac vice)*
Email: hanson@stuevesiegel.com
Bradley Wilders *(admitted pro hac vice)*
Email: wilders@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

**LEE & BRAZIEL LLP**
J. Derek Braziel
Texas Bar No. 00793380
Email: jdbraziel@l-b-law.com
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
Tel: 214-749-1400
Fax: 214-749-1010

**FEDERMAN & SHERWOOD**
William B. Federman
Texas Bar No. 00794935
Email: wbf@federmanlaw.com
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560
Fax: (405) 239-2112

**ATTORNEYS FOR PLAINTIFFS**

/s/   Jeffrey C. Londa
Jeffrey C. Londa, TX #12512400
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
jeffrey.londa@ogletreedeakins.com
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
(713) 655-5750
(713) 655-0020 (Fax)

Michael W. Fox, TX #07335500
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
michael.fox@ogletreedeakins.com
301 Congress Avenue, Suite 1250
Austin, Texas 78701
(512) 344-4700
(512) 344-4701 (Fax)

Christopher H. Hahn, TX #00787616
**DELL INC.**
Christopher_Hahn@Dell.com
One Dell Way
Round Rock, Texas 78682
(512) 723-3142
(512) 413-3540 (Fax)

Britt Buchanan, TX #03285680
**VAN OSSELAER & BUCHANAN LLP**
bbuchanan@vbllp.com
Suite 300 West
9600 Great Hills Trail
Austin, Texas 78759
(512) 225-2800

**ATTORNEYS FOR DEFENDANTS**