IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 MAY 26  AM 11: 11
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

| | |
|---|---|
| HITUL GANDHI, individually and on behalf of a class of others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>DELL, INC. & DELL MARKETING USA, L.P.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CAUSE NO. 08-CV-0248-JRN |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SETTLEMENT DOCUMENTATION UNDER SEAL

Before the Court is the above-entitled and styled cause of action.

It is **HEREBY ORDERED** that the Parties' Settlement Agreement and Release of Claims shall be filed under seal.

SIGNED this 26th day of May, 2011.

_____
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE